UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos** § § § § § | |
| **Plaintiffs,** § § | |
| *versus* § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell** § § § | |
| **Defendants.** § | |

**List of Entities Financially Interested in Litigation**

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiffs' pursuant to Court's Order Setting Conference and file this preliminary List of Entities Financially Interested in Litigation. This list is preliminary because discovery has not yet been completed. In the event parties are added or additional interested parties are identified, Plaintiffs will promptly amend their list.

At this time, other than the Defendants and any other parties who may be identified by the Defendants, the only parties or entities that are financially interested in this litigation are the Plaintiffs named in the caption.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Nathaniel Norton, on January 12, 2004, hereby certify that this List of Entities Financially Interested in Litigation will be served on each Defendant at the same time each is served with a copy of Plaintiffs' Original Petition and a summons.

_____
Nathaniel Norton