AO 440 (Rev. 10/93) Summons in a Civil Action

B 03 CV 005

## RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| Service of the Summons and complaint was made by me[1] | DATE *1-12-2004* |
|---|---|
| NAME OF SERVER (PRINT) *MARILYN STROUD* | TITLE *Civil Process Server* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *620 N. Nevada Weslaco, Texas 78596*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1-13-2004*
        Date

*Marilyn Stroud*
Signature of Server

*Mission, Tx*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of Texas
RECEIVED

JAN 23 2004

Michael N. Milby
Clerk of Court