United States District Court
Southern District of Texas
FILED

FEB 0 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § § | Civil Action No. B-04-005 |
| Plaintiffs, | § § | |
| versus | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § § § | Jury Trial Requested |
| Defendants. | § | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER

This Agreed Motion for Extension of Time to Answer is brought by Defendant, Agrigenetics, Inc. ("Defendant") and is agreed to by the above-named Plaintiffs, Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos, acting by and through their counsel of record, Nathaniel Norton of Texas Riogrande Legal Aid Inc. Defendant and Plaintiffs are referred to as "the Parties".

1. On or about January 15, 2004, Defendant Arigenetics, Inc. was served with the Original Complaint No. B-04-005 ("Complaint") filed by Plaintiffs in the above-captioned court on or about January 9, 2004.

2. Although the due date for Defendant's Answer is February 4, 2004, the variety and complexity of the allegations necessitates more time for Defendant to answer with specificity the allegations raised in the Complaint. This request is not made for purposes of delay but so that justice may be served.

3. By their signatures below, the Parties have agreed to a 30 day extension of the Answer deadline, until Friday, March 5, 2004, without prejudice to any claims or defenses, in law or in equity, which Defendant Agrigenetics, Inc. may choose to subsequently assert, including but not limited to challenges to jurisdiction, venue, sufficiency of service of process, and the statute of limitations.

4. Despite due diligence, Defendant Agrigenetics, Inc. has been unable to contact the other named Defendants, Pablo Martinez and Eugene Martell concerning this Motion.

WHEREFORE, Defendant Agrigenetics, Inc. prays that its Agreed Motion for Extension of Time to Answer be granted.

Respectfully submitted,

*[signature]*

Frank N. Hill
State Bar No. 09632500
Regina C. Williams
State Bar No. 21606100
THOMPSON & KNIGHT, L.L.P.
1900 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
Telephone: (512) 469-6100
Facsimile: (512) 469-6180

Attorneys for Defendant,
Agrigenetics, Inc.

OF COUNSEL:

Kenneth J. Yerkes (2084-49)
Mark W. Clark (18578-02)
BARNES & THORNBURG
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

## CERTIFICATE OF CONFERENCE

I, Nathaniel Norton of Texas Riogrande Legal Aid Inc., counsel for Plaintiffs Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos consent to Defendant Agrigenetics, Inc.'s Agreed Motion for Extension of Time to Answer as set forth above.

February 2, 2004
Dated

Nathaniel Norton
Texas Riogrande Legal Aid Inc.
300 S. Texas Blvd.
Weslaco, Texas 78596

500149 000004 AUSTIN 206583.1

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2004, a true and correct copy of the foregoing document was sent by facsimile to the undersigned parties as follows:

**via facsimile**
**(956) 968-8823**
Nathanial Norton
Texas Riogrande Legal Aid, Inc.
300 S. Texas Blvd.
Weslaco, Texas 78596

**via facsimile**
**(317) 231-7433**
Mark W. Clark
Kenneth J. Yerkes
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

**via facsimile**
**(317) 337-4848**
Guy Relford, Law Dept.
Dow AgroSciences LLC
9330 Zionsville Road
Indianapolis, IN 46268-0000

_____
Regina C. Williams