UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § § | |
| Plaintiffs, | § § | Civil Action No. B-04-005 |
| versus | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § § § | Jury Trial Requested |
| Defendants. | § | |

ORDER GRANTING DEFENDANT AGRIGENETICS, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER

This action is before the Court on Defendant Agrigenetics, Inc.'s Agreed Motion for Extension of Time to Answer in the above-entitled and numbered cause. The Court, having considered the motion, and pleadings on file finds that the motion is well-taken and should be GRANTED. It is therefore

ORDERED that Defendant Agrigenetics, Inc.'s Agreed Motion For Extension Of Time to Answer be GRANTED and that Defendant Agrigenetics, Inc. has until March 5, 2004 to answer.

SIGNED this 9th day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE