AO 440 (Rev. 10/93) Summons in a Civil Action

B-04-005

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/4/04 | |
| NAME OF SERVER (PRINT) D/S L. LAMB #2429 | TITLE deputy | |

United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: YADURA MARTINEZ/daughter

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/4/04
                Date

Signature of Server
SHERIFF PALM BEACH COUNTY
P.O. BOX 24681
WEST PALM BEACH, FL. 33416-4681
Address of Server

NOTARY PUBLIC

ADRIENE YVETTE DIXON
MY COMMISSION # DD 046725
EXPIRES: July 31, 2005
1-800-3-NOTARY  FL Notary Service & Bonding, Inc

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.