United States District Court
Southern District of Texas
FILED

MAR 1 2 2004

Michael N. Milby
Clerk of Court

March 11 2004

Honorable Judge Hilda G. Tagle
Case # B-04-005

Judge Hagle, this is the 2nd letter, I send to you
I don't know if the first one got lost or misplaced.
I spoke to several ladies, that work at your office,
just this past week, and they said that there was no
record of it.

I am answering the order, I received by responding,
that I feel I am innocent of the complaints, that
have been made. I am a helper for Mr. Pablo Martinez
and an employee, just like the people, who are making
the complaint. I, in all honesty do not think that I
did anything wrong to hurt the people, on the contrary
I did my best to do whatever I could for the fieldworkers.

When this first informed about the complaint, I was very
surprised at the same time disappointed that the people
who were our friends would make these complaints.

Again, I am sorry that this situation could not have
been discussed openly as friends, before having become
a legal problem. I hope that this is the correct manner
to respond to your office, regarding the complaint.

I await your response, Judge Tagle

*Eugene Martell*

Eugene Martell