| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

ARMANDO ALONSO, ET AL §
§
§
vs. § CIVIL ACTION NO. B: 04-05
§
§
§
AGRIGENETICS, INC. §
DBA MYCOGEN SEEDS §

# **NOTICE**

Please take notice that the initial pre-trial and scheduling conference set for May 24, 2004 will be heard at ***10:30 a.m.*** instead of 3:45 p.m.

MICHAEL N. MILBY, Clerk

By: _____     4/12/04
STELLA CAVAZOS                            Date
Case Manager/Deputy Clerk