UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 2 2 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § | Civil Action No. B-04-005 |
| Plaintiffs, | § § | |
| versus | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § § § | Jury Trial Requested |
| Defendants. | § § | |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Regina C. Williams, attorney of record for Defendant Agrigenetics, Inc. ("Defendant"), and files this motion to withdraw as counsel for Defendant. A copy of this motion has been delivered to Defendant via certified mail. Because Ms. Williams has left the firm of Thompson & Knight L.L.P., good cause exists for her to withdraw from representing Defendant in this matter. Ms. Williams' co-counsel in this matter, Frank L. Hill of Thompson & Knight, will continue to represent Defendant as attorney in charge; therefore, Ms. Williams' withdrawal will not delay this litigation.

WHEREFORE, Ms. Williams respectfully requests that the Court grant this motion and allow her to withdraw from representation of Agrigenetics, Inc. in this matter.

APPROVED AND ENTRY REQUESTED:

_____
Regina C. Williams
4101 Parkstone Heights Drive, Suite 350
Austin, Texas 78746
(512) 330-9740
(512) 330-9752 facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos** | § § § § | **Civil Action No. B-04-005** |
| **Plaintiffs,** | § § | |
| *versus* | § § § | |
| **Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell** | § § § | **Jury Trial Requested** |
| **Defendants.** | § § | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

On this day came on to be heard Regina C. Williams' motion to withdraw as counsel for Agrigenetics, Inc. in the above-referenced matter. The Court, having considered said motion, finds good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Regina C. Williams' motion to withdraw as counsel for Defendant Agrigenetics, Inc. is hereby GRANTED. Frank L. Hill of Thompson & Knight L.L.P., 98 San Jacinto Boulevard, Suite 1900, Austin, Texas 78701, will continue to serve as counsel of record for Agrigenetics, Inc. in this matter. All other relief not expressly granted is denied.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: /s/ Regina C. Williams
Regina C. Williams
State Bar No. 21606100

4101 Parkstone Heights Drive, Suite 350
Austin, Texas 78746
(512) 330-9740
(512) 330-9752 facsimile

Frank L. Hill
State Bar No. 09631500

Thompson & Knight L.L.P.
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
(512) 469-6100
(512) 469-6180 facsimile

ATTORNEYS IN CHARGE FOR DEFENDANT
AGRIGENETICS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on __April 21__, 2004, a true and correct copy of the foregoing document was served on Plaintiffs by first class U.S. mail to their attorneys of record, Nathaniel Norton and Rodolfo D. Sanchez, at Texas Rio Grande Legal Aid, Inc., 300 South Texas, Weslaco, Texas 78596.

/s/ Regina C. Williams
Regina C. Williams