UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § § | Civil Action No. B-04-005 |
| Plaintiffs, | § § | |
| versus | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § § § | Jury Trial Requested |
| Defendants. | § § | |

### ORDER GRANTING WITHDRAWAL OF COUNSEL

On this day came on to be heard Regina C. Williams' motion to withdraw as counsel for Agrigenetics, Inc. in the above-referenced matter. The Court, having considered said motion, finds good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Regina C. Williams' motion to withdraw as counsel for Defendant Agrigenetics, Inc. is hereby GRANTED. Frank L. Hill of Thompson & Knight L.L.P., 98 San Jacinto Boulevard, Suite 1900, Austin, Texas 78701, will continue to serve as counsel of record for Agrigenetics, Inc. in this matter. All other relief not expressly granted is denied.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: /s/ Regina C. Williams
Regina C. Williams
State Bar No. 21606100

4101 Parkstone Heights Drive, Suite 350
Austin, Texas 78746
(512) 330-9740
(512) 330-9752 facsimile

Frank L. Hill
State Bar No. 09631500

Thompson & Knight L.L.P.
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
(512) 469-6100
(512) 469-6180 facsimile

ATTORNEYS IN CHARGE FOR DEFENDANT
AGRIGENETICS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on _April 21_, 2004, a true and correct copy of the foregoing document was served on Plaintiffs by first class U.S. mail to their attorneys of record, Nathaniel Norton and Rodolfo D. Sanchez, at Texas Rio Grande Legal Aid, Inc., 300 South Texas, Weslaco, Texas 78596.

/s/ Regina C. Williams
Regina C. Williams