# Civil Courtroom Minutes

| | |
|---|---|
| **Judge** | Hilda G. Tagle |
| **Case Manager** | Stella Cavazos |
| **Law Clerk** | ■ Nicolas  ☐ Levesque |
| **Date** | 5 / 24 / 04 |
| **Time** | 10:35 p.m. — 10:55 p.m. |
| **Civil Action** | B-04-005 |
| **Style** | Armando Alonso, et al. *versus* Agrigenetics Inc., et al. |



United States District Court
Southern District of Texas
FILED

MAY 24 2004

Michael N. Milby, Clerk of Court

**Docket Entry**

(HGT) ■ Initial Pre-Trial Conference;     (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Nathaniel Norton & Rodolfo Sanchez

Attorney(s) for Defendant(s):   Frank Hill for Agrigenetics Inc.
                                Eugene Martell Pro Se

**Comments:**

1. Martell & Martinez intend to hire an attorney. The Court informed them that the case would proceed without undue delay even if Martell & Martinez do not or cannot hire an attorney.

2. The parties do not agree to trial before the magistrate.

3. The Court requested the parties submit a copy of all orders in the similar litigation in the Western District of Texas.

4. On settlement: the parties have corresponded on settlement.

5. Parties argued the motions to transfer or dismiss on *forum non conveniens*.

6. The Court took the motions under advisement.