United States District Court
Southern District of Texas
ENTERED
JUL 15 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

ARMANDO ALONSO, ET AL § 

vs. § Civil Action No. B- 04-005

AGRIGENETICS, INC., d/b/a § 
MYCOGEN SEEDS, ET AL

## SCHEDULING ORDER

1. Trial: Estimated time to try: __7 - 8__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:                    7/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   9/3/2004

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                   3/18/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:             4/15/2005

7. Joint pretrial order is due:                      7/13/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   7/27/2005

9. Jury Selection is set for 9:00 a.m. on:           8/8/2005
   *(The case will remain on standby until tried)*

Signed _July 14_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge