UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G.M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § § | |
| Plaintiffs, | § § | Civil Action No. B-04-005 |
| versus | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § § § § | Jury Trial Requested |
| Defendants. | § | |

### ORIGINAL ANSWER OF DEFENDANT PABLO MARTINEZ

I deny any wrongdoing alleged by Plaintiffs in their lawsuit against me.

Executed on the 12th day of August 2004.

Respectfully submitted,

By: /s/ Pablo Martinez
Pablo Martinez, Defendant

c/o County Store
1800 East Canal Street
Belle Glade, Florida 33430

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2004, a true and correct copy of the foregoing document was served on Plaintiffs by certified United States mail to their attorneys of record, Nathaniel Norton and Rodolfo D. Sanchez, at Texas Rio Grande Legal Aid, Inc., 300 South Texas, Weslaco, Texas 78596.

/s/ Pablo Martinez
Pablo Martinez