UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| *versus* | § | Civil Action No. B-04-005 |
| | § | |
| **Agrigenetics, Inc. d/b/a Mycogen Seeds,** | § | |
| **Pablo Martinez and Eugene Martell** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND AN AMENDED ANSWER FROM DEFENDANT PABLO MARTINEZ

On this day came on to be considered Plaintiffs' Motion to Compel Discovery and an Amended Answer from Defendant Pablo Martinez in the above-styled action. After due consideration, the Court FINDS that Plaintiffs are entitled to the relief sought pursuant to Fed.R.C.Pro. 37. Accordingly, the Court ORDERS that Defendant Pablo Martinez shall provide to Plaintiffs full and complete answers to interrogatories nos. 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22 in Plaintiffs' First Set of Interrogatories and shall also provide to Plaintiffs documents responsive to all document requests in Plaintiffs' First Request for Production of Documents. These answers and documents shall be delivered by this date:_____. They shall be delivered to Plaintiffs' counsel at the offices of Texas RioGrande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

The Court further ORDERS that Defendant Pablo Martinez file an amended answer in which he specifically admits or denies by paragraph number each averment made in Plaintiffs' First Amended

Complaint. This amended answer shall be filed by this date:_____

Done at Brownsville, Texas, on this _____ day of _____, 2004.

_____
U.S. District Judge Hilda G. Tagle