UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action No. B-04-005 |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
|     Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT EUGENE MARTELL

On this day came on to be considered Plaintiffs' Motion to Compel Discovery from Defendant Eugene Martell in the above-styled action. After due consideration, the Court FINDS that Plaintiffs are entitled to the relief sought pursuant to Fed.R.C.Pro. 37. Accordingly, the Court ORDERS that Defendant Eugene Martell shall provide to Plaintiffs full and complete answers to interrogatory nos. 2, 3, 4, 5, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, and 21 in Plaintiffs' First Set of Interrogatories and shall also provide to Plaintiffs documents responsive to all document requests in Plaintiffs' First Request for Production of Documents. These answers and documents shall be delivered by this date:_____. They shall be delivered to Plaintiffs' counsel at the offices of Texas RioGrande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

      Done at Brownsville, Texas, on this _____ day of _____, 2004.

                                                                                                _____
                                                                         U.S. District Judge Hilda G. Tagle