IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARMANDO ALONSO, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action B-04-005 |
| § | |
| AGRIGENETICS, INC. § | |
| D/B/A MYCOGEN SEEDS, ET AL. § | |
| § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED that on November 16, 2004, the Court considered the plaintiffs' Motion for leave to add parties and leave to file first amended complaint [Dkt. No. 20]. The Motion specifically requests leave to amend the complaint by adding additional plaintiffs. The defendants oppose the motion, but have not filed responses.

Pursuant to Fed.R.Civ.Pro. 15(a), after a responsive pleading has been served, a party must gain leave of Court to amend a pleading. However, the Court shall, in its discretion, grant leave when "justice so requires." Id. Furthermore, in exercising its discretion, a Court may consider such factors as: (1) undue delay; (2) bad faith or a dilatory motive on the part of the movant; (3) repeated failure to cure deficiencies by amendments previously allowed; (4) futility of amendment; and (5) undue prejudices to the opposing party by virtue of allowance of the amendment. Schiller v. Physicians Resource Group Inc., 342 F.3d 563, 566 (5th Cir. 2003).

This Court's Scheduling Order required parties to be joined by July 30 [Dkt. No. 17]. The present Motion was filed on that date. There is no reason to find the additions are intended in any way to defeat jurisdiction or delay the litigation. Because this first

requested amendment will not require any additional briefing by the defendants, the plaintiffs' Motion [Dkt. No. 20] is hereby **GRANTED**.

DONE at Brownsville, Texas, this 16 day of November, 2004.

Hilda G. Tagle
United States District Judge