U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
RECEIVED

2004 NOV 30 PM 3: 40

MICHAEL N. MILBY, CLERK

United States District Court
Southern District of Texas
FILED

DEC 0 1 2004

Michael N. Milby
Clerk of Court

November 30, 2004

United States District Court
Southern District of Texas
Brownsville Division

Dear Judge Tagle:

Please accept the following submissions (Defendant's Answer to Plaintiff's First Amended Complaint, Defendant Eugene Martell's Supplemental Answers to Plaintiffs' First Set of Interrogatories, and Defendant Pablo Martinez's Supplemental Answers to Plaintiff's First Set of Interrogatories) in compliance with your order dated November 15, 2004. Unfortunately, I had to obtain Mr. Martinez's signature via fax. He was working in the field in Florida and had to be called out to receive the fax and sign the appropriate documents. However, he failed to sign under "Respectfully Submitted" on the final page of Defendant's Answer to Plaintiff's First Amended Complaint. I was unable to re-establish contact with him to correct the error. I will mail him the documents so that he can sign in all the appropriate places, and send them back to me. Upon receipt of those documents, I will re-submit the documents with the original signatures to this Honorable Court.

Thank you for your time and attention to these matters.

Sincerely,

Eugene Martell

cc: Nathaniel Norton & Rodolfo Sanchez
    Texas Rural Legal Aid
    300 South Texas
    Weslaco, Texas 78596

B-04-005