## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 30th day of ~~December~~ November, 2004, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following counsel of record:

Nathaniel Norton
Rodolfo D. Sanchez
Texas Riogrande Legal Aid, Inc.
300 South Texas
Weslaco, TX  78596

_____
Frank L. Hill