UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| *versus* | § | Civil Action No. B-04-005 |
| | § | |
| **Agrigenetics, Inc., et al.** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING MOTION FOR SANCTIONS AGAINST
DEFENDANT PABLO MARTINEZ AND DEFENDANT EUGENE MARTELL**

On this day came on to be considered Plaintiffs' Motion for Sanctions Against Defendant Pablo Martinez and Defendant Eugene Martell is the above-styled action. After due consideration, the Court FINDS that the Plaintiffs' motion is well taken.

Accordingly the Court ORDERS that Defendant Pablo Martinez and Defendant Eugene Martell be sanctioned in the following manner:

_____

_____

_____

_____

_____

Done at Brownsville, Texas, on this _____ day of _____, 2005.

_____
U.S. District Judge Hilda G. Tagle