UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, | § | |
| Rogelio Sanchez, Santos Martinez as next | § | |
| Friend of G. M., Hugo Martinez, | § | |
| Jose Aguilon, and Higinio Sanchez-Ramos | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | Jury Trial Requested |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL'S
## SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

TO:     Plaintiffs, by and through their attorney of record, Nathaniel Norton and Rodolfo D. Sanchez,
Texas RioGrande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

Respectfully submitted,

By: _____

Eugene Martell, Defendant
620 N. Nevada
Weslaco, TX 78596

By: _____

Pablo Martinez, Defendant
c/o County Store
1800 East Canal Street
Belle Glade, Florida 33430

DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL'S
SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS – Page 1

500149 000604 AUSTIN 214478.1



EXHIBIT

C



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Armando Alonso, Melaquiades Rodriguez,       §
Regelia Sanchez, Santos Martinez as next    §
Friend of G.M., Hugo Martinez,              §
Jorie Aguilon, and Higinio Sanchez-Ramos    §          Civil Action No. B-04-005
                                             §
            Plaintiffs,                      §
                                             §
versus                                       §
                                             §
Agrigenetics, Inc. d/b/a Mycogen Seeds,     §          Jury Trial Requested
Pablo Martinez and Eugene Martell           §
                                             §
            Defendants.                      §

## DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

TO:    Plaintiffs, by and through their attorney of record Nathaniel Norton and Rodolfo D. Sanchez, Texas Rio Grande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

Respectfully submitted,

By: _____
Eugene Martell, Defendant
620 N. Nevada
Weslaco, TX 78596

By: _____
Pablo Martinez, Defendant
c/o County Store
1300 East Canal Street
Belle Glade, Florida 33430

DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL'S
SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS - Page 1

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2004, a true and correct copy of the foregoing document was served on Plaintiffs by delivery to their attorneys of record, Nathaniel Norton and Rodolfo D. Sanchez, at Texas Rio Grande Legal Aid, Inc., 300 South Texas, Weslaco, Texas 78596.

Eugene Martell

DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL'S
SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS – Page 2

## REQUESTS FOR PRODUCTION

## RESPONSE TO REQUESTS FOR PRODUCTION NOS. 1-50:

*See* DEF 0093-0105.

DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL'S
SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS – Page 3

500149 060004 AUSTIN 214478.1