UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc., et al.** | § § | |
| **Defendants.** | § § | |

**MOTION TO SET AMOUNT OF RULE 37(a)(4)(A) ATTORNEY'S FEES**

TO THE HONORABLE JUDGE OF THE COURT:

Now come Armando Alonso, *et al.*, Plaintiffs in the above-styled action to file a Motion to Set Amount of Rule 37(a)(4)(A) Attorney's Fees. Plaintiffs move the Court to set the amount of attorney's fees that Defendants Pablo Martinez and Eugene Martell have been ordered to pay.

1. On November 15, 2004 the Court issued an order awarding Plaintiffs their costs and fees in resolving the discovery dispute which were the subjects of Plaintiffs' motions to compel and of the Court's order.

2. Plaintiffs' attorneys, Nathaniel Norton and Jennifer Smith, were required to expend a total of 23.1 hours of work in resolving the discovery dispute and in securing the order. Please see Exhibit A (Affidavit of Nathaniel Norton) and Exhibit B (Affidavit Jennifer Smith) for details on how this time was reasonably spent.

3. The total of 23.1 hours represents time spent resolving the discovery disputes with and securing orders against both Defendant Martell and Defendant Martinez. As the

Reply to Defendant Pablo Martinez's
Response to Plaintiffs' Motion to Compel
Page 1 of 3

work done was equally applicable to the dispute and order for each defendant, Plaintiffs seek recovery of fees for 11.55 hours of work from each defendant.

3.  Plaintiffs' attorneys consulted with an attorney in private practice with a similar amount of experience and learned that a reasonable rate of attorney's fees for their services is $150 per hour. Please see Exhibit C (Affidavit of Regina Richardson). Please also see Exhibits A and B for details on Plaintiffs' attorneys' education and experience.

## Conclusion

4.  For the reasons stated above and based further on the information in the attached exhibits, Plaintiffs move the Court to order Pablo Martinez to pay Plaintiffs' counsel, Texas RioGrande Legal Aid, Inc., $1,732.50 (11.55 hours at $150 per hour) and to order Eugene Martell to pay Plaintiffs' counsel $1,732.50 (11.55 hours at $150 per hour) in attorneys' fees pursuant to Rule 37(a)(4)(A).

Respectfully submitted,

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823

Reply to Defendant Pablo Martinez's
Response to Plaintiffs' Motion to Compel
Page 2 of 3

Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2005, a true and correct copy of the foregoing document with attached exhibits was served on Defendants as listed below by first class U.S. mail.

Frank L. Hill
Thompson & Knight
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

Eugene Martell
620 N. Nevada St.
Weslaco, TX 78596

Pablo Martinez
c/o Country Store
1800 E. Canal St.
Belle Glade, FL 33430

_____
Nathaniel Norton

Reply to Defendant Pablo Martinez's
Response to Plaintiffs' Motion to Compel
Page 3 of 3