UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Armando Alonso, et al.** § § § **Plaintiffs,** § § *versus* § § **Agrigenetics, Inc., et al.** § § **Defendants.** § | Civil Action No. B-04-005 |

### ORDER SETTING RULE 37(a)(4)(A) ATTORNEY'S FEES

On this day came on to be considered Plaintiffs' Motion to Set Amount of Rule 37(a)(4)(A) Attorney's Fees. After due consideration the Court FINDS that Plaintiffs' motion is well taken.

The Court ORDERS that Pablo Martinez pay $_____ to Texas RioGrande Legal Aid, Inc. by cashier's check or money order by the _____ day of _____, 2005.

The Court further ORDERS that Eugene Martell pay $_____ to Texas RioGrande Legal Aid, Inc. by cashier's check or money order by the _____ day of _____, 2005.

Done at Brownsville, Texas on this _____ day of _____, 2005.

_____
U.S. District Judge Hilda G. Tagle