UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc., et al.** | § § | |
| **Defendants.** | § § | |

### AFFIDAVIT OF NATHANIEL NORTON

Before me, the undersigned Notary Public, personally appeared Nathaniel Norton, who, being duly sworn by me, upon his oath deposes and says:

1. My name is Nathaniel Norton, and I reside in Weslaco, Hidalgo County, Texas. I am over the age of eighteen and am fully competent to testify to the facts contained in this affidavit.

2. I am a licensed attorney and was admitted to the bar to Texas on November 6, 2002. I am also an attorney in good standing of the bar of the United States District Court for the Southern District of Texas. I am employed by Texas RioGrande Legal Aid, Inc. I represent the Plaintiffs in the above-styled action now pending before this Court.

3. I spent a total of 20.6 hours resolving the discovery disputes with and in securing the orders compelling responses from Defendants Pablo Martinez and Eugene Martell. I spent .5 hours on legal research related to privileges asserted by the defendants, 5.1 hours writing detailed letters explaining how defendants' responses to discovery were deficient and attempting to resolve the dispute without the Court's intervention, 10.5 hours


EXHIBIT A

preparing Plaintiffs' two Motions to Compel, and 4.5 hours preparing reply briefs to defendants' responses to the two motions.

4.  I received my J.D. in 2002 from Georgetown University Law Center where I was a Public Interest Law Scholar. I began working for Texas RioGrande Legal Aid, Inc. in June 2002. I have consulted with a local attorney in private practice who also has two years of experience. She and I consider a reasonable rate of attorney fee for my services to be $150 per hour.

Further affiant sayeth not:

_____
Nathaniel Norton

Sworn and subscribed to before me, by Nathaniel Norton on this 4th day of January, 2005.

_____
Notary Public
State of Texas

TERESA B DELACRUZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-01-2005