UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc., et al.** | § § § | |
| **Defendants.** | § | |

## AFFIDAVIT OF JENNIFER SMITH

Before me, the undersigned Notary Public, personally appeared Jennifer Smith, who, being duly sworn by me, upon his oath deposes and says:

1. My name is Jennifer Smith, and I reside in McAllen, Hidalgo County, Texas. I am over the age of eighteen and am fully competent to testify to the facts contained in this affidavit.

2. I am a licensed attorney and was admitted to the bar to Texas on November 6, 2002. I am also an attorney in good standing of the bar of the United States District Court for the Southern District of Texas. I am employed by Texas RioGrande Legal Aid, Inc. My firm represents the Plaintiffs in the above-styled action now pending before this Court.

3. I spent a total of 2.5 hours preparing Plaintiffs' two Motions to Compel.

4. I received my J.D. in 2002 from New York University Law School. I began working for Texas RioGrande Legal Aid, Inc. in June 2002. I have consulted with a local attorney in private practice who also has two years of experience. She and I consider a reasonable rate of attorney fee for my services to be $150 per hour.

EXHIBIT B

Further affiant sayeth not:

_____
Jennifer Smith

Sworn and subscribed to before me, by Jennifer Smith on this 4th day of Jan., 2005.

_____
Notary Public
State of Texas