UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc., et al.** | § § § | |
| **Defendants.** | § | |

## AFFIDAVIT OF REGINA RICHARDSON

Before me, the undersigned Notary Public, personally appeared Regina Richardson, who, being duly sworn by me, upon his oath deposes and says:

1. My name is Regina Richardson, and I reside in Edinburg, Hidalgo County, Texas. I am over the age of eighteen and am fully competent to testify to the facts contained in this affidavit.

2. I am a licensed attorney and was admitted to the bar in Texas in April 2003. I am also an attorney in good standing of the bar of the United States District Court for the Southern District of Texas.

3. I received my J.D. in May 2002 from the Thurgood Marshall School of Law. After graduating I worked for Texas RioGrande Legal Aid, Inc. in Edinburg, Texas before entering private practice. I am a sole practitioner in Edinburg, Texas. My practice consists of civil defense, real estate, family law and criminal defense representation in state and federal courts.

4. Nathaniel Norton and Jennifer Smith at Texas RioGrande Legal Aid, Inc. contacted me for an opinion on what a reasonable fee is for an attorney with their



EXHIBIT C

experience in this type of case. I have reviewed the letters sent by Nathaniel Norton to the defendants, the Plaintiffs' Motions to Compel, and their reply briefs to defendants' responses to these motions. I would charge between $150.00 and $200.00 per hour for this work in this type of case.

Further affiant sayeth not.

I declare under penalty of perjury that the forgoing affidavit is true and correct.

Regina Richardson