1
2          UNITED STATES DISTRICT COURT
3          SOUTHERN DISTRICT OF TEXAS
4              BROWNSVILLE DIVISION
5
           Civil Action No. B-04-005
6
7    Armando Alonso, et al.,
          Plaintiffs,
8
9    -vs-
10   Agrigenetics, Inc., et al.
11        Defendants.

12   ─────────────────────────────
13   VIDEOTAPED DEPOSITION OF EUGENE MARTELL
14              VOLUME I
15
          Monday, December 20, 2004
16           9:20 - 5:56 p.m.
17
          515 N. Flagler Drive, Suite 200-P
18           West Palm Beach, Florida 33401
19
20
21
     Reported By:
22   TERESA WHALEN, RPR
     Notary Public, State of Florida
23   Esquire Deposition Services
     West Palm Beach Office Job # 692164-A
24   Phone:  800.330.6952
             561.659.4155
25

---

1
2    APPEARANCES:
3    On behalf of the Plaintiff:
        RODOLFO D. SANCHEZ, ESQUIRE
        NATHANIEL C. NORTON, ESQUIRE
4    TEXAS RIO GRANDE LEGAL AID, INC.
        FARM WORKER DIVISION
5    300 S. Texas
        Weslaco, Texas 78596
6
7    On behalf of the Defendant:
8       FRANK L. HILL, ESQUIRE
        THOMPSON & KNIGHT
9    98 San Jacinto Boulevard, Suite 1900
        Austin, Texas 78701
10
11
12              INDEX
13   WITNESS:                    PAGE
14   EUGENE MARTELL
15   Direct By Mr. Sanchez         5
16   Cross By Mr. Hill           286
17   Redirect By Mr. Sanchez     305
18   Recross By Mr. Hill         317
19   Further Redirect By Mr. Sanchez  318/324/328/330
20   Further Recross By Mr. Hill    320/327/329
21
22
23
24
25

---

1
2                - - -
             E X H I B I T S
3                - - -
4            (VOLUME I)
5    NUMBER    DESCRIPTION          PAGE

6    Ex. No. 1  ADP payroll records         30
7    Ex. No. 2  Responses to interrogatories   52
8    Ex. No. 3  Affidavit               69
9    Ex. No. 4  Advanced money list        86
10   Ex. No. 5  Advanced money list       102
11   Ex. No. 6  ADP payroll records       110
12   Ex. No. 7  Mycogen form             132
13   Ex. No. 8  Handwritten payroll records   144
14   Ex. No. 9  Mycogen spreadsheet       151
15   Ex. No. 10 Working dates/hours       155
16   Ex. No. 11 Advanced money list       163
17   Ex. No. 12 Advanced money list       168
18   Ex. No. 13 Field list               174
19   Ex. No. 14 Employee list            179
20   Ex. No. 15 Employee list            183
21   Ex. No. 16 Advanced money list        186
22   Ex. No. 17 ADP information           191
23   (Continued)
24
25

---

1
2                - - -
             E X H I B I T S
3                - - -
4            (VOLUME II)
5    NUMBER    DESCRIPTION          PAGE

6    Ex. No. 18 Handwritten tabulations    209
7    Ex. No. 19 Field maps (composite)     217
8    Ex. No. 20 Mycogen field document      222
9    Ex. No. 21 Receipts               225
10   Ex. No. 22 Independent contractor     227
           agreement
11   Ex. No. 23 Safety guidelines         241
12   Ex. No. 24 Letter dated 1/28/04      244
13   Ex. No. 25 Letter dated 3/11/04      247
14   Ex. No. 26 EasyPay pay stub         255
15   Ex. No. 27 W-2 form               262
16   Ex. No. 28 Copy of business card      263
17   Ex. No. 29 Contractor personnel agreement  276
18   Ex. No. 30 Handwritten calculations    282
19   Ex. No. 31 Contractor personnel agreement  286
20   Ex. No. 32 Mycogen disclosure document   290
21   Ex. No. 33 Photocopy of field photograph   302
22   Ex. No. 34 Photocopies of posters     304
23
24
25

**EXHIBIT C**

Page 5

1           PROCEEDINGS
2                - - -
3           Videotaped deposition taken before TERESA
4    WHALEN, Registered Professional Reporter and Notary
5    Public in and for the State of Florida at Large, in
6    the above cause.
7                - - -
8        Thereupon,
9           (EUGENE MARTELL)
10   having been first duly sworn or affirmed, was
11   examined and testified as follows:
12           DIRECT EXAMINATION
13   BY MR. SANCHEZ:
14      Q.   Good morning, Mr. Martell.
15      A.   Good morning.
16      Q.   Could you please state your name for the
17   record.
18      A.   Yes.  My given birth name is Eugenio Martell,
19   but my name as I go by is E.D. Martell.
20      Q.   What does the "D" stand for?
21      A.   Dominguez.  See, when my son was born, he had
22   the same name as I have, so to distinguish father and
23   son.
24      Q.   Okay.  Have you ever given a deposition
25   before, Mr. Martell?

Page 6

1       A.   If this is a deposition, no, not like this.
2       Q.   Let me explain a few things just to see, so
3    that you understand what's going to happen and so we
4    can try to make it go as fast as possible.  Okay?
5           First off, you raised your hand and swore to
6    tell the truth.
7       A.   Yes, sir.
8       Q.   So you understand that means you're supposed
9    to answer questions truthfully?
10      A.   Yes, sir.
11      Q.   And second, if you could try not to nod your
12   head or shake your head, and give verbal answers,
13   because we are having a court reporter take down your
14   testimony.  Is that okay?
15      A.   All right.  Yes, sir.
16      Q.   And third, if you could try to speak up so
17   the court reporter can hear you, and also so that we
18   can get your -- we are recording this, so we can get
19   your voice on the tape.  Is that okay?
20      A.   Yes.  I'm coming out of a cold, so I'll try
21   to speak as loud as possible.
22      Q.   Just do your best.  If you think at some
23   point in time you need a break, you need to take it
24   easy, need to get a drink of water, we can stop and we
25   can do that.

Page 7

1       A.   Okay.
2       Q.   Are you taking any medicine right now?
3       A.   No, sir, I am not.
4       Q.   Is there any reason you can think of that you
5    wouldn't be able to give full, complete, and accurate
6    testimony today?
7       A.   I don't know of any.
8       Q.   What's your present address, Mr. Martell?
9       A.   I reside in Texas.  My address is 620 North
10   Nevada, Weslaco, Texas.  78596 is the zip code.
11      Q.   What is your phone number?
12      A.   In Texas it's area code (956) 968-2756.
13      Q.   How long have you had that number?
14      A.   I think it's around two, two and a half
15   years.  Since my wife put it up, I don't remember
16   exactly when they put it up.
17      Q.   You speak English and Spanish?
18      A.   Yes, sir, I sure do.
19      Q.   Can you also read and write in English and
20   Spanish?
21      A.   I write not so much.  I can do some, but not
22   the actual Spanish the way it -- I think if I write
23   something somebody might understand it, but I don't
24   know how accurate the Spanish would be.
25      Q.   Are you currently working?

Page 8

1       A.   I'm employed right now by Mr. Pablo Martinez.
2       Q.   What are you doing for Mr. Martinez?
3       A.   He's got a little store in Belle Glade, and I
4    help him there.
5       Q.   What do you do at the store?
6       A.   Well, it's a little convenience store, and
7    they sell food also.  So it's basically women, so some
8    of the heavy stuff, I have to pick up boxes for them,
9    bring supplies and that type of thing.
10      Q.   Is this seasonal work?
11      A.   I help him out about two months out of the
12   year.
13      Q.   With the work at the store?
14      A.   Yes.  I don't stay the full time here.
15      Q.   When do you do that work, from when to when,
16   approximately?
17      A.   Well, like right now I just got here, so I'll
18   be helping here three or four months.  It takes a
19   while, because even though the store is open, their
20   business is seasonal based on the field work, so if
21   there's not that much field work, there is not that
22   much business.  So usually they run it a good part and
23   I help him out two or three months, when it's busy.
24   After that, he himself and his family, they run it,
25   it's a family business.

Page 9

1    Q.  So after that you go back to Texas?
2    A.  Yes, sir.
3    Q.  So you expect you'll be here probably from
4  now until what, about February or March?
5    A.  Yeah.  Somewhere maybe till March, when the
6  work start slacking down, then they don't need that
7  much help, so...
8    Q.  Where did you work prior to working at the
9  store?
10    A.  This year?
11    Q.  Uh-huh.
12    A.  I wasn't working, sir, before I came here.
13    Q.  So you came here from Texas?
14    A.  Yes, sir, I sure did.
15    Q.  Have you done any other work this year at
16  all?
17    A.  Aside from working with him, no, sir.
18    Q.  Aside from working with Mr. Martinez at the
19  store?
20    A.  Yes.  Yes.  Well, see, you've got to
21  understand, I was with him here, this is 2004 we are
22  speaking about, so I was here a couple of months of
23  2004, then I help him in Iowa, then I help him back in
24  the store.
25    Q.  So you have done some other work this year?

Page 10

1    A.  Oh, yes.  Yes, yes.
2    Q.  Could you just briefly tell me, so I don't
3  have to ask question by question, just what work you
4  did this year?
5    A.  Okay.  Well, several months we're with him
6  here in the store in Florida.
7    Q.  That would be in January, February?
8    A.  February, March, April, somewhere in there.
9  Then in Iowa, July we were in Iowa, and then again this
10  year.  I help him with different odds and ends.  He's
11  got a home in Texas also, so I do work for him at his
12  house, you know.
13    Q.  So this year you worked for several months in
14  the beginning of the year at his store?
15    A.  Yes, sir.
16    Q.  Doing the sort of tasks that you said,
17  lifting boxes, restocking?
18    A.  Right.  It's a store, you know, type of work.
19  I don't cook, I just help the ladies because they do
20  all the cooking.  I just -- like a -- it would be, I
21  don't know, an overall job, you know, it involves
22  getting supplies for the store, placing orders and
23  things like that.
24    Q.  Would it be fair to say that all the work
25  that you've done this year has been connected to

Page 11

1  Mr. Martinez?
2    A.  Yes, sir.
3    Q.  How are you paid by Mr. Martinez?
4    A.  Well, he pays me -- like in Iowa he pays me
5  for the season, and here he pays me from the store.
6    Q.  But are you paid by the hour, by a weekly
7  salary?
8    A.  No.  A salary.
9    Q.  What's your salary?
10    A.  It's depends, 300, 350.  Depends on the week,
11  you know, like if it's a long week or a short week.  I
12  don't go on actually hourly wages, because he also -- I
13  also get fed there, so I don't pay for my meals, I
14  don't pay for lodging either.
15    Q.  So they provide food, lodging, and salary?
16    A.  Right.  Yes, sir, that's correct.
17    Q.  And the salary varies depending on what?
18    A.  Well, it depends on if the week was slow, you
19  know.
20    Q.  So on the amount of stuff that's sold from
21  his store?
22    A.  No, no.  It's just like let's say this week I
23  only helped him four days or five days, because
24  sometimes on Sundays they're closed sometimes,
25  sometimes they're open.  It will vary.

Page 12

1    Q.  So you're not pay by the hour, not by the
2  day, you're not paid by the week?
3    A.  No, sir.  Just a certain amount.
4    Q.  And the amount can vary depending on how much
5  work you actually do?
6    A.  Right.
7    Q.  In 2002 you also worked for Mr. Martinez,
8  correct?
9    A.  In 2002?  Yes, sir.
10    Q.  Was the work you did in 2002 the working at
11  the store in sort of the months that you worked, was it
12  similar, or was it different than it was this year?
13    A.  It was different.  We're in 2004 right now.
14  In 2002 I didn't work for him in the store, just up
15  north.
16    Q.  Did you work for Mr. Martinez in 2003?
17    A.  2003?  That was last year.  Yes, sir.
18    Q.  Was 2003 similar to this year?
19    A.  No, sir.  No.  2003 just in the -- I think we
20  did the detasseling only in the corn fields.
21    Q.  And that would have been July and maybe the
22  early part of August?
23    A.  Yes.  It will vary, because sometimes it will
24  go into August.  It depends on the agricultural, the
25  way the fields are planted and stuff, you know, it's

Page 13

1 not an exact amount of days or an exact amount of time.
2    Q.  Did you do any work in October or September
3 of 2003?
4    A.  I'm trying to remember when we went to
5 Illinois. This January we didn't go. I think in --
6 yes. I think in 2003 we went to Illinois, to
7 Congerville.
8    Q.  In September and October?
9    A.  2003.
10   Q.  What is the highest level of education that
11 you've had?
12   A.  I am a high school graduate.
13   Q.  From Mercedes High School, yes?
14   A.  Yes.
15   Q.  What year did you graduate?
16   A.  I graduated 1967.
17   Q.  What is your date of birth?
18   A.  I was born in January 15th, 1949.
19   Q.  In this lawsuit, the Alonso versus
20 Agrigenetics, et al., you're appearing pro se, correct?
21 In other words, you don't have a lawyer who represents
22 you in this case?
23   A.  We do and we don't. We have someone already
24 that's working on another case, and he's probably going
25 to help us on this one, we don't know yet.

Page 14

1    Q.  But a lawyer hasn't actually made an
2 appearance in this case yet?
3    A.  No, sir.
4    Q.  So up to this point you're still pro se?
5    A.  Yes, sir.
6    Q.  And that would be Mr. Saenz in Weslaco?
7    A.  Yes.
8    Q.  Did you review any documents or anything
9 prior to this deposition to get ready for today?
10   A.  No, sir. I don't have anything with me that
11 I looked at, no, sir.
12   Q.  Did you have any discussions with anybody
13 about today's deposition?
14   A.  No. Well, me and Mr. Martinez, because he
15 was -- he did not know what exactly was happening, what
16 we were going to do. And I said from what I
17 understand, they are going to ask us questions about
18 what happened, and tomorrow I think he'll come.
19   Q.  Mr. Martinez, he's the other defendant in
20 this lawsuit, right?
21   A.  Yes.
22   Q.  How did you meet Mr. Martinez?
23   A.  I think it was -- I have a friend that's now
24 in Austin, Texas, Mario Gonzalez, and he introduced me
25 to Mr. Martinez. We were at a place in town, I think

Page 15

1 one of his brothers had passed away, and my friend went
2 over to do the condolences and I went with him, and
3 that's how we first met, you know.
4    Q.  Do you know when that was?
5    A.  No, sir. August. I don't remember when the
6 man passed away, it's been a while.
7    Q.  Well, you worked for Mr. Martinez in 2002,
8 correct?
9    A.  Yes, sir.
10   Q.  So it would have been before then?
11   A.  Yes. Several years, but I don't know exactly
12 when.
13   Q.  Do you recall when you first worked for
14 Mr. Martinez?
15   A.  Yes. I think it was around '97 or '96. They
16 were going to Iowa and we were discussing like in a
17 regular conversation, and he said he needed someone to
18 help him in the field, and if I would work with him, it
19 was just a one-month job, and I said okay, so I went
20 with him.
21   Q.  And that was -- you think it was '97 or '96?
22   A.  Right, sir, somewhere in there, yeah.
23   Q.  Did you work with him every year since then?
24   A.  No, sir. No. I went with him that year, and
25 for a while we didn't see each other, because they stay

Page 16

1 here in Florida most of the time.
2    Q.  Where does -- Mr. Martinez has a residence
3 here in Florida, correct?
4    A.  Yes, sir.
5    Q.  And he also has a residence in Mercedes?
6    A.  Yeah. Yes, sir.
7    Q.  Do you know how often, how much time he
8 spends in Florida and how much time he spends in Texas?
9    A.  Well, from this time that we've been together
10 working, I know that he spends at least four months or
11 three months in Texas, and the other months here in
12 Florida, because his primary job is here in Florida.
13   Q.  Plus he spends months up north, correct?
14   A.  Yes, sir.
15   Q.  This year do you know how many -- do you know
16 where he spent this year? Just tell me from January
17 until now.
18   A.  Well, I didn't get to see him aside from
19 working with him till we got back in Texas. I did a
20 couple of months here with him, and then I went to
21 Texas, then he went back. I think he gets down there
22 around the first week in June, somewhere in there, when
23 the work ends here. See, they don't have an actual
24 date, so when the work ends here, they go to Texas.
25   Q.  So he typically is here from January until

4 (Pages 13 to 16)

Page 17

```
 1   June?
 2      A.  Right.
 3      Q.  And then June he goes to Texas?
 4      A.  Right.
 5      Q.  And how long does he stay in Texas?
 6      A.  Well, the one month we go to Iowa is just
 7   July or whatever days are in there that sometimes go
 8   into August, and then we come back, and then he stays
 9   here until he comes to Florida.
10      Q.  Did he come back to Texas or back to Florida
11   in the month of August?
12      A.  Oh, no.  Okay.  From being in Iowa, we go
13   back to Texas, because the work isn't ready here in
14   Florida yet for them.
15      Q.  Then it's back up north for September and
16   October?
17      A.  Well.  We this year we didn't get the
18   contract for the plant there, for the corn sorting, I
19   think it is, we didn't get the contract, so we didn't
20   go.
21      Q.  So you returned right back here to Florida
22   and stayed here?
23      A.  Uh-huh, yes, sir.
24      Q.  Another of the defendants in this lawsuit is
25   a company called Agrigenetics, and they are also known
```

Page 18

```
 1   as Mycogen Seeds.
 2      A.  Right, sir.
 3      Q.  When I say Mycogen, I'm going to be referring
 4   to Agrigenetics d/b/a Mycogen Seeds; is that okay?
 5      A.  Okay.
 6      Q.  How did you -- do you know this company?
 7      A.  Well, the first time when I first worked with
 8   Mr. Martinez, it was called Cargill, and I know since
 9   then there has been some changes, so I don't know when
10   the actual changes took place.  But the first time I
11   worked for him, it was called Cargill Seeds.
12      Q.  Do you know what year this was,
13   approximately?
14      A.  That was the first time I went with him to
15   work, so I think it was '96 or '97, somewhere in there.
16      Q.  Then you had that break, and then you started
17   working with him again sometime when, in the early
18   2000s?
19      A.  2000.  I'm trying to think.  2002.  That's
20   when I went with him.  And in 2003.
21      Q.  And from what you recall, it was the same,
22   pretty much the same company with a different name as
23   the one that you had worked for in '96, '97?
24      A.  Yes.  Because I remember when we got there, I
25   think some of the signs hadn't been even put up yet,
```

Page 19

```
 1   some of the old Cargill signs were still there, and now
 2   it's going to be called Mycogen Seeds, Mycogen Seeds.
 3      Q.  Do you know what Mr. Martinez' address is
 4   here in Florida?
 5      A.  Well, I think he might have a post office,
 6   but the one I know off is at the store.
 7      Q.  What's the address for the store?
 8      A.  1800 Canal Street.
 9      Q.  In what city?
10      A.  Belle Glade, Florida.
11      Q.  Do you know what Mr. Martinez' address is in
12   Mercedes, Texas?
13      A.  No.  Because it's a rural route, so I don't
14   really know.  I mean, I know how to get there.  It's
15   out in the country, it's a rural route, so I don't know
16   what the address is physically.
17      Q.  Do you know the route number?
18      A.  No.  I know it's at mile three, that's all I
19   know, but the route number, I don't know.  The actual
20   way the post office delivers it, I don't know.
21      Q.  Does Mr. Martinez speak English?
22      A.  Some, you know.  I think he can understand
23   some and speak some.  To what degree, I wouldn't
24   actually say, because I don't know to what degree.
25      Q.  When you converse with Mr. Martinez, you
```

Page 20

```
 1   converse with him in Spanish?
 2      A.  In Spanish, we always speak Spanish.
 3      Q.  Have you ever seen him talking to anybody who
 4   doesn't speak Spanish?
 5      A.  I don't know.  Like who would we say?
 6      Q.  For example, Mr. Martinez is -- what business
 7   is Mr. Martinez in?
 8      A.  Well, he's employed by Duda here in Florida,
 9   so he's like a supervisor or a field man, something
10   like that.
11      Q.  Would you say that Mr. Martinez is in the
12   labor contracting business?
13      A.  Oh, yes, you know.
14      Q.  Do many of the companies that he works with,
15   do many of them not have employees who speak Spanish?
16      A.  That don't speak Spanish?  Well, I'm trying
17   to remember when I went there who, because I know the
18   company is big, and they have people that speak Spanish
19   and English, but I couldn't tell you off the top of my
20   head.
21      Q.  Have you heard of a gentleman named
22   Jim Sheriff?
23      A.  Jim Sheriff?  Yes, I sure have.
24      Q.  Who is Mr. Sheriff?
25      A.  The Sheriff works for the company.  I met
```

**Page 21**

1 Jim Sheriff I think in 2002, and he was the one I
2 corresponded with in regard to when we were going to be
3 in Iowa.
4    Q. Now, when you say "the company," you're
5 referring to Mycogen Seeds?
6    A. Yes, sir.
7    Q. And when you say you corresponded with
8 Mr. Sheriff...
9    A. Well, he calls me or he calls Pablo, you
10 know, to let us know about the season and things like
11 that, you know.
12    Q. So when you use the word "correspondence,"
13 you're using -- you mean verbally or orally?
14    A. Yes, sir, telephone.
15    Q. Did you write any letters back and forth to
16 Mr. Sheriff?
17    A. I'm trying to remember when was the last time
18 we had any type of actual paper communication. It
19 might have been the last year, not the first. Because
20 Mr. Martinez is limited in his English, I thought it
21 would be better if I spoke to Jim sometimes, otherwise
22 to make sure we get everything straight, you know.
23    Q. Does Mr. -- do you know if Mr. Sheriff speaks
24 Spanish?
25    A. I don't know, sir. I've never heard him

**Page 22**

1 speak Spanish.
2    Q. You stated that you had conversations with
3 Mr. Sheriff?
4    A. Yes, sir.
5    Q. Let's try to focus on 2002. Okay?
6    A. Okay.
7    Q. In 2002, when you had conversations with
8 Mr. Sheriff, was that when you were in Texas?
9    A. Yes. Because I think that was the first year
10 that Cargill wasn't going to pay, so Mr. Martinez or
11 somebody had lined a payroll company to do the checks.
12 That's when Mr. Martinez approached me if I would help
13 him because Cargill wasn't going to be paying anymore,
14 see, they were going to do it a different way. And ADP
15 was the company that was going to do the checks.
16    Q. Okay. So it is your understanding that
17 Cargill was going to -- Mycogen Seeds was going to pay
18 Mr. Martinez, and Mycogen Seeds was not going to pay
19 the workers directly?
20    A. Right, yes, sir. Because there was a change
21 in the structure of however they had it before.
22 Because the first time I went with him, Cargill would
23 make the checks.
24    Q. And prior to that, prior to that Mycogen had
25 paid the workers directly, that's your understanding?

**Page 23**

1    MR. HILL: Objection, form.
2    Go ahead.
3    THE WITNESS: Well, when I worked, the first
4 time I worked with him, it was Cargill, we were
5 paid a company check from Cargill, which is now
6 Mycogen. But when I went to work with him in
7 2002, we had to do a different system. For some
8 reason, I think we had to get someone to do the
9 checks, so that's what happened.
10 BY MR. SANCHEZ:
11    Q. And I believe that you stated earlier that
12 you had conversations with Mr. Sheriff about this
13 situation, correct?
14    A. Yes, sir.
15    Q. Do you recall when your first conversation
16 with Mr. sheriff took place in 2002?
17    A. No. It would have to be before we left,
18 because I think he wanted to follow up on how we had
19 put something together for the payroll. And I told him
20 well, from what I understand, there is this company
21 named ADP, I think that's what we discussed, and how it
22 was going to be done over there to kind of facilitate
23 for everybody, you know, to get paid without any
24 delays, you know. And ADP, I don't know who picked
25 ADP. I came in when ADP was already the company that

**Page 24**

1 did the payroll. So when I came to Martinez, somebody
2 had selected that company, I guess because they were in
3 Florida. I don't know.
4    Q. So you don't know whether it was Mr. Martinez
5 or Mycogen or somebody else?
6    A. No, sir, I don't know who selected the
7 company.
8    Q. Do you know what the arrangements were with
9 ADP?
10    A. Well, when I got to Iowa and I called them
11 from there, I was given -- I was sent a packet, and
12 there was a gentleman on the other line, I forget his
13 name, I have his card somewhere, and they instructed me
14 how they want me to do it, see, how they wanted me to
15 put the weekly salary or whatever. And then the checks
16 would come into the...
17    Q. So this was somebody from ADP in Florida?
18    A. Yes, sir. Because they were based out of
19 Florida.
20    Q. What other conversations do you recall having
21 with Mr. Sheriff prior to leaving Texas and going up
22 north in 2002?
23    A. I don't think -- well, I think the last time
24 we had was when he told us, like, when to expect the
25 departure for us to be over there; because they tell us

6 (Pages 21 to 24)

Page 25

1 when they want us over there, we don't have no control
2 over that.
3 Q. The folks at Mycogen?
4 A. Yes. And Jim would say okay, like we expect
5 to start at this certain date, so the people have to be
6 up there at a certain date.
7 Q. Now, this was -- you were in Texas,
8 Mr. Martinez was in Florida, or was he already back in
9 Texas in 2002 when you had this conversation with
10 Mr. Sheriff?
11 A. No. I think -- I'm trying to remember when
12 was the last time we talked. And I don't remember, I
13 think Mr. Martinez was already in transit, and that's
14 why he called me, I think, to let me know, just -- and
15 I said well, when Pablo gets here, I'll let him know
16 what you said and then we'll call you again, to kind of
17 pinpoint the date.
18     Because it's, like I said, difficult. They
19 don't tell us much or less, because the way the
20 planning is done, it's not like saying we open the
21 store at eight, it's not that way with the fields, it's
22 different, you know. So we are kept on a date that
23 they can work with and we can work with.
24 Q. So you think this conversation that you just
25 mentioned, you think it was in June or May of 2002?

Page 26

1 A. No. It had to have been in the latter part
2 of June, because we left in July. So it have to have
3 been the latter part of June, like the last time we
4 talked as far as what date. Because they tried to call
5 us when it's close to that time, you know.
6 Q. When you had this conversation with
7 Mr. Sheriff, were you already working with
8 Mr. Martinez?
9 A. No. Not yet, no. But it's just
10 communication, you know. Because he told me call them
11 over there, see what -- they haven't called me
12 either -- and touch base. Because they stay there the
13 full year, Mycogen.
14 Q. Right. But did you understand my question?
15 You've kind of mentioned that you have various job
16 duties.
17 A. Right.
18 Q. And part of your job duties in 2002 were when
19 you were actually in Iowa and Illinois, correct?
20 A. Right, sir.
21 Q. But you were also doing -- you also had some
22 activities in Texas --
23 A. Uh-huh.
24 Q. -- in connection with your work with
25 Mr. Martinez, right?

Page 27

1 A. Right, yes, sir.
2 Q. But were you getting paid for that?
3 A. Well, that, it's like a favor to a friend to
4 a friend. It's not actually doing actual work, just a
5 phone call, you know. It's like someone asking you
6 well, if you're going to the post office, would you
7 drop the mail for me. It's not actually -- I don't
8 start working with him until we get to Iowa, you know.
9 Q. Have you heard of a gentleman named
10 Mike Zecher?
11 A. That rings a bell. I think it's one of the
12 gentlemen from Mycogen Seeds.
13 Q. What do you know about Mr. Zecher in terms of
14 his --
15 A. His actual position, sir, I don't know. I
16 know he works for the company.
17 Q. Do you know what Mr. Zecher does?
18 A. No, sir.
19 Q. Do you know a gentleman by the name of
20 Kenny Stevens?
21 A. No, sir. Kenny Stevens. I never heard the
22 name before.
23 Q. Do you know a woman named Maria Flores?
24 A. Well, we have an employee I think by that
25 name, Maria Flores.

Page 28

1 Q. By "we," who are you referring to?
2 A. That works for us up in Iowa.
3 Q. When you say "us"?
4 A. Well, Mr. Martinez, as an employee of the
5 company for Martinez when we are up in Iowa.
6 Q. When you say -- these words are kind of hard
7 for me to kind of follow. When you say the company or
8 us, by "the company" you're referring to what?
9 A. Okay. If the name of the lady -- because
10 Maria Flores is a very common name, it's like
11 Jose Garcia and Jose Gonzalez, there could be a
12 thousand of them. If you say Maria Flores at this
13 particular time or that particular time, you know, so
14 if it's that Maria Flores is the one I'm thinking that
15 works, has been working I think two or three reasons
16 seasons that I've been there, she works also in the
17 summer only at the July season with Mycogen, where we
18 do the detasseling. Sorry.
19 Q. The Maria Flores that you were referring to,
20 what sort of work does she do for Mr. Martinez?
21 A. When we're out in the fields, we have to
22 enumerate the production, so work has to be done. Like
23 as you go the rows are in sections, so somebody has to
24 keep tab; if it's not me, it's somebody else out there
25 doing it all. On occasions I'll be out there too,

7 (Pages 25 to 28)

Page 29

1 because we have to have a system on who did what
2 production, see.
3     Q.  All right.  In 2002, the work that you did
4 for Mycogen, was it in Illinois or Iowa or both?
5     A.  2002?  I'm trying to -- just so I can be
6 correct on this.  In 2002, that was first year that ADP
7 came in, so we were in Iowa doing the detasseling, and
8 we also went to Illinois to do the corn sorting.  Yes,
9 sir.
10     Q.  When you were working in the detasseling,
11 what was your job?
12     A.  That was the first year that he asked me if I
13 would help him to do the payroll because the Cargill
14 company was not going to do it, so they needed someone
15 to help him to do all the payroll for the people, what
16 they earn, all that stuff.
17         MR. HILL:  Can I just interrupt?
18         (Thereupon, a short recess was taken.)
19 BY MR. SANCHEZ:
20     Q.  Mr. Martinez, before we took a break, I think
21 we were talking about some of the witnesses or some of
22 the people in this case who might have knowledge of the
23 issues in this case.  We had already talked about
24 Mr. Sheriff and Mr. Zecher and Mr. Stevens and
25 Mrs. Mores.

Page 30

1         Let me have a document marked as Exhibit 1.
2         (Exhibit No. 1 was marked for identification.)
3 BY MR. SANCHEZ:
4     Q.  Mr. Martinez, I've handed you a document
5 that's been marked as Exhibit Number 1.  If you can
6 look at Exhibit Number 1 and just tell me what this
7 document is.
8     A.  This is from that company that makes the
9 checks, ADP, basically the people and the earnings and
10 the deductions and all that.
11     Q.  If you look at the bottom right-hand corner
12 of Exhibit Number 1, you'll see the initials DEF 0093?
13     A.  Yes, sir.
14     Q.  And each page has a DEF, and it goes from
15 DEF 0093 to 0105.
16     A.  I see that.
17     Q.  This is a document that was provided by you
18 to us in response to a document request that we made,
19 correct?
20     A.  I think so.  I know we took some papers over
21 when Mr. Morton wanted to see what we had paid them and
22 what I had, I think this is everybody's.  Because when
23 I first took some papers to the office of Legal Aid, I
24 just took the ones for the people that were involved,
25 because of the other people, they weren't involved, so

Page 31

1 I thought that was private so I didn't want to show
2 that, just the people that were involved, so I had
3 taken -- I tried to single out only people that were on
4 the list, I think that's what I had taken on the first
5 time, the pay periods that we gave out checks.
6     Q.  So when you say -- just to be clear, this
7 document is a more complete record?
8     A.  Yes.  I guess this is everybody, because I
9 see all the names.  I don't remember everybody, because
10 some people's names they stay with you and some of them
11 don't, you know, they have so many people.  It's not
12 like we know each other a long time, it's just a small
13 amount of time we are together.  Some of them we don't
14 even visit with them, you know, some of these guys I
15 don't recall the names, but if they're here, they
16 probably worked for us.  Okay.
17     Q.  One thing that the court reporter mentioned
18 to me during our break was that she would like for you
19 to wait till I finish asking a question because you
20 answer, because we have a lot of overlap.
21     A.  Okay.  I'm sorry about that.
22     Q.  No problem.  You've never had your deposition
23 taken before, and sometimes you have things you want to
24 say, or you think you know what the question is and so
25 you want to go ahead and answer and answer, so if you

Page 32

1 could just wait, that would be okay.
2     A.  All right.
3     Q.  If you look at the last two pages of
4 Exhibit Number 1, the ones marked 104 and 105,
5 specifically if you look at 104 about three quarters of
6 the way down, you see the name Eugene D. Martell?
7     A.  Yes.
8     Q.  That's you, correct?
9     A.  That is correct, that is me, sir.
10     Q.  Your Social Security number is 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?
11     A.  That is correct, yes, sir.
12     Q.  And it shows here that you earned in 2002
13 $2,000 working with Mr. Martinez?
14     A.  Right, sir, that is correct.
15     Q.  It also shows Pablo Martinez's name; is that
16 correct?
17     A.  Yes, sir.  I see it.
18     Q.  Is that the defendant Pablo Martinez, or is
19 this another Pablo Martinez?
20     A.  I'm trying to remember.  There was one year
21 his son went, who also has the same name, because I
22 don't know Mr. Martinez's Social Security number
23 offhand, so I don't know.  It's probably Pablo, because
24 of the salary.
25     Q.  When you say it's probably Pablo, you

Page 33

1 mean Pablo Martinez --
2   A.  Pablo Martinez my boss, yes, sir.
3   Q.  Why does the salary make you think it's
4 probably him?
5   A.  Because normally the people in the field make
6 anywhere from 1800 to 2,000, somewhere in there.
7   Q.  Okay.  If you look about a quarter of the way
8 down, these names are all in alphabetical order, you
9 see the name Maria Flores?
10   A.  Yes, sir, I do.
11   Q.  It shows that she earned $6,000, correct?
12   A.  Right, sir.
13   Q.  So based on your experience of how things
14 worked in 2002, this is more than what the typical
15 field worker was making, correct?
16   A.  Right, sir.
17   Q.  Do you know what her duties were in 2002?
18   A.  Yes.  I think this is the Maria you had asked
19 me about.  She goes to the fields, she helps enumerate
20 the rows, she helps when they're in the fields, helps
21 people stay behind.  Because even though they're on
22 piece work by themselves, some of them stay behind.  So
23 to keep the route of the people I would say in an
24 orderly form, whoever stays behind, you have to help
25 them to, you know, catch up with the rest of the

Page 34

1 people.  So she had a lot of duties besides just
2 enumeration.
3   Q.  What were your duties in 2002?
4   A.  My duties was to take the information -- that
5 is that's one of her positions, her duties, where she
6 brings me the information on a daily basis of the
7 people, what they do, what I have to write down, what
8 they did per day as far as what they're doing, so to as
9 to be able to come to the end of what everybody made.
10 Because everybody does so much per day, see, nobody
11 does the same.
12   Q.  In 2002, did you also go out to the field?
13   A.  Not every day.  Some of the days.  I don't go
14 every day out there.
15   Q.  Did you have any role at all in helping
16 assign the rows?
17   A.  No.  I don't assign rows.
18   Q.  Did you have any role at all in making sure
19 that people are going at about the same pace in the
20 fields?
21   A.  No.  Because Ms. Flores and Mr. Martinez are
22 out there continuously, they do all of that.
23   Q.  Was there anybody else aside from
24 Mr. Martinez and Ms. Flores who had that type of duty?
25   A.  I think, if I'm not mistaken, Dino --

Page 35

1   Celestino Flores -- sorry -- Celestino Lopez was also
2 doing something like that with them.  The surquero, we
3 call it, out there.
4       They are out there, this is field work for us
5 to kind of understand what I'm talking about.  And this
6 person, surquero, because there is several people, not
7 just one or two.  And you have to understand, the crop
8 is this high, and some people -- anyway.  So to try to
9 bring everybody into sequence, because otherwise we'll
10 leave some people behind.
11       So let's say they're going at the same pace,
12 some work faster than others, so by the time we get
13 over here, it's their job who is behind, let's go see
14 who is behind and meet them this point to
15 wherever, so they can come out and continue with the
16 rest of the group so they can all go in order.  I don't
17 know what the title would be in English, in Spanish we
18 call it surquero.  And I don't know how to spell it,
19 either.
20   Q.  At the very bottom of the page, there is a
21 name of Roberto Renderos, correct?  And I'm referring
22 to Exhibit Number 1.
23   A.  Roberto Renderos, that is correct.
24   Q.  And Mr. Renderos earned $1600 in 2002?
25   A.  Yes, sir, that's what on there.

Page 36

1   Q.  What were Mr. Renderos' duties?
2   A.  I think Roberto Renderos was the bus driver.
3   Q.  Do you know whether Mr. Renderos ever did any
4 field work, or did he just drive the bus?
5   A.  I cannot tell you, because he was out in the
6 field with them.  I do know his job was to take the
7 people to the fields, transfer the people to the
8 fields, the bus driver.
9   Q.  If you look to the first page of
10 Exhibit Number 1, on the little label that's attached
11 to the first page, it has the letters B-L-G.
12   A.  Okay.
13   Q.  Do you know what that stands for?
14   A.  If I'm not mistaken, I think ADP -- how do
15 they say, like they give a code of some sort, so when
16 you would call the company that makes the checks, they
17 would ask you for the code, that was code BLG.  I don't
18 know how they came up with the code, but that's the
19 code.
20   Q.  So it just refers to I guess this group of
21 workers, but you don't know what that means?
22   A.  No.  Because like I said, it's like here,
23 DEF, I don't know what that means, but it's there.  So
24 BLG is something that ADP assigned to us, and they said
25 when you call about your paperwork, the code is BLG.

9 (Pages 33 to 36)

Page 37

1    Q.  Was there a particular person that you dealt
2  with at ADP in 2002?
3    A.  No.  Because it was a man.  I'm thinking of
4  his name, the person that initiated with me the actual
5  thing, how to do this, how to set it up.  I had never
6  done this, so I need to know how I'm going to do it.
7  And they said well, these are the instructions, and
8  this, and the people's salaries whatever, that is faxed
9  to us, and from there we cut the checks.  But they're
10  the ones that put the whole thing together, ADP.
11    Q.  Right on that label on the first page of
12  Exhibit Number 1, it has the phone number
13  (319) 385-8968.  Do you see that?
14    A.  Yes.  Yes, sir.
15    Q.  Is that the number to the Heidelburg Motel?
16    A.  I think so.  I don't remember offhand the
17  phone number, but that area code seems like it might
18  be.
19    Q.  And then right below that phone number it has
20  attention Pablo/Jim Martell?
21    A.  Right.  I know.  For some reason,
22  Jim Sheriff, or whoever gave this guy my name the first
23  time, somebody understood Jim instead of Gene, you
24  know, that's why I always go by my initials, E.D., for
25  me it's easier.  But you'd be surprised how long it

Page 38

1  takes to correct something so simple.  And it stayed
2  all the time.  So I said well, as long as you know it's
3  Martell, forget about Jim, you know.
4    Because the way it came, it came to the
5  attention, since it's a hotel, to me and Pablo, they
6  know him there by Pablo, and the hotel owner knows me
7  by Martell, so when he sees the package, he knows it's
8  for us.  Because you have to understand, it's a motel,
9  so there's lots of people staying there that might get
10  mail, so that was done by ADP over there.
11    Q.  If you look at the second page of
12  Exhibit Number 1, can you just run across the top
13  column where it has employee number, gross, YTD, can
14  you just describe what those columns mean.  Do you
15  know?
16    A.  Well, yes.  The way ADP set it up, they are
17  showing probably what the person earned and the amount
18  of tax, and the second column Social Security, and all
19  the deductions that are made on the check stub, from
20  what I see there.
21    Q.  It's your understanding that ADP filled in
22  this information based on information that you sent to
23  them?
24    A.  Yes.  Information I sent them then they
25  compiled this.

Page 39

1    Q.  How often did you send information to ADP in
2  2002?
3    A.  Okay.  It was -- I'm trying to remember,
4  because -- well, the exact date I wouldn't know it,
5  because I don't remember when we got there in Iowa.  So
6  when I got there, I called the company in Florida, and
7  they said we're going to send you a package to tell you
8  how to do it, how we're going to pay, because
9  it's a different company now, it's Mycogen.  The other
10  company was Cargill, so it's two different companies,
11  and I don't how they're going to work it.
12    So like I said before, when Mr. Martinez
13  asked me to help him, somebody had already got ahold of
14  this company, this payroll company, whoever they were,
15  ADP, I didn't know who they were, you know, so when we
16  got to Iowa, I called so they could inform me how to do
17  the pay structures.
18    Q.  I believe we just stated that it was two
19  different companies, it was Mycogen and prior to that
20  it was Cargill, right?
21    A.  Right.  Because Cargill was one and Mycogen
22  with us.  I think Cargill, they would pay themselves,
23  and when Mycogen, because they're two different
24  organizations, they did things different, I guess.
25  Because the very first time I worked with them, we also

Page 40

1  got paid from Cargill.  And this time from Mycogen,
2  Mr. Martinez was told he had to get somebody.
3    Because, like I said, when Mr. Martinez asked
4  me to help him, somebody had already got this company
5  to do the payroll for them, now they needed someone to
6  work with them to do whatever they was going to do.
7  Because I didn't know I was going to do it.  The
8  gentleman who had been there before with him didn't go
9  that year, so he need someone, he asked me if I would
10  help him, and I said okay.  So he said we have a
11  company, and when we get to Iowa, you call them, and
12  they'll tell you the instructions.  That's when they
13  send me the package and told me how they wanted it
14  done.
15    Q.  But you don't recall who that was?
16    A.  No, sir.
17    Q.  The folks that you were dealing with at
18  Mycogen in 2002, was it the same people that had been
19  dealing with Mr. Martinez in 2001 and in previous
20  years?
21    A.  I don't know.  Because in 2001, I didn't go
22  with them, so I don't know who was -- I'm trying to
23  figure out who was with him.  I think it's different
24  people, because I don't -- like Jim Sheriff, that was
25  the first time I heard of him in 2002, I never heard of

Esquire Deposition Services (561) 659-4155

Page 41

1  him before.
2      Q.  But the only year you had gone up prior to
3  that was '96 or '97?
4      A.  Yeah.
5      Q.  It was a five or six year gap?
6      A.  Yes.  Like I said, when we went there, I
7  remember the company still had the old signs where they
8  were taking it down, there was another company now,
9  Mycogen, and that was -- I didn't know what was going
10 on, just totally different changes.  And this was one
11 of them, the payroll structures.
12     Q.  If you look at the last two pages of Exhibit
13 Number 1, the ones marked DEF 0104 and DEF 0105.
14     A.  Okay.  I got it.
15     Q.  The names on these two pages, these are the
16 folks who were used by Mr. Martinez to detassel seed
17 corn in Illinois in 2002, correct?
18     A.  Yes, sir.  That is the people, right.
19     Q.  And as far as you know, these folks, the corn
20 they were detasseling was owned by Mycogen Seeds?
21     A.  I don't know who owns the corn, because I
22 don't know how they worked in the field.  I know that
23 Mycogen was the company we were working with.
24     Q.  Were there signs in the field?
25     A.  Yes.  See, what I don't know -- excuse me.

Page 42

1  What I don't know is how they do it.  In other words,
2  like, how do I say.  Okay.  I think one example I can
3  make is like a co-op of some sort.  So I don't know who
4  was there, if Mycogen buys the fields or just the corn
5  or how they do it, I just know that the detasseling is
6  done for the company.  From there, I don't know.
7      Q.  Well, let's try to narrow it down to what you
8  know.
9      A.  Okay.
10     Q.  Were there signs in the fields for the name
11 of the company?
12     A.  Yes.
13     Q.  What company name was on the signs?
14     A.  Mycogen.
15     Q.  Were there trespassing signs?
16     A.  I'm trying to remember.  If I said I saw
17 them, I wouldn't be correct, and I don't remember if I
18 could see them, because you don't look for trespass
19 signs.  They could have been there, but every field is
20 different, you know, and they're so big.
21     Q.  Do you know if Mr. Martinez owned the fields
22 or the corn?
23     A.  Oh, no, sir.  Mr. Martinez, no.
24     Q.  And you didn't own the fields and the corn?
25     A.  No.  I sure couldn't own them.

Page 43

1      Q.  The address on the top of DEF 0104, the
2  second to the last page.
3      A.  The second to last page?
4      Q.  It has the name Pablo Martinez.
5      A.  I see it.
6      Q.  And it has the address of Elm Street,
7  Gladstone, Illinois?
8      A.  Right.
9      Q.  Do you know if Mr. Martinez ever lived at or
10 had a business at 101 Elm Street in Gladstone?
11     A.  No.  Because I remember Gladstone, and that's
12 where like an office was there for Mycogen, I think
13 that's the office of Mycogen, but it's not physical as
14 far as anybody living there.
15     Q.  So that address is a Mycogen office, correct?
16     A.  Yes.  Because I know the first time the
17 paperwork from ADP came, it came to that address in
18 Gladstone, and I had to go all the way up there to pick
19 up the papers.
20     Q.  In the summer of 2002 when you were doing
21 this detasseling work, you were staying at a place
22 called the Heidelburg Motel; is that correct?
23     A.  That is correct, sir.
24     Q.  Do you know who owns that?
25     A.  I know the first name is Lewis, the gentleman

Page 44

1  that owns it.  The last name, it's a Chinese or
2  Japanese name, and I think it's Pang or Pong, but I'm
3  not correct on the last name.  We just knew him as
4  Lewis.  I have a business card, but I think it stayed
5  over there.
6      Q.  A business card for the hotel?
7      A.  From the hotel, yes, sir.  Probably stayed at
8  the hotel, because we never, you know...
9      Q.  Have you stayed at the Heidelburg Motel since
10 2002?
11     A.  Let me see.  2002 we were there.  I think
12 2003 also.  Because this year, 2004, we stayed at a
13 different hotel, because they didn't have rooms.
14     Q.  Where did you stay this year?
15     A.  Another hotel on the entrance to town that's
16 called Iris Motel.  I-R-I-S.
17     Q.  And where did you stay in 2003?
18     A.  I think it was with Lewis.  Yes, I'm pretty
19 sure.  Because the first year, that was the first year
20 I stayed there at the Iris.
21     Q.  In 2004 was the first year you stayed at the
22 Iris Motel?
23     A.  Yes, sir.
24     Q.  And in 2003 you stayed at the Heidelburg
25 Motel?

Page 45

1    A.  Yes.

2    Q.  And in 2002 you stayed at the Heidelburg

3  Motel?

4    A.  Right.

5    Q.  And in 2002, the workers that were located by

6  Mr. Martinez stayed at the Heidelburg Motel?

7    A.  That is correct.

8    Q.  Who made the arrangements with Mr. Pang to

9  stay at the Heidelburg?

10    A.  Well, I got up there, because they were, I

11  think -- I don't know how many years prior they had

12  stayed there, so I wouldn't know.  I think if was like

13  an understanding that next year they would be coming

14  again.  So most of these people that had been there the

15  previous year went again, so everybody knew where the

16  hotel was.  I think Mr. Martinez called Lewis and then

17  Lewis called us back to let us know whether or not he

18  could accommodate the rooms.

19    Q.  When you say Lewis called us back, did Lewis

20  call Mr. Martinez back, or did he call you back?

21    A.  Well, he called both of us, you know.

22  Because he speaks English and he's limited, you know,

23  so we have to try to understand each other, you know.

24  Mr. Lewis, we got together on the availability, because

25  again, like I say, the dates are hard to pinpoint, and

Page 46

1  it's hard for a business to reserve rooms ahead and

2  then you not get there.  So sometimes you get there and

3  the work is not there, but you have to pay for the

4  rooms anyway because you're already there.  Or you

5  reserve for a certain day, and even though we don't get

6  there, we cost him so many rooms that he didn't rent

7  that day we weren't there.  So we try to coordinate

8  when we work with him two years the best way, you know,

9  to not put him out, you know.

10    Q.  So in 2002, do you recall how many

11  conversations you had with Mr. Pang about housing

12  Mr. Martinez's crew at the Heidelburg Motel?

13    A.  No, sir, I couldn't remember exactly how

14  many.

15    Q.  Was it more than one?

16    A.  It was once or twice, but that's about it.

17    Q.  Do you recall anything about your

18  conversation with Mr. Pang in terms of how many rooms

19  you wanted or how many people were going to be

20  traveling up to Iowa in 2002?

21    A.  Yes, yes.  We discussed rooms, because we

22  knew -- I'm trying to figure how many rooms we had

23  figured we were going to be using, and then when we got

24  there, we had to rent more rooms because we didn't have

25  enough rooms.

Page 47

1    Q.  This is in 2002?

2    A.  Yes, sir.

3    Q.  Do you know how many rooms there are at the

4  Heidelburg Motel?

5    A.  I can take a guess, but exactly I don't know,

6  because we've never used up the whole hotel.

7    Q.  Can you give me an estimate?

8    A.  Yes.  Somewhere around close to twenty if not

9  a little bit over.  But that would be like a guess, you

10  know.

11    Q.  Do you know what the arrangements were in

12  2002 to rent rooms at the Heidelburg Motel, for

13  example, do you know how much?

14    A.  No, sir.  Because Mr. Martinez and him had

15  discussed that.

16    Q.  Do you know whether Mr. Martinez paid for the

17  rooms up front, or whether he paid on a daily basis or

18  some other basis?

19    A.  No.  Because I remember paying the last

20  check, but Mr. Martinez, when we got there, he's got to

21  pay him some money too, so I don't know how much was

22  paid at the beginning.  But he would know, Mr. Pang

23  would, because he has to have the records we paid him.

24    Q.  Do you know whether Mr. Martinez has any

25  records of what was paid to Mr. Pang in 2002?

Page 48

1    A.  I'm trying to remember.  I don't know if that

2  was -- I'm trying to remember, because I know I took

3  the check to Lewis, but that wasn't for the full

4  amount, because he had already paid him some money.

5    Q.  When do you recall taking a check to

6  Mr. Pang?

7    A.  At the end before we left, because we said

8  we're going to settle the bill, we're leaving, so he

9  said this is the balance.

10    Q.  So when you say we're leaving, you mean you,

11  Mr. Martinez, and the crew?

12    A.  Everybody, yes, usually.  Because he has to

13  know also to clean the rooms to rent for the next day,

14  because that's his business.  So like when we finish,

15  I'll say okay, Lewis, even though let's say we're going

16  to finish today, well, people have to come from the

17  fields and take a bath.  Even if they leave that night,

18  the room has to be paid for anyway, because we already

19  took up where he could have rented the room, so we have

20  to pay for another extra day.  Because in other words,

21  if people leave in the afternoon, you have to be out of

22  the hotel by one or two, whatever time, we still take

23  up the afternoon, even though they don't stay, he still

24  pays for the whole room for whatever amount of rooms we

25  arranged.

**Page 49**

1    Q. Prior to reserving rooms at the Heidelburg
2  Motel, what things did you or Mr. Martinez take into
3  consideration about the number of rooms that you
4  needed?
5    A. Well, make sure I think one of them was --
6  well, see, it's a hotel, so a hotel, they provide room
7  service, they provide towels, soap, everything, color
8  TV, everything, and very clean rooms. And we try to
9  make to where it's comfortable for everybody, normally
10  three or four per room. And they are big rooms, you
11  know, big beds.
12    Q. In 2002 how many workers were per room?
13    A. I would say on the average three to four.
14    Q. Were there any rooms that you recall that had
15  five people in a room in 2002?
16    A. That I recollect, no, sir. If there was, it
17  wasn't to my -- because sometimes some people come in
18  groups, and that has happened when they don't want to
19  divide themselves. So if that was the case, then they
20  get a big room, because everyone I saw had four. But
21  after they are given the rooms, they might stay with
22  somebody else because of their own desire to be with
23  their little group, you know. It's hard to separate
24  one guy and just give him a room for one person,
25  because there are no rooms for one, it's all for two or

**Page 50**

1  three or four people.
2    Q. In 2002 how many people were in your room?
3    A. In my room, two people.
4    Q. You and who else?
5    A. Me and the bus driver, and I think another
6  guy, the surquero, because he would fluctuate from one
7  room to another.
8    Q. So you had two and then sometimes three
9  people in your room?
10    A. Yes, you know.
11    Q. Where did this surquero stay when he wasn't
12  in your room?
13    A. Well, like sometimes there is a room
14  available, so Lewis would make availability to us to
15  where we wouldn't be crowded, that way everybody could
16  sleep, you know.
17    Q. So you were uncomfortable?
18    A. No. There was plenty of room. But
19  sometimes, you know, like I said, some people preferred
20  to hang out with other people. To us we had a bed per
21  person, and a couch for him to sleep also.
22    Q. How many people were in Mr. Martinez's room?
23    A. Mr. Martinez's room? I don't know. Maybe
24  four people.
25    Q. Do you know who was in Mr. Martinez's room in

**Page 51**

1  2002?
2    A. I'm sorry?
3    Q. In 2002.
4    A. 2002? No. I don't know exactly. Because I
5  don't assign room by room. We'll say four people are
6  with Rudy, and Rudy says okay. We have to hold
7  somebody responsible for that room, because that
8  particular year, they did some pretty bad stuff on the
9  hotel, and we were afraid Mr. Pang had to pay out of
10  his own pocket, so Mr. Martinez paid him. Because
11  somebody had burned a mattress and put fire to a phone.
12  I don't know why they would do that, but those are
13  things we have to take care of personally. So we try
14  to assign one person in charge of a room, that way this
15  person is responsible for whatever.
16    Q. Do you keep a list of who is responsible for
17  each room?
18    A. Well, it's just designated, we don't actually
19  make a list. In other words, when they start coming
20  in, we'll say who is responsible, and one of the guys
21  will say I'm responsible. Okay. We don't actually,
22  like, hold them to it, you know. We believe on their
23  word of honor or take it for granted they're almost
24  going to do destruction, you know. That particular
25  time they did. But of course, you know, Mr. Martinez

**Page 52**

1  paid for it.
2    In other words, I guess one of the reasons he
3  did it because it's hard to get hotel, you know. If
4  you can visualize people coming from the fields with
5  mud and dirt all over them, not too many hotels want to
6  accommodate you. So we try to work with the people to
7  where let's be a little bit understanding to this man
8  too, that's his business. So after we leave and we
9  leave a mess, he won't be able to rent his rooms out
10  either. He's helping us by, you know, letting us stay
11  here. It's not easy, you know. Anybody that goes up
12  north will tell you it's not easy to get accommodations
13  for farm workers.
14    Q. In 2002 there were about how many workers on
15  Mr. Martinez's crew?
16    A. Well, I couldn't count offhand, but I would
17  say somewhere around 40, 45, somewhere around there.
18    (Exhibit No. 2 was marked for identification.)
19  BY MR. SANCHEZ:
20    Q. Mr. Martell, I'm going to hand you a document
21  marked Exhibit Number 2. This is some responses you
22  gave to us in response to interrogatories. Could you
23  look at that document and identify it for me?
24    A. Okay.
25    Q. Do you recognize the document that's been

Page 53

1  marked Exhibit Number 2?
2      A.  Uh-huh, yes, sir.
3      Q.  What is Exhibit Number 2?
4      A.  Well, it's I think this is the time I went to
5  your office, if I'm not mistaken, and you guys asked me
6  some questions and we talked about the 2002 season. I
7  believe that is the one, I think.  I mean, I've made
8  several trips to the Legal Aid office already, so I
9  don't know which one this one was.
10     Q.  If you look at the first page of Exhibit
11 Number 2.
12     A.  The cover page.  Okay.
13     Q.  Do you recognize your signature?
14     A.  Yes, sir.
15     Q.  If you look at the first page of Exhibit
16 Number 2, you also you see a caption on there.
17     A.  You mean the bottom part, or what?
18     Q.  In the middle it says Defendant
19 Eugene Martell's Supplemental Answers to Plaintiffs'
20 First Set of Interrogatories.
21     A.  Yes, sir.
22     Q.  Do you recognize that?
23     A.  Uh-huh.
24     Q.  Do you recall signing this document?
25     A.  Well, I've signed several, so I don't

Page 54

1  remember specifically this one.
2      Q.  Do you recall -- you don't specifically
3  recall signing this document?
4      A.  Like I said, I've signed several, so I don't
5  know which is this one, we signed so many of them.  I
6  don't know which is which.
7      Q.  Does that signature look like your signature?
8      A.  Oh, no.  That is my signature, yes.
9      Q.  Can you look at the second page of
10 Exhibit Number 2?
11     A.  Page two?
12     Q.  Right.
13     A.  Okay.
14     Q.  Towards the top it has interrogatory number
15 two?
16     A.  Yes.
17     Q.  The question states:  "Please state your 2002
18 job title with Agrigenetics and Pablo Martinez and
19 describe the duties, rate of pay, and source of pay
20 that accompanied the job(s)."
21     A.  Okay.
22     Q.  Your response is:  "I worked for
23 Pablo Martinez and had no job title.  I did paperwork
24 and helped him with registration.  I was paid
25 approximately 2,000 for the 2002 season."

Page 55

1      Q.  Do you see that?
2      A.  Yes, sir.
3      Q.  Do you recall making that statement?
4      A.  Yeah.  That is what I got paid.  I don't have
5  a title, I just work for Mr. Martinez.
6      Q.  What paperwork did you do in 2002?
7      A.  Well, when we arrived over there in Iowa, we
8  have to register the people there, so that's what I was
9  doing.  They come, you ask them the questions on the
10 forms, and then they sign the forms.
11     Q.  Now, when you say they sign -- you ask them
12 the questions and they sign the forms?
13     A.  Yes.
14     Q.  What questions are you asking them?
15     A.  Okay.  If I'm filling out an application and
16 some of the people don't know how to read and write
17 English, you have to ask them the questions.
18     Q.  So Mr. Martinez had applications for workers
19 in 2002?
20     A.  Up there, yes.  We have to turn that in to
21 the company, all the people working, we have to take
22 the Social Security number down, all the information,
23 like an application for work.
24     Q.  By "the company," you're referring to
25 Mycogen?

Page 56

1      A.  Yes, sir.
2      Q.  So in 2002, it's your testimony that these
3  workers are filling out Mycogen applications?
4      A.  Well, the applications were for the company,
5  for Mycogen Seeds.
6      Q.  What other paperwork did you help out with in
7  2002?
8      A.  Well, we have to do the forms for the
9  deductions for the payroll, they have to sign how many
10 dependents they have and what the withholding will be,
11 because all of that I have to submit to the payroll
12 company.
13     Q.  Did Mr. Martinez keep copies of any of these
14 documents that the workers were filling out in 2002?
15     A.  Well, I know we submitted them to
16 Mr. Sheriff, and I don't remember, honestly I don't
17 remember if we have copies.  That was the first year I
18 did this, so I don't remember if we have copies of that
19 or we got copies back, the first year.
20     Q.  Okay.  Now, when you used the phrase "helped
21 him with registration," what do you mean by that?
22     A.  Well, there's lots of people, and to expedite
23 matters, it takes two people to do it.
24     Q.  And this registration, this was when the
25 workers arrived at the Heidelburg Motel?

14 (Pages 53 to 56)

**Page 57**

1    A. Yes.

2    Q. Did all the workers arrive at about the same

3    time?

4    A. No. No. Because that's why I said we needed

5    more rooms, because some arrived later. I don't know

6    the exact amount of people that arrived the first day

7    and the second. Some were right behind the others as

8    far as a couple of hours.

9    Q. When you helped with this registration

10    process, did you also explain to the folks you were

11    registering?

12    A. Oh, yes. They understand. We tell them this

13    is the form that the company needs, because to work

14    it's like anywhere, they have to have your information,

15    Social Security, all the information, your dependents,

16    whatever, we need their address. And I explained to

17    them I need the address to where your W-2 will be

18    mailed, because at the end of the season, everybody

19    goes different directions, so we need to know where

20    they will be sent, their W-2 forms.

21    Q. If you look back at interrogatory number two,

22    the next sentence says: "However, with respect to

23    Mr. Martell, he was an independent contractor and farm

24    labor contractor for Agrigenetics (Mycogen) as

25    reflected in MYC 0023-36, and DEF 0003-0016."

**Page 58**

1    Do you see that?

2    A. Uh-huh. Yes, sir.

3    Q. When you say with respect to Mr. Martinez he

4    was an independent contractor, what do you mean by

5    that?

6    A. I don't remember that phrase with respect

7    to — because I remember, I didn't write anything,

8    whoever wrote this thing, I was talking, somebody was

9    writing. So I don't understand what that sentence

10    means, in total honesty.

11    Q. Who was writing this document while you were

12    talking?

13    A. I didn't write this down, not those exact

14    words.

15    Q. So who wrote this?

16    A. I don't know. If I'm not mistaken, because

17    like I said, I made several trips to the Legal Aid

18    office, and on one of them, whether it was you or

19    Mr. Norton, I don't remember, and the questions I was

20    answering. I don't know if that's confusing, because I

21    don't understand what exactly they're saying there.

22    Q. So you don't recall making that statement?

23    A. Okay. I'm going to ask again for my purpose

24    to understand. What does that sentence really mean?

25    Q. Well, to try to clear up the confusion, this

**Page 59**

1    is something you sent to us, this document was provided

2    by you to us in response to questions we asked.

3    A. That's why I said, we've done so many forms,

4    I don't remember all the forms we've done, which forms

5    we did, and verbally at your office and which we've

6    sent.

7    Because I mean, honest to God, as much

8    paperwork as we've seen, I've never seen before in my

9    life. I could not — if my life depended on it, I

10    could not tell you which was this particular form. Not

11    to be misleading in any form, I'm trying to say that I

12    don't understand, so many forms we've done, you know.

13    Q. In 2002, you said it was the first year you

14    worked with Mr. Martinez?

15    A. Actually doing this, the payroll, the other

16    times I just worked in the fields.

17    Q. You said that you did payroll and you also

18    did paperwork, right?

19    A. Yes, sir.

20    Q. What experience did you have doing payroll or

21    paperwork?

22    A. No. I'm not an experienced paper — when I

23    talked to ADP, I told them, I said because of the

24    circumstances, I said, I need to know what are we going

25    to do, because I'm going to be doing them there, and

**Page 60**

1    ADP said we will tell you what you need to do, and we

2    will send you the forms and just fill them out, it's

3    self explanatory. The paperwork is there, just fill

4    out the blanks, the names, the information, and from

5    that we will process the checks. I said okay.

6    Q. Looking back again at your interrogatory

7    answer number 2, you say I was paid approximately 2,000

8    for the 2002 season, correct?

9    A. Yes, sir.

10    Q. When you say 2002 season, what period of time

11    are you referring to?

12    A. The detasseling season when we were in Iowa.

13    Q. So this would be from what month to what

14    month?

15    A. Well, the time we were there. And like I

16    said, I don't remember when we actually left, it was

17    the beginning of the month. So the three or four week

18    period, whatever we worked there, that was the salary

19    job, it was the whole month.

20    Q. So you had — did you have a conversation

21    with Mr. Martinez about how much you were going to be

22    paid that year?

23    A. Yes. Because he told me what he would pay

24    me. If I wanted to go he would pay me that for me to

25    do that for him, and I said okay.

**Page 61**

1  Q. When did you have this conversation?
2  A. We had it before we left, because he said
3  whoever was doing it before wasn't going to be able to
4  go. So he asked me if I could go, and I said well,
5  okay.
6  Q. So this was a conversation you had with him
7  in Texas?
8  A. Yes, yes. Before we left. Because he said
9  the guy, whoever was doing it, that was doing it,
10  wasn't going to go, so he needed someone, and he asked
11  me first if I would help him. I asked him, what do I
12  have to do. It has to do with the payroll or whatever,
13  ADP is going to do it, so you have to talk to them, and
14  he said you can coordinate whatever. I said okay.
15  Q. Did you have one conversation with
16  Mr. Martinez or a series of conversations about you
17  working for him in 2002?
18  A. No. When he asked me if I would help him, he
19  told me what the thing would be, and I said yes, you
20  know, so that was it.
21  Q. All right. But did you understand my
22  question? Did you have one conversation with him or a
23  series of conversations with him about you working with
24  him in 2002?
25  A. Well, if he asked me one and I said yes, that

**Page 62**

1  would have been that conversation. I don't know how we
2  could have had more conversations than that, you know.
3  As far as, like, saying are you going to help me. I
4  said yeah, so that was that.
5  Q. And during that conversation, did you ask him
6  how much you were going to be paid?
7  A. Yes, sir, I asked him.
8  Q. What was his response?
9  A. I said well, what will be the pay be, because
10  I have to travel out of the area and come back, the
11  whole thing. And he said I can pay you $2,000 if you
12  help me, and I said okay.
13  Q. Did he say when he would pay you?
14  A. No. It's according to ADP, the same as
15  everybody else getting paid, when you do the checks,
16  you will be getting paid yourself.
17  Q. Did he tell you how long you would be
18  working?
19  A. No. The first time we discussed, he said it
20  could be this amount of time, it's seasonal work, we
21  don't know because it's field work. And field work, I
22  don't think anybody can put it down to an exact point.
23  Because the weather could be against you or for you.
24  So any time it's field work, agriculture work, nobody
25  can really pinpoint.

**Page 63**

1  You might give an average, say thirty days,
2  maybe twenty days, so there's no actual time frame.
3  That's why he said this will be the amount for the
4  season, and I said okay.
5  Q. Did you have an understanding at all about
6  how long that season might last?
7  A. An average, three weeks, you know.
8  Q. And how did you know that?
9  A. Because that's the way the season runs. He
10  told me every season the season runs three weeks.
11  Q. But in 2002, the first year you worked for
12  Mr. Martinez, how did you know?
13  A. Because he told me. We discussed it, I said
14  how long will this be. You know, if somebody offered
15  me a job, say okay, can you work for me, how long will
16  this last. Well, it's seasonal, we just go for a
17  month, maybe it's three weeks, we never know, it's
18  always based on the actual field work, you know. So it
19  will depend on what work there is to be done.
20  Q. Do you recall him telling you that it would
21  be three weeks to a month?
22  A. He said he couldn't give me an exact amount
23  of days. That's why he said that way I'll make sure
24  it's worth your while. Because if I say so much a week
25  and we only work two weeks, it won't be worth it for

**Page 64**

1  you to go out of town. So this way I'll give you a
2  ballpark figure, this will be the amount from beginning
3  to end, and I said okay.
4  Q. So when you say ballpark figure, if the
5  season had been longer, then you would have gotten more
6  money?
7  A. No. Same thing.
8  Q. If it had been shorter you would have gotten
9  the same thing?
10  A. See, in other words, it's hard to recruit
11  somebody to go and just do this, in other words, nobody
12  wants to go just three weeks or two weeks. So I wasn't
13  doing anything, so I said I'll go, I'll help you.
14  Q. What did he tell you about your job duties
15  when you were in Texas offering you the job?
16  A. That's what it was, he said the guy that
17  would do the payroll for me, the paperwork for the
18  people, is not going to go this year. So I asked him
19  what is the job, what do I have to do. He said well,
20  you've got to take down the information from the
21  people, what they made, and then this company, ADP,
22  they're going to do the checks, so you have to talk to
23  them and tell them what they want. That's all.
24  Q. Did he mention to you that you would have any
25  role in talking to workers in Texas and explaining the

Page 65

1  work that they were expected to do?
2      A.  No.  He does that, he does that.  Because
3  see, the people already come with him every year, it's
4  like repeat type of people that come every year.  So
5  basically my work was up there, not here.
6      Q.  Did you fill out any employment paperwork in
7  2002 with Mr. Martinez?
8      A.  Whatever -- me with him?
9      Q.  Uh-huh.
10     A.  Yes.  I filled out a form.
11     Q.  Did you fill out the same type of paperwork
12  that the other workers filled out in Illinois or Iowa?
13     A.  I don't remember what forms we did.
14         MR. SANCHEZ:  Let's go off the record a few
15     minutes.
16         (Thereupon, a brief recess was taken.)
17
18  BY MR. SANCHEZ:
19     Q.  Mr. Martell, the $2,000 that you mentioned
20  that you received from Mr. Martinez in 2002, did you
21  receive any other money from Mr. Martinez in 2002?
22     A.  Let me see.  We're talking about just the
23  season of the detasseling?
24     Q.  No.  We're talking about the entire 2002.
25     A.  Okay.  Because I think that's the year we

Page 66

1  also went to Congerville, I think.  Let me just get
2  this straight here.  Okay.  Yes.  I worked for him in
3  September at Grand Ridge plant in Illinois, he paid me
4  for helping him with the -- just to oversee the
5  operation.
6      Q.  How much did he pay you to oversee the --
7  what operation are you referring to?
8      A.  Okay.  Well, see, there is two seasons there,
9  for us to understand.  The corn, we're going to do the
10  detasseling.  Then in September when they harvest the
11  corn, it's taken to the packing sheds or to the silos,
12  whatever they call them, and the corn comes into
13  trailers and they hire people to sort the corn.
14         Because it comes on the conveyor belt, and
15  the people are inside the plant and it's coming
16  through, so they're sorting what's brush or garbage,
17  not actually the actual corn, that doesn't go into the
18  where they take the -- and then this metal part, the
19  stem where it stays in there, they get the corn.  So
20  they hire people to do that.  It's like -- it's just
21  they call it corn sorting.
22     Q.  How much did Mr. Martinez pay you for that
23  work?
24     A.  About the same, more or less.  I'm trying to
25  think.  I don't remember the exact amount, because that

Page 67

1  time he paid me himself, because see he gets the
2  contract from the company, so he pays me.
3      Q.  So in 2002 Mr. Martinez paid you $2,000 to do
4  detasseling work?
5      A.  Yes, sir.
6      Q.  And then he paid you $2,000 to do work in the
7  corn sorting?
8      A.  Yes, sir.
9      Q.  Approximately 2,000?
10     A.  It was less than that, but not exact.
11     Q.  Do you recall being paid any other monies
12  other than those two times by Mr. Martinez?
13     A.  No, sir, not in 2002.
14     Q.  Did Mr. Martinez loan you any money or
15  advance you --
16     A.  Oh, yes, sometimes he loan me money, yes, if
17  I ever like need a hundred dollars here and there he'll
18  borrow me money.
19     Q.  He'll loan you money?
20     A.  Yes, sir.
21     Q.  Not borrow you money.
22     A.  Okay.  The correct terminology.  I agree.
23     Q.  So do you recall in 2002 how many times
24  Mr. Martinez gave you money?
25     A.  Well, then again, we go to the word "gave."

Page 68

1  It wasn't given, it was, like, loaned.  I don't know
2  exact times.  It might have been a hundred dollars
3  here, two hundred there.  Not an exact big amount, you
4  know.  He's a friend, you know.  In other words,
5  instead of me going to the loan company which are
6  shysters and charge an enormous rate, he'd rather
7  borrow me money or loan me money where I can pay back
8  to him.
9      Q.  Prior to you going to up north in 2002 for
10  the detasseling season, did Mr. Martinez give or loan
11  or pay you any money?
12     A.  Not before July, I don't think so.  Because
13  it might have been after when he borrowed me some
14  money, or that week before we went.  Usually I'll
15  borrow some money, he'll loan me some money before I
16  leave, you know.
17     Q.  I'm referring to 2002.
18     A.  Yes.
19     Q.  In 2002, do you recall whether he loaned or
20  paid or gave you any money prior to you going to
21  Illinois or Iowa?
22     A.  No, sir, I don't remember.  Because, you
23  know, if I have to be for a certain day, I can't
24  remember.
25     Q.  I'm not asking a specific day.  I'm just

Page 69

1  saying prior to you leaving for the north in 2002.
2    A.  Yes.  Like I told you, before we left, he
3  borrowed me -- he loaned me some money before we left.
4    Q.  So you do recall that he did loan you some
5  money in 2002?
6    A.  Yes.
7    Q.  Prior to you going to Iowa?
8    A.  Before he left, yes, sir.  For my own bills,
9  yes, sir.  So I leave my wife with some money so she
10  won't be upset.
11    Q.  Do you recall how much money Mr. Martinez
12  loaned to you in 2002 prior to you going to Illinois
13  and Iowa?
14    A.  No, sir, I couldn't be specific.
15    Q.  In 2002, when you were working for
16  Mr. Martinez in the detasseling season, did you perform
17  any other duties aside from the paperwork duties that
18  you described and helping out with the registration?
19    A.  It was just basically that, you know.
20    (Exhibit No. 3 was marked for identification.)
21  BY MR. SANCHEZ:
22    Q.  Mr. Martell, I'm going to hand you a document
23  that's been marked as Exhibit 3, it consists of two
24  pages.  Can you look at that and tell me what that
25  document is?

Page 70

1    A.  Okay.  I read it.
2    Q.  Can you tell me what Exhibit Number 3 is?
3    A.  Well, it says on top affidavit.
4    Q.  Of Eugene Martell.
5    A.  Yes, sir.
6    Q.  And on page two of Exhibit Number 3 it has a
7  signature, correct?
8    A.  Yes.
9    Q.  Is that your signature?
10    A.  That's correct.
11    Q.  And right above your signature, it has a
12  statement that says I declare under penalty of perjury
13  the foregoing is true and correct?
14    A.  That's correct, yes, sir.
15    Q.  And it has a date executed of 4/29/04?
16    A.  April 29th, uh-huh.
17    Q.  Do you recall reviewing and signing this
18  affidavit?
19    A.  Yes.  I remember.  Everything is there.  I
20  don't recall any difference.
21    Q.  And if you look on the bottom of page number
22  one and the bottom of page number two, it has initials?
23    A.  Yes, sir.
24    Q.  Are those your initials?
25    A.  That is correct, sir.

Page 71

1    Q.  And on the first page of Exhibit Number 1,
2  towards the bottom it has a handwritten change, and it
3  has some other initials.  Do you see that?
4    A.  Yes, I do.
5    Q.  Are those your initials?
6    A.  Yes, sir.
7    Q.  The first paragraph of the first page of
8  Exhibit Number 3 says my name is Eugene Martell, and at
9  the end of that paragraph it says I reside at 620
10  Nevada Street, Weslaco, Texas, and am a resident of
11  Weslaco County, Texas, correct?
12    A.  That is correct.
13    Q.  Is that still accurate, that's still your
14  name and that's still where you reside?
15    A.  If it's the -- no.  Because sometimes I'm
16  here, but that's my permanent residence, yes, sir.
17    Q.  Can you read the third paragraph for me?
18    A.  Uh-huh.  "I have worked on a seasonal basis
19  with Pablo Martinez and Mycogen Seeds for the last
20  three or four years, this includes 2002.  I am paid a
21  weekly salary, and I have various job duties.  As part
22  of my work duties, I help Pablo Martinez meet with and
23  talk to workers in Texas about the employment they are
24  being offered with Mycogen.  I performed these job
25  duties during the summer of 2002."

Page 72

1    Q.  Is that an accurate statement?
2    A.  50/50.  I'm trying to figure out if it's
3  exactly what it is, the way it's being -- I help Pablo,
4  I accompany him.  He says would you ride with me so I
5  can see what he does.  I ride the truck for him, he
6  talks to the people, we talk to them.  I converse.
7  Like there are several people, he's talking to some of
8  them, and we talk.  And I would say hate to make a
9  better thing of the admission of friendship, let them
10  know, sometimes people don't know a person that well,
11  and it's good to know they are among friends.  That's
12  what I do, I don't do anything other than that.
13    Q.  That was what kind of confused me there.
14  When you said you drive with him in his truck and
15  various other --
16    MR. HILL:  Can I see your copy?
17  BY MR. SANCHEZ:
18    Q.  So in other words, are you saying that you
19  and Mr. Martinez ride around in his truck in Texas?
20    A.  When he's going to go -- like let's say you
21  want to come with me, I'm going to go see some people, so
22  I ride with him.  I'm not getting paid, just going with
23  him to accompany, go see some people, I'm going to
24  talk with them.  So that what's I'm saying, I don't
25  understand if this is exactly what I said or what it's

Page 73

1  intended. I don't want to be misleading in any form,
2  you know, because here I'm not working for him, I just
3  go with him, you know.
4      Q.  Do you recall signing this statement under
5  the penalties of perjury?
6      A.  Yes. See what I'm saying, when I'm reading
7  it here, it seems like I'm saying something else there.
8  Like here, the way I'm interpreting it now, it's as if
9  I was an employee then. And when I go with him, I
10  don't start working for them until I go to Iowa. I
11  don't know if it's saying I'm working there or I'm not
12  working there. So in other words, I'm not getting paid
13  for doing this, I'm just going with him.
14      Q.  In 2002, can you tell me when you and
15  Mr. Martinez were in Texas?
16      A.  I don't know. Because I don't remember when
17  he got there, see. So I could not have a specific date
18  for you no, sir.
19      Q.  But you do recall meeting with workers and
20  describing the work that they were going to be doing in
21  Iowa or in Illinois, correct?
22      A.  No. He tells them what they're going to do.
23  I visit with them while he's talking to them, but he's
24  the one who tells them. If it's like one of the guys
25  that went with us, and say Pablo, there's some people

Page 74

1  that want to go, so he'll say I'm going to go see some
2  people, you want to ride with me, so I go with him.
3      But I myself, he tells them, like because
4  he's the one that hires them, he tells them what
5  they're going to do, what the job is. But I'm saying I
6  talk with them, basically with them, you know, it's not
7  to do any actual work for Mr. Martinez, I'm riding with
8  him as a friend.
9      Q.  The second sentence of that third paragraph
10  of Exhibit Number 3 says: This included 2002, I am
11  paid a weekly salary.
12      Were you paid a weekly salary in 2002?
13      A.  Well, we were all getting paid by the ADP
14  company.
15      Q.  So you were not paid just one time $2,000?
16      A.  No, no. We got several checks, yes, sir.
17      Q.  When were you paid in 2002?
18      A.  I don't remember. When everybody else got
19  paid. But we send the payroll sheet to ADP,
20  everybody's salary was on there, whatever they were
21  going to get paid.
22      Q.  What was the basis for your salary?
23      A.  Well, mine was for the whole season, so he
24  asked me how much do you need now, or whatever you
25  need, see, and we put it all together, see, so I didn't

Page 75

1  have an actual amount. If I said I want the whole
2  amount now, I could have gotten it, but it was unfair
3  to the other people, because that's not the way you pay
4  them. Just it's just to offset the amount. So I don't
5  have an actual -- it's for the whole season, see,
6  whatever it takes.
7      Q.  And you're paid this amount for the whole
8  season for all the work that you did for Mr. Martinez?
9      A.  Yes.
10      Q.  Do you recall in 2002 what amounts you were
11  paid and when by Mr. Martinez for the detasseling
12  season?
13      A.  Well, it would be along with the rest of the
14  people on those forms we got from ADP, the salaries
15  would be there also. I got the same time I got a check
16  also.
17      Q.  The first sentence of the third paragraph of
18  Exhibit Number 3 said you worked for Mr. Martinez for
19  the last three or four years, correct?
20      A.  Right. Because we're talking 2004. So I
21  worked with him in two, three, and four.
22      Q.  But --
23      A.  Consecutively.
24      Q.  April the 29th of '04, were you working for
25  Mr. Martinez?

Page 76

1      A.  Oh, no. Not yet, no. Well, see, I wasn't
2  like a -- so you figure 2004 I worked for him, but I
3  wasn't working then, so I did 2002, 2001, and one year
4  I had gone as a field worker also. That would be three
5  years, three or four.
6      Q.  So you recall working for Mr. Martinez in
7  2001 also?
8      A.  2001? No, no. It was like '96, '97,
9  somewhere around there. The two years in a row were
10  2002 and 2003. That's why I said prior to that it was
11  one year, so I'm not sure if it was three or four.
12  Which with 2004, would be four years now.
13      Q.  In the fifth paragraph of Exhibit Number 1
14  (sic), the very last sentence where it has the
15  handwritten change and your initials, correct?
16      A.  Okay.
17      Q.  It says: "In 2002, Pablo Martinez lined up a
18  crew of about thirty, and more showed up totaling about
19  sixty from South Texas, migrant workers." Correct?
20      A.  Yes. Remember I stated that we had to get
21  more rooms. Because when people are going to go up
22  north, it's funny, because they'll say okay, we're
23  going, so let's say you count on this family, that
24  family. Then when they get up there, maybe some that
25  told you they weren't going, so you have to expect that

Page 77

1  way, and then we need more people. So then some that
2  said they weren't going counted on another job
3  somewhere else and that fell through, so they remember,
4  well, there is work in Iowa, so let's go over there,
5  and they show up.
6       So what do you do? You can't turn them away.
7  What do you tell them? So he had to get more rooms.
8  That's why I say it offset it. Because it's like you
9  reserve rooms for twenty people and forty show up, you
10  can't turn them away, you know, so they wanted to work.
11  What it is, it's just more people, that's all it is.
12      Q. I recall you testifying earlier, and correct
13  me if I am wrong, that there were approximately forty
14  to forty-five workers in 2002?
15      A. Exactly I don't remember. Forty, forty-five,
16  maybe more.
17      Q. Here on this affidavit which you signed in
18  April of 2004, it says there were about sixty migrant
19  workers.
20      A. Well, like I said again, more showed up. If
21  I would go by what I have on the books or whatever I
22  gave to the people there, these are the people that
23  worked. That was just a rough figure, I don't remember
24  exactly how many more showed up. If it was less, it
25  was less. Not to exaggerate by no means, you know.

Page 78

1       Q. But my question to you is not how many people
2  you expected to show up, but how many workers did
3  Mr. Martinez have working in the detasseling in 2002,
4  total?
5       A. Well, that would have to be in the records of
6  where all the people are registered, and what is there,
7  that's the amount of people that were there.
8       Q. But here in this affidavit you said sixty,
9  correct?
10      A. Well, I said there was more, so if I was
11  over -- not to lie or anything, no. If I would have
12  had the form with me, I could have gone over the form
13  and told you exactly these people that were there, but
14  I didn't have the form with me.
15      Q. Which form are you referring to?
16      A. The one with ADP which shows all the people
17  that worked, that's the one I'm talking about, the very
18  first one we discussed. If I'd have had that with me,
19  I could have counted the names and told you exactly how
20  many people were there, but since I didn't have it, you
21  know, not to mislead by no means, because like I said,
22  we were. And then more arrived.
23      Q. In the next paragraph of Exhibit Number 3 it
24  says: "After leaving Texas, the workers traveled to
25  the Mycogen work site. After arriving at Mycogen's

Page 79

1  Iowa work site, the workers filled out various Mycogen
2  work documents."
3       A. Yes, sir.
4       Q. Do you recall making that statement?
5       A. Yes.
6       Q. And the documents I believe you mentioned
7  some of the document that are filled out are W-4s?
8       A. Yeah. The disclosure forms, one of those
9  forms they have to fill out forms for the W-2s and the
10  dependents and whatnot. And we have to fill out all
11  those forms, and that is turned in to the Mycogen
12  company. They'll know all the workers who are there.
13  And then I hand it to Mr. Martinez, and he turned it
14  over to Jim Sheriff.
15      Q. The next paragraph on Exhibit Number 3, on
16  the first page says that: "As part of the process of
17  lining up workers, Pablo Martinez helps workers
18  coordinate their transportation to Iowa."
19      A. Well, a lot of these people want to go, and
20  sometimes they don't have the funds, and they approach
21  him and they say well, can you borrow us some money or
22  loan us money so we can go. And Mr. Martinez said how
23  much do you need. So he'll loan them money so they can
24  make the trips.
25      Some people need to have money for their

Page 80

1  bills at home, some for their expenses. And if they
2  take their own vehicle, he gives them an amount, I
3  don't know much he gives them. And then some people
4  want to borrow, like I said, because they want to leave
5  for their family. Sometimes the month will be, you
6  know, before they see some money, so they want to leave
7  some money home for the bills for the family.
8       Q. Did he take any steps in 2002 to make sure
9  that the workers he was speaking to in Texas were
10  actually going to show up at the work site?
11      A. When you say take steps, I don't understand
12  what you mean, take steps.
13      Q. Well, you mentioned the process that he talks
14  to workers?
15      A. Yes.
16      Q. And you expect a certain number of workers to
17  actually show up on the work site, right?
18      A. Well, you expect all of them, you know, on
19  their word, you know. But then again, some people
20  don't show up or something happened, or a problem
21  arose, or some of them just flat out want to borrow
22  money and don't want to come to work. We have to trust
23  their word on it, you know. You take the man's word at
24  that time, because you're saying the guy wants to work,
25  he came to see me.

**Page 81**

1  There was a fellow that went once to his
2  house, I was there visiting with him, the guy had kids
3  in the van and everything, and he borrowed $200, and
4  the day we were going to go, the guy never showed up,
5  he never went. We expected him to go, but he didn't
6  go.
7  Q. You mentioned that he showed up to his house,
8  whose house are you referring to?
9  A. Mr. Martinez. This fellow had gone the
10  previous year or two years before, and wanted to go up
11  to the detasseling, and he asked Mr. Martinez if he
12  could go, and he said yeah, if you want to go. And he
13  said I need some money right now for my rent or
14  whatever, and I was there when he borrowed him money.
15  And he said, fine, we'll pay, and they didn't even show
16  up in Iowa.
17  Q. And this is Mr. Martinez's house in Mercedes,
18  Texas?
19  A. Yes, sir.
20  Q. When Mr. Martinez is talking to workers about
21  the work up north, while he is still in Texas, is he
22  reviewing any documents with these workers, or is he
23  just talking to them?
24  A. Well, when they're talking, it's like a
25  conversation, like people that have not gone and they

**Page 82**

1  want to know what the work entails, and that's when he
2  tells them what is done, this is what we do, this is
3  what we pay, and he tells them the whole story what
4  it's going to be like, and it's up to them.
5  Because normally under detasseling, I think
6  the other contractors are paying $60 an acre, and he
7  paid $70 an acre, so some people expect that well, he
8  pay us more up there. So then somebody calls him
9  through word of mouth, and then he goes, he said what
10  do we do now, we need to know, because we have a
11  limited amount of people also we need for the fields.
12  Q. And you've been present when Mr. Martinez had
13  those conversations in Texas with these workers?
14  A. Not with all the people, because at some
15  point I've been, but not with all the people
16  themselves, no, sir.
17  Q. What you've just described, you've actually
18  heard Mr. Martinez go through that process with workers
19  in Texas?
20  A. Oh, yes. Because they asked him, well,
21  Mr. Martinez, if we go to Iowa, how do you pay the
22  acres. Because if they do the work in the fields, they
23  want to know the pay rate, so he will tell them, it's
24  contract labor, so I pay $70. And then right away,
25  they'll tell you all the other contractors are paying

**Page 83**

1  $60, they're paying cheaper, so he's paying more.
2  Q. Do you recall Mr. Martinez ever telling any
3  workers if he paid by the hour while in Texas?
4  A. If I recall that conversation? No, sir.
5  Q. If you look back at Exhibit Number 2, the
6  interrogatory answers, back to Question Number 2, and
7  the third sentence which says: "With respect to
8  Mr. Martell, he is an independent contractor."
9  I don't recall what you said you meant by
10  that word.
11  A. Okay. Because all along the route here for
12  some reason or another, it's been my understanding that
13  I have been labeled, like I said, a labor contractor,
14  which I am not. I am an employee of Mr. Martinez when
15  I work with him. So I just help him out with paperwork
16  or whatever I help him with, but I didn't understand
17  what exactly the way it was written here.
18  Q. But this is the answer that you provided to
19  us.
20  A. Uh-huh. I know. But sometimes you write
21  something thinking you're writing something else. Not
22  to mislead anybody, I just wanted to make sure that
23  it's understood that I am not a labor contractor. Does
24  that make sense?
25  Q. Not really. It says he was an independent

**Page 84**

1  contractor and farm labor contractor, it has those two
2  phrases, independent contractor and also has the phrase
3  farm labor contractor?
4  A. That's Mr. Martinez.
5  Q. What do you mean by that phrase, "independent
6  contractor"?
7  A. Well, in this particular case, he had to be
8  an independent contractor, because he had to find a way
9  to pay the people. It was when they acquired ADP, as
10  opposed to the previous year, Mycogen or Cargill would
11  pay -- it's a different company, Cargill would pay the
12  checks, not Mr. Martinez.
13  Q. So is that the only difference in the way
14  you're using those words?
15  A. See, yes, sir. Because independent
16  contractor, he assumes the actual responsibility to pay
17  the people. The other way, the information is provided
18  to the company and the company provides the checks.
19  This way, the independent contractor, he had to pay ADP
20  to do the payroll, the actual checks and everything.
21  Q. In terms of the work that he was doing, was
22  it any different, or is that the only difference that
23  you -- when you use that word, that it was the fact
24  that he was doing the payroll?
25  A. Well, because his part stays the same, but

Page 85

1   it's like say well now, instead of one company issuing
2   the actual check, it's the company through him that he
3   acquires a payroll company to do the actual checks,
4   that's the basic difference I can see. But there is a
5   difference there in independent contractor, see. And
6   I'm sorry if I misled there.
7       Q.  You mean you misled in your written answer
8   here?
9       A.  No.  Because the way I wrote it, maybe it was
10  not the same thing, because it's two different things
11  there, see.
12      Does that simplify it, or do I have to
13  explain it some more?
14      Q.  I think we'll probably talk about it some
15  more.
16      A.  All right.
17      Q.  I'd like to kind of switch topics.  You
18  mentioned earlier that you do paperwork, and I assume
19  that that includes keeping records of the work that
20  people do in the fields; is that correct?
21      A.  Yes, sir.
22      Q.  There are a number of documents that were
23  provided to us in response to our request for documents
24  that were provided to us by you, and I'd like to show
25  you those documents and have you explain some of that

Page 86

1   stuff to us.
2       A.  Okay.  Sure.
3       (Exhibit No. 4 was marked for identification.)
4   BY MR. SANCHEZ:
5       Q.  Mr. Martell, you've been handed a document
6   that's been marked as Exhibit Number 4.
7       A.  Yes, sir.
8       Q.  Can you identify Exhibit Number 4?
9       A.  Yes.  This is a paper, and I think if memory
10  serves me correct, I think any time for the benefit of
11  knowing who is advanced money, because usually the
12  people will ask during the week, I need twenty, $30
13  before we get the actual paycheck, so they ask
14  Mr. Martinez, we need some money, and he'll say okay.
15      So in this particular case, you can see on
16  the top where it says $25 per person, that was just
17  advanced money for coffee money or whatever they wanted
18  to use the money for, it wasn't an actual check or
19  anything.
20      And everybody signed.  See, you can see
21  everybody has a number, so some of those numbers that
22  are blank are people who didn't want to borrow any
23  money.  But the rest of those numbers, they put their
24  name there that they're signing that they are borrowing
25  the $25.

Page 87

1       And this form, this is no specific form.
2   That day in particular, I was not there at the hotel,
3   so they just made a paper so people could sign.  We put
4   together a form since then where people will sign.  And
5   here is just a paper.  Otherwise if you give everybody
6   $25, believe you me, when it comes time to pay, out of
7   all those people, I guarantee you one or two will say
8   they borrowed $25.  This way it's just a record of
9   keeping track well, you borrowed a $25 loan, here's
10  your signature.  It's just a way to keep tabs on where
11  the money, you know, went.
12      Q.  The first page of Exhibit Number 4 on the
13  left-hand side has a date of 7/19/02?
14      A.  Yes, sir.
15      Q.  And on the right-hand side, it has a date of
16  7/16 zero-something, correct?
17      A.  Right.
18      Q.  What do those two dates reflect?
19      A.  I don't know, because I didn't do this form.
20  That day, like I said, I wasn't there when they did it.
21  Whoever did it, whether it was Mr. Martinez or somebody
22  with him, I had gone somewhere to do an errand or
23  something.  When they came, this was done before I got
24  there, so I don't recollect what those dates are.
25  Probably one of those days when they borrowed the

Page 88

1   actual dates.  I don't know why there are two dates, I
2   don't know.
3       Q.  Do you recognize the handwriting at the top
4   of the form?
5       A.  No, sir.  It's not my handwriting.
6       Q.  Do you recognize the handwriting?
7       A.  No, sir.  I don't know who it is.
8       Q.  And it's your understanding that where it has
9   a number and no name that's some sort of employee
10  number?
11      A.  Right.  So here, let's say you can see there
12  55 or 60 people or whatever, and then let's say number
13  19 says -- Celestino Lopez, number 18, he says I want
14  $25.  Okay.  Sign right here by your number.
15      Here is the number they are given when
16  they're out in the field, because that's how they
17  account for their production.  So number 35 said okay,
18  I want.  So anybody who signed, these people, that's
19  why they put on top, $25 was advanced per person.  If
20  it was something advanced different, it would have been
21  noted.  So all these people borrowed $25.
22      Q.  Look at the second page of Exhibit 4.
23      A.  Yes, sir.
24      Q.  At the very bottom, towards the very bottom
25  it has what appears to be your signature?

Page 89

1     A.  Oh, yes, sir.
2     Q.  What does that reflect?
3     A.  I borrowed money, too.  That's what it means.
4  They loaned me money, too.  But the next day.
5     Q.  Excuse me?
6     A.  The next day.  To keep with the same list,
7  all these people signed, you can see there is somebody
8  that got only twenty on the 19th, and somebody from the
9  '02 got $20, Chero.  Chero, that's one of the
10  employees, he's now deceased.
11     We just sign to the effect that we also got
12  $25.
13     Q.  Who is Chino?
14     A.  That's a nickname for the bus driver,
15  Roberto Renderos.
16     So see, in the afternoon when I arrived, this
17  had already happened before I got there.  So
18  Mr. Martinez said I advanced -- everybody wanted some
19  money, so you want some money too, you want 25, so it
20  was 25 across the board.  So we all signed, see, that
21  we got money, too.  So that's just to say we took
22  money, too.
23     Q.  Was Mr. Martinez there handing out the money,
24  or did he have somebody else doing it?
25     A.  I don't know who did it, because by the time

Page 90

1  I got there, it was already done.  So I don't know if
2  it was somebody helping him do it.  They just put this
3  paper together to show these people signed for those
4  $25.  So I don't know who did it, in all honesty.
5     He loaned out the money, but I'm saying I
6  don't know when they were loaning it he and the other
7  person were there, or he told somebody borrow the
8  people some money.  Because usually Chino would help
9  him out sometimes, Chino is related to him, so there
10  trust there.
11     Q.  In 2002 who was responsible for keeping this
12  type of paperwork?
13     A.  Well, I was.  But see, like I said, when they
14  wanted the money, I wasn't there.  So I wasn't there to
15  say okay, wait a minute, let's do -- when people want
16  money, they don't care what they sign, they just want
17  to sign for whatever they need.  So this was just a
18  quick let's-do-it-now thing.  For me to do another form
19  and get them to sign again would only be more
20  confusing.  So this to us is where they signed, and
21  that is the amount, and they know that's their
22  signature.  Everybody's signature on there.
23     Q.  And when you're not there, is somebody else
24  responsible for keeping this type of information?
25     A.  No.  I do it normally.  But that day I was

Page 91

1  somewhere, in particular, like I said, they wanted it,
2  they happened to want money that day, and it was
3  already getting -- I was somewhere doing something for
4  Mr. Martinez.  So he said people wanted money, so I had
5  to loan them money.  But if I had been there, I would
6  have done it normally, see.
7     Q.  How is Chino related to Mr. Martinez?
8     A.  I think Chino is married to Mr. Martinez's
9  sister.
10     Q.  Do you know Mrs. Martinez -- excuse me.  Do
11  you know what his sister's name is?
12     A.  No, sir.  Because I don't know the family
13  that well, I have only acquaintance with Mr. Martinez.
14  In other words, I don't know their whole family, we
15  don't know each other that well, you know.
16     Q.  Does his sister live in Texas or Florida, or
17  does she live somewhere else?
18     A.  I think she lives here.  Chino is here right
19  now, so I think she lives with Chino, I think they are
20  here in Florida right now.
21     See, I don't see Chino -- like I mean, I just
22  saw him that particular -- this is when I first met
23  him, when they told me he was going to be the bus
24  driver, I said okay.  That was the first time I ever
25  met him.

Page 92

1     Q.  But you've known him for several years now,
2  correct?
3     A.  Yes.
4     Q.  Do you know what his wife's name is?
5     A.  No.  Because we don't visit that often.  I
6  know Chino, I know he's married to Pablo's sister,
7  that's all I know.  We don't have that close a
8  relationship.
9     Q.  Does she help out at Pablo's store, do you
10  know?
11     A.  No.
12     Q.  If you look at the first page of
13  Exhibit Number 4, numbers 24 and 25.
14     A.  Uh-huh.
15     Q.  Could you tell me whose names those are?
16     A.  Okay.  I think the last name looks like
17  Pacheco.  The second one Jose Luis, looks like
18  Rodriguez, I think.
19     Q.  Numbers 24 and 25 don't look the same to you,
20  doesn't both look like Jaime Pacheco and Luis Pacheco?
21     A.  Well, if it were, and I'm trying to remember.
22  I think that year, Mr. Pacheco took his son with him,
23  so that might be Pacheco.  I was trying to figure out
24  the last name, because one looks bigger than the other,
25  see.  If it was the same, it would be Pacheco's son, 24

23 (Pages 89 to 92)

Page 93

```
1   and 25.
2       Q.  If you look back at this exhibit, Exhibit
3   Number 1, which I believe you said that was a complete
4   listing of all the workers?
5       A.  That should be on there.
6       Q.  From 2002, correct?
7       A.  Uh-huh.
8       Q.  Could you tell me if there are two Pachecos
9   listed in that sheet marked as Exhibit Number 1?
10      A.  No.  There is only one, Jaime Pacheco.  Well,
11  because his son is not listed there doesn't mean his
12  son didn't borrow any money.  His son was there with
13  him.
14      Q.  Are there other people who are -- let's try
15  to clarify.  The work was in Illinois, correct?
16      A.  That's correct.
17      Q.  But the workers were staying in Iowa?
18      A.  Right.  The fields are in Illinois, but the
19  place where we stayed is in Iowa, because we can't find
20  lodging in Illinois, so we have to travel because there
21  is no place to stay.
22      Q.  For the sake of being clear, when I say
23  Illinois, I'm also referring to the housing; is that
24  okay?
25      A.  Okay.
```

Page 94

```
1       Q.  So the folks who are in Illinois at the
2   housing, there are more people staying there other than
3   the workers?
4       A.  No.  No.  Usually, see here, I think what it
5   was, Pacheco took his son with him that year so he
6   could see what his dad did, and the boy helped along
7   with his father working, he was showing.  Mexican
8   people try to train their kids from a young age to see
9   how they are going to make a living further down the
10  road.
11          So I think for him it was essential to take
12  his son with him.  But the reason there are two
13  signatures, to clarify, that way it was $25 per person
14  and we only show one signature, then we are short $25
15  here.  So that way everybody was signing for the $25,
16  even though the boy is the son of the father, see.
17      Q.  So is it your understanding that the father
18  Jaime Pacheco worked, and his son Jose Luis, worked
19  alongside him in 2002?
20      A.  He was like if you want to call it an intern,
21  someone to go along to learn the trade with his father.
22  You've got to teach your kids at an early age, Mexican
23  people have a habit of doing that.  So he brought his
24  son with him to show him how the work was done.
25      Q.  So Jose Luis Pacheco worked as an unpaid
```

Page 95

```
1   worker?
2       A.  I wouldn't say he was an unpaid worker,
3   because he actually wasn't working.  He was along his
4   father learning what his father does.  So if he was
5   working in the fields, you don't know.  I know his father
6   took him with him to see what he does.
7       Q.  Would you say that detasseling is skilled
8   work or unskilled work?
9       A.  I'm going to confess to you, I don't know
10  what you call skilled and unskilled in that nature,
11  because field work, although many people look down on
12  it, it has its own style, you know.
13      Q.  I'm not talking field work, I'm talking
14  detasseling.
15      A.  Detasseling is field work.  And a lot of
16  people don't understand that field work is like any
17  other work, see, if you don't know how to do it, you
18  ain't going to make any money, if you don't know how to
19  do it, you're not going to get a job.
20          Because anybody can go in those rows and say
21  I'm doing it, but the field man or the inspectors come
22  around and they say you doing the job wrong, they will
23  say this guy can't work, so it has its skills.  So I
24  don't know what you call skilled or unskilled.  It's
25  not something that you can say it's simple.  So then
```

Page 96

```
1   again, we go back to unskilled and skilled, see.
2       Q.  I'm just trying to understand what you mean
3   by -- you talk about the situation with Jaime and
4   Jose Luis Pacheco, and you describe this what sounds
5   like a summer internship to learn how to detassel.
6       A.  Well, because you have to understand, if a
7   father wants his son to learn, he's got to take him
8   under his wing, you don't just throw him out there in
9   the water like a dog teaching a puppy to swim.  So my
10  understanding, he took his son, he says I want to take
11  my son so he can see how his dad makes a living, and at
12  the same time he learns.  That is the way I saw the
13  concept.  From there on, if something else took place,
14  I don't know.
15      Q.  Do you know -- earlier you mentioned that
16  Mr. Martinez talks to workers in Texas about the work
17  they were going to be doing in Illinois, correct?
18      A.  Uh-huh.
19      Q.  And you mentioned that sometimes people are
20  showing up at his house, and it's the first time
21  they've ever worked with Mr. Martinez, correct?
22      A.  No, no.  I didn't say that.  I said that a
23  guy showed up at his house, wanted to go up north with
24  him, I think he had worked before with him, but wanted
25  to borrow money to go up there, because he had unpaid
```

Page 97

1  bills to pay, rent, so Mr. Martinez loaned him money so
2  he could have his rent paid before he left.
3      Q.  I thought that you had testified earlier that
4  some people show up at his house and some people had
5  worked for Mr. Martinez before, and so he doesn't
6  really tell them all that much about what's going to
7  happen in Illinois; is that correct?
8      A.  Well, no.  The people that go see him are
9  already people that have gone with him, and from my
10  understanding, they go to touch base him, when are you
11  leaving, you know, so we know to prepare ourselves, you
12  know, that type of thing.
13      Q.  But I believe that you also testified that
14  some people who show up at his house when you were
15  present were people who had not worked with
16  Mr. Martinez before; is that correct?
17      A.  No.  I think maybe I got it confused.  That's
18  when I've gone with him to visit with people that
19  people want to talk to him.  Like let's say we're going
20  to go with this guy, Pablo Martinez, and they want to
21  meet him, so he goes to visit them, and those people
22  are the people he tells.
23          If they come to his house, most likely it
24  might be somebody that already came with him, but look,
25  I'm bringing these people, they want to go up to Iowa,

Page 98

1  Pablo, just tell them briefly how it works, how you pay
2  them, just to get an idea what's expected, what's going
3  to happen, see.
4      Q.  All right.  But my question is, have you ever
5  been present when Mr. Martinez had a conversation with
6  a worker that has never worked with him detasseling
7  before, yes or?
8      A.  No, no.  Not myself, no.
9      Q.  Have you ever heard Mr. Martinez refuse to
10  give somebody detasseling work because they didn't have
11  experience before as a detasseler?
12      A.  To my knowledge, no, sir.  I don't know.
13      Q.  Have you ever heard Mr. Martinez try to
14  screen workers to see who is qualified to do the work
15  of detasseling?
16      A.  I'll be honest with you, when I've been
17  there, I don't know what you consider screening, so I
18  don't know what actually entails some of the stuff he
19  looks for in an employee, whether he'll do it or won't
20  do it.  But I would imagine a big, heavy set person
21  would have a hard time keeping up in the field.  So I
22  don't know what he looks for in an employee when he
23  talks with them as far as their previous experience in
24  the fields, because all field work varies, you know.
25      Q.  But we are talking about detasseling, we're

Page 99

1  not talking about all field work, focusing solely on
2  detasseling.
3      A.  Okay.
4      Q.  In terms of trying to locate workers to
5  detassel, what qualifications is Mr. Martinez looking
6  for in those workers?
7      A.  I'd be lying if I told you.  I don't know,
8  sir.
9      Q.  So you don't know whether Mr. Jaime Pacheco
10  and his son, Jose Luis Pacheco, had skills or didn't
11  have skills?
12      A.  No.  Because when they showed up over there,
13  that's when I first met the son, so I don't know what
14  he and Mr. Martinez discussed.
15      Q.  You have no idea why -- do you have any idea
16  why Mr. Pacheco's son was not put on the payroll?
17      A.  Because he was not an employee.
18      Q.  But he did the work, correct?
19      A.  No, sir, not to my knowledge.  I don't know.
20  He was with his father in the fields.  I'm not
21  saying -- see, I don't know everybody, I was not there,
22  that's why I cannot tell you.  The only person who
23  could tell you is Mr. Martinez, because he would know
24  if the boy was working or not, see.
25      Q.  But I thought part of your duties was to be

Page 100

1  out in the fields to keep track of rows and check on
2  people?
3      A.  No, no.  That's Ms. Flores.  I go there off
4  and on.  But Ms. Flores is basically the one doing all
5  the labeling, her and the surquero, they are the ones
6  that hand me the information.
7      Q.  When you got up to Illinois in 2002, first
8  off, can you tell me about when you got to Illinois in
9  2002?
10      A.  The date, I could not be exact, I could not.
11  It was during the week, but I don't know the exact date
12  when we left.
13      Q.  Do you recall if it was in June or July of
14  2002?
15      A.  I'm pretty sure it was July, yes, sir, but
16  the exact date, I don't know.
17      Q.  When you got there, where did you report to?
18      A.  When I got there, I went to the hotel.
19      Q.  What did you do when you got to the hotel in
20  2002?
21      A.  Well, I talked to the owner to let him know
22  that -- well, he knew we were coming, but I let them
23  know we were coming.  Some were with me and some were
24  behind me.
25      Q.  Did you and a group of workers travel

25 (Pages 97 to 100)

Page 101

```
1    together from Texas to Illinois in 2002?
2        A.  I rode with the bus driver, Roberto.
3        Q.  And who else rode with you?
4        A.  I'm trying to think.  I think it was — I
5    don't know.  It was 2002.  That might have been 2002 —
6    I rode one year with — I think 2002 is when rode with
7    Chino, Chino picked me up.  I think there was two other
8    people, but I don't know who they were.
9        Q.  When you use the name "Chino," you're talking
10   about Roberto?
11       A.  Yes.  The bus driver.
12       Q.  Do you recall if it was a group of vehicles
13   traveling together, or was it just your vehicle?
14       A.  No.  Because everybody leaves at different —
15   they don't leave all together, so I don't know who was
16   riding with who.  Because we showed up, and then the
17   other people showed up after us.
18       Q.  About how spread out did the workers arrive?
19   By that I mean you got there, I assume maybe some
20   people got there an hour or a day before?
21       A.  We got there in the afternoon around three or
22   four, somewhere in there, and I don't remember, it was
23   already — it was at least maybe three, four hours
24   before the other people arrived, somewhere in that,
25   because it was already getting dark.  And of course it
```

Page 102

```
1    gets dark in Iowa first, but I don't know what time
2    they got there.
3        Q.  Pretty much everybody got together basically
4    within the same day?
5        A.  Yeah.  Because they knew when the work was
6    going to start.  See, Pablo had already told them,
7    like, when the work is going to start, so when they are
8    expected to be there, because they have to have the
9    orientation before the field work is done, so they have
10   to be there one day before the orientation.
11       (Exhibit No. 5 was marked for identification.)
12   BY MR. SANCHEZ:
13       Q.  Mr. Martell, I'm going to hand you another
14   document that's been marked as Exhibit Number 5, and
15   Exhibit Number 5 consists of two pages.  Can you look
16   at Exhibit Number 5 and identify this document?
17       A.  Yes, sir.
18       Q.  What is Exhibit Number 5?
19       A.  It's advance money to some of the people.
20       Q.  Do you know who produced this record?
21       A.  Well, they signed when they advanced monies.
22   On the first amount, which is Texas, that was the
23   amount that was everybody wanted traveling money, you
24   know, for a sandwich or a hamburger or whatever, and on
25   the 7/22nd, everybody was advanced $50 there.
```

Page 103

```
1        Q.  Do you recognize whose handwriting that is
2    that says that they wrote the word "advance" and the
3    date July 22nd, '02?
4        A.  Yes.  That's my handwriting.
5        Q.  Is this a document that you kept?
6        A.  We made it there, yeah, for everybody to
7    sign.
8        Q.  Did you have a notebook?
9        A.  Yeah.  You can see its lines.
10       Q.  Do you still have that notebook?
11       A.  We do.
12       Q.  What do you call that document, that
13   notebook?
14       A.  Just, like I said, a tablet to keep track of
15   what's going on.
16       Q.  So if I were to ask you for that document,
17   would I ask you to give me your advance tablet, or what
18   would I call that?
19       A.  Well, no.  Just a notebook, because in there
20   is other information, telephone numbers, whatever.
21       Q.  So I could ask you for your notebook from
22   2002, and you would know what document I was referring
23   to?
24       A.  Yes.
25       Q.  Towards the — about three quarters of the
```

Page 104

```
1    way down, it has the name Jaime Pacheco, and right
2    beneath that is has Jose Pacheco, right?
3        A.  Right.
4        Q.  These would be father and son that we talked
5    about earlier?
6        A.  Yes, sir, that's correct.
7        Q.  The fact that these two names are listed
8    here, what does that indicate to you?
9        A.  That two people were advanced money.
10       Q.  Even though only one of them was working for
11   Mr. Martinez?
12       A.  Yes.  Because see, sometimes you can see like
13   on the other names up there, see, if one guy says well,
14   I want to sign for him and him.  Because that way when
15   you want to collect, believe you me, they say if
16   everybody got fifty, how come I got a hundred.  This
17   way it's to distinguish everybody got an amount.
18   Whatever they do with the money is their choice.
19       Q.  But Mr. Martinez doesn't run a loan company,
20   does he?
21       A.  No, sir.  He does not charge interest, no,
22   sir.
23       Q.  So why does he loan money to people who don't
24   work for him, do you know?
25       A.  Well, because you have to understand, the
```

26 (Pages 101 to 104)

**Page 105**

1 father is there, the father is good, the word of the
2 man is good, so his father is all right. And if he
3 says borrow him, we borrow him the money. It's
4 Mr. Martinez's money, so he says whoever wants to
5 borrow it.
6     In other words that's why both names are
7 together. See, it's like the father saying my son is
8 good for it or whatever, he wants to buy something on
9 his own, whatever. I'm authorized to loan out the
10 money as he tells me to do, the money is his.
11   Q. How does that work, does Mr. Martinez give
12 you the money and you advance it out?
13   A. Yeah. Like let's say here he was to tell
14 me -- okay. Let's say we've got twenty people and
15 everybody wants $50, multiply that. He said here's the
16 money, mark the people whatever we loan out, this is
17 what's left, this is what we loaned out.
18   Q. What are the -- does he give any guidelines
19 on who you can loan to or how much you can loan?
20   A. No. As long as they are working for him.
21 They're working, they've got work, you know.
22   Q. Can you tell me if you look at all the names
23 or all the signatures on Exhibit Number 5, can you tell
24 me which of these people were not employed by
25 Mr. Martinez, if any?

**Page 106**

1   A. Well, first of all, some of those signatures
2 are hard to distinguish, but I would imagine that if
3 they're here, they are somehow connected with him for
4 me to loan them the money. So I don't know what to
5 tell you as far as the field work.
6   Q. If you look the second page of Exhibit Number
7 5, it has at the top three names.
8   A. Uh-huh.
9   Q. The first one is Raul Duran, correct?
10   A. That's correct.
11   Q. And then Ramiro Duran?
12   A. They were brothers.
13   Q. Then Joel Valdez?
14   A. Right. I think he was with them. The name I
15 don't remember, but he was with him, because they are
16 together there.
17   Q. There's a notation on the top that looks like
18 trip or something?
19   A. Uh-huh.
20   Q. What is that notation?
21   A. What it is, see, these guys were advanced --
22 see, we didn't put them under here under Texas trip,
23 everybody was given 25, some 20, they were all loaned
24 $25 each.
25   Q. And then right next to that it has a number

**Page 107**

1 that's kind of got a square around it, and it has 80
2 and then it has 7/19, Chino.
3   A. Right.
4   Q. What does that mean?
5   A. Chino got an advance of 80 on that date, then
6 he got a hundred on the 22nd.
7   Q. And then right under that it has deducted
8 from $100, and it has four numbers, 38, 39, 41 and 40,
9 correct?
10   A. Uh-huh.
11   Q. What does that mean?
12   A. Well, these guys did not go to work, that's
13 why those numbers are there. So we have to know who
14 didn't work that day, those are the numbers of the
15 guys. Those numbers correspond to a name somewhere,
16 and those are the guys that didn't work that particular
17 day, didn't work Tuesday.
18   Q. What's the phrase deducted from and it has
19 $100, what does that mean?
20   A. I'm trying to remember what it was, but I
21 know they weren't going to get paid that day because
22 they didn't work.
23   Q. In 2002 the workers were paid by the acre,
24 correct?
25   A. Yes, sir.

**Page 108**

1   Q. So what does it matter whether they worked on
2 a particular day or not?
3   A. Well, because you have to understand that if
4 you don't go to work that day, see, you have to -- you
5 have to -- you don't finish the first time detasseling,
6 you've got to come back, see, that's part of the job,
7 see.
8   So these guys don't go to work on this
9 particular day, these rows they already did the first
10 run, somebody has to do it for them, you see. So how
11 are you how going to pay these guys. It's like saying
12 I've got to clean up this rows, I didn't do those rows,
13 so why should I come through the second time. So there
14 has to be a discrepancy on how to allow from those
15 guy's salary to pay these guys. Because otherwise
16 people will say well, I'm not going to do that row,
17 that guy didn't come, it's not my fault. That row has
18 to be done, somebody has to do those rows.
19   Q. What steps are taken to make sure that that's
20 an accurate deduction? It says deducted from 100. How
21 do you know how much to deduct?
22   A. Well, I'm trying to remember what it means.
23 You know, just give me second or two so I can remember.
24 I know these were the four guys. Pablo said these guys
25 didn't go to work today. I think we probably meant $25

27 (Pages 105 to 108)

Page 109

1  each, because it's $100, probably deducted that from
2  whatever the total earnings might have been, deducted
3  $25 per person from their total, because somebody else
4  had to be paid to go through those rows. That's what I
5  can think off of the top of my head.
6     Q. If you look back at the first page of
7  Exhibit Number 5, right at the very upper left-hand
8  corner, you said that it has the word "Texas," correct?
9     A. Yes, sir.
10    Q. And I think you said that meant that those
11 $25 were advanced, or whatever amounts are listed
12 there, were advanced to the workers in Texas, correct?
13    A. Yes. Before they left, yes.
14    Q. Do you know if that was advanced on -- do you
15 know when that money would have been advanced?
16    A. No, sir. Because see, since Pablo advanced
17 that money, I don't know. He told me. When we were
18 advancing the $50, I was asking everybody did you get
19 money in Texas, and they would say yes or no, and if
20 you did, how much. So on their word, I was writing
21 down whatever amount they would tell me.
22        Like Alberto Cantu, George Cantu, I said
23 okay, did you guys get advance in Texas, they said yes.
24 How much. Okay. How much did you get advanced? Okay.
25 Since we advance them monies, we just keep tabs on what

Page 110

1  amount they owe.
2     Q. And you're saying this was under the honor
3  system?
4     A. Yes. Well, you know, you don't expect them
5  to lie about $20, $25. If they do, shame on them.
6        (Thereupon, a short recess was taken.)
7     (Exhibit No. 6 was marked for identification.)
8  BY MR. SANCHEZ:
9     Q. Mr. Martell, let me hand you another document
10 that's been marked as Exhibit Number 6. I believe you
11 had mentioned that document earlier, correct?
12    A. Okay. I think this is the one I had or
13 Mr. Norton had asked me, and I tried to show the names
14 only of the people that were involved so as not to --
15 because the other people I didn't think they were
16 involved. So just the names that I was given, so I got
17 those from the payroll information I had.
18    Q. So this document marked as Exhibit Number 6
19 is a part of what would be Exhibit Number 1, correct?
20    A. Yes, sir. That whole list is over there,
21 these are just the names of the people that were on it.
22    Q. Exhibit Number 6 has some handwritten
23 notations on it on the first and second pages, correct?
24    A. Yes, sir.
25    Q. Who wrote that?

Page 111

1     A. I did.
2     Q. What is that information that's handwritten
3  on this form marked Exhibit Number 6?
4     A. Just give me one second. I think this was
5  the final checks, if I'm not mistaken, was what was the
6  balance after the amount they were already paid.
7  Because I would need the ledger where I have the totals
8  to show you how those figures apply to this, see.
9     Q. If you look at Exhibit Number 6 and you
10 compare it to Exhibit Number 1, there is nothing
11 handwritten on Exhibit Number 1, correct?
12    A. No, sir. Because this is the ones that ADP
13 sends us at the end.
14    Q. Do you have a document similar to
15 Exhibit Number 6 which has the names of all the
16 workers?
17    A. Well, we had sent for that from ADP where
18 everything showed all the amounts, we called them and
19 said we wanted everything that had been paid from their
20 office.
21    Q. When you say we called ADP, who called ADP to
22 get them?
23    A. Me and Pablo, we called. Because see, since
24 he is the man who the contract is under, they said they
25 wanted him to call to authorize the release.

Page 112

1     Q. Did you both get on the phone at the same
2  time, or did he dial and speak to somebody and hand the
3  phone off to you?
4     A. No. I called and I made the connection, and
5  they asked where he was, and he's right here, and he
6  talked to him, and then they understand what he wanted,
7  because he had to okay the release of all these papers.
8     Q. Did he speak to them in Spanish?
9     A. In English and Spanish, because the lady I
10 think spoke Spanish.
11    Q. Do you remember the name of the lady you
12 spoke with?
13    A. No, sir. But I know it's a lady that speaks
14 Spanish there at their office.
15    Q. And it's an ADP office in Florida?
16    A. Yes.
17    Q. Do you know the address for that ADP office
18 here in Florida?
19    A. I do not know, but it would be -- I'm trying
20 to think the name of the town where they're at.
21 Mr. Martinez, they're the ones that got the firm to do
22 the paperwork for them, the checks.
23    Q. Do you know their phone number?
24    A. Not offhand really, no, sir, I don't.
25    Q. Do you have this information written down

28 (Pages 109 to 112)

Page 113

1  somewhere?
2      A.  It would be in the folder, but in Texas, in
3  that book, in the notebook.  Because I was
4  communicating with them when I was in Iowa.
5      Q.  This is the notebook that you mentioned
6  earlier?
7      A.  Yes.  That number would be there.
8      Q.  Who has that notebook?
9      A.  I have it, but not here, it's in Texas.
10     Q.  You have it at your house?
11     A.  Uh-huh.
12     Q.  Can you describe any of the information
13  that's contained in that notebook?
14     A.  Well, it's like field work that the people
15  do, that's how we arrive at the figures, how much they
16  made.  You know, it's done by the name, by the block
17  number, and by the work they perform and how it's paid.
18     Q.  And this is a notebook that pertains to the
19  2002 season, or do you have -- does it run...
20     A.  No.  It's 2002.  And I think we took those
21  forms to the Legal Aid already.  Those were the ones
22  that shows all the figures, it was in a leaflet type,
23  and we made copies and handed them all to you guys.
24     Q.  I believe we mentioned several things here,
25  for example, you mentioned a phone number for this ADP

Page 114

1  payroll person, correct?
2      A.  Correct.
3      Q.  We haven't seen any documents that have her
4  name or her phone number, correct, or her address?
5      A.  Well, ADP on those papers we sent you, there
6  should have been a phone number.
7          Do you know, Frank, if they got the copy of
8  all those, the last ones we requested?  Because that
9  one would have the phone known of ADP?
10     Q.  Just to be clear, this is your deposition.
11  Mr. Hill represents Mycogen Seeds, and he's not here
12  testifying, he's here to ask you some questions also.
13     A.  Okay.  If I can converse with Mr. Martinez
14  tonight, then he probably would know how to get hold of
15  them.
16     Q.  I don't mean to be disrespectful, we're
17  trying to find out what you know and what documents you
18  know.
19     A.  Off the top of my head, if my life depended
20  on it, I couldn't give you that number, because I don't
21  know it.
22         MR. HILL:  The phone number of ADP, is that
23  what you're asking?
24         MR. SANCHEZ:  I'm asking for what information
25  is contained in that notebook that he said he has.

Page 115

1          THE WITNESS:  But you were asking for the
2      phone number of ADP.
3  BY MR. SANCHEZ:
4      Q.  And you suggested --
5      A.  And I'm saying it is there to my knowledge in
6  that notebook, but it's not with me, I don't have that
7  notebook.
8          MR. HILL:  I don't mean to butt in, but let
9      me tell you what I think I know.  I think I saw
10     Mr. Martinez copy everything in that notebook
11     relevant to this case, and it's some of this
12     stuff.  It should be Bates labeled and you should
13     have it.  Again, I'm not trying to butt in, but
14     it's my belief that you have that notebook.
15         THE WITNESS:  Yes.  Everything should be
16     there, because I know we handed over to you where
17     the work was and everything.
18  BY MR. SANCHEZ:
19     Q.  Well, for example, if you look at
20  Exhibit Number 6, you have given us what information
21  you think we need about this case, correct?
22     A.  Oh, no, no, no, no.
23     Q.  There is pages missing from Number 6.
24     A.  No.  This information was supplied from what
25  I understood you wanted.  Because I was asked to

Page 116

1  provide information regarding these people, and this is
2  the information I took you guys.  This is what I was
3  asked to bring, what we paid those guys, and that's
4  what I took.  Yeah.
5          I think Mr. Norton had send me a letter or
6  communication that they needed information showing what
7  those people had been paid, so that's what I took over.
8      Q.  And I'm only using this as an example.  If
9  you look at the bottom on Exhibit Number 6, it says
10  page three, correct?
11     A.  Yes, sir.
12     Q.  Which would suggest to me that there is a
13  page one and a page two that goes with this document;
14  is that true?
15     A.  Okay.  But you've got to understand, see
16  there is names several times, see.  So what I did, I
17  don't know how I copied it, but I just took the names
18  of the people that were the ones that were in this
19  particular situation with us, because the other people,
20  I mean, that's private whatever they made, unless you
21  want the whole thing.  If I had been told bring me the
22  whole thing, I would have brought you the whole thing.
23  I went to the extra trouble of trying to sort these
24  people out from the other ones, because that's what I
25  understood you guys wanted, so that's what I brought.

29 (Pages 113 to 116)

**Page 117**

1  Q. So it's your understanding that this
2  Exhibit Number 6, there were other pages that are
3  attached to this, correct?
4  A. This is part of this one, of the other one
5  you have right now, which shows all the payroll, and
6  that you should have, because we gave you all of that,
7  see. This shows the names of the people that are in
8  question here against us.
9  Q. But this Exhibit Number 6 compared to
10  Exhibit Number 1 has your handwriting on it, correct?
11  A. Yes.
12  Q. And Exhibit Number 1 doesn't?
13  A. Because -- well. Which is Exhibit Number 1?
14  Q. The payroll ledger.
15  A. This is the one that came from ADP, this is
16  the last one that came in. Now, this one is that one
17  we got before this one. On this one here, I just took
18  out the names of the people that were involved in this
19  problem with us, not the whole -- I could have given
20  you the whole ledger, but that wasn't what I was asked
21  for.
22  Q. Okay. If I were to ask you to give me the
23  payroll ledger with everybody's names and your
24  handwritten notations on there, what would I call that?
25  A. It would just be an ADP form. Because now I

**Page 118**

1  know what this is, and I'll show you, I'll take
2  Mr. Cantu, the payroll number what they gave him, 0047.
3  If you will look at the amount there, see, base amount
4  $1500, this is the advances, that's what that is,
5  because $1500 minus 400 will show you his net check of
6  1151.20. That's what those figures were, see, those
7  were the advances.
8  Q. So what you're saying is in Exhibit Number 1,
9  in the left-hand column where it has the name and it
10  has the number, that number is the amount of advances
11  this person received?
12  A. Uh-huh. Then see over here, because I had to
13  supply this to them so I would know what their final
14  check would be, this is like a checks and balances.
15  Q. My question to you is that we have a document
16  marked as Exhibit Number 1 which you said was the
17  complete payroll, correct?
18  A. This is at the end. This is not this one,
19  this is the complete one right here.
20  Q. If I wanted to ask you to give me this
21  document in its entirety, I want to say Mr. Martell,
22  please give me this document, what would I ask you for,
23  just so you would know?
24  A. Well, it's just ADP form with the wages,
25  that's all it is. I don't even know if they have a

**Page 119**

1  specific number on it.
2  Q. So if I send a document request to you and I
3  ask you to please give me the ADP form, you will know
4  that I'm referring to the document like
5  Exhibit Number 6 except the complete form, correct?
6  A. Sure.
7  Q. Looking at Exhibit Number 6, when did you
8  make those handwritten notations?
9  A. That was done at the end there.
10  Q. By "the end," what do you mean by the end?
11  A. Because see, that's to clarify what the
12  amounts were, see. We had to figure what the amount of
13  the final check would be.
14  Q. If you look there at the -- it has a column
15  that says rate, and it has a number under there.
16  A. Uh-huh.
17  Q. That number is what you're saying is the
18  amount of the check they're going to receive?
19  A. No. The final check was over here, the net
20  pay, see, on the right-hand corner way at the end on
21  the right-hand side, that's what I think was their
22  final check was probably.
23  Q. Well then, the one that has rate, is that the
24  gross amount of their pay?
25  A. No. This is the figure -- I'm trying to --

**Page 120**

1  let me just one that I can remember clearly so I can
2  best explain it. See, this is just for my
3  understanding of what the figure would be over here,
4  otherwise we wouldn't know this. If you add the
5  totals, it will come out here on the side.
6  Q. What numbers are you adding?
7  A. Okay.
8  Q. Let's take an example. Let's take
9  George Cantu.
10  A. Cantu.
11  Q. It says Canto.
12  A. I know. It's another error. Believe you me,
13  from day one I told them, and they never corrected it;
14  that's the process of ADP.
15  Q. And George, it's got G-E-O-R-G-E. Is it
16  actually J-O-R-G-E?
17  A. Jorge Cantu, yes sir.
18  Q. On the left-hand side it has dash 400. What
19  does that mean?
20  A. Okay. This is minus 400. Mr. Cantu, en
21  route to Iowa, his car broke down, so Mr. Martinez, I
22  don't know how they did it, got him some money to get
23  him back on the road, and it was the amount, it was
24  like an advance. He was traveling in his own vehicle,
25  and aside from money he had been given, his car broke

30 (Pages 117 to 120)

Page 121

1  down, so he had to have more money.
2      Q.  Before you go on, are there any documents
3  that exist that would show that that money was advanced
4  to Mr. Cantu, other than this notation here?
5      A.  Well, that would be in Mr. Martinez's hand,
6  because he was the one that advanced the money to
7  Mr. Cantu.  And it happened en route as they were
8  coming.  I was not in Texas when they were coming, they
9  met somewhere, see, and that is where Mr. Martinez
10  advanced him the money.  So I don't know what he put
11  together.
12      Q.  So it's your understanding that this money
13  was loaned, but you don't know if it was recorded
14  anywhere or if it was --
15      A.  Not to my knowledge, no.  Excuse me.  But I
16  asked Mr. Cantu, was this correct.  And he said yes,
17  Mr. Martell, that's correct.  Before I even wrote it,
18  I asked him, and he said that was correct.
19      Q.  Do you know if that money was paid back to
20  Mr. Martinez?
21      A.  Yes.  Right here, we're showing it.  I asked
22  Mr. Cantu before the deduction of the final check,
23  Mr. Cantu, did Mr. Martinez already settle this, and he
24  said no, deduct it from there, so I'm showing minus
25  400.

Page 122

1      Q.  Is there any document that Mr. Martinez kept
2  or keeps which would show Mr. Cantu would have given
3  his permission to have that money be deducted from his
4  check?
5      A.  It would be their understanding, not mine.
6  Because I asked Mr. Cantu before the final paperwork
7  was done, and he said take it from there, he and Pablo
8  had already discussed it.
9      Q.  Do you remember that conversation, or you
10  just remember that's how that works?
11      A.  No, no.  Mr. Cantu, because I asked him.  I
12  ask everybody individually are you in agreement to the
13  amount you owe, and I take the forms and I ask them.
14  Like I would say Mr. Gonzalez, do you remember, yes,
15  this is what you owe, and I will show them the figures,
16  this is the amount all together you owe, and they
17  agree.  And if there's a discrepancy, we say where is
18  the discrepancy.  So normally everybody agrees to this
19  on the deductions, because I ask them before it's
20  deducted, to make sure that they're aware this is
21  what's being deducted.
22      Q.  Now, my question to you was, do you remember
23  having that specific conversation in 2002 with
24  Mr. Cantu?
25      A.  Yes.  Because he came to the room and I told

Page 123

1  him.  I said Mr. Cantu, and I asked him, I said did you
2  already pay Pablo the money he advanced you, or did
3  you.  No, sir, he said, take it from there.  Me and
4  Pablo talked, and I said take it from the last check.
5  I said okay.
6      Q.  When you had that conversation with Mr. Cantu
7  in 2002, who else was present?
8      A.  I think it was Tino Lopez.  I'm not sure.
9  But I can ask.  Because he was there with me when we
10  were doing -- somebody has to be there to witness what
11  we are doing.
12      Q.  Prior to you having that conversation, do you
13  make a list of everybody who owes money, or how do you
14  do that so you know?
15      A.  Well, I thought you understood that all these
16  people who signed, this is where we get the figures
17  from.  And these figures, I add them up, and I ask them
18  one by one are you in agreement with this amount you
19  owe.  And if there's a discrepancy, like this man would
20  say, well, no, I don't owe that, I owe less, I will say
21  okay, look, this is what we've got you down for.  And
22  this man will say yes, fine, okay.  I mean, I'll touch
23  base with them, I don't just deduct it out of the air,
24  you know.  I have to...
25      Q.  Looking at Exhibit Number 5, show me where it

Page 124

1  says that Mr. Cantu borrowed $400.
2      A.  I told you, and I will repeat myself again,
3  that Mr. Cantu loaned was that money from Mr. Martinez
4  en route, and I don't have that.  Whatever they did
5  there, if they signed anything, I do not know.
6      Q.  Right.  That was my question to you, how did
7  you know to put $400 down for Mr. Cantu --
8      A.  I just told you.
9      Q.  -- if it's not written down anywhere?
10      A.  No.  Because when he arrived, Mr. Cantu and
11  Mr. Martinez and me, we talked, and he said
12  Mr. Cantu -- and we discussed it.  I said what
13  happened.  He said -- Mr. Martinez said Mr. Cantu was
14  loaned $400 when his car broke down, I loaned him $400,
15  so it's up to him how he wants to pay it, in payments
16  or at the end or whatever.  And I told Mr. Cantu, when
17  the time comes, you tell me, Mr. Cantu.  So when we
18  were doing the final paperwork, I asked Mr. Cantu, sir,
19  did you already settle with Pablo, or do you want me to
20  take it from the final check.  He said Martell, take it
21  from the last check.
22      Q.  Okay.
23      A.  That's how that number came in there.
24  Because I asked him, I wasn't going to just, you know,
25  do it on my own.



Page 125

1    Q. Okay. The next column over there for
2    Mr. Cantu has -- the box has earnings, rate, hours, and
3    amount.
4    A. Right.
5    Q. For Mr. Cantu it has gross salary, then it
6    has your handwritten notation, correct?
7    A. Uh-huh.
8    Q. For 1344.88?
9    A. Right.
10   Q. What does that mean?
11   A. I think it was probably his final check. I'd
12   have to see the other ones with this one so I'd know.
13   Because that figure, for me to give ADP the last final
14   check, I would have to have figures. So this is
15   probably his final check from the whole season.
16   Q. When you are sending this information to ADP,
17   what information are you sending them other than the
18   amount of that final check?
19   A. Okay. I send the name, the Social Security,
20   and I send the amount, and they do the rest over there.
21   Q. Do you send the amount of hours a person has
22   worked?
23   A. No, sir, because I don't know that offhand.
24   It's just the way we're doing it, because the hours are
25   not -- it's a contract thing. So usually everybody

Page 126

1    comes out ahead.
2    Q. Do you send them the amount of acres a person
3    has done?
4    A. No, sir, just a total. See, the acreage,
5    everyone knows their acreage. And when the season is
6    over, let's say Mr. Gonzalez, Joe Gonzalez did so many
7    acres, times so much, and that will be his amount. And
8    I ask him, is this what you made. Yes. This is what
9    you got paid, yes. Then we go over the next step,
10   deductions or advances.
11   Q. The next column over, in that same box but
12   the next column has typed in there $1500 twice. Do you
13   see that?
14   A. Uh-huh.
15   Q. What do those numbers mean?
16   A. Well, I don't know why they did it twice all
17   the way, but it's only supposed to be one, like 1500 is
18   just really 1500. I don't know why they did it twice.
19   Q. What does that $1500 mean?
20   A. That is the amount he had already been paid,
21   see. That's why I say, if I have the other forms I can
22   go from one page to the other, see. Because it's like
23   page one, page two, page three, like you said. That
24   would show that year-to-date type of thing, see.
25   Q. If you look at the bottom of this form, it

Page 127

1    has date of period covered 7/14/2002 to 7/20/2002.
2    A. Right.
3    Q. When would those $1500 have been paid to
4    Mr. Cantu?
5    A. Well, the check date, according to this one
6    is on the 26th, that would be for this week here. So
7    the week that they worked was probably from the 14th to
8    the 20th.
9    Q. So he got a separate check on the 26th for
10   $1500?
11   A. Uh-huh, yeah. Because you can see the
12   deductions that were made were made on the $1500, not
13   on $3,000. The deductions he's got there are on $1500.
14   His final check or his net pay, 1151.20.
15   Q. Right. So he got $1500, and then you took
16   out Social Security taxes of 114.75, correct?
17   A. Yes, sir. That's what ADP does.
18   Q. Then they deducted federal withholding taxes
19   of 153.99, right?
20   A. Right.
21   Q. And state taxes of $40.38?
22   A. Correct.
23   Q. And that gives him a net pay of 1151.20?
24   A. Yes.
25   Q. Then after you give him that check, he gives

Page 128

1    you $400 to pay off that loan?
2    A. No, no, no, no. The $400 has already been
3    deducted, see.
4    Q. From where?
5    A. Well, you can see over here where it says
6    1500?
7    Q. Right.
8    A. Okay. I think we had deducted it on the
9    first one, I don't remember. But that's when that was
10   deducted. It might be in the other pages.
11   Q. You have $1500 minus $400 would be $1100,
12   correct?
13   A. Right.
14   Q. So the net pay is not the difference between
15   the 1500 and your handwritten notation, right?
16   A. Uh-huh.
17   Q. So this is -- I just don't understand,
18   deducted from where, where this money is deducted from.
19   A. It would have been -- see, on the statement
20   that they sent, and I don't have it here, on this one
21   you will see here, here's the different one where the
22   advances are, see. I don't understand why this form
23   was not with this form. Wait a minute. Okay. If you
24   look at the second page under Jorge Cantu.
25   Q. Right.

32 (Pages 125 to 128)

Page 129

1    A.  Do you see it there?
2    Q.  I see it.
3    A.  The amount I handwrote here handwritten,
4  1344.88.
5    Q.  Correct.
6    A.  There it is, 1344.88.
7    Q.  Okay.
8    A.  That was the check for the final check, then
9  we show the advance $400, and his final check was 654.
10   Q.  Okay.
11   A.  Here it is.
12   Q.  Okay.
13   A.  What I was telling you about, I didn't see
14  the second page.  The amount I wrote here, this amount
15  was for me.  When I sent the amount for ADP what is
16  going to be on the payroll, and you see there 1344.88,
17  there it is.  And there is the amount of advance.  You
18  see, not all them have advances, because some of them
19  didn't get advances.  See.
20   Q.  If you look back at the first page.
21   A.  Okay.
22   Q.  And the first three -- well, everybody in the
23  first -- out of those first six names, five of them got
24  paid $300, correct?
25   A.  Right.

Page 130

1    Q.  With the exception of Mr. Cantu.  I'm talking
2  about the first page.
3    A.  Right.
4    Q.  What is the basis for those payments to those
5  workers?
6    A.  Okay.  Since it is contract labor, see, we
7  don't know actually how many they have done or
8  accumulated at that point.  The actual amount of work
9  performed or production is not till the end, when we
10  tab all the acreage they did.
11       Then from there -- it's just like an advance
12  of $300 to keep you going.  Because see we cannot -- at
13  the point when you cut a check, you really can't say
14  how much everybody has yet until it's over.  So when we
15  know all the totals, then is when we have the final
16  figure, and from there we do the deductions.  That's
17  the way I was told to do it, see.  So you see how the
18  deductions are later done, see.
19   Q.  If you look at the amount of $300, do you
20  take into account how much hours someone has worked
21  that week to come up with that money or how many acres
22  they've worked?
23   A.  It would be an equivalent of whatever hours
24  were worked close to that.  Let's say the total on the
25  hours would have been 280, 290, he'll say make it 300,

Page 131

1  we will go over the amount.  Whatever the hours were,
2  we go over that to stay within the minimum, you know
3  what I mean, of whatever the amount was on the hours.
4  That's why it was 300.  It could have been 350 or 400,
5  you know.
6    Q.  What figure per hour do you use to come up
7  with that number?
8    A.  Well, Mr. Martinez is the one who gives me
9  the figure.  He says okay, this is the amount we are
10  going to use, because they keep track of the hours over
11  there, so that was the figure we use, see.
12   Q.  Right.  But in 2002, the federal minimum wage
13  was 5.15 an hour, correct?
14   A.  Right.
15   Q.  Do you use that number or a higher number or
16  a lower number?
17   A.  No.  We make sure we stay about 5.15, see.
18  Let's say 300 divided by 5.50 or $6, we make sure that
19  they go above, they're not below the minimum.  If you
20  actually figure out the hours by the amount, they would
21  be higher pay than 5.15, see.
22   Q.  But you don't know what pay?
23   A.  No, sir.
24   Q.  This paperwork that's marked as
25  Exhibit Number 6, this is computer generated by ADP,

Page 132

1  correct?
2    A.  Yes.
3    Q.  Then it's sent to you, then you make the
4  handwritten notations, correct?
5    A.  Yes.  This is what they send me, and then the
6  reason I did this is so I would know what the amount on
7  the next form I was going to send.  Like Cantu there.
8  Okay.  I say this is Cantu, this is his amount he is
9  going to get paid, this is the advance money, and they
10  do the rest as far as the FIC, and I give them the
11  final checks, see.
12      (Exhibit No. 7 was marked for identification.)
13  BY MR. SANCHEZ:
14   Q.  Mr. Martell, let me hand you a document
15  marked Exhibit Number 7, a two-page document.  The
16  first page is in Spanish and the second page is in
17  English.
18   A.  Okay.
19   Q.  Can you look at that document and tell me
20  what it is?
21   A.  Okay.
22   Q.  Can you tell me what Exhibit Number 7 is,
23  Mr. Martell?
24   A.  Well, this is the form that comes from
25  Mycogen where it will be where the work will be done.

33 (Pages 129 to 132)

Page 133

1  Like there they show the counties: Henderson, Mercer,
2  and McLean, in Illinois. And they show the dates. And
3  this is just, like I say, they can never give us an
4  exact time frame, but they always try to stay within an
5  area.
6      So the work might start from July 5th to
7  August 10th, like it might start July 6 and end July
8  9th. This is rough, they can never give us exact
9  dates. And then it says in brief what the work
10  details. It's taking out the tassel, you know, the
11  tasseling from the corn. "Quitar los cabellos del
12  elote semillas --
13      THE COURT REPORTER: Sir, you can't speak in
14  Spanish.
15      THE WITNESS: I'm reading from the form.
16      THE COURT REPORTER: I know, but I can't take
17  down Spanish.
18  BY MR. SANCHEZ:
19      Q. The form is in Spanish?
20      A. Okay, yes.
21      Q. And it's your understanding that translated,
22  that means detasseling seed corn?
23      A. Yes, sir.
24      Q. You mentioned that Exhibit Number 7 comes
25  from Mycogen. What do you mean by that, sir? Did they

Page 134

1  actually send you that form filled out, or do they send
2  you information that you use to fill out that form?
3      A. Well, when I see this form, Pablo already had
4  it, so I would imagine he got it from Mycogen. Like I
5  say, I don't know if he was sent it, who sent it,
6  probably the company.
7      Q. When was the first time that you recall
8  seeing Exhibit Number 7?
9      A. It would have to be, I think, in 2002 when I
10  first saw it. This is what he was explaining to the
11  people. See, it took our paper, and that's where he
12  was telling them about the $70 an acre how he pays,
13  see. That's what he tells the people, this is the form
14  he shows them, and he goes over there, since he's
15  talking to them.
16      Q. When you say you saw that document in 2002,
17  do you recall whether you saw that document in Texas in
18  2002 before going to do the detasseling work?
19      A. It's hard to remember when I first saw it.
20  I'm sorry, Rudy, I don't remember. I remember seeing
21  it, because we've gone twice. This last time I saw it,
22  but the first time I don't remember when I saw it, but
23  I saw it. Because we went over this, because it was
24  explained to me what the work entailed the first year I
25  went with him, it was explained to me how it was done,

Page 135

1  how they pay and everything.
2      Q. When did Mr. Martinez explain that to you, in
3  Texas before you left, or after you got to Illinois?
4      A. Well, I remember when he first told me he
5  told me verbally, but I think when I saw it, I saw it
6  in Iowa. Because I don't remember seeing it in Texas.
7  Because when we got down to the paperwork, the nitty
8  gritty of this, I saw it in Illinois, this part I
9  remember.
10      Q. If you look at the bottom of Exhibit Number
11  7, the first page has DEF 0001, and the second page has
12  DEF 0002.
13      A. Right.
14      Q. Now, if you can look at your interrogatory
15  answers that we've marked as Exhibit Number 3, I'd like
16  you to look at interrogatory number five. Do you see
17  interrogatory number five?
18      A. Uh-huh.
19      Q. Can you read that question?
20      A. "Please describe in detail your role in the
21  recruitment and/or hiring of each plaintiff for
22  employment in 2002 with you or Agrigenetics."
23      Q. And can you read your answer?
24      A. "Plaintiffs contacted me when they learned
25  that Pablo Martinez had work. I provide plaintiffs

Page 136

1  with information related to employment with
2  Pablo Martinez."
3      Q. And?
4      A. Well, in this it's like if somebody wants to
5  work --
6      Q. Wait, wait, wait.
7      A. I'm sorry.
8      Q. And your answer says see DEF 0001 - 0002, so
9  you refer in your answer to this document, correct?
10      A. In 2004. Because I believe this information
11  when he talked to you was this year, right?
12      Q. Read interrogatory question number five
13  again.
14      A. Okay. "Please describe in detail your role
15  in the recruitment and/or hiring of each plaintiff for
16  employment in 2002 with you or Agrigenetics."
17      Q. So interrogatory number five asks about 2002,
18  correct?
19      A. Right.
20      Q. And then your answer, could you read your
21  answer again?
22      A. Plaintiffs contacted me when they learned
23  Pablo Martinez had work. I provide plaintiffs with
24  information related to their employment with
25  Pablo Martinez, and to see these two forms.

34 (Pages 133 to 136)

Page 137

1    Q.  Right.
2    A.  Okay.
3    Q.  So you provided the information contained on
4  Exhibit Number 7 to the plaintiffs?
5    A.  Not in the whole thing like this, but a brief
6  thing of what it is, and they, when they talk to him,
7  they go through all of this.  Like somebody asked me
8  well, okay, what kind of work is it, then I said
9  Pablo Martinez is -- because you spread the word, you
10  know, because sometimes they're short of people.
11       So for the actual pinpointing it down to
12  what's involved is where he comes in, but this is the
13  idea, he pays by the acreage $70, from what I know, and
14  then he actually does the rest of the part of this.  So
15  I don't actually recruit them, see.
16    Q.  But you spread the word in Texas?
17    A.  Yeah.  You always spreading the word, because
18  you never know if you're going to be short of people.
19  Like if I tell somebody look, I'm selling a car, tell
20  somebody they need a car, I've got a car for sale, you
21  know, it's word of mouth.  Because in this thing, you
22  can never have enough people, or you always might be
23  short, see.
24    Q.  Do you recall spreading the word in 2002 to
25  the plaintiffs?

Page 138

1    A.  Not to these particular guys, but to
2  different people, yeah.  Some of these people came
3  through other people.  As a matter of fact, I didn't
4  know any of these people until 2002, but most of them,
5  they are associated with him from previous years.
6    Q.  If you look at the first page of
7  Exhibit Number 7.
8    MR. SANCHEZ:  Hold one second, we're going to
9  change the tape.
10    (Thereupon, a short recess was taken.)
11  BY MR. SANCHEZ:
12    Q.  Mr. Martell, if you look at the first page
13  Exhibit Number 7, where it has -- and you and I both
14  understand Spanish -- number three it has and it says
15  "Escala salarial a pagar."  That means salary, correct?
16    A.  "Escala salarial a pagar."  It's showing
17  $6.50 per hour, according to this form.
18    Q.  In 2002, were the workers recruited by
19  Mr. Martinez paid $6.50 per hour?
20    A.  To my knowledge, that was the rate of pay
21  based -- I'm trying to remember how he explained it to
22  me, that almost everybody who works, you exceed that or
23  you get paid that.
24    Q.  Now, we reviewed the documents, and there's a
25  whole slew of payroll documents there in front of you,

Page 139

1  for example, Number 6, and we talked about the $300
2  paid to some of the workers, and you had mentioned to
3  me that you weren't sure what rate was figured to come
4  up with that figure, correct?
5    A.  No.  Because I wasn't sure, no, sir.
6    Q.  You don't know whether that was 6.50 an hour
7  to come up with that number?
8    A.  No.  I know it's more than the minimum wage,
9  because it's never less than that.  And I don't know if
10  if's 6.50, because it's a contract on a contract labor,
11  whether it could be total hours at the end or what,
12  see.
13    Q.  If you look at Number 6, it has in Spanish
14  what I believe translates to workers' comp insurance,
15  correct?
16    A.  Yes, sir.
17    Q.  And it provides information, and it says that
18  the insurance company for workers' compensation is
19  Acuity Insurance, correct?
20    A.  That is correct, yes, sir.
21    Q.  And it also says that the name and address of
22  the insured is Jim Sheriff, and it has a phone number,
23  and it says Mycogen Seeds, 9330 Zionsville Road,
24  Indianapolis, Indiana, correct?
25    A.  Yes, sir.

Page 140

1    Q.  Do you know if Mr. Martinez also had workers'
2  comp, or if this was the policy that was covering his
3  crew?
4    A.  My understanding, the way it's set up, I
5  think it's deducted from his earnings to cover the
6  whole season.  Because Mr. Martinez I think, through
7  the company -- because if anybody needs that
8  assistance, whatever, it's covered there, see.  I don't
9  know how it's charged to him, but he is responsible for
10  that indirectly.  I think out of his total earnings
11  from that it's deducted, or somebody pays it somewhere,
12  the insurance.
13    Q.  So it's your understanding that Mycogen
14  arranged for the coverage and then Pablo has it
15  deducted from his earnings?
16    A.  Yes, sir.  People have to be covered.
17  They're insured, if they have an accident, there is
18  insurance for them.
19    Q.  And right below that in that same Number 6 it
20  has the name of the person to notify if they have a
21  claim, right?
22    A.  Right.
23    Q.  And it has Pablo Martinez, 210 South Palm
24  Street, Mercedes, Texas?
25    A.  Right.

35 (Pages 137 to 140)

Page 141

1    Q.  Do you know if that's the address for
2  Mr. Martinez's house in Texas?
3    A.  No.  The reason they use that address --
4  that's his mother's address, because his rural route
5  number where he resides, every time they would send
6  forms, they would get astray, because the mailman
7  couldn't find the house or whatever.  So to make it
8  more easy for contact purposes, they decided to use
9  Mr. Martinez's mother's home, because the mailman, it's
10  easier to facilitate any papers that we get.
11    Q.  The phone number that's there, (956)
12  514-1277 --
13    A.  -- that is the phone number at that address,
14  his mother' telephone.  Because when he's down there,
15  if people have to go to get hold of him, that's the
16  number they can reach.
17    Q.  What's Mr. Martinez's mom's name?
18    A.  I'm trying to think of her name.  I'm sorry.
19  I don't have it off the top of my head.  I know his
20  father's name, because I associate more with his father
21  than with his mother.
22    Q.  What's his father's name?
23    A.  His father's name is Teo, Goyo (phonetic).
24    Q.  What's his full name?
25    A.  Well, I think it's Gulliermo, but Goyo is

Page 142

1  what I have known him by, Goyo.  And the lady, I just
2  call her Ms. Martinez whenever I call the house, you
3  know.
4    Q.  Then right under that it has under number
5  eight, it has other benefits, and it says none, right?
6    A.  Yes.
7    Q.  Then under number nine, it has for migrant
8  workers who need housing, the type of housing that will
9  be provided and its cost, correct?
10    A.  Is that what "alojamiento" means, housing?
11    Q.  It's your form, not mine.
12    A.  I don't know what that means.  If the
13  question is -- how do I answer this.
14    Q.  If you don't know what the word "alojamiento"
15  means, you can say you don't know what that means.
16    A.  I don't know.
17    Q.  Under that it says "ninguno," which means
18  none?
19    A.  None.
20    Q.  For charges, it says not applicable, correct?
21    A.  Uh-huh.  I figure "cargos" is charges, so
22  maybe they're saying he's in charge because that
23  doesn't apply, I guess.
24    Q.  If you look at Exhibit Number 7, pages one
25  and two, do you see anywhere in this document where it

Page 143

1  talks about housing that will be provided to any of
2  these workers?
3    A.  Not from the wording on there, no, sir.
4    Q.  And I believe you said Exhibit Number 7, the
5  two pages that comprise Exhibit Number 7, this is the
6  information that Pablo Martinez provided to the workers
7  that he was lining up to do this corn detasseling in
8  2002?
9    A.  Right, sir.
10    Q.  Are there any other papers that he reviewed
11  with any of the workers in 2002 other than what's
12  marked as Exhibit Number 7?
13    A.  Not here, no, just these two pages.  I do
14  know that he tells them he pays for their lodging, they
15  don't pay for it.  I don't know if it's on there.
16  Maybe that's the word, but I do know he pays for the
17  lodging.
18    Q.  Do you know if there are any pages missing
19  from this document marked Exhibit Number 7?
20    A.  That I know of, I think there is two, that's
21  it.
22    Q.  Now, these are all documents, just so we
23  understand, all these documents that we've been looking
24  at, the ones that are marked with DEF and a number are
25  documents that were given by you to us in the course of

Page 144

1  this lawsuit, right?
2    A.  Yes, sir.
3    Q.  The next set of documents I want to go over
4  are what appear to be a set of handwritten payroll
5  records.
6    A.  Okay.
7    Q.  And to make it go as fast as possible, I have
8  them all grouped in one set from 17 to 35, I think,
9  marked DEF 0017 to DEF 0035.
10    A.  Okay.
11    Q.  I'm going to have that marked.  I'm going to
12  give it to you, then we can go through it as one set,
13  and we can refer to the DEF number on it, or we can go
14  document by document, but I think it will be faster
15  this way.
16    A.  All right.
17    (Exhibit No. 8 was marked for identification.)
18  BY MR. SANCHEZ:
19    Q.  Now, Mr. Martell, you've been handed a
20  document marked Exhibit Number 8, and as I mentioned,
21  it consists of a number of pages, and it's marked
22  DEF 0017, and the last one is DEF 0035, so I believe
23  it's approximately nineteen pages.
24    A.  Okay.
25    Q.  And some of these pages are handwritten.  For

36 (Pages 141 to 144)