Page 145

1  example, the first, second, third, fourth, fifth, sixth
2  page of Exhibit Number 8 are handwritten, and then the
3  page after that is a typewritten form or computerized
4  form of some sort.
5      A.  Okay.
6      Q.  As mentioned, these were documents that were
7  provided by you to us, so I don't really know how these
8  are organized, and so what I would like you to do first
9  off is just go through each page and just tell me
10  DEF 0017, just tell me quickly what each page is.
11     A.  Well, I did not put this list together.
12     Q.  Well, let's start off with the first page of
13  Exhibit Number 8, DEF 0017.
14     A.  Right.
15     Q.  What is this first page?
16     A.  Well, what it looks like to me is the amount
17  of money they earned, and then they show here the
18  number of hours times the rate of pay, with the bonus
19  on the side.  Because I did not prepare these form, I
20  don't know.
21     Q.  Do you know whose handwriting this is?
22     A.  No, sir.  Probably compiled from information
23  I provided to Mr. Martinez, because at the end I hand
24  him over everything.
25     Q.  But that's not your handwriting, correct?

Page 146

1      A.  No, sir.
2      Q.  And on the first page of Exhibit Number 8,
3  towards the bottom it has a column that says names, a
4  column that says money earned, and then 2001, and then
5  bonus, correct?
6      A.  Right sir.
7      Q.  That 2001, is that referring to the year
8  2001, or is this what —
9      A.  If it says 2001.  Because I didn't do this
10  list, I wouldn't know, see.
11     Q.  But these are the types of papers that you
12  keep for Mr. Martinez correct?
13     A.  Right.  But 2001 I didn't do it for him.
14     Q.  Right.  But this is the document you gave to
15  us.
16     A.  I didn't give you the document.
17         MR. HILL:  Can I butt in here?  Didn't you
18     ask for all documents.  I think the year may be
19     off, but I think you asked for that, because...
20  BY MR. SANCHEZ:
21     Q.  I'm trying to find out, yeah, what year this
22  is.
23     A.  Yes.  It is 2001, some of those names I don't
24  even recognize them.
25     Q.  If you look through these documents, all the

Page 147

1  pages that are marked in Exhibit Number 8, the nineteen
2  pages, can you quickly just go through there and tell
3  me which documents pertain to the year 2002?
4      A.  As far as I see, I don't think none of them,
5  sir, I think they are all 2001.
6      Q.  If you look at Exhibit Number 8, the page
7  marked DEF 0023, I believe that's a computerized form.
8      A.  Okay.
9      Q.  It's got a list of names all in alphabetical
10  order, right?
11     A.  Right.
12     Q.  Towards the very bottom you have
13  Jaime Pacheco and Jose Luis Pacheco, right?
14     A.  Yes.
15     Q.  Based on this, would you conclude that both
16  Jaime and Jose Luis Pacheco worked in 2001 for
17  Mr. Martinez?
18     A.  Well, again, I don't know, because I didn't
19  work in 2001, so I don't know.  I see the name there,
20  but I don't know.
21     Q.  But I'm saying based on your understanding of
22  these documents, and as a person who does the paperwork
23  for Mr. Martinez, would that be what you would
24  conclude?
25     A.  I see the name, and again, like I said,

Page 148

1  unless I saw to show the birth date or Social Security
2  to show it, it might be the same one.  I wouldn't know,
3  sir, because here it just gives us the name.  So like I
4  said, I didn't know, and I didn't go with them in 2001,
5  so I don't know.  I only know Mr. Martinez.
6      Q.  Do you know who was responsible for doing
7  this sort of paperwork for Mr. Martinez in 2001?  And
8  I'm referring to the first six pages of
9  Exhibit Number 8.
10     A.  No, sir, I sure don't.  I don't recognize the
11  handwriting.
12     Q.  Have you seen the documents marked as
13  Exhibit Number 8 before today?
14     A.  No, sir.
15     Q.  None of the pages that are marked
16  Exhibit Number 8 you have seen before?
17     A.  No, sir.
18     Q.  Did you keep any documents in 2002 which are
19  similar to the documents marked as Exhibit Number 8?
20     A.  All we did, from what I was told to do, we
21  did the acreage and the amount of money paid and the
22  deductions.
23     Q.  Did you keep that in that notebook that you
24  mentioned earlier?
25     A.  Yes, sir.

37 (Pages 145 to 148)

Page 149

1    Q.   For 2002?
2    A.   Yes, sir.
3    Q.   But it's not this document marked as
4    Number 8?
5    A.   No, sir.  This is not mine.
6    Q.   And that notebook you said was at your home
7    in Mercedes?
8    A.   That is correct.
9    Q.   How big is that notebook, can you just
10   describe it to me?
11   A.   It's just like a regular notebook, you know.
12   You have to write information somewhere, to keep
13   everything together, so it's in a notebook.  It entails
14   the work in the field, like by block numbers, how we
15   come to the conclusion of what everybody eventually
16   makes.  And at the end it's got the name of everybody,
17   the block number, how many acres they made on that
18   block.  And then we go towards the end, the total
19   acreage and the wages paid, that's how we determine the
20   final amount.  It eventually goes leading to the end to
21   where that's the final figure at the end of the season.
22   Q.   Is it like a spiral notebook?
23   A.   Yeah.  And it contains a lot of stuff, just
24   odds and end, names, notations, like the phone numbers
25   of people we have to call or whatever that are

Page 150

1    connected with us over there, you know.
2    Q.   By connected to you over there, you're
3    talking about people in Iowa or Illinois or housing?
4    A.   Like names of a group of people, doctors that
5    come to see the people, phone numbers like of anybody
6    that has anything to do with the field work, whoever we
7    contact, I jot it down.  This way we have it all
8    together in one location.
9    Q.   What color is that notebook?
10   A.   Bluish color, dark greenish.  Probably faded
11   by now.
12   Q.   I forget if I asked you this, you have one
13   for 2002, and then another one for 2003.
14   A.   Yes, to keep them separate.
15   Q.   So you do one notebook per year?
16   A.   It's better to keep them separate, we don't
17   combine them.
18   Q.   Do you have any dates in your notebook?
19   A.   Well, anything that is documented there, we
20   have a date, yes.
21   Q.   Do you have dates when you speak to people
22   or...
23   A.   Oh, no, we wouldn't keep track of that.  Just
24   the actual field work, basically.
25   Q.   Does it have the names of any workers that

Page 151

1    you or Mr. Martinez have spoken to in Texas who might
2    be going to Illinois?
3    A.   No.  Basically it's all there in Iowa, has to
4    do with Iowa when we're there, you know, the field
5    work, whatever is given to me, information on
6    production, that's basically what it's all about.
7    Q.   Does it have any information about who will
8    be rooming with who at the housing?
9    A.   No.  Actually it's geared to the field work,
10   that's what it's basically about, so we can make the
11   payroll from there.
12   Q.   Just to be clear for the record, could you
13   just quickly look again at Exhibit Number 8, and just
14   so I'm clear with this, you have no personal knowledge
15   of any of the information contained in
16   Exhibit Number 8, correct?
17   A.   No.  I've never seen Exhibit 8 before today.
18   Q.   And you never talked to Mr. Martinez about
19   this?
20   A.   No, sir.
21   (Exhibit No. 9 was marked for identification.)
22   BY MR. SANCHEZ:
23   Q.   Mr. Martell, you've been handed a document
24   marked Exhibit Number 9.  Have you ever seen that
25   before?

Page 152

1    A.   It looks similar to the chart they give us on
2    the work to be done in the field, but I don't remember
3    exactly, because they all look almost the same.  But
4    it's possibly one of the ones we've had.  Because they
5    give you forms like this on the acreage we're going to
6    be doing, and that's how we determine like every block
7    number, you see the blocks, the way they run.  It might
8    have been one of mine.
9    Q.   Looking at Exhibit Number 9, you said that
10   you used word "they," they give this to you.  Who are
11   you referring to?
12   A.   Well, whoever.  If it's Jim Sheriff, he would
13   give it to Pablo and Pablo would give it to me and he
14   would tell me okay, this is where we keep track.  He
15   would say okay, we're working on this block number, and
16   that's how we figure, okay, we have the names of the
17   people, the block number, and how many acres they did
18   on that block number.
19   Q.   I believe Exhibit Number 9 is from the year
20   2004; is that correct?
21   A.   I'm not familiar.  I need to see this.  This
22   looks like my arrows, but then these figures here
23   aren't mine.
24   Q.   If you look at the field number, TC4101, do
25   you know if that number four stands for the last number

38 (Pages 149 to 152)

Page 153

```
1   of the year?
2       A.  I don't know, sir.  I only go by the number,
3   they tell me this is block 108 or block 110 or block
4   112, whatever.
5       Q.  It's your understanding that you have seen a
6   form similar to Exhibit Number 9, but you don't know if
7   this is the form that you saw in 2002?
8       A.  No.  Because if I would see it, the way I see
9   it, I would know it's mine, my handwriting.  And here,
10  like some of that handwriting, that doesn't like look
11  my handwriting.  But this is very similar, they give
12  you one.  All the contractors get one, and they tell
13  them -- like here, the fields that are not ours are
14  somebody else's.
15      Q.  Just going across the top of Exhibit Number 9
16  starting off with the field number, can you just tell
17  me what those columns mean?
18      A.  Well, I know that we only concentrate -- we
19  don't concentrate on everything.  See, like the ones
20  here are probably the ones we're doing.  We don't do
21  them all, see, and this is what they show.  This is
22  what's actually in the field, like in this 101 field,
23  then Mr. Martinez can give you a better explanation of
24  that.  I only deal with the ones we work with, where
25  the line is drawn down.
```

Page 154

```
1       Q.  Right.  But if you have -- for example, the
2   first column says field number, correct?
3       A.  Uh-huh.
4       Q.  That means that in that column are the
5   numbers for each field, correct?
6       A.  Right, sir.
7       Q.  Next to that column, it has a column that
8   says contract AC?
9       A.  Right.
10      Q.  What does that mean?
11      A.  I don't know.  Like I said, when they give it
12  to me, I just concentrate on this, my only concern is
13  right here (indicating).
14      Q.  When you're looking at Exhibit Number 9,
15  you're pointing to the line that says fertile acres?
16      A.  Yes, sir.
17      Q.  What is a fertile acre?
18      A.  Those are the ones we're going to be
19  detasseling.
20      Q.  Do you know what the difference is between a
21  fertile acre and a sterile acre and a male acre?
22      A.  I don't.  If I told you I did -- if you show
23  me out there, I know one is different from the other,
24  one is male and one is female, and we do one.
25      Q.  Then in that column fertile acres, it has
```

Page 155

```
1   initials in those boxes, correct?
2       A.  Right.
3       Q.  And the initial PM, that would be
4   Pablo Martinez?
5       A.  I would imagine so, yes.  If I have one, it
6   wouldn't have this kind of writing on it.
7       Q.  And next to that it also has a date, correct?
8       A.  Right.
9       Q.  And the date on each of those boxes is a date
10  in July '04, correct?
11      A.  Right, that is correct.
12      Q.  Would that lead you to believe that form,
13  Exhibit Number 9, is from 2004?
14      A.  Uh-huh.  Based on that date, yes, sir.
15      (Exhibit No. 10 was marked for identification.)
16  BY MR. SANCHEZ:
17      Q.  Mr. Martell, you've been handed document ten,
18  dEF 0014, correct?
19      A.  That is correct.
20      Q.  Do you recognize this document?
21      A.  Yes, sir.
22      Q.  What is Exhibit Number 10?
23      A.  It's roughly a page on the hours that they
24  worked here.
25      Q.  Can you tell me who created Exhibit Number
```

Page 156

```
1   10?
2       A.  Well, it wasn't a creation, you'd call it
3   that, it's just a page with information on it, dates.
4       Q.  Who wrote it?
5       A.  I wrote the information.  They tell me, okay,
6   Mr. Martinez tells me we worked so many hours, this is
7   the hours we went in, and I would write it down on a
8   daily basis.
9       Q.  Is this a document that was written by you in
10  2002?
11      A.  I guess.  I don't know, because I didn't send
12  it over, but if it was in that folder with all that
13  stuff of 2002, then it's there.  See, if it went with
14  the papers of 2002 automatically, because you can tell
15  the lines in the back, this was from the folder.
16      Q.  So you think this is another document that
17  came out of that notebook you have at your house?
18      A.  Uh-huh.  Yes, sir.
19      Q.  Did you keep a record like this on a daily
20  basis of the date and field and hours worked by the
21  crew?
22      A.  Uh-huh.  Yeah.  Like here, see, in the
23  afternoon, Mr. Martinez would say we were in block
24  number 102, we worked two and a half hours there, let's
25  say the beginning, whatever.  The next day, on the
```

Page 157

1  16th, you can tell they did two different blocks. Like
2  he would tell me on block number this one, we did four
3  hours, on that one we did four hours, these were the
4  hours we worked. And that's the information he gives
5  me, that's what I write down.
6      Q. Now, so this information is not from you
7  being out in the fields and saying this is how long we
8  worked, this is information --
9      A. No. Because Mr. Martinez tells me this is
10  what we worked, these are the hours.
11     Q. In July 2002 while the folks were detasseling
12  on a normal day, you didn't go out to the fields,
13  correct?
14     A. Right.
15     Q. What did you do during the day?
16     A. Well, I work on papers, you know, like from
17  the day before. The person, either him or the surquero
18  brings me the information, and the next day I work on
19  that, whatever they did I put it together. Whatever
20  they did I write it out on their columns.
21     Q. And you put it together and you compile all
22  that information in the notebook you have?
23     A. Yes, sir. Like let's say they worked
24  yesterday, today I worked on what they did yesterday,
25  tomorrow I worked on what they did today, and every

Page 158

1  day, every day.
2      Q. When Mr. Martinez give you the information on
3  the hours, as you noted here in Exhibit Number 9, it
4  has a column that says hours, correct?
5      A. Uh-huh.
6      Q. Do you know what that includes?
7      A. Well, no, because he's the one out there
8  in the field with them, he will tell me we worked so many
9  hours, and he's the one out there with them. So
10  whatever they do out there, he's the one giving that
11  information, I just write it down.
12     Q. So you don't know one way or other whether
13  that includes time they spend traveling to the fields
14  or from field to field or any of that?
15     A. No, sir. He tells me the actual hours of
16  whatever is included. He tells me today we worked four
17  hours. That I don't know if it's including going and
18  coming or coming and going, or moving from one field to
19  another.
20     Q. In 2002, the process for putting this
21  information together, is it you sitting down with
22  Mr. Martinez and him explaining to you how the day
23  went, or does he give you something in writing that
24  says we went to this field, this is who worked?
25     A. No. He just tells me, you know. He say

Page 159

1  okay, today we did block 103. And then the information
2  they bring from the fields, I know that's the block
3  they worked on, so I start taking everybody's
4  information of what they did, the production they did.
5      Q. So would it be to fair that say Mr. Martinez
6  gives you I guess a summary of the work day?
7      A. Yeah. He tells me what they did, and I write
8  it down.
9      Q. In 2002. Then someone else would give you
10  the actual rows that each person did?
11     A. Yes. Because they document everything right
12  in the fields, and at the end of the day, because it's
13  happening as they're working, so whoever is doing the
14  tabulation at the head of the field, okay, here comes
15  this guy again, okay, what's your number. They wrote
16  down his number, this guy takes this rows, and that
17  information is brought to me at the end of the day.
18  And that's how I work on it for the next day, this is
19  the block number, this is what every person did, see.
20     Q. So there is a written set of records that was
21  created in 2002 which has all of the info?
22     A. Sure.
23     Q. Is that something you have?
24     A. It should have been put in your hands
25  already, when everything was provided. See, otherwise

Page 160

1  how would you have gotten this? Everything should have
2  been there.
3      Q. That's what we're trying to understand. We
4  have a set of records that you gave to us that are
5  marked DEF 001 through DEF 0093.
6      A. Not these ones. Because I know everything we
7  supplied to you, this is one of the forms, because it
8  was in there. Because everything is there on a daily
9  basis on all people, the production they do.
10     Q. I'm just trying to see if there is stuff that
11  maybe you're referring to that we haven't seen.
12     A. No. Everything should be there, we supplied
13  all the documents already.
14     Q. I'm also trying to see -- for example, if you
15  look at some of these documents, it's hard to tell what
16  the order is --
17     A. Right.
18     Q. -- naturally how you keep those records,
19  because we didn't get your notebook, we got copies from
20  your notebook. Okay?
21     A. Okay.
22     Q. Not the information contained on
23  Exhibit Number 9, but the information that you
24  mentioned earlier, you said that has the person at the
25  head of the row who keeps all the information about how

40 (Pages 157 to 160)

Page 161

1  many rows those people are doing, who was responsible
2  for recording that information in 2002?
3      A.  Okay.  It was I think Ms. Maria Flores, and I
4  think Tino was the other gentleman.  It's not Chino.  I
5  know Tino Lopez did it in 2003, and I'm thinking it
6  might have been Roberto in 2002.
7      Q.  Roberto Renderos?
8      A.  Uh-huh.
9      Q.  So in addition to driving the bus, he also
10  kept those kinds of records?
11     A.  See, because they take that information and
12  they bring it to me.
13     Q.  When you say "they," I don't know who you
14  mean.
15     A.  I mentioned those two names, Ms. Flores and
16  Tino.
17     Q.  So in 2002, you recall that Maria Flores and
18  Celestino Lopez --
19     A.  Celestino Lopez.  Or Chino, but there's
20  several.
21        THE COURT REPORTER:  What's Lopez's first
22     name?
23        THE WITNESS:  C-E-L-E-S-T-I-N-O,
24     Celestino Lopez.
25  BY MR. SANCHEZ:

Page 162

1      Q.  And also Roberto --
2      A.  Roberto.
3      Q.  -- Renderos?
4      A.  Renderos, yes.
5      Q.  R-E-N-D-E-R-O-S?
6      A.  Right.
7      Q.  Do you know whether Exhibit Number 10,
8  whether that's an accurate reflection of the days that
9  were worked by the crew?
10     A.  Yes.  It would probably be the list of days.
11     Q.  So they worked from July 15th until
12  July 28th?
13     A.  Right.  According to this, when we got here.
14  We might have gotten there on the 14th to start on the
15  15th.
16     Q.  Do you know if you got there on the 15th, or
17  not?
18     A.  If I don't have anything for the 14th, that
19  means they didn't work on the 14th, so they could have
20  been at the orientation.  I don't remember exactly.
21  Then again, that information is at the Mycogen office
22  in Illinois, because they know exactly when we started.
23     Q.  Who at Mycogen knows exactly when you
24  started?
25     A.  Mr. Sheriff, Jim Sheriff.

Page 163

1      Q.  Why do you say that he knows that
2  information?
3      A.  He's the one that assigns the fields to the
4  contractors.  So he would tell Mr. Martinez we start
5  tomorrow and we start at this field.
6      Q.  And in fact, before the crew got to Illinois,
7  there were conversations between Mr. Sheriff and
8  Mr. Martinez about when work might be starting?
9      A.  Yes.  Because they give us a rough idea on
10  the date.  Again, he could say like here, he could have
11  said we might start the 14th, we might start the 15th,
12  or the 13th.  They try to give us a date to when they
13  want us there, because it can come too fast, or it can
14  take a shorter amount of time.  Because based on the
15  weather, see, the corn, if it's real hot, it grows
16  faster, and if it's cool, it won't grow as fast.
17  They'd rather have us there one day earlier than one
18  day late, so it's a gamble with the weather.
19        (Exhibit No. 11 was marked for identification.)
20  BY MR. SANCHEZ:
21     Q.  Mr. Martell, I'm going to hand you a document
22  marked Martell Exhibit Number 11.  Can you identify
23  that document for me?
24     A.  Yes.  Again, it's advances to some of the
25  people.  This was done on July 23rd, 2002.

Page 164

1      Q.  Is this a document that was -- is your
2  handwriting on this document?
3      A.  Yes, sir.  If I'm not mistaken, because there
4  was one on July 22nd which was Exhibit Number 5, I
5  believe, so these people for some reason didn't borrow
6  any money or weren't loaned any money to the next day,
7  which was the 23rd, because it's the same amount, $50
8  per person.  And here on the document Exhibit Number 5,
9  it shows people that borrowed $50, it's again $50 per
10  person.  So these people probably didn't get any
11  advance until the next day for "X" reason, I don't know
12  what it is.  You can see that everybody got $50 across the
13  board.
14     Q.  Right.  And this document marked as Exhibit
15  Number 10 (sic) is a document that's also Xeroxed out
16  of your notebook, correct?
17     A.  Yes.  Probably the same page, the next page.
18     Q.  Now, if you look at the bottom of Exhibit
19  Number 10.
20        THE COURT REPORTER:  Number 11.
21  BY MR. SANCHEZ:
22     Q.  -- Exhibit Number 11, it has DEF 0043.
23     A.  Right.
24     Q.  And on the bottom of Exhibit Number 5, it
25  has -- can you read the DEF number on that?

41 (Pages 161 to 164)

Page 165

1    A.  No, sir.  It doesn't show it.
2    Q.  I'm sorry.  I'm going to withdraw that
3  question.
4    A.  Okay.
5    Q.  Exhibit Number 11, it has on the right-hand
6  side it has 2000, minus twenty, and a name, right?
7    A.  Uh-huh.
8    Q.  What is that referring to?
9    A.  Well, Lewis is the name of the owner of the
10  motel.  So from what I see here, we gave him twenty, I
11  don't know from where, from this amount, leaving a
12  balance of 1980, then 750.  I'm trying to figure how we
13  came to this figure.  And then 1230.
14         I guess that is, if I'm not mistaken,
15  maybe Mr. Martinez advanced me or let me have 2,000 to
16  borrow the people, and you can see there that I'm
17  deducting 750 from this amount of the people who were
18  advanced money, leaving a total of 1230.  So I would
19  have then conferred with him, look, this is how much we
20  borrowed and here is 1230 back.  Because we never know
21  if someone is going to need more money.  Usually it's
22  whatever we can borrow them.
23    Q.  But you don't know by looking at
24  Exhibit Number 11 why you would be giving $20 to Lewis?
25    A.  To Lewis?  It might have been from the money

Page 166

1  he advanced me, I might have gone to buy a phone card,
2  or I might have just for something where it was worth
3  twenty.  But by showing Lewis, I'm showing so I can
4  tell Mr. Martinez, okay, from this money, this is where
5  this went, see.  This is my way of saying okay, from
6  the 2000, I have 1230 left; 750 was advanced to the
7  people, and 20 went to Lewis, whatever it was for.  It
8  could have been a phone -- it could have been a phone
9  card, something in that neighborhood.
10    Q.  But you don't know?
11    A.  No, sir.  But Lewis says to me it was for
12  Lewis, the $20.
13    Q.  Then towards the middle of the page of
14  Exhibit Number 11, what reads to me Martell witness,
15  correct?
16    A.  Oh, yes.  Yes.
17    Q.  What does that mean?
18    A.  Well, this gentleman, you can see the "X" on
19  the left there, he doesn't -- he couldn't
20  sign his name, so somebody did it for him, a friend or
21  whatever, and I witnessed that he borrowed this $50.
22  I'm witnessing the signature of this guy,
23  Salustin Pablo, somebody wrote that for him, and Pablo
24  couldn't sign, so whoever was with him wrote his name,
25  and I witnessed the fact that he borrowed those $50.

Page 167

1    Q.  Right below that on Exhibit Number 11, it
2  says "Andres," and it has an arrow pointing to the left
3  and an arrow pointing to the right.  What does that
4  mean?
5    A.  These people here, Veronica Rosa, and
6  Guillermina, this guy, Andres, he took them the money,
7  because they didn't want to come from the room, they
8  had already showered or whatever, and he said can I
9  take them the $50 each.  I said I'm going to write down
10  that you took it, he said fine.  So I gave him for each
11  of the girls, and I put his name down so I could know I
12  gave it to Andres.  They called me from the room and
13  they told me, Andres gave me the $50, each one of us.
14  Just for a favor, not to inconvenience them to come
15  from the room, they had already, you know, gotten
16  comfortable, just for us.
17    Q.  Do you recall how many women there were
18  working with Mr. Martinez in 2002?
19    A.  Off the top of my head, I can't.  I know
20  these two ladies were there.  Maybe five or six,
21  somewhere in there.  I'd have to look at the list, then
22  I'd know.
23    Q.  Were they women who were single women, or
24  there with their husbands?
25    A.  No.  Some of them are in groups, like two

Page 168

1  sisters and their brothers, or two sisters and their
2  husbands or whatever, they come together like from
3  Florida.  I know these two girls were together.
4    Q.  And for the housing, were the women put by
5  themselves or mixed in with the men?
6    A.  No.  They were by themselves.  Unless it was
7  man and wife.  Some years people go man and wife, then
8  they get a room together.  We wouldn't want to mix
9  people not born of the same family.
10    (Exhibit No. 12 was marked for identification.)
11  BY MR. SANCHEZ:
12    Q.  Mr. Martell, you've been handed a document
13  marked as Exhibit 12.  Can you identify this document
14  for me?
15    A.  Yes.  Again, if you notice, the one we just
16  went through, Number five, Exhibit Number 5, it was
17  done on the same date, because I show here 7/22nd.
18  That was the same day, you can see they are all for
19  $50, all those people were advanced.
20    Q.  This one says, Exhibit Number 12 says Florida
21  group, correct?
22    A.  Yes, sir.
23    Q.  Did Mr. Martinez have a group of workers from
24  Florida and a group of workers from Texas?
25    A.  Well, because these were some of the people

42 (Pages 165 to 168)

**Page 169**

1  that came later, and these people were working also as
2  a group, see, so we had to distinguish -- we have for
3  our purpose, knowing which is Texas and which is
4  Florida. And these guys, when they would come to
5  borrow money, they would all come together, that's why
6  I had them as a Florida group.
7      Q.  Go all the way to the left-hand corner of
8  Exhibit Number 12.
9      A.  Right.
10     Q.  At the top has the word "Texas," right?
11     A.  Yes, sir.
12     Q.  And under that, it has zero in some columns
13 and 20 or 25 in other columns, correct?
14     A.  Right.
15     Q.  What does that mean?
16     A.  Okay. Again, some of these people were in
17 Texas, that's why this amount -- if you see on
18 Exhibit Number 5, see, it's the same thing as Texas,
19 some were advanced 20, 25. Even though some of these
20 guys weren't from Florida, I don't know why I put
21 Florida group up there together, because some of these
22 guys, like this guy, Armando Alonso, I know he ain't
23 from Florida. Armando Cisneros, either.
24      I think the only one from here was really the
25 first two that were from Florida. Or maybe four were

**Page 170**

1  from Texas and three or four from Florida. But see,
2  all this show -- if you'll notice, see, the first two
3  don't have any from Texas, and the following they all
4  have, because these guys came from Texas.
5      Q.  So if you look at Exhibit Number 12, at the
6  very top it has the handwritten stuff that's Texas, and
7  then 7/22 and then Florida group, advance, 7/22/02,
8  that's your handwriting?
9      A.  Yes, sir, that's correct.
10     Q.  And it also has 7/16 on the right-hand side
11 at the very top.
12     A.  Mine doesn't show that. Okay. I'm sorry. I
13 see it.
14     Q.  What does that stand for?
15     A.  Well, this advance was probably made on the
16 16th, the $25.
17     Q.  So this is a ledger that shows advances that
18 were made on the 22nd of July and also on the 16th of
19 July?
20     A.  Right. To keep them together. So see the
21 22nd all you can see there right next to the line on
22 the left-hand side, and the $25 were all done on 7/16.
23     Q.  Can you read that last entry for me on
24 Exhibit Number 12?
25     A.  The bottom one?

**Page 171**

1      Q.  Right.
2      A.  Where it says my name?
3      Q.  Right.
4      A.  M & M business cards money, Weslaco.
5      Q.  What is that referencing?
6      A.  We ordered some cards from a place there in
7  Weslaco, and I paid $60 for them.
8      Q.  And it says M & M business cards, right?
9      A.  Right.
10     Q.  What does that stand for?
11     A.  Mr. Martinez.
12     Q.  What does the other "M" stand for?
13     A.  Martinez. Martinez and Martinez, him and his
14 wife.
15     Q.  What's his wife's name?
16     A.  Berta, Berta Martinez.
17     Q.  As far as you know, in 2002 was
18 Ms. Berta Martinez a part of Mr. Pablo Martinez's
19 business?
20     A.  No. She stays at home when we go to Iowa,
21 she doesn't go with him.
22     Q.  When did you order those business cards?
23     A.  It had to have been before we left, sometime
24 in there, because I know we got them before we left.
25     Q.  And after you got those business cards in

**Page 172**

1  2002, what did you do with them?
2      A.  I give them to Mr. Martinez. That shows his
3  number there and his business and everything. And I,
4  as an employee of his, have my number there, too.
5      Q.  So you also made some business cards with
6  your name on it?
7      A.  No, no. The business cards are under the
8  firm of Pablo Martinez, and he wanted me to put down my
9  name with my phone number as an employee of his.
10      In other words, if you work for Legal Aid and
11 your name is down there, you're an attorney for Legal
12 Aid, Legal Aid is the top primary thing, right.
13      So he said make some cards and put your
14 number on the bottom, so that way people call you, they
15 can call me, because sometimes I'm in Florida.
16     Q.  So you had cards made so people would call
17 you if Mr. Martinez was not available?
18     A.  To refer to him in case when he's not around.
19 If they needed to get ahold of him and they can't,
20 because they call Florida and they can't get ahold of
21 him, yes, sir.
22     Q.  But this entry here at the bottom of Exhibit
23 Number 12, M & M business cards, that's not referring
24 to you?
25     A.  No. That's his business cards.

43 (Pages 169 to 172)

**Page 173**

1    Q.   Does he have separate business cards for --
2   does he have a business called M & M?
3    A.   No, no.  It was just our notation for the
4   business cards.
5    Q.   Okay.
6    A.   Because he was going to title it Martinez and
7   Martinez because of his wife, put her in the business,
8   but then he changed his mind.  It was going to be
9   actually called M & M because of his wife.  So then he
10   said no, just put it Pablo Martinez.  I said okay.  But
11   that just reminds us the money I spent, $60.
12    Q.   In the last -- since you've worked for
13   Mr. Martinez, has his wife ever traveled to Illinois to
14   be with the -- to help with the workers?
15    A.   No.  The time I've helped him, no, just him.
16    Q.   Since you worked with Mr. Martinez in 2002 or
17   2001 --
18    A.   2001, 2002, 2003.
19    Q.   -- has Mrs. Martinez had any role in his
20   labor contracting business?
21    A.   No.  He's the only one that did it.
22    Q.   The M & M cards that there was a notation on
23   Exhibit Number 12, was that for his labor contracting
24   business or some other business?
25    A.   No, no.  That's for the labor contracting,

**Page 174**

1   that's what the card is.  He wanted a card, and he said
2   to get some cards made.
3    Q.   What was the name of the place where you had
4   those cards made?
5    A.   It's a place in Weslaco, I'm trying to think
6   of the name of the company, it's right across from the
7   old Dodge place, they made cards there.  Texas Forms or
8   something like that.
9    Q.   Do you have any of those cards that you had
10   made at that time?
11    A.   Not with me, on me.  But he's got them.
12   Since then I guess he probably ran out, because they
13   made new cards already.
14    Q.   Can you describe what those cards looked
15   like?
16    A.   It's a white card with a map of the United
17   States and his name on it, labor contractor.
18    (Exhibit No. 13 was marked for identification.)
19   BY MR. SANCHEZ:
20    Q.   Mr. Martell, I'm going to hand you a document
21   marked as Exhibit 13.  This is another document
22   provided by you to us, on the bottom it has DEF 0045.
23    A.   All right.
24    Q.   Can you identify this document?
25    A.   Oh, okay.  It's from the field.  You can tell

**Page 175**

1   the top left are the block numbers, which are 101, 102,
2   so forth, then 120.  And then these people are the
3   people who are from the Florida group, because they
4   were working as a group together, like I said.  And
5   what they wanted to do is they wanted to work as a
6   group, so they would divide the amount evenly among
7   themselves.
8    Q.   Okay.  Now, you've used that word "the
9   Florida group" a couple of times.
10    A.   Well, it's to distinguish not so much to
11   alienate anybody, but in other words they were the
12   group that we had from Florida, but we had two groups
13   that came from Texas, but it's all one big group, see.
14    Q.   Is there a record that would show who was in
15   the Florida group and who was in the Texas group?
16    A.   Well, you can see right here the names, these
17   are all people from Florida.
18    Q.   How would I know that just from looking at
19   these documents?
20    A.   Well, if I'm telling you I wrote it, that's
21   what it is, these are the people, you know.
22    Of course, when you look at the forms that
23   they fill out, we make a copy of the driver's license
24   or a photo ID, and then we distinguish those two
25   different groups.  Just to keep them apart for our

**Page 176**

1   sakes.  We didn't have to do it, it was just better for
2   us, because they were working by themselves as a group,
3   they didn't want go the other way the people were
4   working.
5    Q.   When you say the forms they fill out, you're
6   referring to the I-9 and the W-4s, that sort of stuff?
7    A.   All those forms, yes, sir.
8    Q.   Do you have those documents?
9    A.   They would be at the Mycogen office.
10    Q.   So you or Mr. Martinez don't have those
11   records?
12    A.   Not the first year, I didn't keep, I didn't
13   know I was supposed to.  The second year I did.
14    Q.   So for 2002 you don't have those documents,
15   but --
16    A.   No, sir.  I turned everything else.
17    Q.   But it's your understanding those documents
18   are maintained by Mycogen?
19    A.   Yes.  Because when they go to the
20   orientation, they make copies out of everybody's ID, so
21   they stay there, they have to have it on file.
22    Q.   How many workers were there in the Florida
23   group, or to the group you refer to as the Florida
24   group?
25    A.   If I count from here, I can give you a better

44 (Pages 173 to 176)

Page 177

1  figure. Three, six, nine, twelve, fifteen. Around
2  seventeen.
3  Q. And it is your understanding that document
4  marked Exhibit Number 13 that these seventeen
5  individuals are all the individuals who would be
6  referred to as the Florida group?
7  A. Well, if they were working together. Some of
8  them, after they started, I think some of them didn't
9  want to be, so we -- I don't know, we divided them
10  later. Because when you work as a group, some people
11  will say I work faster than that guy, I don't want to
12  divide my earnings with him. They come as a group
13  figuring we're going to share it together, and then
14  when they see the other guy is not working as the other
15  guys, then they want to -- so I know there was some
16  difference somewhere along the way there.
17  Q. Did you have any dealings with anybody in the
18  Florida group before they got to Illinois in 2002?
19  A. No, sir.
20  Q. Did you have any understanding of what the
21  working arrangements were going to be for the Florida
22  group in 2002 before they got to Illinois?
23  A. No, not until they got there.
24  Q. And when the Florida group got to Illinois in
25  2002, who explained to you that they were going to work

Page 178

1  as one group?
2  A. Mr. Martinez. Because he said they want to
3  work as a team, see, sometimes they figure they can do
4  more, so whatever accommodates them better.
5  Q. Did Mr. Martinez also explain to you about
6  the rest of the working arrangement with the Florida
7  group?
8  A. No.
9  Q. Did Mr. Martinez explain to you how he wanted
10  you to keep the payroll records for the Florida group
11  in 2002?
12  A. Well, what it is, on their acreage, instead
13  of doing like with the other people, it's per person,
14  it would be as a group. So whatever they would do like
15  in block 101, if they made so many acres at $70, we
16  would divide it by the number of people, and that would
17  give us the number of what each earning per person as a
18  group, what the individual was making, you see.
19  Q. And the workers you've identified as the
20  Texas group, they were all paid individually for the
21  number of acres they did?
22  A. Yes. Each one has his own production, yes,
23  sir.
24  Q. Was somebody designated as a supervisor for
25  the Florida group?

Page 179

1  A. I think, if I'm not mistaken, Andres was one
2  of the guys that was working with them, because they
3  were all in the same fields, but to accommodate
4  everybody, one would be in one section, another
5  section. Mr. Martinez was coordinating all of that, I
6  was just given the information. They found a way to
7  work it where everybody would get an equal share of the
8  work.
9  (Exhibit No. 14 was marked for identification.)
10  BY MR. SANCHEZ:
11  Q. Mr. Martell, you've been handed a document
12  marked as Exhibit 14, and Exhibit Number 14 consists of
13  two pages, and one is marked as DEF 0046, and the other
14  marked as DEF 0047.
15  A. Correct.
16  Q. Can you identify this document for me?
17  A. Yes. Here is everybody's name and their
18  Social Security numbers.
19  Q. Is this a document that you created?
20  A. Yes. We have to compile a list of the
21  people. It says on the top there clearly, Iowa,
22  July 2002, the name of the person, and I take the
23  Social Security number down for the payroll to be made.
24  Q. Iowa, July 2002, is that referring to the
25  workers that would be doing the detasseling in 2002?

Page 180

1  A. That is correct sir, detasseling.
2  Q. Can you count how many names are on this
3  list?
4  A. No. I can count them, but off the top of my
5  head, I don't know how many they are.
6  Q. How many names are on there?
7  A. Do you want me to count them? I'm sorry. I
8  thought you were counting them. I'll count them.
9  Sixty-three.
10  Q. Sixty-three is this list of Texas workers in
11  2002, correct?
12  A. That's everybody. That's everybody combined.
13  Q. So this includes the names from that Florida
14  group plus --
15  A. From Florida, from Texas, everybody.
16  Q. Okay. Can you point out where the -- I
17  didn't really see, I didn't really do a close check,
18  but can you point out, for example, the Godinez
19  brothers?
20  A. Godinez? Yeah. Enrique Godinez, right
21  before the third quarter of the page, and then way at
22  the bottom, Albardo Godinez and Salustiano Pablo.
23  That's everybody here. Because those names stand out,
24  see, like Domingo Matias, Pantaleon, things like that.
25  Godinez is a real weird name, and Salustiano Pablo is.

45 (Pages 177 to 180)

Page 181

```
1      Q.  Okay.  And is it your understanding that this
2   Exhibit Number 14 is your handwritten list of the names
3   of workers you had?
4      A.  2002.
5      Q.  That worked in 2002?
6      A.  Yes, sir.
7      Q.  This would not include folks like
8   Mr. Pacheco's son, correct?
9      A.  These are the actual people that were
10  working.
11     Q.  And these were the people -- were all these
12  people living over at the Heidelburg Hotel?
13     A.  Yes, sir.  If I'm not mistaken, I think --
14  and I don't want to be guessing on this, but I think
15  that year because we had extra people, I think some of
16  them were staying at the other motel.  Mr. Martinez
17  would know, because they would pick them up in the
18  morning.
19     Q.  What motel are you referring to?
20     A.  The Iris.  I think Cantu, I think Jorge Cantu
21  was staying at the Iris, because we didn't have enough
22  rooms for everybody there.  Cantu, I remember now, and
23  Duran, they were staying -- Pablo had some other rooms
24  at the other motel.
25     Q.  Can you tell me the name of the person you
```

Page 182

```
1   dealt with or Mr. Martinez dealt with at the Iris
2   Motel?
3      A.  Yes.  I think the last name of the man is
4   Patel, P-A-T-E-L, the first name I don't remember; he's
5   the one that owns it.
6      Q.  You recall that in 2002 that there wasn't
7   enough room at the Heidelburg?
8      A.  Yes.  Because I know that people came.  Like
9   I said, there was extra, so they had to get rooms at
10  the other hotel.  I know the Durans were over there and
11  the Cantus were over there; several people were over
12  there I know.
13     Q.  But there is no written records of who was at
14  what hotel and who was in which room?
15     A.  Not to my knowledge, because Pablo handled
16  the paying of that hotel, so I don't know.  I know
17  there was at least we had at least four rooms over
18  there.  Because one time the bus driver went over
19  there, and he said they are scattered, we need to ask
20  the guy Patel what rooms they're in, because he knows.
21     Q.  If you look at Exhibit Number 14, the names
22  are listed, and the first name is Pablo, correct?
23     A.  Yes, sir.
24     Q.  Is there any particular order to these names?
25     A.  No, no.  This is the way they were coming in
```

Page 183

```
1   as they were coming to do -- we were doing the signing
2   up, you know.  Okay.  They were coming in, your name,
3   your name.  Give me your name, I was getting their name
4   and Social Security numbers.  There was no extra form,
5   we didn't put this in alphabetical order.
6      Q.  When you put this together, where were they
7   coming into?
8      A.  Into the room, the hotel.
9      Q.  So people were showing up at the hotel?
10     A.  Yeah.  Because they were there.  See, we have
11  to do it somewhere.  We don't have an office or
12  anything.
13     Q.  You filled out this document marked
14  Exhibit Number 14 and then the other documents that
15  we've seen?
16     A.  Uh-huh.  They have to have a place to fill
17  them out, you know, it would be kind of weird to have
18  them out on the street.
19     (Exhibit No. 15 was marked for identification.)
20  BY MR. SANCHEZ:
21     Q.  Mr. Martell, you've been handed a document
22  marked Exhibit 15, DEF 0048, correct?
23     A.  Right, sir.
24     Q.  Can you describe this document for me?
25     A.  Okay.  I think this is when I the did W-4s
```

Page 184

```
1   that I sent to Florida to ADP so they could have that
2   information on file for their checks.
3      Q.  Is this your handwriting?
4      A.  Yes, sir.
5      Q.  We can only see half the numbers, correct?
6      A.  Right.
7      Q.  The 33 to 63?
8      A.  Yes, sir.
9      Q.  Are those internal employee numbers that you
10  were assigning to those workers?
11     A.  Yes, sir.  What it is, there is no actual way
12  or form as they are coming in, we have to give
13  everybody a number, so even I have a number there.  But
14  it's just to coordinate a number system.  That way,
15  when they're out in the field, we tell them okay, like,
16  Jacinto Lopez, you are going to be 55, all through the
17  season, that's your number, remember that number when
18  they say what's your number and they're writing down
19  your production.  See, it's easier to write numbers out
20  in the field than the whole name.  So we said that's
21  your number.  So when the lady or the guy asks you
22  what's your number, you say 55.  That's so you can get
23  credit for that production you're doing.  So we have to
24  have a number for everybody.
25     Q.  On the left-hand side right under where it
```

46 (Pages 181 to 184)

Page 185

1 says W-4s sent to Florida, it has Pablo Martinez;
2 Maria Flores; Chino Roberto Renderos; Martell, Gene.
3 Those are the first four names, correct?
4     A. Yes, that's correct.
5     Q. And I believe you said that you rode up with
6 Mr. Renderos, true?
7     A. Yes.
8     Q. Do you know if Ms. Flores rode up with
9 Mr. Martinez?
10     A. I don't know, sir. She could have. Because
11 when I got there, they got there after me, all the
12 other people, so I don't know who came with who. There
13 was several vehicles. So I don't know if it was her
14 and her brother and her family.
15     Q. Do you know where Ms. Flores is from?
16     A. From Mercedes.
17     Q. Do you know her address?
18     A. No, sir, I don't know that. Physically I
19 don't know it.
20     Q. What's her mailing address?
21     A. Well, it's in Mercedes. I'd have look at the
22 book to see what her mailing address is, because I
23 think she stays here in Florida, you know. And then
24 she goes also to the valley, because when the work ends
25 there, she works over there, too.

Page 186

1     Q. Do you know what Ms. Flores does here in
2 Florida?
3     A. No, sir, I don't.
4     Q. I don't know if I asked you this or not. Is
5 she related to Mr. Martinez?
6     A. I don't know if she's related, sir.
7     (Exhibit No. 16 was marked for identification.)
8 BY MR. SANCHEZ:
9     Q. Mr. Martell, I'm going to hand you a document
10 marked as Exhibit 16.
11     A. Okay.
12     Q. It's also referred to on the bottom as
13 DEF 0049.
14     A. Right.
15     Q. Can you identify this document for me?
16     A. Yes. Again it's advanced monies. It says
17 the name there on the side somewhere, and the dates.
18 It's got the names of the people who were advanced
19 monies again, and you can see where some of them
20 signed, some of them didn't, those are the amounts on
21 the right-hand side.
22     Q. And on the left-hand side it has the date,
23 correct?
24     A. Yes, sir.
25     Q. And then it has, for example, right under

Page 187

1 Pacheco it has you listed, correct?
2     A. Yes, sir.
3     Q. And the date is August the 2nd?
4     A. That's correct.
5     Q. And it has your name?
6     A. Yes, sir.
7     Q. And your signature?
8     A. Yes, sir.
9     Q. And it has a thousand dollars?
10     A. Right, sir. That's a personal loan from
11 Mr. Martinez to me.
12     Q. Personal loan. Was this deducted from the
13 $2,000 that he paid you that season?
14     A. No, sir. That's a personal loan from him to
15 me.
16     Q. Did you pay that money back?
17     A. Yes, sir.
18     Q. Do you have any records which show that you
19 paid that money back to him?
20     A. No. Because when he borrows me money, I can
21 either do things for him in Texas he needs done and we
22 deduct it as we go, so it's no actual payment of the
23 cash. Like if he needs — when he's away he needs
24 something at his house done, I go out by his house and
25 do repairs, that's what he needs me to do, you know, to

Page 188

1 cover that money.
2     Q. So he advances you money and then you perform
3 odd sorts of jobs for him?
4     A. To help him out, yes.
5     Q. And the work you do primarily, is that in
6 Texas when he's not there?
7     A. Yes. When he's not home, because his house
8 is alone over there, there's no one to watch his
9 property.
10     Q. This money that's — this $1,000 that's
11 reflected that was given to you or tendered to you on
12 August the 2nd of 2002, was that given to you in cash?
13     A. Yes. From his money. Like if he were to
14 take his pocket and I said I need a thousand dollars
15 for this or that, he said okay.
16     Q. Is there any record, that you're aware of,
17 which would show how much money Mr. Martinez tendered
18 to you in 2002?
19     A. Well, if I wrote this thousand dollars down,
20 that means that's what he borrowed me or loaned me or
21 gave me. Because as we are close friends, it wouldn't
22 be like one of those things where you have to bleed the
23 person dry. In other words, he's the kind of man that
24 if you need a helping hand, he will help you.
25     So if I said borrow me a thousand dollars, he

Page 189

1  says okay, I need it for this or for that. And then he
2  said okay, do this for me or do that for me, odds and
3  ends, you know. He's got a place over there, needs
4  work done, so we figure it out, you know. It's a
5  barter-type of thing, it's no actual, you know, hand
6  over the money back.
7     Q. But to answer my question, there is no loan
8  book or anything like that that would show all the
9  money?
10    A. Oh, no. No. I wrote it down, see, because
11 he borrowed me the money, that's my signature. If
12 tomorrow he said to me well, I don't want you to do
13 this for me, I want my money, I owe him the money,
14 right here, here it is. I'm saying in good faith I'm
15 writing down that I owe you this money, which I did.
16    Q. The first entry there, it says Pacheco, and
17 it has a signature of Jaime Pacheco?
18    A. Right.
19    Q. And it has C-K and a circle around that.
20    A. I think he gave him a check for 250, that's
21 why it says check.
22    Q. And then there's an arrow that goes --
23 there's a line with an arrow that goes from that 250
24 down to 120.
25    A. Okay. And then I think he borrowed him 120,

Page 190

1  that's why we put them together, because it was two
2  different dates. If you see at the top, one day is
3  different than the other.
4     Q. I notice on top it has the date for the first
5  three entries it's August, correct?
6     A. Uh-huh.
7     Q. Then it has October?
8     A. Right.
9     Q. Is that what the ten stands for? Then it's
10 July again.
11    A. Well, I don't know how the dates got mixed
12 up. We probably had them somewhere else and put them
13 all together. We didn't put them in no chronological
14 order, if you notice that.
15    Q. Right. That was my question.
16    A. No. It wasn't done. Because his name was
17 somewhere else, and then he told me, these people I
18 have advanced money. So these people, I don't know if
19 they paid him, because I didn't collect from these
20 people, see. So I don't know if those amounts were
21 paid to him directly from those peoples. You couldn't
22 know. These amounts were not put on the ledger, see.
23 These people were people that he said write them down,
24 because he had a paper where they owed him this money.
25 Like that fellow Eusebio Martinez, I don't know whether

Page 191

1  he paid him or not, he passed away.
2     Q. Exhibit Number 16 also has the name
3  Everardo Garcia listed twice and a star next to his
4  amount, correct?
5     A. Uh-huh.
6     Q. What does that star mean?
7     A. I don't know. For some reason, it's got a
8  star. I don't know if he considered him like a good
9  guy or whatever, he's got two stars on there. But as
10 honest, as sure as my life depends on it, I could not
11 tell you what it means right now. I know who he is
12 now, but honest to God, I don't remember what the star
13 means, but I put it there. And he gave me the
14 information of those amounts.
15    Q. And this Exhibit Number 16, this is also a
16 sheet from your notebook, correct?
17    A. Yes, sir, that is correct.
18    (Exhibit No. 17 was marked for identification.)
19 BY MR. SANCHEZ:
20    Q. Mr. Martell, I'm going to hand you a document
21 marked Exhibit 17.
22    A. Yes, sir.
23    Q. Can you identify this document?
24    A. Yeah. It looks like one of the forms from
25 the -- I'm pretty sure from ADP.

Page 192

1     Q. And Exhibit Number 17 at the bottom has
2  DEF 0050, correct?
3     A. That is correct.
4     Q. At the upper right-hand corner, it has the
5  address of 101 Elm Street, Gladstone, Illinois?
6     A. Yes, sir.
7     Q. It's your understanding that's the address
8  for the Mycogen plant, correct?
9     A. Yes. Again, I want to emphasize the first
10 time we got the package of all the paperwork, for some
11 reason it came to that address, and that was where the
12 Mycogen office was, and I had to go pick it up, and all
13 these papers were in there.
14    I don't know where they got that address.
15 Whoever made the actual contact with ADP the first
16 time, I don't know, they probably gave that address,
17 they probably didn't know the address of the hotel or
18 the motel, so all the papers could come to us, this is
19 where they came.
20    Q. Right under that address it has phone a
21 number, correct?
22    A. Yes.
23    Q. And that phone number is (319) 385-8968?
24    A. Yes, sir.
25    Q. That's the phone number for the hotel, right?

48 (Pages 189 to 192)

Page 193

1     A. I don't know if it is or not. I don't have
2 it with me. If it is, I don't know why they put the
3 phone number there and the address over there. Because
4 when I spoke to them, I told them clearly all the
5 correspondence will be down here to the motel, not to
6 the office over there, because nobody is over there,
7 that's way in the boondocks, that's way at least two
8 hours from where the motel is.
9     Q. Right. Now, you said when you spoke to the
10 them, when you spoke to the folks at ADP you told them
11 send the stuff to the motel?
12     A. Yes. Because see, the first time, whoever
13 organized the deal with ADP, it was my understanding
14 everything was coming to the motel. So when they told
15 us they had sent it, we -- I think I talked to
16 Mr. Martinez, they already sent the paperwork, and I
17 called them, we haven't received nothing. Then they
18 told me this is the address we sent it to. And I said
19 well, we're staying at the motel in Iowa, in
20 Mount Pleasant. So while it was going to Gladstone,
21 Illinois, I didn't even know what that was, I didn't
22 know it was another office, because that was the first
23 year I had done the work for them, so I didn't know
24 where the office was. Prior to that it was somewhere
25 else. So then I told them, all correspondence should

Page 194

1 be made here, because this is where I'm staying, so the
2 papers need to come here.
3     Q. And right below the phone number it has
4 client number BLG?
5     A. Right, sir.
6     Q. And you don't know what that means?
7     A. No. It's a code they assign. They said when
8 you call, to expedite matters, this would be the code
9 number for this group, because I guess they handle a
10 lot of payroll.
11     Q. And below that, it has branch number, it says
12 "EB." Do you know what that means?
13     A. No, sir, I have no idea what that means.
14     Q. And date, 7/24/2002, do you know what that
15 is?
16     A. That's probably the date they sent that
17 paperwork.
18     Q. In the middle of the page marked Exhibit
19 Number 17, it says type of service. Do you see that?
20     A. Yes. I see it now.
21     Q. And right under that it says check
22 information?
23     A. Right.
24     Q. And it has an account number?
25     A. Uh-huh.

Page 195

1     Q. Do you know what that's referring to?
2     A. I don't know what that account number is. I
3 do know that when they paid the money it had to be
4 deposited in the bank so they could -- so we could make
5 the checks -- so they can make the checks for the
6 people. So I don't know what bank number that is.
7     Q. When who paid?
8     A. ADP.
9     MR. SANCHEZ: Let's go off the record for a
10 few minutes.
11     (Thereupon, a lunch recess was taken.)
12     (Continued to Volume II.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 196

1     THE STATE OF FLORIDA
    COUNTY OF PALM BEACH.
2
3
4     I, the undersigned authority, certify that
5 the aforementioned witness personally appeared before
6 me and was duly sworn.
7
8
9     Dated this 31st day of December, 2004.
10
11
12
13     TERESA E. WHALEN, RPR
    Notary Public-State of Florida
    My Commission Expires: 04/25/07
14     My Commission No.: DD 193453
15
16
17
18
19
20
21
22
23
24
25

49 (Pages 193 to 196)

Page 197

1
2          CERTIFICATE
3     THE STATE OF FLORIDA
      COUNTY OF PALM BEACH.
4
5
6          I, TERESA E. WHALEN, Registered
      Professional Reporter, State of Florida at Large, do
7     hereby certify that the aforementioned witness was by
      me first duly sworn to testify the whole truth; that
8     I was authorized to and did report said deposition in
      stenotype; and that the foregoing pages are a true
9     and correct transcription of my shorthand notes of
      said deposition.
10         I further certify that said deposition was
      taken at the time and place hereinabove set forth and
11    that the taking of said deposition was commenced and
      completed as hereinabove set out.
12
13         I further certify that I am not attorney or
      counsel of any of the parties, nor am I a relative or
14    employee of any attorney or counsel of party
      connected with the action, nor am I financially
15    interested in the action.
16         The foregoing certification of this
      transcript does not apply to any reproduction of the
17    same by any means unless under the direct control
      and/or direction of the certifying reporter.
18         Dated this 31st day of December, 2004.
19
20
21
22         TERESA E. WHALEN, RPR
           Notary Public - State of Florida
23         My Commission: DD 193453
           My Commission Expires:  4/25/07
24
25

Esquire Deposition Services (561) 659-4155

**A**

able 7:5 34:9 52:9 61:3
AC 154:8
accident 140:17
accommodate 45:18 52:6
  179:3
accommodates 178:4
accommodations 52:12
accompanied 54:20
accompany 72:4,23
account 88:17 130:20
  194:24 195:2
accumulated 130:8
accurate 7:5,24 71:13 72:1
  108:20 162:8
acquaintance 91:13
acquired 84:9
acquires 85:3
acre 82:6,7 107:23 134:12
  154:17,21,21,21
acreage 126:4,5 130:10
  137:13 148:21 149:19
  152:5 178:12
acres 82:22 126:2,7 130:21
  149:17 152:17 154:15,25
  178:15,21
action 1:5 197:14,14
activities 26:22
actual 7:22 16:23 18:10
  19:19 21:18 27:4,15 37:4
  63:2,18 66:17 74:7 75:1,5
  84:16,20 85:2,3 86:13,18
  88:1 130:8 137:11 150:24
  158:15 159:10 181:9
  184:11 187:22 189:5
  192:15
Acuity 139:19
add 120:4 123:17
adding 120:6
addition 161:9
address 7:8,9 19:3,7,11,16
  43:1,6,15,17 57:16,17
  112:17 114:4 139:21
  141:1,3,4,13 185:17,20,22
  192:5,7,11,14,16,17,20
  193:3,18
ADF 38:21
admission 72:9
ADP 3:6,11,22 22:14 23:21
  23:24,25,25 24:9,17 29:6
  30:9 36:14,24 37:2,10
  38:10,16 39:1,15 43:17
  59:23 60:1 61:13 62:14
  64:21 74:13,19 75:14
  78:16 84:9,19 111:12,17
  111:21,21 112:15,17
  113:25 114:5,9,22 115:2
  117:15,25 118:24 119:3
  120:14 125:13,16 127:17
  129:15 131:25 184:1
  191:25 192:15 193:10,13
  195:8
advance 67:15 102:19 103:2
  103:17 105:12 107:5
  109:23,25 120:24 129:9
  129:17 130:11 132:9
  164:11 170:7,15

advanced 3:9,10,16,17,21
  86:11,17 88:19,20 89:18
  102:21,25 104:9 106:21
  109:11,12,15,16,24
  121:3,6,10 123:2 165:15
  165:18 166:1,6 168:19
  169:19 186:16,18 190:18
advances 118:4,7,10 126:10
  128:22 129:18,19 163:24
  170:17 188:2
advancing 109:18
affidavit 3:8 70:3,18 77:17
  78:8
affirmed 5:10
aforementioned 196:5 197:6
afraid 51:9
afternoon 48:21,23 89:16
  101:21 156:23
age 94:8,22
agree 67:22 122:17
agreement 4:10,17,19
  122:12 123:18
agrees 122:18
agricultural 12:24
agriculture 62:24
Agrigenetics 1:10 13:20
  17:25 18:4 54:18 57:24
  135:22 136:16
ahead 23:2 31:25 46:1 126:1
ahold 39:13 172:19,20
Aid 2:4 30:23 53:8 58:17
  113:21 172:10,12,12
ain't 95:18 169:22
air 123:23
al 1:7,10 13:20
Albardo 180:22
Alberto 109:22
alienate 175:11
allow 108:14
alejamiento 142:10,14
alongside 94:19
Alonso 1:7 13:19 169:22
alphabetical 33:8 147:9
  183:5
amount 11:20 12:3,4 13:1,1
  31:13 38:17 48:4,24 57:6
  62:20 63:3,22 64:2 66:25
  68:3 75:1,2,4,7 78:2 80:2
  82:11 90:21 102:22,23
  104:17 109:21 110:1
  111:6 118:3,3,10 119:12
  119:18,24 120:23 122:13
  122:16 123:18 125:3,18
  125:20,21 126:2,7,20
  129:3,14,14,15,17 130:8
  130:19 131:1,3,9,20 132:6
  132:8 145:16 148:21
  149:20 163:14 164:7
  165:11,17 169:17 175:6
  191:4
amounts 75:10 109:11
  111:18 119:12 186:20
  190:20,22 191:14
Andres 167:2,6,12,13 179:1
and/or 135:21 136:15
  197:17
answer 6:9 31:20,25,25 60:7

83:18 85:7 135:23 136:8,9
  136:20,21 142:13 189:7
answering 58:20
answers 6:12 53:19 83:6
  135:15
anybody 14:12 20:3 34:23
  43:14 52:11 62:22 83:22
  88:18 95:20 140:7 150:5
  175:11 177:17
anymore 22:13
anyway 35:8 46:4 48:18
apart 175:25
appear 144:4
appearance 14:2
APPEARANCES 2:1
appeared 196:5
appearing 13:20
appears 88:25
applicable 142:20
application 55:15,23
applications 55:18 56:3,4
apply 111:8 142:23 197:16
approach 79:20
approached 22:12
approximately 8:16 18:13
  54:25 60:7 67:9 77:13
  144:23
April 10:8 70:16 75:24
  77:18
area 7:12 37:17 62:10 133:5
Armando 1:7 169:22,23
arose 80:21
arranged 48:25 140:14
arrangement 178:6
arrangements 24:8 45:8
  47:11 177:21
arrive 57:2 101:18 113:15
arrived 55:7 56:25 57:5,6
  78:22 89:16 101:24
  124:10
arriving 78:25
arrow 167:2,3 189:22,23
arrows 152:22
aside 9:17,18 16:18 34:23
  69:17 120:25
asked 22:12 33:18 39:13
  40:3,9 53:5 59:2 61:4,10
  61:11,18,25 62:7 64:18
  74:24 81:11 82:20 110:13
  112:5 115:25 116:3
  117:20 121:16,18,21
  122:6,11 123:1 124:18,24
  137:7 146:19 150:12
  186:4
asking 27:5 31:19 55:14
  68:25 109:18 114:23,24
  115:1
asks 136:17 184:21
assign 34:16,17 51:5,14
  194:7
assigned 36:24
assigning 184:10
assigns 163:3
assistance 146:8
associate 141:20
associated 138:5
assume 85:18 101:19

assumes 84:16
astray 141:6
attached 36:10 117:3
attention 37:20 38:5
attorney 172:11 197:12,13
August 12:22,24 15:5 17:8
  17:11 133:7 187:3 188:12
  190:5
Austin 2:9 14:24
authority 196:4
authorize 111:25
authorized 105:9 197:7
automatically 156:14
availability 45:24 50:14
available 50:14 172:17
average 49:13 63:1,7
aware 122:20 188:16

**B**

B 3:2 4:2
back 9:1,23 16:19,21 17:8
  17:10,10,13,15,21 21:15
  25:8 45:17,19,20,20 56:19
  57:21 60:6 62:10 68:7
  83:5,6 93:2 96:1 108:6
  109:6 120:23 121:19
  129:20 156:15 165:20
  187:16,19 189:6
bad 51:8
balance 48:9 111:6 165:12
balances 118:14
ballpark 64:2,4
bank 195:4,6
barter-type 189:5
base 26:12 97:10 118:3
  123:23
based 8:20 24:18 33:13
  38:22 63:18 138:21
  147:15,21 155:14 163:14
basic 85:4
basically 8:7 30:9 65:5
  69:19 74:6 100:4 102:3
  150:24 151:3,6,10
basis 34:6 47:17,18 71:18
  74:22 130:4 156:8,20
  160:9
Bates 115:12
bath 48:17
Beach 1:18,23 196:1 197:3
bed 50:20
beds 49:11
beginning 10:14 47:22
  60:17 64:2 156:25
behalf 2:2,7
belief 115:14
believe 23:11 39:18 51:22
  53:7 79:6 87:6 93:3 97:13
  104:15 110:10 113:24
  120:12 136:10 139:14
  143:4 144:22 147:7
  152:19 155:12 164:5
  185:5
bell 27:11
Belle 8:3 19:10
belt 66:14
beneath 104:2
benefit 86:10

Page 199

benefits 142:5
Berta 171:16,16,18
best 6:22 46:8 120:2
better 51:21 72:9 150:16
   153:23 176:1,25 178:4
big 20:18 42:20 49:10,11,20
   68:3 98:20 149:9 175:13
bigger 92:24
bill 48:8
bills 69:8 80:1,7 97:1
birth 5:18 13:17 148:1
bit 47:9 52:7
blank 86:22
blanks 60:4
bleed 188:22
BLG 36:17,24,25 194:4
block 113:16 149:14,17,18
   152:6,15,17,18 153:3,3,3
   156:23 157:2 159:1,2,19
   175:1 178:15
blocks 152:7 157:1
Bluish 150:10
board 89:20 164:13
bonus 145:18 146:5
book 113:3 185:22 189:8
books 77:21
boondocks 193:7
bora 5:21 13:18 168:9
borrow 67:18,21 68:7,15
   79:21 80:4,21 86:22 90:7
   93:12 96:25 105:3,3,5
   164:5 165:16,22 169:5
   188:25
borrowed 68:13 69:3 81:3
   81:14 87:8,9,25 88:21
   89:3 124:1 164:9 165:20
   166:21,25 188:20 189:11
   189:25
borrowing 86:24
borrows 187:20
boss 33:2
bottom 30:11 35:20 53:17
   70:21,22 71:2 88:24,24
   116:9 126:25 135:10
   146:3 147:12 164:18,24
   170:25 172:14,22 174:22
   180:22 186:12 192:1
Boulevard 2:9
box 125:2 126:11
boxes 8:8 10:17 155:1,9
boy 94:6,16 99:24
branch 194:11
break 6:23 18:16 29:20
   31:18
brief 65:16 133:9 137:5
briefly 10:2 98:1
bring 8:9 35:9 116:3,21
   159:2 161:12
bringing 97:25
brings 34:6 157:18
broke 120:21,25 124:14
brother 185:14
brothers 15:1 106:12 168:1
   180:19
brought 94:23 116:22,25
   159:17
BROWNSVILLE 1:4

brush 66:16
burned 51:11
bus 36:2,4,8 50:5 89:14
   91:23 101:2,11 161:9
   182:18
business 4:16 8:20,22,25
   20:6,12 43:10 44:4,6 46:1
   48:14 52:8 171:4,8,19,22
   171:25 172:3,5,7,23,25
   173:1,2,4,7,20,24,24
busy 8:23
butt 115:8,13 146:17
buy 105:8 166:1
buys 42:4
B-L-G 36:11
B-04-005 1:5

_____

**C**

C 2:3 5:1 197:1,1
caballos 133:11
calculations 4:18
call 25:16 26:4,10 27:5 35:3
   35:18 36:16,25 40:11
   45:20,20 66:12,21 94:20
   95:10,24 103:12,18
   111:25 117:24 142:2,2
   149:25 156:2 172:14,15
   172:16,20 194:8
called 17:25 18:8,11 19:2
   24:10 25:14 26:11 39:6,16
   43:22 44:16 45:16,17,19
   45:21 111:18,21,21,23
   112:4 167:12 173:2,9
   193:17
calls 21:9,9 82:8
Canal 19:8
Canto 120:11
Cantu 109:22,22 118:2
   120:9,10,17,20 121:4,7,16
   121:22,23 122:2,6,11,24
   123:1,6 124:1,3,7,10,12
   124:13,16,17,18 125:2,5
   127:4 128:24 130:1 132:7
   132:8 181:20,20,22
Cantus 182:11
caption 53:16
car 120:21,25 124:14 137:19
   137:20,20
card 4:16 24:13 44:4,6
   166:1,9 174:1,1,16
cards 171:4,6,8,22,25 172:5
   172:7,13,16,23,25 173:1,4
   173:22 174:2,4,7,9,13,14
care 51:13 90:16
Cargill 18:8,11 19:1 22:10
   22:13,17,22 23:4,5 29:13
   39:10,20,21,22 40:1 84:10
   84:11
cargos 142:21
case 13:22,24 14:2 29:22,23
   49:19 84:7 86:15 115:11
   115:21 172:18
cash 187:23 188:12
catch 33:25
cause 5:6
Celestino 35:1,1 88:13
   161:18,19,24

certain 12:3 25:5,6 46:5
   68:23 80:16
certification 197:15
certify 196:4 197:6,10,12
certifying 197:17
change 22:20 71:2 76:15
   138:9
changed 137:8
changes 18:9,10 41:10
charge 51:14 68:6 104:21
   142:22
charged 140:9
charges 142:20,21
chart 152:1
cheaper 83:1
check 23:5 38:19 47:20 48:3
   48:5 75:15 85:2 86:18
   100:1 118:5,14 119:13,18
   119:19,22 121:22 122:4
   123:4 124:20,21 125:11
   125:14,15,18 127:5,9,14
   127:25 129:8,8,9 130:13
   180:17 189:20,21 194:21
checks 22:11,15,23 23:9
   24:15 30:9 31:5 36:16
   37:9 60:5 62:15 64:22
   74:16 84:12,18,20 85:3
   111:5 112:22 118:14
   132:11 184:2 195:5,5
Chero 89:9,9
Chinese 44:1
Chino 89:13 90:8,9 91:7,8
   91:18,19,21 92:6 101:7,7
   101:9 107:2,5 161:4,19
   185:2
choice 104:18
chronological 190:13
circle 189:19
circumstances 59:24
Cisneros 169:23
city 19:9
Civil 1:5
claim 140:21
clarify 93:15 94:13 119:11
clean 48:13 49:8 108:12
clear 31:6 58:25 93:22
   114:10 151:12,14
clearly 120:1 179:21 193:4
client 194:4
close 26:5 47:8 92:7 130:24
   180:17 188:21
closed 11:24
code 7:10,12 36:15,17,17,18
   36:19,25 37:17 194:7,8
coffee 86:17
cold 6:20
collect 104:15 190:19
color 49:7 150:9,10
column 38:13,18 118:9
   119:14 125:1 126:11,12
   146:3,4 154:2,4,7,7,25
   158:4
columns 38:14 153:17
   157:20 169:12,13
combine 150:1
combined 180:12
come 14:18 17:8,10 24:16

34:9 35:15 48:16 49:17
   55:9 62:10 65:3,4 72:21
   80:22 95:21 97:23 104:16
   108:6,13,17 120:5 130:21
   131:6 139:3,7 149:15
   150:5 163:13 167:7,14
   168:2 169:4,5 177:12
   192:18 194:2
comes 17:9 66:12,14 87:6
   124:17 126:1 132:24
   133:24 137:12 159:14
comfortable 49:9 167:16
coming 6:20 45:13 51:19
   52:4 66:15 100:22,23
   121:8,8 158:18,18 182:25
   183:1,2,7 184:12 193:14
commenced 197:11
Commission 196:13,14
   197:22,23
common 28:10
communicating 113:4
communication 21:18 26:10
   116:6
comp 139:14 140:2
companies 20:14 39:10,19
company 17:25 18:6,22
   20:18,25 21:4 22:11,15
   23:5,20,25 24:2,7 27:16
   28:5,7,8 29:14 30:8 36:16
   39:6,9,10,14,14 40:4,11
   41:7,8,23 42:6,11,13
   55:21,24 56:4,12 57:13
   64:21 67:2 68:5 74:14
   79:12 84:11,18,18 85:1,2
   85:3 104:19 134:6 139:18
   140:7 174:6
compare 111:10
compared 117:9
compensation 139:18
compile 157:21 179:20
compiled 38:25 145:22
complete 7:5 31:7 93:3
   118:17,19 119:5
completed 197:11
composite 4:7
comprise 143:5
computer 131:25
computerized 145:3 147:7
concentrate 153:18,19
   154:12
concept 96:13
concern 154:12
conclude 147:15,24
conclusion 149:15
condolences 15:2
conferred 165:19
confirm 95:9
confused 72:13 97:17
confusing 58:20 90:20
confusion 58:25
Cengerville 13:7 66:1
connected 10:25 106:3
   150:1,2 197:14
connection 26:24 112:4
Consecutively 75:23
consider 98:17
consideration 49:3

considered 191:8
consists 69:23 102:15
   144:21 179:12
contact 141:8 150:7 192:15
contacted 135:24 136:22
contained 113:13 114:25
   137:3 151:15 160:22
contains 149:23
contdme 35:15
Continued 3:23 195:12
continuously 34:22
contract 17:18,19 67:2
   82:24 111:24 125:25
   130:6 139:10,10 154:8
contracting 20:12 173:20,23
   173:25
contractor 4:10,17,19 57:23
   57:24 58:4 83:8,13,23
   84:1,1,2,3,6,8,16,19 85:5
   174:17
contractors 82:6,25 153:12
   163:4
control 25:1 197:16
convenience 8:6
conversation 15:17 23:15
   25:9,24 26:6 46:18 60:20
   61:1,6,15,22 62:1,5 81:25
   83:4 98:5 122:9,23 123:6
   123:12
conversations 22:2,7 23:12
   24:20 46:11 61:16,23 62:2
   82:13 163:7
converse 19:25 20:1 72:6
   114:13
conveyor 66:14
cook 10:19
cooking 10:20
cool 163:16
coordinate 46:7 61:14 79:18
   184:14
coordinating 179:5
copied 116:17
copies 56:13,17,18,19
   113:23 160:19 176:20
copy 4:16 72:16 114:7
   115:10 175:23
corn 12:20 17:18 29:8 41:17
   41:19,21 42:4,22,24 66:9
   66:11,12,13,17,19,21 67:7
   133:11,22 143:7 163:15
corner 30:11 109:8 119:20
   169:7 192:4
correct 11:16 12:8 13:20
   15:8 16:3,13 23:13 26:19
   29:6 30:19 32:8,9,11,14
   32:16 33:11,15 35:21,23
   38:1 41:17 42:17 43:15,22
   43:23 44:3 45:7 60:8
   67:22 70:7,10,13,14,25
   71:11,12 73:21 75:19
   76:15,19 77:12 78:9 85:20
   86:10 87:16 92:2 93:6,15
   93:16 96:17,21 97:7,16
   99:18 104:6 106:9,10
   107:9,24 109:8,12 110:11
   110:19,23 111:11 114:1,2
   114:4 115:21 116:10

117:3,10 118:17 119:5
   121:16,17,18 125:6
   127:16,22 128:12 129:5
   129:24 131:13 132:1,4
   136:9,18 138:15 139:4,15
   139:19,20,24 142:9,20
   145:25 146:5,12 149:8
   151:16 152:20 154:2,5
   155:1,7,10,11,18,19
   157:13 158:4 164:16
   166:15 168:21 169:13
   170:9 179:15 180:1,11
   181:8 182:22 183:22
   184:5 185:3,4 186:23
   187:1,4 190:5 191:4,16,17
   192:2,3,8,21 197:8
corrected 120:13
correspond 107:15
corresponded 21:2,7
correspondence 21:12 193:5
   193:25
cost 46:6 142:9
couch 50:21
counsel 197:13,13
count 52:16 76:23 176:25
   180:2,4,7,8
counted 77:2 78:19
counties 133:1
counting 180:8
country 19:15
County 71:11 196:1 197:3
couple 9:22 16:20 57:8
   175:9
course 51:25 101:25 143:25
   175:22
court 1:2 6:13,17 31:17
   133:13,16 161:21 164:20
cover 53:12 140:5 188:1
coverage 140:14
covered 127:1 140:8,16
covering 140:2
co-op 42:3
created 155:25 159:21
   179:19
creation 156:2
credit 184:23
crew 46:12 48:11 52:15
   76:18 140:3 156:21 162:9
   163:6
crop 35:7
Cross 2:16
crowded 50:15
currently 7:25
cut 37:9 130:13
C-E-L-E-S-T-I-N-O 161:23
C-K 189:19

                 D
D 2:3,12 5:1,20 32:6
dad 94:6 96:11
daily 34:6 47:17 156:8,19
   160:8
dark 101:25 102:1 150:10
dash 120:18
date 13:17 16:24 25:5,6,17
   25:22 26:4 39:4 70:15
   73:17 87:13,15 100:10,11

100:16 103:3 107:5 127:1
   127:5 148:1 150:20 155:7
   155:9,9,14 156:20 163:10
   163:12 168:17 186:22
   187:3 190:4 194:14,16
dated 4:12,13 196:9 197:18
dates 45:25 87:18,24 88:1,1
   133:2,9 150:18,21 156:3
   186:17 190:2,11
dates/hours 3:15
day 12:2 34:8,10,13,14 46:5
   46:7 48:13,20 57:6 68:23
   68:25 81:4 87:2,20 89:4,6
   90:25 91:2 101:20 102:4
   102:10 107:14,17,21
   108:2,4,9 120:13 156:25
   157:12,15,17,18 158:1,1
   158:22 159:6,12,17,18
   163:17,18 164:6,11
   168:18 190:2 196:9
   197:18
days 11:23,23 13:1 17:7
   34:13 63:1,2,23 87:25
   162:8,10
DD 196:14 197:22
deal 153:24 193:13
dealing 40:17,19
dealings 177:17
dealt 37:1 182:1,1
deceased 89:10
December 1:15 196:9
   197:18
decided 141:8
declare 70:12
deduct 108:21 121:24
   123:23 187:22
deducted 107:7,18 108:20
   109:1,2 122:3,20,21
   127:18 128:3,8,10,18,18
   140:5,11,15 187:12
deducting 165:17
deduction 108:20 121:22
deductions 30:10 38:19 56:9
   122:19 126:10 127:12,13
   130:16,18 148:22
dEF 30:12,14,15 36:23
   41:13,13 43:1 57:25
   135:11,12 136:8 143:24
   144:9,9,13,22,22 145:10
   145:13 147:7 155:18
   160:5,5 164:22,25 174:22
   179:13,14 183:22 186:13
   192:2
defendant 2:7 14:19 32:18
   53:18
defendants 1:11 17:24
degree 19:23,24
del 133:11
delays 23:24
delivers 19:20
departure 24:25
depend 63:19
depended 59:9 114:19
dependents 56:10 57:15
   79:10
depending 11:17 12:4
depends 11:10,10,18 12:24

191:10
deposited 195:4
deposition 1:13,23 5:3,24
   6:1 14:9,13 31:22 114:10
   197:7,9,10,11
describe 38:14 54:19 96:4
   113:12 135:20 136:14
   149:10 174:14 183:24
described 69:18 82:17
describing 73:20
DESCRIPTION 3:5 4:5
designated 51:18 178:24
desire 49:22
destruction 51:24
detail 135:20 136:14
details 133:10
detasel 41:16 96:5 99:5
detasseler 98:11
detasseling 12:20 28:18 29:7
   29:10 41:20 42:5 43:21
   60:12 65:23 66:10 67:4
   68:10 69:16 75:11 78:3
   81:11 82:5 95:7,14,15
   98:6,10,15,25 99:2 108:5
   133:22 134:18 143:7
   154:19 157:11 179:25
   180:1
determine 149:19 152:6
dial 112:2
difference 70:20 84:13,22
   85:4,5 128:14 154:20
   177:16
different 10:10 12:12,13
   18:22 22:14 23:7 25:22
   39:9,10,19,23,24 40:23
   41:10 42:20 44:13 57:19
   84:11,22 85:10 88:20-
   101:14 128:21 138:2
   154:23 157:1 175:25
   190:2,3
difficult 25:18
Dino 34:25
direct 2:15 5:12 197:16
direction 197:17
directions 57:19
directly 22:19,25 190:21
dirt 52:5
disclosure 4:20 79:8
discrepancy 108:14 122:17
   122:18 123:19
discussed 23:21 46:21 47:15
   62:19 63:13 78:18 99:14
   122:8 124:12
discussing 15:16
discussions 14:12
disrespectful 114:16
distinguish 5:22 104:17
   106:2 169:2 175:10,24
DISTRICT 1:2,3
divide 49:19 175:6 177:12
   178:16
divided 131:18 177:9
DIVISION 1:4 2:4
doctors 150:4
document 4:8,20 30:1,4,7,17
   30:18 31:7 52:20,23,25
   53:24 54:3 58:11 59:1

69:22,25 79:7 86:5 102:14
102:16 103:5,12,16,22
110:9,11,18 111:14
116:13 118:15,21,22
119:2,4 122:1 132:14,15
132:19 134:16,17 136:9
142:25 143:19 144:14,14
144:20 146:14,16 149:3
151:23 155:17,20 156:9
156:16 159:11 163:21,23
164:1,2,8,14,15 168:12,13
174:20,21,24 177:3
179:11,16,19 183:13,21
183:24 186:9,15 191:20
191:23
documented 150:19
documents 14:8 56:14 79:2
79:6 81:22 85:22,23,25
114:3,17 121:2 138:24,25
143:22,23,25 144:3 145:6
146:18,25 147:3,22
148:12,18,19 160:13,15
175:19 176:8,14,17
183:14
Dodge 174:7
dog 96:9
doing 8:2 10:16 26:21 27:4
28:25 29:7 34:8 35:2
43:20 55:9 59:15,20,25
61:3,9,9 64:13 73:13,20
84:21,24 89:24 91:3 94:23
95:21,22 96:17 100:4
123:10,11 124:18 125:24
148:6 152:6 153:20
159:13 161:1 178:13
179:25 183:1 184:23
dollars 67:17 68:2 187:9
188:14,19,25
Domingo 180:24
Dominguez 5:21
drawn 153:25
drink 6:24
drive 1:17 36:4 72:5,14
driver 36:2,8 50:5 89:14
91:24 101:2,11 182:18
driver's 175:23
driving 161:9
drop 27:7
dry 188:23
Duda 20:8
duly 5:10 196:6 197:7
Duran 106:9,11 181:23
Durana 182:10
duties 26:16,18 33:17 34:1,3
34:4,5 36:1 54:19 64:14
69:17,17 71:21,22,25
99:25
duty 34:24
d/b/a 18:4

E
E 2:12 3:2 4:2 5:1,1 196:12
197:1,1,5,21
earlier 23:11 77:12 85:18
96:15 97:3 104:5 110:11
113:6 148:24 160:24
163:17

early 12:22 18:17 94:22
earn 29:16
earned 32:12 33:11 35:24
38:17 145:17 146:4
earning 178:17
earnings 30:9 109:2 125:2
140:5,10,15 177:12
easier 37:25 141:10 184:19
easy 6:24 52:11,12 141:8
EasyPay 4:14
EB 194:12
education 13:10
effect 89:11
eight 25:21 142:5
either 11:14 26:12 35:19
52:10 157:17 169:23
187:21
Elm 43:6,10 192:5
elote 133:12
else's 153:14
emphasize 192:9
employed 8:1 20:8 105:24
employee 3:19,20 27:24
28:4 38:13 73:9 83:14
88:9 98:19,22 99:17 172:4
172:9 184:9 197:13
employees 20:15 89:10
employment 65:6 71:23
135:22 136:1,16,24
en 120:20 121:7 124:4
ends 10:10 16:23,24 185:24
189:3
English 7:17,19 19:21 20:19
21:20 35:17 45:22 55:17
112:9 132:17
enormous 68:6
Enrique 180:20
entailed 134:24
entaile 82:1 98:18 149:13
entire 65:24
entirety 118:21
entrance 44:15
entries 190:5
entry 170:23 172:22 189:16
enumerate 28:22 33:19
enumeration 34:2
equal 179:7
equivalent 130:23
errand 87:22
error 120:12
Escala 138:15,16
Esquire 1:23 2:3,3,8
essential 94:11
estimate 47:7
et 1:7,10 13:20
Eugene 1:13 2:14 5:9 32:6
53:19 70:4 71:8
Eugenio 5:18
Eusebio 190:25
evenly 175:6
eventually 149:15,20
Everardo 191:3
everybody 23:23 31:8,9 34:9
34:10 35:9 45:15 48:12
49:9 50:15 57:18 62:15
74:18 86:20,21 87:5 89:18
94:15 99:21 101:14 102:3

102:23,25 103:6 104:16
104:17 105:15 106:23
109:18 122:12,18 123:13
125:25 129:22 130:14
138:22 149:15,16 164:12
179:4,7 180:12,12,15,23
181:22 184:13,24
everybody's 30:22 74:20
90:22 117:23 159:3
176:20 179:17
Ex 3:6,7,8,9,10,11,12,13,14
3:15,16,17,18,19,20,21,22
4:6,7,8,9,10,11,12,13,14
4:15,16,17,18,19,20,21,22
exact 13:1,1 39:4 57:6 58:13
62:22 63:22 66:25 67:10
68:2,3 100:10,11,16 133:4
133:8
exactly 7:16 14:15 15:11
46:13 47:5 51:4 58:21
72:3,25 77:15,24 78:13,19
83:17 152:3 162:20,22,23
exaggerate 77:25
EXAMINATION 5:12
examined 5:11
example 20:6 42:2 47:13
113:25 115:19 116:8
120:8 139:1 145:1 154:1
160:14 180:18 186:25
exceed 138:22
exception 130:1
excuse 41:25 89:5 91:10
121:15
executed 70:15
exhibit 30:1,2,5,6,12 32:4
35:22 36:10 37:12 38:12
41:12 52:18,21 53:1,3,10
53:15 54:10 69:20,23 70:2
70:6 71:1,8 74:10 75:18
76:13 78:23 79:15 83:5
86:3,6,8 87:12 88:22
92:13 93:2,2,9 102:11,14
102:15,16,18 105:23
106:6 109:7 110:7,10,18
110:19,22 111:3,9,10,11
111:15 115:20 116:9
117:2,9,10,12,13 118:8,16
119:5,7 123:25 131:25
132:12,15,22 133:24
134:8 135:10,15 137:4
138:7,13 142:24 143:4,5
143:12,19 144:17,20
145:2,13 146:2 147:1,6
148:9,13,16,19 151:13,16
151:17,21,24 152:9,19
153:6,15 154:14 155:13
155:15,22,25 158:3
160:23 162:7 163:19,22
164:4,8,14,18,22,24 165:5
165:24 166:14 167:1
168:10,13,16,20 169:8,18
170:5,24 172:22 173:23
174:18,21 177:4 179:9,12
179:12 181:2 182:21
183:14,19,22 186:7,10
191:2,15,18,21 192:1
194:18

exist 121:3
expect 9:3 24:24 25:4 76:25
80:16,18 82:7 110:4
expected 65:1 78:2 81:5
98:2 102:8
expedite 56:22 194:8
expenses 80:1
experience 33:13 59:20
98:11,23
experienced 59:22
Expires 196:13 197:23
explain 6:2 57:10 85:13,25
120:2 135:2 178:5,9
explained 57:16 134:24,25
138:21 177:25
explaining 64:25 134:10
158:22
explanation 153:23
explanatory 60:3
extra 48:20 116:23 181:15
182:9 183:4
E.D 5:19 37:24

F
F 197:1
facilitate 23:22 141:10
fact 84:23 104:7 138:3 163:6
166:25
faded 150:10
fair 10:24 159:5
faith 189:14
familiar 152:21
family 8:24,25 76:23,24
80:5,7 91:12,14 168:9
185:14
far 26:4 34:8 41:19 43:14
57:8 62:3 98:23 106:5
132:10 147:4 171:17
farm 2:4 52:13 57:23 84:1,3
fast 6:4 144:7 163:13,16
faster 35:12 144:14 163:16
177:11
father 5:22 94:7,16,17,21
95:4,4,5 96:7 99:20 104:4
105:1,1,2,7 141:20
father's 141:20,22,23
fault 108:17
favor 27:3 167:14
faxed 37:8
February 9:4 10:7,8
fed 11:13
federal 127:18 131:12
fell 77:3
fellow 81:1,9 190:25
female 154:24
fertile 154:15,17,21,25
FIC 132:10
field 3:18 4:7,8,21 8:20,21
15:18 20:9 33:5,15 34:12
35:4 36:4,6 41:22,24
42:19 62:21,21,24 63:18
76:4 88:16 95:11,13,15,16
95:21 98:21,24 99:1 102:9
106:5 113:14 149:14
150:6,24 151:4,9 152:2,24
153:16,22,22 154:2,5
156:20 158:8,14,14,18,24

Page 202

159:14 163:5 174:25
184:15,20
**fields** 12:20,25 25:21 28:21
33:19,20 34:20 36:7,8
42:4,10,21,24 48:17 52:4
59:16 82:11,22 85:20
93:18 95:5 98:24 99:20
100:1 153:13 157:7,12
158:13 159:2,12 163:3
179:3
**fifteen** 177:1
**fifth** 76:13 145:1
**fifty** 104:16
**figure** 40:23 46:22 64:2,4
72:2 76:2 77:23 92:23
119:12,25 120:3 125:13
130:16 131:6,9,11,20
139:4 142:21 149:21
152:16 165:12,13 177:1
178:3 189:4
**figured** 46:23 139:3
**figures** 111:8 113:15,22
118:6 122:15 123:16,17
125:14 152:22
**figuring** 177:13
**file** 176:21 184:2
**fill** 60:2,3 65:6,11 79:9,10
134:2 175:23 176:5
183:16
**filled** 38:21 65:10,12 79:1,7
134:1 183:13
**filling** 55:15 56:3,14
**final** 111:5 118:13 119:13
119:19,22 121:22 122:6
124:18,20 125:11,13,15
125:18 127:14 129:8,9
130:15 132:11 149:20,21
**financially** 197:14
**find** 84:8 93:19 114:17
141:7 146:21
**fine** 81:15 123:22 167:10
**finish** 31:19 48:14,16 108:5
**fire** 51:11
**firm** 112:21 172:8
**first** 5:10 6:5 15:3,13 16:22
18:7,7,10,14 21:19 22:9
22:22 23:3,15 29:6,12
30:23 31:4 36:9,11 37:11
37:22 39:25 40:25 43:16
43:25 44:19,19,21 53:10
53:15,20 56:17,19 57:6
59:13 61:11 62:19 63:11
71:1,7,7 75:17 78:18
79:16 87:12 91:22,24
92:12 96:20 99:13 100:7
102:1,22 106:1,9 108:5,9
109:6 110:23 128:9
129:20,22,23,23 130:2
132:16 134:7,10,19,22,24
135:4,11 138:6,12 145:1,8
145:12,15 146:2 148:8
154:2 161:21 169:25
170:2 176:12 182:4,22
185:3 189:16 190:4 192:9
192:15 193:12,22 197:7
**five** 11:23 41:5 49:15 129:23
135:16,17 136:12,17

167:20 168:16
**Flagler** 1:17
**flat** 80:21
**Flores** 27:23,25 28:10,12,14
28:19 33:9 34:21,24 35:1
100:3,4 161:3,15,17 185:2
185:8,15 186:1
**Florida** 1:18,22 5:5 10:6
16:1,3,8,12,12 17:9,10,14
17:21 19:4,10 20:8 24:3
24:17,19 25:8 39:6 91:16
91:20 112:15,18 168:3,20
168:24 169:4,6,20,21,23
169:25 170:1,7 172:15,20
175:3,9,12,15,17 176:22
176:23 177:6,18,21,24
178:6,10,25 180:13,15
184:1 185:1,23 186:2
196:1,13 197:3,6,22
**fluctuate** 50:6
**focus** 22:5
**focusing** 99:1
**folder** 113:2 156:12,15
**folks** 25:3 40:17 41:16,19
57:10 94:1 157:11 181:7
193:10
**follow** 23:18 28:7
**following** 170:3
**follows** 5:11
**food** 8:7 11:15
**foregoing** 70:13 197:8,15
**forget** 24:12 38:3 150:12
**form** 3:12 4:15 23:1 33:24
57:13 59:10,11 65:10 73:1
78:12,12,14,15 87:1,1,4
87:19 88:4 90:18 111:3
117:25 118:24 119:3,5
126:25 128:22,23 132:7
132:24 133:15,19 134:1,2
134:3,13 138:17 142:11
145:3,4,19 147:7 153:6,7
155:12 183:4 184:12
**forms** 55:10,10,12 56:8
57:20 59:3,4,4,12 60:2
65:13 75:14 79:8,9,9,11
113:21 122:13 126:21
136:25 141:6 152:5 160:7
174:7 175:22 176:5,7
191:24
**forth** 21:15 175:2 197:10
**forty** 77:9,13,15
**forty-five** 77:14,15
**found** 179:6
**four** 8:18 11:23 16:10 49:10
49:13,20 50:1,24 51:5
60:17 71:20 75:19,21 76:5
76:11,12 101:22,23 107:8
108:24 152:25 157:2,3
158:16 169:25 170:1
182:17 185:3
**fourth** 145:1
**frame** 63:2 133:4
**Frank** 2:8 114:7
**friend** 14:23 15:1 27:3,4
68:4 74:8 166:20
**friends** 72:11 188:21
**friendship** 72:9

**front** 47:17 138:25
**full** 7:5 8:14 26:13 48:3
141:24
**funds** 79:20
**funny** 76:22
**further** 2:19,20 94:9 197:10
197:12

**G**

G 5:1
**gamble** 163:18
**gap** 41:5
**garbage** 66:16
**Garcia** 28:11 191:3
**geared** 151:9
**Gene** 37:23 185:2
**generated** 131:25
**gentleman** 20:21 24:12 27:9
27:19 40:8 43:25 161:4
166:18
**gentlemen** 27:12
**George** 109:22 120:9,15
**getting** 10:22 27:2 62:15,16
72:22 73:12 74:13 91:3
101:25 183:3
**girls** 167:11 168:3
**give** 6:12 7:5 36:15 47:7
49:24 63:1,22 64:1 68:10
87:5 98:10 103:17 105:11
105:18 108:23 111:4
114:20 117:22 118:20,22
119:3 125:13 127:25
132:10 133:3,8 144:12
146:16 152:1,5,10,13,13
153:11,23 154:11 158:2
158:23 159:9 163:9,12
172:2 176:25 178:17
183:3 184:12
**given** 5:18,24 24:11 49:21
68:1 88:15 106:23 110:16
115:20 117:19 120:25
122:2 143:25 151:5 179:6
188:11,12
**gives** 80:2,3 127:23,25 131:8
148:3 157:4 159:6
**giving** 158:10 165:24
**Glade** 8:3 19:10
**Gladstone** 43:7,10,11,18
192:5 193:20
**go** 5:19 6:4 9:1 11:12 12:24
13:5 16:24 17:6,7,12,20
23:2 28:23 31:25 34:12,13
35:13,16 37:24 40:8,21
43:18 60:24 61:4,4,10
63:16 64:1,11,12,13,18
65:14 66:17 67:25 72:20
72:23 73:3,9,10 74:1,1,2
76:21 77:4,21 95:20 96:1,23
81:4,5,6,10,12,12 82:18
82:21 94:21 95:20 96:1,23
96:25 97:8,10,20,25 100:3
107:12 108:4,8,25 109:4
121:2 126:9,22 131:1,2,19
137:7 141:15 144:3,7,12
144:13 145:9 147:2 148:4
149:18 153:2 157:12
168:7 169:7 171:20,21

176:3,19 187:22,24
192:12 195:9
**God** 59:7 191:12
**Godinez** 180:18,20,20,22,25
**goes** 17:3 30:14 33:19 52:11
57:19 82:9 97:21 116:13
134:14 149:20 185:24
189:22,23
**going** 6:3 13:24 14:16,17
15:16 18:3 19:2 21:2
22:10,13,14,15,17,17,18
23:22 24:21 27:6 29:14
34:19 35:11 37:6 39:7,8
39:11 40:6,7 41:9 46:19
46:23 48:8,15 51:24 52:20
58:23 59:24,25 60:21 61:3
61:10,13 62:3,6 64:18,22
66:9 68:5,9,20 69:7,12,22
72:20,21,22,23 73:13,20
73:22 74:1,5,21 76:21,23
76:25 77:2 80:10 81:4
82:4 91:23 94:9 95:9,18
95:19 96:17 97:6,19 98:2
102:6,7,13 103:15 107:21
108:11,16 119:18 124:24
129:16 130:12 131:10
132:7,9 134:18 137:18
138:8 144:11,11 151:2
152:5 153:15 154:18
158:17,18 163:21 165:2
165:21 167:9 173:6,8
174:20 177:13,21,25
184:16 186:9 191:20
193:20
**Gonzalez** 14:24 28:11
122:14 126:6,6
**good** 5:14,15 8:22 72:11
105:1,2,8 189:14 191:8
**gotten** 64:5,8 75:2 160:1
162:14 167:15
**Goyo** 141:23,25 142:1
**graduate** 13:12,15
**graduated** 13:16
**Grand** 66:3
**GRANDE** 2:4
**granted** 51:23
**greenish** 150:10
**gritty** 135:8
**gross** 38:13 119:24 125:5
**group** 35:16 36:20 49:23
100:25 101:12 150:4
168:21,23,24 169:2,6,21
170:7 175:3,4,6,9,12,13
175:15,15 176:2,23,23,24
177:6,10,12,18,22,24
178:1,7,10,14,18,20,25
180:14 194:9
**grouped** 144:8
**groups** 49:18 167:25 175:12
,175:25
**grow** 163:16
**grown** 163:15
**guarantee** 87:7
**guess** 24:2 31:8 36:20 39:24
47:5,9 52:2 142:23 156:11
159:6 165:14 174:12
194:9

Page 203

guessing 181:14
guidelines 4:11 105:18
Guillermina 167:6
Guillermo 141:25
guy 37:22 49:24 50:6 61:9
64:16 80:24 81:2,4 95:23
96:23 97:20 104:13
108:17 159:15,16 166:22
167:6 169:22 177:11,14
182:20 184:21 191:9
guys 31:14 51:20 53:5 73:24
106:21 107:12,15,16
108:8,11,15,24,24 109:23
113:23 116:2,3,25 138:1
169:4,20,22 170:4 177:15
179:2
guy's 108:15
G-E-O-R-G-E 120:15

**H**

H 3:2 4:2
habit 94:23
half 7:14 156:24 184:5
hamburger 102:24
hand 6:5 52:20 69:22 79:13
100:6 102:13 110:9 112:2
121:5 132:14 145:23
163:21 174:20 186:9
188:24 189:5 191:20
handed 30:4 86:5 113:23
115:16 144:19 151:23
155:17 168:12 179:11
183:21
handing 89:23
handle 194:9
handled 182:15
hands 159:24
handwriting 88:3,5,6 103:1
103:4 117:10 145:21,25
148:11 153:9,10,11 164:2
170:8 184:3
handwritten 3:13 4:6,18
71:2 76:15 110:22 111:2
111:11 117:24 119:8
125:6 128:15 129:3 132:4
144:4,25 145:2 170:6
181:2
handwrote 129:3
hang 50:20
happen 6:3 97:7 98:3
happened 14:18 23:9 49:18
80:20 89:17 91:2 121:7
124:13
happening 14:15 159:13
hard 28:6 45:25 46:1 49:23
52:3 64:10 98:21 106:2
134:19 160:15
harvest 46:10
hate 72:8
head 6:12,12 20:20 109:5
114:19 141:19 159:14
160:25 167:19 180:5
hear 6:17
heard 20:21 21:25 27:9,21
40:25,25 82:18 98:9,13
heavy 8:8 98:20
Heidelburg 37:15 43:22

44:9,24 45:2,6,9 46:12
47:4,12 49:1 56:25 181:12
182:7
help 8:4,11,23 9:7,23,23
10:10,19 13:25 15:18
22:12 29:13,15 33:24
39:13 40:4,10 56:6 61:11
61:18 62:3,12 64:13 71:22
72:3 83:15,16 90:8 92:9
173:14 188:4,24
helped 11:23 54:24 56:20
57:9 94:6 173:15
helping 8:18 34:15 52:10
66:4 69:18 90:2 188:24
helps 33:19,20,20 79:17
Henderson 133:1
hereinabove 197:10,11
he'll 14:18 67:17,19 68:15
74:1 79:23 86:14 98:19
130:25
high 13:12,13 35:8
higher 131:15,21
highest 13:10
Hill 2:8,16,18,20 23:1 29:17
72:16 114:11,22 115:8
146:17
hire 66:13,20
hires 74:4
hiring 123:11 136:15
hold 51:6,22 114:14 138:8
141:15
home 10:11 80:1,7 141:9
149:6 171:20 188:7
honest 59:7 98:16 191:10,12
honestly 56:16
honesty 58:10 90:4
honor 51:23 110:2
hot 163:15
hotel 38:5,6 44:6,7,8,13,15
45:16 47:6 48:22 49:6,6
51:9 52:3 87:2 100:18,19
181:12 182:10,14,16
183:8,9 192:17,25
hotels 52:5
hour 11:6 12:1 83:3 101:20
131:6,13 138:17,19 139:6
hourly 11:12
hours 57:8 101:23 125:2,21
125:24 130:20,23,25
131:1,3,10,20 139:11
145:18 155:23 156:6,7,20
156:24 157:3,3,4,10 158:3
158:4,9,15,17 193:8
house 10:12 81:2,7,8,17
96:20,23 97:4,14,23
113:10 141:2,7 142:2
156:17 187:24,24 188:7
housing 46:11 93:23 94:2
142:8,8,10 143:1 150:3
151:8 168:4
hundred 67:17 68:2,3
104:16 107:6
husbands 167:24 168:2

**I**

ID 175:24 176:20
idea 98:2 99:15,15 137:13

163:9 194:13
identification 30:2 52:18
69:20 86:3 102:11 110:7
132:12 144:17 151:21
155:15 163:19 168:10
174:18 179:9 183:19
186:7 191:18
identified 178:19
identify 52:23 86:8 102:16
163:22 168:13 174:24
179:16 186:15 191:23
if's 139:10
II 4:4 195:12
Illinois 13:5,6 26:19 29:4,8
41:17 43:7 65:12 66:3
68:21 69:12 73:21 93:15
93:18,20,23 94:1 96:17
97:7 100:7,8 101:1 133:2
135:3,8 150:3 151:2
162:22 163:6 173:13
177:18,22,24 192:5
193:21
imagine 98:20 106:2 134:4
155:5
include 181:7
included 74:10 158:16
includes 71:20 85:19 158:6
158:13 180:13
including 158:17
inconvenience 167:14
independent 4:10 57:23
58:4 83:8,25 84:2,5,8,15
84:19 85:5
Indiana 139:24
Indianapolis 139:24
indicate 104:8
indicating 154:13
indirectly 140:10
individual 178:18
individually 122:12 178:20
individuals 177:5,5
info 159:21
inform 39:16
information 3:22 34:4,6
38:22,22,24 39:1 55:22
57:14,15 60:4 64:20 84:17
90:24 100:6 103:20
110:17 111:2 112:25
113:12 114:24 115:20,24
116:1,2,6 125:16,17 134:2
136:1,10,24 137:3 139:17
143:6 145:22 149:12
151:5,7,15 156:3,5 157:4
157:6,8,18,22 158:2,11,21
159:1,4,17 160:22,23,25
161:2,11 162:21 163:2
179:6 184:2 191:14
194:22
initial 155:3
initials 30:12 37:24 70:22,24
71:3,5 76:15 155:1
initiated 37:4
inside 66:15
inspectors 95:21
instructed 24:13
instructions 37:7 40:12
insurance 139:14,18,19

140:12,18
insured 139:22 140:17
intended 73:1
interest 104:21
interested 197:14
intern 94:20
internal 184:9
internship 96:5
interpreting 73:8
interrogatories 3:7 52:22
53:20
interrogatory 54:14 57:21
60:6 83:6 135:14,16,17
136:12,17
interrupt 29:17
introduced 14:24
involved 30:24,25 31:2
110:14,16 117:18 137:12
involves 10:21
Iowa 9:23 10:9,9 11:4 15:16
17:6,12 21:3 24:10 26:19
27:8 28:2,5 29:4,7 39:5,16
40:11 46:20 55:7 60:12
65:12 68:21 69:7,13 73:10
73:21 77:4 79:1,18 81:16
82:21 93:17,19 97:25
102:1 113:4 120:21 135:6
150:3 151:3,4 171:20
179:21,24 193:19
Iris 44:16,20,22 181:20,21
182:1
issues 29:23
issuing 85:1
I-R-I-S 44:16
I-9 176:6

**J**

Jacknto 2:9 184:16
Jaime 92:20 93:10 94:18
96:3 99:9 104:1 147:13,16
189:17
January 10:7 13:5,18 16:16
16:25
Japanese 44:2
Jim 20:22,23 21:1,21 25:4
37:22,23 38:3 40:24 79:14
139:22 152:12 162:25
job 1:23 10:21 15:19 16:12
26:15,18 29:11 35:13 36:6
54:18,23 60:19 63:15
64:14,15,19 71:21,24 74:5
77:2 95:19,22 108:6
jobs 188:3
job(s) 54:20
Joe 126:6
Joel 106:13
Jorge 120:17 128:24 181:20
Jose 28:11,11 92:17 94:18
94:25 96:4 99:10 104:2
147:13,16
jot 150:7
July 10:9 12:21 17:7 26:2
28:17 68:12 100:13,15
103:3 133:6,7,7 155:10
157:11 162:11,12 163:25
164:4 170:18,19 179:22
179:24 190:10

**June** 16:22 17:1,3 25:25
26:2,3 100:13
**J-O-R-G-E** 120:16

---

**K**

**keep** 28:24 33:23 51:16
56:13 87:10 89:6 100:1
103:14 109:25 130:12
131:10 146:12 148:18,23
149:12 150:14,16,23
152:14 156:19 160:18
170:20 175:25 176:12
178:10
**keeping** 85:19 87:9 90:11,24
98:21
**keeps** 122:2 160:25
**Kenny** 27:20,21
**kept** 25:22 103:5 122:1
161:10
**kids** 81:2 94:8,22
**kind** 23:22 25:16 26:15 28:6
28:7 35:5 72:13 85:17
107:1 137:8 155:6 183:17
188:23
**kinds** 161:10
**knew** 44:3 45:15 46:22
100:22 102:5
**KNIGHT** 2:8
**know** 7:7,24 10:12,18,21,21
11:11,19 12:25 13:25
14:15 15:3,4,11 16:7,10
16:15,15 18:6,8,9,12 19:3
19:6,11,14,14,15,17,18,19
19:19,20,22,24 20:5,13,17
21:10,10,11,22,23,25
23:23,24,24 24:3,4,6,8
25:14,15,22 26:5,10 27:5
27:8,13,15,16,17,19,23
28:13 30:20 31:11,12,14
31:24 32:22,23 33:17,25
35:17,18 36:3,6,13,18,21
36:23 37:6,21,24 38:2,3,6
38:15 39:4,15,15 40:7,21
40:22 41:9,19,21,22,22,25
42:1,3,5,6,8,20,21 43:9,16
43:24,25 44:8 45:11,12,17
45:21,22,23 46:8,9 47:3,5
47:10,11,13,16,21,22,24
48:1,2,13 49:11,23 50:10
50:16,19,23,25 51:4,12,22
51:24,25 52:3,10,11 53:9
54:5,6 55:16 56:15 57:5
57:19 58:16,20 59:12,24
61:20 62:1,2,21 63:7,8,12
63:14,17,18 68:1,4,4,16
68:23 69:19 72:10,10,11
73:2,3,11,16 74:6 77:10
77:25 78:21 79:12 80:3,6
80:18,19,23 82:1,10,23
83:20 87:11,19 88:1,2,7
89:25 90:1,4,6,21 91:10
91:11,12,14,15,15 92:4,6
92:6,7,10 95:5,5,9,12,17
95:18,24 96:14,15 97:11
97:11,12 98:12,17,18,22
98:24 99:7,9,13,19,21,23
100:11,16,21,23 101:5,8

101:15 102:1,20,24
103:22 104:24 105:21
106:4 107:13,21 108:21
108:23,24 109:14,15,17
110:4 112:13,17,19,23
113:16 114:7,14,17,18,21
115:9,16 116:17 118:1,13
118:23,25 119:3 120:4,12
120:22 121:10,13,19
123:14,24 124:5,7,24
125:12,23 126:16,18
130:7,15 131:2,5,22 132:6
133:10,16 134:5 137:10
137:13,18,21 138:4 139:6
139:8,9 140:1,9 141:1,19
142:3,12,14,15,16 143:14
143:15,16,18,20 145:7,20
145:21 146:10 147:18,19
147:20 148:2,4,5,5,6
149:11 150:1 151:4
152:25 153:2,6,9,18
154:11,20,23 156:11
157:16 158:6,12,17,25
159:2 160:6 161:5,13
162:7,16,22 164:11
165:11,20,23 166:10
167:11,15,19,22 168:3
169:20,22 171:17,24
175:18,21 176:13 177:9
177:15 180:5 181:17
182:8,10,12,16,16 183:2
183:17 185:8,10,12,13,15
185:17,18,19,23 186:1,4,6
187:25 189:3,4,5 190:11
190:18,20,22,25 191:7,8
191:11 192:14,16,17
193:1,2,21,22,23 194:6,12
194:14 195:1,2,3,6
**knowing** 86:11 169:3
**knowledge** 29:22 98:12
99:19 115:5 121:15
138:20 151:14 182:15
**known** 17:25 92:1 114:9
142:1
**knows** 38:6,7 126:5 162:23
163:1 182:20

---

**L**

**L** 2:8
**label** 36:10 37:11
**labeled** 83:13 115:12
**labeling** 100:5
**labor** 20:12 57:24 82:24
83:13,23 84:1,3 130:6
139:10 173:20,23,25
174:17
**ladies** 10:19 167:20
**lady** 28:9 112:9,11,13 142:1
184:21
**Large** 5:5 197:6
**late** 163:18
**lawsuit** 13:19 14:20 17:24
144:1
**lawyer** 13:21 14:1
**lead** 155:12
**leading** 149:20
**leaflet** 113:22

**learn** 94:21 96:5,7
**learned** 135:24 136:22
**learning** 95:4
**learns** 96:12
**leave** 35:10 48:17,21 52:8,9
68:16 69:9 80:4,6 101:15
**leaves** 101:14
**leaving** 24:21 48:8,10 69:1
78:24 97:11 165:11,18
**ledger** 111:7 117:14,20,23
170:17 190:22
**left** 23:17 26:2 48:7 60:16
61:2,8 69:2,3,8 97:2
100:12 105:17 109:13
135:3 166:6,19 167:22
171:23,24 175:1
**left-hand** 87:13 109:7 118:9
120:18 169:7 170:22
184:25 186:22
**Legal** 2:4 30:23 53:8 58:17
113:21 172:10,11,12
**letter** 4:12,13 116:5
**letters** 21:15 36:11
**letting** 52:10
**let's** 11:22 22:5 35:11,13
42:7 48:15 52:7 65:14
72:20 76:23 77:4 88:11,12
90:15 93:14 97:19 105:13
105:14 120:8,8 126:6
130:24 131:18 145:12
156:24 157:23 195:9
**let's-do-it-now** 90:18
**level** 13:10
**Lewis** 43:25 44:4,18 45:16
45:17,19,19,24 48:3,15
50:14 165:9,24,25 166:3,7
166:11,12
**license** 175:23
**lie** 78:11 110:5
**life** 59:9,9 114:19 191:10
**lifting** 10:17
**limited** 21:20 45:22 82:11
**line** 24:12 153:25 154:15
170:21 189:23
**lined** 22:11 76:17
**lines** 103:9 156:15
**lining** 79:17 143:7
**list** 3:9,10,16,17,18,19,20,21
31:4 51:16,19 89:6 110:20
123:13 145:11 146:10
147:9 162:10 167:21
179:20 180:3,10 181:2
**listed** 93:9,11 104:7 109:11
182:22 187:1 191:3
**listing** 93:4
**little** 8:3,6 36:10 47:9 49:23
52:7
**live** 91:16,17
**lived** 43:9
**lives** 91:18,19
**living** 43:14 94:9 96:11
181:12
**loan** 67:14,16,19 68:5,7,10
68:15 69:4 79:22,23 87:9
91:5 104:19,23 105:9,16
105:19,19 106:4 128:1
187:10,12,14 189:7

**loaned** 68:1,19 69:3,12 89:4
90:5 97:1 105:17 106:23
121:13 124:3,14,14 164:6
188:20
**loaning** 90:6
**locate** 99:4
**located** 45:5
**location** 150:8
**lodging** 11:14,15 93:20
143:14,17
**long** 7:13 11:11 17:5 31:12
37:25 38:2 62:17 63:6,14
63:15 105:20 157:7
**longer** 64:5
**look** 30:6,11 32:3,5 33:7
36:9 38:11 41:12 42:18
52:23 53:10,15 54:7,9
57:21 69:24 70:21 83:5
88:22 92:12,19,20 93:2
95:11 97:24 102:15
105:22 106:6 109:6 111:9
115:19 116:9 118:3
119:14 123:21 126:25
128:24 129:20 130:19
132:19 135:10,14,16
137:19 138:6,12 139:13
142:24 146:25 147:6
151:13 152:3,24 153:10
160:15 164:18 165:19
167:21 170:5 175:22
182:21 185:21
**looked** 14:11 174:14
**looking** 60:6 99:5 119:7
123:25 143:23 152:9
154:14 165:23 175:18
**looks** 92:16,17,24 98:19,22
106:17 145:16 152:1,22
191:24
**Lopez** 35:1 88:13 123:8
161:5,18,19,24 184:16
**Lopez's** 161:21
**los** 133:11
**lot** 31:20 34:1 79:19 95:15
149:23 194:10
**lots** 38:9 56:22
**loud** 6:21
**low** 17:5
**lower** 131:16
**Luis** 92:17,20 94:18,25 96:4
99:10 147:13,16
**lunch** 195:11
**lying** 99:7

---

**M**

**M** 171:4,4,8,8,12 172:23,23
173:2,2,9,9,22,22
**mail** 27:7 38:10
**mailed** 57:18
**mailing** 185:20,22
**mailman** 141:6,9
**maintained** 176:18
**making** 33:15 34:18 55:3
58:22 79:4 178:18
**male** 154:21,24
**man** 15:6 20:9 37:3 52:7
95:21 105:2 111:24
123:19,22 168:7,7 182:3

188:23
man's 80:23
map 174:16
maps 4:7
March 9:4,5 10:8
Maria 27:23,25 28:10,12,14
  28:19 33:9,18 161:3,17
  185:2
Mario 14:24
mark 105:16
marked 30:1,2,5 32:4 41:13
  52:18,21 53:1 69:20,23
  86:3,6 93:9 102:11,14
  110:7,10,18 111:3 118:16
  131:24 132:12,15 135:15
  143:12,19,24 144:9,11,17
  144:20,21 147:1,7 148:12
  148:15,19 149:3 151:21
  151:24 155:15 160:5
  163:19,22 164:14 168:10
  168:13 174:18,21 177:4
  179:9,12,13,14 183:13,19
  183:22 186:7,10 191:18
  191:21 194:18
married 91:8 92:6
Martell 1:13 2:14 5:9,14,18
  5:19,25 7:8 32:6 37:20
  38:3,7 52:20 57:23 65:19
  69:22 70:4 71:8 83:8 86:5
  102:13 110:9 118:21
  121:17 124:20 132:14,23
  138:12 144:19 151:23
  155:17 163:21,22 166:14
  168:12 174:20 179:11
  183:21 185:2 186:9
  191:20
Martell's 53:19
Martinez 8:1,2 9:18 11:1,3
  12:7,16 14:14,19,22,25
  15:7,14 16:2 18:8 19:3,11
  19:21,25 20:6,7,11 21:20
  22:10,12,18 24:1,4 25:8
  25:13 26:8,25 28:4,5,20
  29:20 30:4 32:13,18,19
  33:1,2 34:21,24 39:12
  40:2,3,19 41:16 42:21,23
  43:4,9 45:6,16,20 47:14
  47:16,20,24 48:11 49:2
  51:10,25 54:18,23 55:5,18
  56:13 58:3 59:14 60:21
  61:16 63:12 65:7,20,21
  66:22 67:3,12,14,24 68:10
  69:11,16 71:19,22 72:19
  73:15 74:7 75:8,11,18,25
  76:6,17 78:3 79:13,17,22
  81:9,11,20 82:12,18,21
  83:2,14 84:4,12 86:14
  87:21 89:18,23 91:4,7,10
  91:13 96:16,21 97:1,5,16
  97:20 98:5,9,13 99:5,14
  99:23 104:11,19 105:11
  105:25 112:21 114:13
  115:10 120:21 121:9,20
  121:23 122:1 124:3,11,13
  131:8 135:2,25 136:2,23
  136:25 137:9 138:19
  140:1,6,23 142:2 143:6

145:23 146:12 147:17,23
148:5,7 151:1,18 153:23
155:4 156:6,23 157:9
158:2,22 159:5 163:4,8
165:15 166:4 167:18
168:23 171:11,13,13,13
171:16,18 172:2,8,17
173:6,7,10,13,16,19
176:10 178:2,5,9 179:5
181:16 182:1 185:1,9
186:5 187:11 188:17
190:25 193:16
Martinez's 32:15,22 46:12
  50:22,23,25 52:15 81:17
  91:8 105:4 121:5 141:2,9
  141:17 171:18
Matias 180:24
matter 108:1 138:3
matters 56:23 194:8
mattress 51:11
McLean 133:2
meals 11:13
mean 19:14 21:13 33:1
  38:14 48:10 53:7,17 56:21
  58:4,24 59:7 80:12 84:5
  85:7 91:21 93:11 96:2
  101:19 107:4,11,19
  114:16 115:8 116:20
  119:10 120:19 123:22
  125:10 126:15,19 131:3
  133:25 153:17 154:10
  161:14 166:17 167:4
  169:15 191:6
means 6:8 36:21,23 58:10
  77:25 78:21 89:3 108:22
  133:22 138:15 142:10,12
  142:15,15,17 154:4
  162:19 188:20 191:11,13
  194:6,12,13 197:11
meant 83:9 108:25 109:10
medicine 14:22 35:14 71:22
  97:21
meeting 73:19
memory 86:9
men 168:5
mention 64:24
mentioned 25:25 26:15
  31:17 65:19 79:6 80:13
  81:7 85:18 96:15,19
  110:11 113:5,24,25
  133:24 139:2 144:20
  145:6 148:24 160:24
  161:15
Mercedes 13:13 16:5 19:12
  81:17 140:24 149:7
  185:16,21
Mercer 133:1
mess 52:9
met 15:3 20:25 91:22,25
  99:13 121:9
metal 66:18
Mexican 94:7,22
middle 53:18 166:13 194:18
migrant 76:19 77:18 142:7
Mike 27:10
mile 19:18

mind 173:8
mine 74:23 122:5 142:11
  149:5 152:8,23 153:9
  170:12
minimum 131:2,12,19 139:8
minus 118:5 120:20 121:24
  128:11 165:6
minute 90:15 128:23
minutes 65:15 195:10
mislead 78:21 83:22
misleading 59:11 73:1
misled 85:6,7
missing 115:23 143:18
mistaken 34:25 36:14 53:5
  58:16 111:5 164:3 165:14
  179:1 181:13
mix 168:8
mixed 168:5 190:11
mom's 141:17
Monday 1:15
money 3:9,10,16,17,21
  47:21 48:4 64:6 65:21
  67:14,16,18,19,21,24 68:7
  68:7,11,14,15,15,20 69:3
  69:5,9,11 79:21,22,23,25
  80:6,7,22 81:13,14 86:11
  86:14,17,17,18,23 87:11
  89:3,4,19,19,21,22,23
  90:5,8,14,16 91:2,4,5
  93:12 95:18 96:25 97:1
  102:19,23 104:9,18,23
  105:3,4,10,10,12,16 106:4
  109:15,17,19 120:22,25
  121:1,3,6,10,12,19 122:3
  123:2,13 124:3 128:18
  130:21 132:9 145:17
  146:4 148:21 164:6,6
  165:18,21,25 166:4 167:6
  169:5 171:4 173:11
  187:16,19,20 188:1,2,10
  188:13,17 189:6,9,11,13
  189:13,15 190:18,24
  195:3
monies 67:11 102:21 109:25
  186:16,19
month 17:6,11 60:13,14,17
  60:19 63:17,21 80:5
months 8:11,18,23 9:22 10:5
  10:13 12:11 16:10,11,11
  16:13,20
Mores 29:25
morning 5:14,15 181:18
Morton 30:21
motel 37:15 38:8 43:22 44:9
  44:16,22,25 45:3,6 46:12
  47:4,12 49:2 56:25 165:10
  181:16,19,24 182:2
  192:18 193:5,8,11,14,19
mother 141:14,21
mother's 141:4,9
Mount 193:20
mouth 82:9 137:21
moving 158:18
mud 52:5
multiply 105:15
MYC 57:25
Mycogen 3:12,14 4:8,20

18:1,3,4 19:2,2 21:5 22:17
22:18,24 23:6 24:5 25:3
26:13 27:12 28:17 29:4
39:9,19,21,23 40:1,18
41:9,20,23 42:4,14 43:12
43:13,15 55:25 56:3,5
57:24 71:19,24 78:25 79:1
79:11 84:10 114:11
132:25 133:25 134:4
139:23 140:13 162:21,23
176:9,18 192:8,12
Mycogen's 78:25

## N

N 1:17 2:12 5:1
name 5:16,18,19,22 18:22
  24:13 27:19,22,25 28:9,10
  32:6,15,21 33:9 35:21
  37:4,22 42:10,13 43:4,25
  44:1,2,3 71:8,14 86:24
  88:9 91:11 92:4,16,24
  101:9 104:1 106:14
  107:15 112:11,20 113:16
  114:4 118:9 125:19
  139:21 140:20 141:17,18
  141:20,22,23,24 147:19
  147:25 148:3 149:16
  161:22 165:6,9 166:20,24
  167:11 171:2,15 172:6,9
  172:11 174:3,6,17 179:17
  179:22 180:25 181:25
  182:3,4,22 183:2,3,3,3
  184:20 186:17 187:5
  190:16 191:2
named 20:21 23:21 27:9,23
names 31:9,10,15 33:8
  41:15 60:4 78:19 92:15
  104:7,13 105:6,22 106:7
  110:13,16,21 111:15
  116:16,17 117:7,18,23
  129:23 146:3,23 147:9
  149:24 150:4,25 152:16
  161:15 175:16 180:2,6,13
  180:23 181:2 182:21,24
  185:3 186:18
narrow 42:7
NATHANIEL 2:3
naturally 160:18
nature 95:10
need 6:23,23,24 9:6 37:6
  40:9 57:16,17,19 59:24
  60:1 67:17 74:24,25 77:1
  79:23,25 81:13 82:10,11
  86:12,14 90:17 111:7
  115:21 137:20 142:8
  152:21 165:21 182:19
  188:14,24 189:1 194:2
needed 15:17 29:14 40:5
  49:4 57:4 61:10 116:6
  172:19
needs 57:13 140:7 187:21,23
  187:23,25 189:3
neighborhood 166:9
net 118:5 119:19 127:14,23
  128:14
Nevada 7:10 71:10
never 21:25 27:21 31:22

Page 206

37:5 40:25 44:8 47:6 59:8
63:17 81:4,5 98:6 120:13
133:3,8 137:18,22 139:9
151:17,18 165:20
**new** 174:13
**nickname** 89:14
**night** 48:17
**nine** 142:7 177:1
**nineteen** 144:23 147:1
**ninguno** 142:17
**nitty** 135:7
**nod** 6:11
**normal** 157:12
**normally** 33:5 49:9 82:5
90:25 91:6 122:18
**north** 7:9 12:15 16:13 17:15
24:22 52:12 68:9 69:1
76:22 81:21 96:23
**Norton** 2:3 58:19 110:13
116:5
**Notary** 1:22 5:4 196:13
197:22
**notation** 106:17,20 121:4
125:6 128:15 173:3,22
**notations** 110:23 117:24
119:8 132:4 149:24
**notebook** 103:8,10,13,19,21
113:3,5,8,13,18 114:25
115:6,7,10,14 148:23
149:6,9,11,13,22 150:9,15
150:18 156:17 157:22
160:19,20 164:16 191:16
**noted** 88:21 158:3
**notes** 197:8
**notice** 168:15 170:2 190:4
190:14
**notify** 140:20
**number** 3:5 4:5 7:11,13
19:17,19 30:5,6,12 32:4
32:10,22 35:22 36:10
37:12,12,15,17,19 38:12
38:13 41:13 49:3 52:21
53:1,3,11,16 54:10,14
55:22 57:21 60:7 70:2,6
70:21,22 71:1,8 74:10
75:18 76:13 78:23 79:15
80:16 83:5,6 85:22 86:6,8
86:21 87:12 88:9,10,12,13
88:14,15,17 92:13 93:3,9
102:14,15,16,18 105:23
106:6,25 109:7 110:10,18
110:19,22 111:3,9,10,11
111:15 112:23 113:7,17
113:25 114:4,6,20,22
115:2,20,23 116:9 117:2,9
117:10,12,13 118:2,8,10
118:10,16 119:1,5,7,15,17
123:25 124:23 131:7,15
131:15,16,25 132:15,22
133:24 134:8 135:10,15
135:16,17 136:12,17
137:4 138:7,13,14 139:1,7
139:13,22 140:19 141:5
141:11,13,16 142:4,7,24
143:4,5,12,19,24 144:13
144:20,21 145:2,13,18
146:2 147:1,6 148:9,13,16

148:19 149:4,17 151:13
151:16,24 152:7,9,15,17
152:18,19,24,25,25 153:2
153:6,15,16 154:2,14
155:13,22,25 156:24
157:2 158:3 159:15,16,19
160:23 162:7 163:22
164:4,8,15,19,20,22,24,25
165:5,24 166:14 167:1
168:16,16,20 169:8,18
170:5,24 172:3,4,9,14,23
173:23 177:4 178:16,17
178:21 179:12,23 181:2
182:21 183:14 184:13,13
184:14,17,17,18,21,22,24
191:2,15 192:1,21,23,25
193:3 194:3,4,9,11,19,24
195:2,6

**numbers** 86:21,23 92:13,19
103:20 107:8,13,14,15
120:6 126:15 149:14,24
150:5 154:5 175:1 179:18
183:4 184:5,9,19

---

**O**

**O** 5:1
**Objection** 23:1
**occasions** 28:25
**October** 13:2,8 17:16 190:7
**odd** 188:3
**odds** 10:10 149:24 189:2
**offered** 63:14 71:24
**offering** 64:15
**offhand** 32:23 37:16 52:16
112:24 125:23
**office** 1:23 19:5,20 27:6
30:23 43:12,13,15 53:5,8
58:18 59:5 111:20 112:14
112:15,17 162:21 176:9
183:11 192:12 193:6,22
193:24
**offset** 75:4 77:8
**Oh** 10:1 17:12 20:13 42:23
54:8 57:12 67:16 76:1
82:20 89:1 115:22 150:23
166:16 174:25 189:10
**okay** 5:24 6:4,14,19 7:1 10:5
15:19 17:12 18:4,5 22:5,6
22:16 25:4 28:9 31:16,21
32:1 33:7 36:12 39:3
40:10 41:14 42:2,9 48:15
51:6,21 52:24 53:12 54:13
54:21 55:15 56:20 58:23
60:5,25 61:5,14 62:12
63:4,15 64:3 65:25 66:2,8
67:22 70:1 76:16,22 83:11
86:2,14 88:14,17 90:15
91:24 92:16 93:24,25 99:3
105:14 109:23,24,24
110:12 112:7 114:13
116:15 117:22 120:7,20
123:5,21,22 124:21 125:1
125:19 128:8,23 129:7,10
129:12,21 130:6 131:9
132:8,18,21 133:20
136:14 137:2,8 144:6,10
144:24 145:5 147:8

152:14,15,16 156:5 159:1
159:14,15 160:20,21
161:3 165:4 166:4,5
169:16 170:12 173:5,10
174:25 175:8 180:16
181:1 183:2,25 184:15
186:11 188:15 189:1,2,25
**old** 19:1 41:7 174:7
**once** 46:16 81:1
**ones** 30:24 32:4 37:10 41:13
100:5 111:12 112:21
113:21 114:8 116:18,24
125:12 143:24 152:4
153:19,20,24 154:18
160:6
**one-month** 15:19
**open** 8:19 11:25 25:20
**operation** 66:5,7
**opposed** 84:10
**orally** 21:13
**order** 33:8 35:16 147:10
160:16 171:22 182:24
183:5 190:14
**ordered** 171:6
**orderly** 33:24
**orders** 10:22
**organizations** 39:24
**organized** 145:8 193:13
**orientation** 102:9,10 162:20
176:20
**overall** 10:21
**overlap** 31:20
**oversee** 64:4,6
**owe** 110:1 122:13,15,16
123:19,20,20 189:13,15
**owed** 190:24
**owes** 123:13
**owned** 41:20 42:21
**owner** 38:6 100:21 165:9
**owns** 42:21 43:24 44:1
182:5

---

**P**

**P** 5:1
**Pablo** 8:1 21:9 25:15 32:15
32:18,19,23,25 33:1,2
38:5,6 43:4 54:18,23
71:19,22 72:3 73:25 76:17
79:17 97:20 98:1 102:6
108:24 109:16 111:23
122:7 123:2,4 124:19
134:3 135:25 136:2,23,25
137:9 140:14,23 143:6
152:13,13 155:4 166:23
166:23 171:18 172:8
173:10 180:22,25 181:23
182:15,22 185:1
**Pablo's** 92:6,9
**Pablo/Jim** 37:20
**pace** 34:19 35:11
**Pacheco** 92:17,20,20,22,23
93:10 94:5,18,25 96:4
99:9,10 104:1,2 147:13,13
147:16 187:1 189:16,17
**Pachecos** 93:8
**Pacheco's** 92:25 99:16 181:8
**package** 38:7 39:7 40:13

192:10
**packet** 24:11
**packing** 66:11
**pagar** 138:15,16
**page** 2:13 3:5 4:5 30:14
35:20 36:9,11 37:11 38:11
43:2,3 53:10,12,15 54:9
54:11 70:6,21,22 71:1,7
79:16 87:12 88:22 92:12
106:6 109:6 116:10,13,13
126:22,23,23,23 128:24
129:14,20 130:2 132:16
132:16 135:11,11 138:6
138:12 145:2,3,9,10,12,15
146:2 147:6 155:23 156:3
164:17,17 166:13 180:21
194:18
**pages** 32:3 41:12,15 69:24
102:15 110:23 115:23
117:2 128:10 142:24
143:5,13,18 144:21,23,25
147:1,2 148:8,15 179:13
197:8
**paid** 11:3,6 12:2 22:25 23:5
23:23 27:2 30:21 40:1
47:16,17,22,23,25 48:4,18
51:10 52:1 54:24 55:4
60:7,22 62:6,15,16 66:3
67:1,3,6,11 68:20 71:20
72:22 73:12 74:11,12,13
74:15,17,19,21 75:7,11
82:7 83:3 97:2 107:21,23
109:4 111:6,19 113:17
116:3,7 121:19 126:9,20
127:3 129:24 132:9
138:19,23 139:2 148:21
149:19 171:7 178:20--
187:13,19 190:19,21
191:1 195:3,7
**Palm** 1:18,23 140:23 196:1
197:3
**Pang** 44:2 45:8 46:11,18
47:22,25 48:6 51:9
**Pantaleon** 180:24
**paper** 21:18 59:22 86:9 87:3
87:5 90:3 134:11 190:24
**papers** 30:20,23 43:19 112:7
114:5 141:10 143:10
146:11 156:14 157:16
192:13,18 194:2
**paperwork** 36:25 43:17
54:23 55:6 56:6 59:8,18
59:21 60:3 64:17 65:6,11
69:17 83:15 85:18 90:12
112:22 122:6 124:18
131:24 135:7 147:22
148:7 192:10 193:16
194:17
**paragraph** 71:7,9,17 74:9
75:17 76:13 78:23 79:15
**part** 8:22 12:22 26:1,3,18
53:17 66:18 71:21 79:16
84:25 99:25 108:6 110:19
117:4 135:8 137:14
171:18
**particular** 28:13,13 37:1
51:8,24 59:10 84:7 86:15

87:2 91:1,22 107:16 108:2
108:9 116:19 138:1
182:24
parties 197:13
party 197:13
passed 15:1,6 191:1
Patel 182:4,20
pay 4:14 11:13,14 12:1
22:10,17,18 31:5 39:8,17
39:22 46:3 47:21 48:20
51:9 54:19,19 60:23,24
62:9,11,13 66:6,22 68:7
68:11 75:3 81:15 82:3,8
82:21,23,24 84:9,11,11,16
84:19 87:6 97:1 98:1
108:11,15 119:20,24
123:2 124:15 127:14,23
128:1,14 131:21,22 135:1
138:20 143:15 145:18
187:16
paycheck 86:13
paying 22:13 47:19 82:6,25
83:1,1 182:16
payment 187:22
payments 124:15 130:4
payroll 3:6,11,13 22:11
23:19 24:1 29:13,15 39:14
40:5 41:11 56:9,11 59:15
59:17,20 61:12 64:17
74:19 84:20,24 85:3 99:16
110:17 114:1 117:5,14,23
118:2,17 129:16 138:25
144:4 151:11 178:10
179:23 194:10
pays 11:4,4,5 48:24 67:2
134:12 137:13 140:11
143:14,16
penalties 73:5
penalty 70:12
people 20:18 25:5 29:15,22
30:9,24,25 31:2,3,11 33:5
33:21,23 34:1,7,19 35:6,8
35:10 36:7,7 38:9 40:18
40:24 41:18 45:14 46:19
48:16,21 49:15,17 50:1,2
50:3,9,19,20,22,24 51:5
52:4,6 55:8,16,21 56:22
56:23 57:6 64:18,21 65:3
65:4 66:13,15,20 72:6,7
72:10,21,23 73:25 74:2
75:3,14 76:21 77:1,9,11
77:22,22 78:1,6,7,13,16
78:20 79:19,25 80:3,19
81:25 82:7,11,14,15 84:9
84:17 85:20 86:12,22 87:3
87:4,7 88:12,18,21 89:7
90:3,8,15 91:4 93:14 94:2
94:8,23 95:11,16 96:19
97:4,4,8,9,14,15,18,19,21
97:22,25 100:2 101:8,17
101:20,24 102:19 104:9
104:23 105:14,16,24
108:16 110:14,15,21
113:14 116:1,7,18,19,24
117:7,18 123:16 134:11
134:13 137:10,18,22
138:2,2,3,4 140:16 141:15

149:25 150:3,4,5,21
152:17 160:9 161:1
163:25 164:5,9,10 165:16
165:17 166:7 167:5 168:7
168:9,19,25 169:1,16
172:14,16 175:2,3,17,21
176:3 177:10 178:13,16
179:21 181:9,11,12,15
182:8,11 183:9 185:12
186:18 190:17,18,20,23
190:23 195:6
peoples 190:21
people's 31:10 37:8
perform 69:16 113:17 188:2
performed 71:24 130:9
period 60:10,18 127:1
periods 31:5
perjury 70:12 73:5
permanent 71:16
permission 122:3
person 35:6 37:1,4 38:17
49:24 50:21 51:14,15
72:10 86:16 88:19 90:7
94:13 98:20 99:22 109:3
114:1 118:11 125:21
126:2 140:20 147:22
157:17 159:10,19 160:24
164:8,10 178:13,17
179:22 181:25 188:23
personal 151:14 187:10,12
187:14
personally 51:13 196:5
personnel 4:17,19
pertain 147:3
pertains 113:18
phone 1:24 7:11 27:5 37:12
37:17,19 51:11 112:1,3,23
113:25 114:4,6,9,22 115:2
139:22 141:11,13 149:24
150:5 166:1,8,8 172:9
192:20,23,25 193:3 194:3
phonetic 141:23
photo 175:24
Photocopies 4:22
Photocopy 4:21
photograph 4:21
phrase 56:20 58:6 84:2,5
107:18
phrases 84:2
physical 43:13
physically 19:16 185:18
pick 8:8 43:18 181:17
192:12
picked 23:24 101:7
piece 33:22
pinpoint 25:17 45:25 62:25
pinpointing 137:11
place 14:25 18:10 23:16
43:21 93:19,21 96:13
171:6 174:3,5,7 183:16
189:3 197:10
placing 10:22
plaintiff 2:2 135:21 136:15
plaintiffs 1:8 53:19 135:24
135:25 136:22,23 137:4
137:25
planning 25:20

plant 17:18 66:3,15 192:8
planted 12:25
Pleasant 193:20
please 5:16 54:17 118:22
119:3 135:20 136:14
plenty 50:18
plus 16:13 180:14
PM 155:3
pocket 51:10 188:14
point 6:23 14:4 35:14 62:22
82:15 130:8,13 180:16,18
pointing 154:15 167:2,3
policy 140:2
Pong 44:2
position 27:15
positions 34:5
possible 6:4,21 144:7
possibly 152:4
post 19:5,20 27:6
posters 4:22
preferred 50:19
prepare 97:11 145:19
present 7:8 82:12 97:15 98:5
123:7
pretty 18:22 44:18 51:8
100:15 102:3 191:25
previous 40:19 45:15 81:10
84:10 98:23 138:5
primarily 188:5
primary 16:12 172:12
prior 9:8 14:9 22:24,24
24:21 39:19 41:2 45:11
49:1 68:9,20 69:1,7,12
76:10 123:12 193:24
private 31:1 116:20
pro 13:20 14:4
probably 9:3 13:24 31:16
32:23,25 33:4 38:17 44:7
85:14 87:25 108:25 109:1
114:14 119:22 125:11,15
127:7 134:6 145:22
150:10 153:20 162:10
164:10,17 170:15 174:12
190:12 192:16,17 194:16
problem 31:22 80:20 117:19
process 57:10 60:5 79:16
80:13 82:18 120:14
158:20
produced 102:20
production 28:22 29:2
88:17 130:9 151:6 159:4
160:9 178:22 184:19,23
Professional 5:4 197:6
property 188:9
provide 11:15 49:6,7 116:1
135:25 136:23
provided 30:17 59:1 83:18
84:17 85:23,24 137:3
142:9 143:1,6 145:7,23
159:25 174:22
provides 84:18 139:17
Public 1:22 5:5 197:22
Public-State 196:13
puppy 96:9
purpose 58:23 169:3
purposes 141:8
put 7:15,16 18:25 23:19

24:15 37:10 46:9 51:11
62:22 74:25 86:23 87:3
88:19 90:2 99:16 106:22
121:10 124:7 145:11
157:19,21 159:24 167:11
168:4 169:20 172:8,13
173:7,10 183:5,6 190:1,12
190:13,22 191:13 193:2
patting 158:20
P-A-T-E-L 182:4
p.m 1:16

──────────────
**Q**

qualifications 99:5
qualified 98:14
quarter 33:7 180:21
quarters 32:5 103:25
question 10:3,3 26:14 31:19
31:24 54:17 61:22 78:1
83:6 98:4 117:8 118:15
122:22 124:6 135:19
136:12 142:13 165:3
189:7 190:15
questions 6:9 14:17 53:6
55:9,12,14,17 58:19 59:2
114:12
quick 90:18
quickly 145:10 147:2 151:13
Quitar 133:11

──────────────
**R**

R 5:1 197:1
raised 6:5
Ramiro 106:11
ran 174:12
rate 54:19 68:6 82:23
119:15,23 125:2 138:20
139:3 145:18
Raul 106:9
reach 141:16
read 7:19 55:16 70:1 71:17
135:19,23 136:12,20
164:25 170:23
reading 73:6 133:15
reads 166:14
ready 14:9 17:13
real 163:15 180:25
really 19:14 58:24 62:25
83:25 97:6 112:24 126:18
130:13 145:7 169:24
180:17,17
reason 7:4 23:8 37:21 83:12
94:12 132:6 141:3 164:5
164:11 191:7 192:11
reasons 28:15 52:2
recall 15:13 18:21 23:15
24:20 31:15 40:15 46:10
46:17 48:5 49:14 53:24
54:2,3 55:3 58:22 63:20
67:11,23 68:19 69:4,11
70:17,20 73:4,19 75:10
76:6 77:12 79:4 83:2,4,9
100:13 101:12 134:7,17
137:24 161:17 167:17
182:6
Receipts 4:9
receive 65:21 119:18

received 65:20 118:11
193:17
recess 29:18 65:16 110:6
138:10 195:11
recognize 52:25 53:13,22
88:3,6 103:1 146:24
148:10 155:20
recollect 49:16 87:24
record 5:17 31:7 65:14 87:8
102:20 151:12 156:19
175:14 188:16 195:9
recorded 121:13
recording 6:18 161:2
records 3:6,11,13 47:23,25
78:5 85:19 144:5 159:20
160:4,18 161:10 176:11
178:10 182:13 187:18
Recross 2:18,20
recruit 64:10 137:15
recruited 138:18
recruitment 135:21 136:15
Redirect 2:17,19
refer 136:9 144:13 172:18
176:23
referencing 171:5
referred 177:6 186:12
referring 18:3 21:5 28:1,8
28:19 35:21 55:24 60:11
66:7 68:17 78:15 81:8
93:23 103:22 119:4 146:7
148:8 152:11 160:11
165:8 172:23 176:6
179:24 181:19 195:1
refers 36:20
reflect 87:18 89:2
reflected 57:25 188:11
reflection 162:8
refuse 98:9
regard 21:2
regarding 116:1
register 55:8
registered 5:4 78:6 197:5
registering 57:11
registration 54:24 56:21,24
57:9 69:18
regular 15:17 149:11
related 90:9 91:7 136:1,24
186:5,6
relationship 92:8
relative 197:13
release 111:25 112:7
relevant 115:11
remember 7:15 13:4 15:5
18:24 20:17 21:17 25:11
25:12 31:9 32:20 37:16
39:3,5 41:7 42:16,17
43:11 46:13 47:19 48:1,2
54:1 56:16,17,18 58:6,7
58:19 59:4 60:16 65:13
66:25 68:22,24 70:19
73:16 74:18 76:20 77:3,15
77:23 92:21 101:22
106:15 107:20 108:22,23
112:11 120:1 122:9,10,14
122:22 128:9 134:19,20
134:20,22 135:4,6,9
138:21 152:2 162:20

181:22 182:4 184:17
191:12
reminds 173:11
Renderos 35:21,23,24 36:1
36:2,3 89:15 161:7 162:3
162:4 185:2,6
rent 46:6,24 47:12 48:13
52:9 81:13 97:1,2
rented 48:19
repairs 187:25
repeat 65:4 124:2
report 100:17 197:7
Reported 1:21
reporter 5:4 6:13,17 31:17
133:13,16 161:21 164:20
197:6,17
represents 13:21 114:11
reproduction 197:16
request 30:18 85:23 119:2
requested 114:8
reserve 46:1,5 77:9
reserving 49:1
reside 7:9 71:9,14
residence 16:2,5 71:16
resident 71:10
resides 141:5
respect 57:22 58:3,6 83:7
response 30:18 52:22 54:22
59:2 62:8 85:23
responses 3:7 52:21
responsibility 84:16
responsible 51:7,15,16,20
51:21 90:11,24 140:9
148:6 161:1
rest 33:25 35:16 75:13 86:23
125:20 132:10 137:14
178:6
restocking 10:17
returned 17:21
review 14:8
reviewed 138:24 143:10
reviewing 70:17 81:22
ride 72:4,19,22 74:2
Ridge 66:3
riding 74:7 101:16
right 6:15 7:2 8:1,17 10:18
11:16 12:6,13 14:20 15:22
17:2,4,21 18:2 22:20
26:14,17,20,25 27:1 29:3
32:2,14 33:12,16 37:11,19
37:21 39:20,21 41:18 43:8
45:4 54:12 57:7 59:18
61:21 70:11 75:20 80:17
81:13 82:24 85:16 87:17
88:11,14 91:18,20 93:18
98:4 104:1,2,3 105:2
106:14,25 107:3,7 109:7
112:5 117:5 118:19
121:21 124:6 125:4,9
127:2,15,19,20 128:7,13
128:15,25 129:25 130:3
131:12,14 135:13 136:11
136:19 137:1 140:19,21
140:22,25 142:4,5 143:9
144:1,16 145:14 146:6,13
146:14 147:10,11,13
154:1,6,9,13 155:2,8,11

157:14 159:11 160:17
162:6,13 164:14,23 165:6
167:1,3 169:9,10,14
170:20,21 171:1,3,8,9
172:12 174:6,23 175:16
180:20 183:23 184:6,25
186:14,25 187:10 189:14
189:18 190:8,15 191:11
192:20,25 193:9 194:3,5
194:21,23
right-hand 30:11 87:15
119:20,21 165:5 170:10
186:21 192:4
rings 27:11
RIO 2:4
road 94:10 120:23 139:23
Roberto 35:21,23 36:2
89:15 101:2,10 161:6,7
162:1,2 185:2
rode 101:2,3,6,6 185:5,8
RODOLFO 2:3
Rodriguez 92:18
role 34:15,18 64:25 135:20
136:14 173:19
room 48:18,19,24 49:6,10
49:12,15,20,24 50:2,3,7,9
50:12,13,18,22,23,25 51:5
51:5,7,14,17 122:25 167:7
167:12,15 168:8 182:7,14
183:8
rooming 151:8
rooms 44:13 45:18 46:1,4,6
46:18,21,22,24,25 47:3,12
47:17 48:13,24 49:1,3,8
49:10,14,21,25 52:9 57:5
76:21 77:7,9 181:22,23
182:9,17,20
Rosa 167:5
rough 77:23 133:8 163:9
roughly 155:23
route 19:13,15,17,19 33:23
83:11 120:21 121:7 124:4
141:4
row 76:9 108:16,17 160:25
95:20 100:1 108:9,12,12
108:18 109:4 159:10,16
161:1
RPR 1:22 196:12 197:21
Rudy 51:6,6 134:20
run 8:22,24 38:12 104:19
108:10 113:19 152:7
runs 63:9,10
rural 19:13,15 141:4
R-E-N-D-E-R-O-S 162:5

──────────
S
────
S 2:5 3:2 4:2 5:1
Saenz 14:6
Safety 4:11
sake 93:22
sakes 176:1
salaried 138:15,16
salaries 37:8 75:14
salary 11:7,8,9,15,17 24:15
32:24 33:3 60:18 71:21
74:11,12,20,22 108:15

125:5 138:15
sale 137:20
Sebastiano 180:22,25
Sebstan 166:23
San 2:9
Sanchez 2:3,15,17,19 5:13
23:10 29:19 30:5 52:19
65:14,18 69:21 72:17 86:4
102:12 110:8 114:24
115:3,18 132:13 133:18
138:8,11 144:18 146:20
151:22 155:16 161:25
163:20 164:21 168:11
174:19 179:10 183:20
186:8 191:19 195:9
sandwich 102:24
saw 42:16 49:20 91:22 96:12
115:9 134:10,16,17,19,21
134:22,23 135:5,5,8 148:1
153:7
saying 25:20 58:21 62:3
69:1 72:18,24 73:6,7,11
74:5 80:24 90:5 99:21
105:7 108:11 110:2 115:5
118:8 119:17 142:22
147:21 157:7 166:5
189:14
says 51:6 53:18 57:22 70:3
70:12 71:8,9 72:4 74:10
76:17 77:18 78:24 79:16
83:7,25 86:16 88:13,13
96:10 103:2 104:13 105:3
105:4 108:20 116:9
119:15 120:11 124:1
128:5 131:9 133:9 136:8
138:14 139:17,21,23
142:5,17,20 146:3,4,9
154:2,8,15 158:4,24
166:11 167:2 168:20,25
171:2,8 179:21 185:1
186:16 189:1,16,21
194:11,19,21
scattered 182:19
school 13:12,13
screen 98:14
screening 98:17
se 13:20 14:4
season 11:5 21:10 28:17
53:6 54:25 57:18 60:8,10
60:12 63:4,6,9,10,10 64:5
65:23 68:10 69:16 74:23
75:5,8,12 113:19 125:15
126:5 140:6 149:21
184:17 187:13
seasonal 8:10,20 62:20
63:16 71:18
seasons 28:16 66:8
second 6:11 38:11,18 43:2,3
54:9 57:7 74:9 88:22
92:17 106:6 108:13,23
110:23 111:4 128:24
129:14 132:16 135:11
138:8 145:1 176:13
section 179:4,5
sections 28:23
Security 32:10,22 38:18
55:22 57:15 125:19

127:16 148:1 179:18,23
183:4
see 5:21 6:2 9:20 15:25
16:18,23 22:14 24:14
26:11 29:2 30:12,16,21
31:9 32:6,17 33:9 34:10
35:13 37:13 38:20 41:25
42:18 43:5 44:11 49:6
53:16 55:1 58:1 64:10
65:3,22 66:8 67:1 71:3
72:5,16,21,23 73:6,17
74:1,25,25 75:5 76:1 80:6
80:25 84:15 85:4,5,11
86:15,20,20 88:11 89:7,16
89:20 90:13 91:6,21,21
92:25 94:4,6,8,16 95:6,17
96:1,11 97:8 98:3,14
99:21,24 102:6 103:9
104:12,12,13 105:7
106:21,22 108:4,6,7,10
109:16 111:8,23 116:15
116:16 117:7 118:3,6,12
119:11,12,20 120:2 121:9
125:12 126:4,13,21,22,24
127:11 128:3,5,19,21,22
129:1,2,13,16,18,19 130:6
130:12,17,17,18 131:11
131:17,21 132:11 134:3
134:11,13 135:16 136:8
136:25 137:15,23 139:12
140:8 142:25 146:10
147:4,19,25 150:5 152:7
152:21 153:8,8,19,21
156:13,22 159:19,25
160:10,14 161:11 163:15
164:12 165:10,16 166:5
166:18 168:18 169:2,17
169:18 170:1,2,13,20,21
175:13,16 177:14 178:3
178:18 180:17,24 183:10
184:5,19 185:22 186:19
189:10 190:2,20,22
193:12 194:19,20
seed 41:16 133:22
Seeds 18:1,4,11 19:2,2 21:5
22:17,18 27:12 41:20 56:5
71:19 114:11 139:23
seeing 134:8,20 135:6
seen 20:3 59:8,8 114:3
148:12,16 151:17,24
153:5 160:11 183:15
sees 38:7
selected 24:2,6
self 60:3
sell 8:7
selling 137:19
semillas 133:12
send 39:1,7 40:13 60:2
74:19 116:5 119:2 125:19
125:20,21 126:2 132:5,7
134:1,1 141:5 156:11
193:11
sending 125:16,17
sends 111:13
sense 83:24
sent 24:11 38:22,24 57:20
59:1,6 111:17 114:5

128:20 129:15 132:3
134:5,5 184:1 185:1
193:15,16,18 194:16
sentence 57:22 58:9,24 74:9
75:17 76:14 83:7
separate 49:23 127:9 150:14
150:16 173:1
September 13:2,8 17:15
66:3,10
sequence 35:9
series 61:16,23
serves 86:10
service 49:7 194:19
Services 1:23
set 37:5 38:16 53:20 98:20
140:4 144:3,4,8,12 159:20
160:4 197:10,11
settle 48:8 121:23 124:19
seventeen 177:2,4
shake 6:12
shame 110:5
share 177:13 179:7
sheds 66:11
sheet 74:19 93:9 191:16
sheriff 20:22,23,24,25 21:1
21:8,16,23 22:3,8 23:12
23:16 24:21 25:10 26:7
29:24 37:22 40:24 56:16
79:14 139:22 152:12
162:25,25 163:7
short 11:11 29:18 94:14
110:6 137:10,18,23
138:10
shorter 64:8 163:14
shorthand 197:8
show 31:1 77:5,9 78:2 80:10
80:17,20 81:15 85:24 90:3
94:14,24 97:4,14 110:13
111:8 118:1,5 121:3 122:2
122:15 123:25 126:24
129:9 133:1,2 145:17
148:1,2 153:21 154:22
165:1 168:17 170:2,12
175:14 187:18 188:17
189:8
showed 76:18 77:20,24 81:4
81:7 96:23 99:12 101:16
101:17 111:18
showered 167:8
showing 38:17 94:7 96:20
116:6 121:21,24 138:16
166:3,3 183:9
shows 32:12,15 33:11 78:16
113:22 117:5,7 134:14
164:9 170:17 172:2
shysters 68:6
sic 76:14 164:15
side 87:13,15 119:21 120:5
120:18 145:19 165:6
170:10,22 184:25 186:17
186:21,22
sign 55:10,11,12 56:9 87:3,4
88:14 89:11 90:16,17,19
103:7 104:14 166:20,24
signature 53:13 54:7,7,8
70:7,9,11 87:10 88:25
90:22,22 94:14 166:20

187:7 189:11,17
signatures 94:13 105:23
106:1
signed 53:25 54:4,5 77:17
86:20 88:18 89:7,20 90:3
90:20 102:21 123:16
124:5 186:20
signing 53:24 54:3 70:17
73:4 86:24 94:15 183:1
signs 18:25 19:1 41:7,24
42:10,13,15,19
silos 66:11
similar 12:12,18 111:14
148:19 152:1 153:6,11
simple 38:1 95:25
simplify 85:12
single 31:3 167:23
sir 6:7,10,15 7:3,18 9:2,12
9:14,17 10:15 11:2,16
12:3,9,17,19 14:3,5,10,11
15:5,9,22,24 16:4,6,14
17:23 18:2 21:6,14,25
22:4,20 23:14 24:6,18
26:20 27:1,15,18,21 29:9
30:13 32:9,11,14,17 33:2
33:10,12,16 35:25 37:14
40:16 41:18 42:23 43:23
44:7,23 46:13 47:2,14
49:16 53:2,14,21 55:2
56:1 58:2 59:19 60:9 62:7
67:5,8,13,20 68:2 69:8,9
69:14 70:5,14,23,25 71:6
71:16 73:18 74:16 79:3
81:19 82:16 83:4 84:15
85:21 86:7 87:14 88:5,7
88:23 89:1 91:12 98:12
99:8,19 100:15 102:17
104:6,21,22 107:25 109:9
109:16 110:20,24 111:12
112:13,24 116:11 120:17
123:3 124:18 125:23
126:4 127:17 131:23
133:13,23,25 139:5,16,20
139:25 140:16 143:3,9
144:2 145:22 146:1,6
147:5 148:3,10,14,17,25
149:2,5 151:20 153:2
154:6,16 155:14,21
156:18 157:23 158:15
164:3 165:1 166:11
168:22 169:11 170:9
172:21 176:7,16 177:19
178:23 180:1 181:6,13
182:23 183:23 184:4,8,11
185:10,18 186:3,6,24
187:2,6,8,10,14,17 191:17
191:22 192:6,24 194:5,13
sister 91:9,16 92:6
sisters 168:1,1
sister's 91:11
site 78:25 79:1 80:10,17
sitting 158:21
situation 23:13 96:3 116:19
six 41:5 129:23 148:8
167:20 177:1
sixth 145:1
sixty 76:19 77:18 78:8

Sixty-three 180:9,10
skilled 95:7,10,24 96:1
skills 95:23 99:10,11
slacking 9:6
sleep 50:16,21
slew 138:25
slow 11:18
small 31:12
soap 49:7
Social 32:10,22 38:18 55:22
57:15 125:19 127:16
148:1 179:18,23 183:4
sold 11:20
solely 99:1
somebody 7:23 22:11 24:1,5
24:17 28:23,24 37:23
39:13 40:2,4 49:22 51:7
51:11 58:8 63:14 64:11
82:8 87:21 89:7,8,24 90:2
90:7,23 97:24 98:10
108:10,18 109:3 112:2
123:10 136:4 137:7,19,20
140:11 153:14 166:20,23
178:24
son 5:21,23 32:21 92:22,25
93:11,12,12 94:5,12,16,18
94:24 96:7,10,11 99:10,13
99:16 104:4 105:7 181:8
sorry 28:18 31:21 35:1 51:2
85:6 134:20 136:7 141:18
165:2 170:12 180:7
sort 10:16 12:11 28:20
36:15 42:3 66:13 88:9
116:23 145:4 148:7 176:6
sorting 17:18 29:8 66:16,21
67:7
sorts 188:3
sounds 96:4
source 54:19
South 76:19 140:23
SOUTHERN 1:3
Spanish 7:17,20,22,24 20:1
20:2,2,4,15,16,18 21:24
22:1 35:17 112:8,9,10,14
132:16 133:14,17,19
138:14 139:13
speak 6:16,21 7:17 19:21,23
20:2,4,15,16,18 22:1
112:2,8 133:13 150:21
speaking 9:22 80:9
speaks 21:23 45:22 112:13
specific 68:25 69:14 73:17
87:1 119:1 122:23
specifically 32:5 54:1,2
spell 35:18
spend 158:13
spends 16:8,8,10,13
spent 16:16 173:11
spiral 149:22
spoke 21:21 112:10,12
193:4,9,10
spoken 151:1
spread 101:18 137:9,16
spreading 137:17,24
spreadsheet 3:14
square 107:1
stand 5:20 170:14 171:10,12

180:23
stands 36:13 152:25 190:9
star 191:3,6,8,12
stars 191:9
start 9:6 25:5 27:8 51:19
  73:10 102:6,7 133:6,7
  145:12 159:3 162:14
  163:4,5,11,11
started 18:16 162:22,24
  177:8
starting 153:16 163:8
state 1:22 5:5,16 54:17
  127:21 196:1 197:3,6,22
stated 22:2 23:11 39:18
  76:20
statement 55:3 58:22 70:12
  72:1 73:4 79:4 128:19
states 1:2 54:17 174:17
stay 8:14 15:25 17:5 26:12
  31:10 33:21,22 44:14,17
  45:9 48:23 49:21 50:11
  52:10 93:21 131:2,17
  133:4 176:21
stayed 17:22 38:1 44:4,7,9
  44:12,20,21,24 45:2,6,12
  93:19
staying 38:9 43:21 93:17
  94:2 181:16,21,23 193:19
  194:1
stays 17:8 33:24 66:19 84:25
  171:20 185:23
stem 66:19
stenotype 197:8
step 126:9
steps 80:8,11,12 108:19
sterile 154:21
Stevens 27:20,21 29:24
stop 6:24
store 8:3,5,6,13,19 9:9,19,24
  10:6,14,18,22 11:5,21
  12:11,14 19:6,7 25:21
  92:9
story 82:3
straight 21:22 66:2
street 19:8 43:6,10 71:10
  140:24 183:18 192:5
structure 22:21
structures 39:17 41:11
stub 4:14 38:19
stuff 8:8 11:20 12:25 29:16
  51:8 86:1 98:18 115:12
  149:23 156:13 160:10
  170:6 176:6 193:11
style 95:12
submit 56:11
submitted 56:15
suggest 116:12
suggested 115:4
Suite 1:17 2:9
summary 159:6
summer 28:17 43:20 71:25
  96:5
Sundays 11:24
supervisor 20:9 178:24
Supplemental 53:19
supplied 115:24 160:7,12
supplies 8:9 10:22

supply 118:13
supposed 6:8 126:17 176:13
sure 7:18 9:14 20:23 21:22
  34:18 42:25 44:19 49:5
  63:23 76:11 80:8 83:22
  86:2 100:15 108:19 119:6
  122:20 123:8 131:17,18
  139:3,5 148:10 159:22
  191:10,25
surprised 37:25
surgnero 35:2,6,18 50:6,11
  100:5 157:17
swim 96:9
switch 85:17
swore 6:5
sworn 5:10 196:6 197:7
system 23:7 29:1 110:3
  184:14

T
T 3:2 4:2 197:1,1
tab 28:24 130:10
tablet 103:14,17
tabs 87:10 109:25
tabulation 159:14
tabulations 4:6
take 6:13,23 34:4 36:6 47:5
  48:17,22 49:2 51:13,23
  55:21 64:20 66:18 80:2,8
  80:11,12,23 94:11 96:7,10
  118:1 120:8,8 122:7,13
  123:3,4 124:20,20 130:20
  133:16 161:11 163:14
  167:9 179:22 188:14
taken 5:3 29:18 31:3,4,23
  65:16 66:11 108:19 110:6
  138:10 195:11 197:10
takes 8:18 38:1 56:23 75:6
  159:16
talk 61:13 64:22 71:23 72:6
  72:8,24 74:6 85:14 96:3
  97:19 137:6
talked 25:12 26:4 29:23
  53:6 59:23 100:21 104:4
  112:6 123:4 124:11
  136:11 139:1 151:18
  193:15
talking 20:3 29:21 35:5 58:8
  58:12 64:25 65:22,24 72:7
  73:23 75:20 78:17 81:20
  81:23,24 95:13,13 98:25
  99:1 101:9 130:1 134:15
  150:3
talks 72:6 80:13 96:16 98:23
  143:1
tape 6:19 138:9
tasks 10:16
tassel 133:10
tasseling 133:11
tax 38:18
taxes 127:16,18,21
TC4101 152:24
teach 94:22
teaching 96:9
team 178:3
telephone 21:14 103:20
  141:14

tell 6:6 10:2 16:16 20:19
  24:25 25:19 30:6 36:5
  39:7 40:12 52:12 57:12
  59:10 60:1 62:17 64:14,23
  69:24 70:2 73:14 77:7
  82:23,25 92:15 93:8 97:6
  98:1 99:22,23 100:8
  105:13,22,23 106:5
  109:21 115:9 124:17
  132:19,22 137:19,19
  145:9,10 147:2 152:14
  153:3,12,16 155:25 156:5
  156:14 157:1,2 158:8
  160:15 163:4 166:4
  174:25 181:25 184:15
  191:11
telling 63:20 83:2 129:13
  134:12 175:20
tells 73:22,24 74:3,4 82:2,3
  97:22 105:10 134:13
  143:14 156:16 157:9
  158:15,16,25 159:7
ten 155:17 190:9
tendered 188:11,17
Teo 141:23
TERESA 1:22 5:3 196:12
  197:5,21
terminology 67:22
terms 27:13 46:18 84:21
  99:4
testified 5:11 97:3,13
testify 197:7
testifying 77:12 114:12
testimony 6:14 7:6 56:2
Texas 1:3 2:4,5,5,9 7:9,10
  7:12 9:1,13 10:11 14:24
  16:8,11,19,21,24 17:3,5
  17:10,13 19:12 22:8 24:21
  25:7,9 26:22 61:7 64:15
  64:25 71:10,11,23 72:19
  73:15 76:19 78:24 80:9
  81:18,21 82:13,19 83:3
  91:16 96:16 101:1 102:22
  106:22 109:8,12,19,23
  113:2,9 121:8 134:17
  135:3,6 137:16 140:24
  141:2 151:1 168:24 169:3
  169:10,17,18 170:1,3,4,6
  174:7 175:13,15 178:20
  180:10,15 187:21 188:6
They'd 163:17
thing 8:9 31:17 37:5,10 58:8
  61:19 62:11 64:7,9 72:9
  85:10 90:18 97:12 116:21
  116:22,22 125:25 126:24
  137:5,6,21 169:18 172:12
  189:5
things 6:2 10:23 21:10 31:23
  33:13 39:24 49:2 51:13
  85:10 113:24 180:24
  187:21 188:22
think 6:22 7:4,14,22 12:19
  13:5,6 14:18,23,25 15:15
  15:21 16:21 17:19 18:15
  18:19,25 19:5,22 21:1
  22:9 23:8,18,21 24:23,23
  25:11,13,14,24,25 27:11

27:24 28:15 29:20 30:20
  30:22 31:4,24 33:3,18
  34:25 36:2,14 37:16 39:22
  40:23 42:2 43:12 44:2,4
  44:11,18 45:11,12,16 49:5
  50:5 53:4,7 62:22 65:25
  66:1,25 68:12 82:5 85:14
  86:9,10 91:8,18,19,19
  92:16,18,22 94:4,11 96:24
  97:17 101:4,4,6,7 106:14
  108:25 109:5,10 110:12
  110:15 111:4 112:10,20
  113:20 115:9,9,21 116:5
  119:21 123:8 125:11
  128:8 134:9 135:5 140:5,6
  140:10 141:18,25 143:20
  144:8,14 146:18,19 147:4
  147:5 156:16 161:3,4
  169:24 174:5 177:8 179:1
  181:13,14,15,20,20 182:3
  183:25 185:23 189:20,25
  193:15
thinking 28:14 37:3 83:21
  161:5
third 6:16 71:17 74:9 75:17
  83:7 145:1 180:21
thirty 63:1 76:18
THOMPSON 2:8
thought 21:20 31:1 97:3
  99:25 123:15 180:8
thousand 28:12 187:9
  188:14,19,25
three 8:18,23 16:11 19:18
  28:15 32:5 49:10,13 50:1
  50:8 60:17 63:7,10,17,21
  64:12 71:20 75:19,21 76:4
  76:5,11 101:21,23 103:25
  106:7 116:10 126:23
  129:22 138:14 170:1
  177:1 190:5
throw 96:8
till 9:5 16:19 31:19 130:9
time 6:23 8:14 13:1 16:1,7,8
  16:9 18:7,10,14 21:17
  22:22 23:4 24:23 25:12
  26:3,5 28:13,13 31:5,12
  31:13 35:12 37:23 38:2
  39:25 40:1,25 43:16 48:22
  51:25 53:4 57:3 60:10,15
  62:19,20,24 63:2 67:1
  74:15 75:15 80:24 86:10
  87:6 89:25 91:24 96:12,20
  98:21 102:1 108:5,13
  112:2 124:17 133:4 134:7
  134:21,22 141:5 158:13
  163:14 173:15 174:10
  182:18 192:10,16 193:12
  197:10
times 59:16 67:12,23 68:2
  116:16 126:7 145:18
  175:9
Time 123:8 161:4,5,16
title 35:17 54:18,23 55:5
  173:6
today 7:6 14:9 48:16 108:25
  148:13 151:17 157:24,25
  158:16 159:1