# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso; Melaquiades Rodriguez;<br>Rogelio Sanchez; Santos Martinez, as next<br>Friend of G.M.; Hugo Martinez;<br>Jose Aguilon; and Higinio Sanchez-Ramos, | §<br>§<br>§<br>§<br>§ | Civil Action No. B-04-005 |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | |
| Agrigenetics, Inc., d/b/a Mycogen Seeds;<br>Pablo Martinez; and Eugene Martell, | §<br>§<br>§ | Jury Trial Requested |
| Defendants. | §<br>§ | |

## ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST PRO SE DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL AND MOTION TO SET AMOUNT OF RULE 37(a)(4)(A) ATTORNEYS' FEES

This action is before the Court on Plaintiffs' Motion for Sanctions Against Pro Se

Defendants Pablo Martinez and Eugene Martell and Motion to Set Amount of Rule 37(a)(4)(A)

Attorneys' Fees in the above-entitled and numbered cause. The Court, having considered the

motions and the pleadings on file, finds that the motions should be DENIED. It is therefore

ORDERED that Plaintiffs' Motion for Sanctions Against Pro Se Defendants Pablo

Martinez and Eugene Martell and Motion to Set Amount of Rule 37(a)(4)(A) Attorneys' Fees be

DENIED.

SIGNED this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE