UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next friend of G.M., Hugo Martinez, Jose Aguilon and Higinio Sanchez- Ramos, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. B-04-005 |
| vs. | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell, | § § § | |
| Defendants. | § | |

## JOINDER OF PABLO MARTINEZ AND EUGENE MARTELL IN DEFENDANT MYCOGEN SEEDS' OPPOSITION TO PLAINTIFFS' REQUEST FOR SANCTIONS AND ATTORNEYS' FEES

Pro Se Defendants Pablo Martinez and Eugene Martell file this their joinder in Defendant Mycogen Seeds' Opposition to Plaintiffs' Motion for Sanctions and Attorneys' Fees.

Respectfully submitted,

*[signature]*
Pablo Martinez, Defendant
c/o County Store
1800 East Canal Street
Belle Glade, Florida 33430

*[signature]*
Eugene Martell, Defendant
620 N. Nevada
Weslaco, Texas 78596

## CERTIFICATE OF SERVICE

    I hereby certify that on January 20, 2005, a true and correct copy of the foregoing document was served by certified United States mail to the following:

Nathaniel Norton
Texas Rio Grande Legal Aid, Inc.
300 South Texas
Weslaco, Texas 78596.

Frank L. Hill
Thompson & Knight LLP
98 San Jacinto, Suite 1900
Austin, Texas 78701

                                               Pablo Martinez