1

2                 UNITED STATES DISTRICT COURT

3                 SOUTHERN DISTRICT OF TEXAS

4                    BROWNSVILLE DIVISION

5

                  Civil Action No. B-04-005

6

7    Armando Alonso, et al.,

8              Plaintiffs,

9    -vs-

10   Agrigenetics, Inc., et al.

11             Defendants.

_____

12

13       VIDEOTAPED DEPOSITION OF PABLO MARTINEZ

14

15            Tuesday, December 21, 2004

                  9:06 - 6:11 p.m.

16

17        515 N. Flagler Drive, Suite 200-P

            West Palm Beach, Florida 33401

18

19

20                                      **COPY**

21   Reported By:

     TERESA WHALEN, RPR

22   Notary Public, State of Florida

     Esquire Deposition Services

23   West Palm Beach Office  Job # 692170

     Phone:    800.330.6952

24             561.659.4155

25

**EXHIBIT**

A

_____

Page 8

1    basis?

2         A.    When I finish job with the company here,

3    which is May, I go there for two or three months.

4         Q.    So probably for the months of May, June, and

5    part of July?

6         A.    May I finish my job here, I stay here one or

7    two weeks, like fixing up the machinery that the

8    company ask me to do, and then I go.

9         Q.    Do you consider yourself to be a resident of

10   Texas or Florida, or some other states?

11        A.    Well, because I spend most of my time and

12   work here because the company is here, but I consider

13   my home Texas.

14        Q.    Are you building another house in Texas?

15        A.    Yes.  Built, I finished it.

16        Q.    So you have two houses in Texas?

17        A.    I have a little house, small house where I

18   used to live, and the new -- the bigger house, the one

19   I built.

20        Q.    And then you have a house here in Florida?

21        A.    (Witness shook head from side to side.)  I

22   live in the company property.

23        Q.    Do you run a business called The Company

24   Store here in Florida?

25        A.    Yes.

Page 9

1          Q.    Is that store -- do you own that building, or

2   is it on company property?

3          A.    No.  I rent it.  The company doesn't have

4   anything to do with it.

5          Q.    So you don't rent it from the company?

6          A.    No.

7          Q.    Do you live in that same building where the

8   store is at?

9          A.    I have the trailer with the company, the

10  company has a trailer where I live.  But I have worked

11  so much that I sometimes have an apartment above the

12  store to sleep.

13         Q.    And the store and the apartment, that's 1800

14  Canal Street, correct?

15         A.    Correct.

16         Q.    And the trailer, is that at that same

17  address, or is it some other address?

18         A.    No.  That's like three or four miles away.

19         Q.    Do you know the address for the trailer?

20         A.    Duda Road, D-U-D-A Road.

21         Q.    And that's for your employment with Duda

22  Onions, or Duda Farms?

23         A.    Duda is the name of the company, right.  I

24  have it here.  I got thirty years working with the

25  company.  Would you like to check my records?

1          Q.    Mr. Martinez, you handed me a card that has

2     your picture on it, and it says A. Duda and Sons, Inc.,

3     and it has your name, Pablo Martinez, and it has a

4     Social Security number of 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, and it says --

5     is that your Social Security number?

6          A.    The one that's there?

7          Q.    Yes.  The one I just read.

8          A.    Yes.

9          Q.    And it says department, celery field.

10         A.    Uh-huh.

11         Q.    What is this card used for?

12         A.    When you get to the people for the payroll,

13    everybody has to show their card, that is the property

14    of the company.

15         Q.    What do you do for Duda and Sons?

16         A.    Right now I'm like a supervisor that checks

17    all the jobs -- and the fields.  (In English).

18         Q.    This is seasonal-type employment, right?

19         A.    Of the season, yes.

20              THE INTERPRETER:  The interpreter makes a

21         clarification.  When I say seasonal, he uses a

22         different word, "temporada" instead of "estacion,"

23         so it's seasonal.

24    BY MR. SANCHEZ:

25         Q.    You've had this seasonal employment for

1    thirty years?

2        A.    Thirty years, yes.

3        Q.    What's your seasonal work schedule?

4        A.    5:30 in the morning, and there is no time in

5    the afternoon.  It could be eight o'clock at night,

6    nine, five o'clock in the afternoon.

7        Q.    What I meant by the season is what months out

8    of the year do you work with A. Duda and Sons?

9        A.    This job, this year they gave me from

10   September to May; my responsibility is the lettuce

11   department.

12       Q.    From the beginning of September until the end

13   of May, or --

14       A.    May 10th.

15       Q.    Has it always been like that for the last

16   thirty years, or have you had a different monthly sort

17   of work schedule?

18       A.    Thirty years ago I started with the little

19   plants, cleaning it up, then I made an effort and kept

20   going to where I am now.

21       Q.    But this period of employment you expect it

22   to go from September 2004 to May 2005, correct?

23       A.    Correct.

24       Q.    And what is your period of employment with

25   Duda?

1    And if it's a hundred rows, then you divide that money

2    in a hundred rows, and that's how you know what you pay

3    the people.

4         Q.    So in 2002 was it Ms. Flores' job to keep

5    track of the rows done by each person?

6              THE INTERPRETER:  Could you repeat for me,

7         the interpreter?

8    BY MR. SANCHEZ:

9         Q.    Was it her responsibility to keep track of

10   the rows detasseled by each person for the year 2002?

11        A.    I don't remember that's the year that I

12   started training the person for that.

13        Q.    So your answer is you don't know if

14   Ms. Flores performed that job in 2002; is that your

15   answer?

16        A.    The answer is that she could have been there,

17   but I have to be there to train her, so she couldn't be

18   earning the same that she's earning this year.

19        Q.    So in 2002 were you partly responsible for

20   keeping track of the rows that each person detasseled?

21        A.    Yes.

22        Q.    Did either you or Ms. Flores keep records of

23   the amount of work done by each person?

24        A.    Correct.  Because those records have been

25   kept.

Page 34

1       Q.    And I'm talking specifically about 2002

2    detasseling.   Yes?

3       A.    Yes.

4       Q.    Do you have those records?

5       A.    I have all of them at home, I have all the

6    records.

7       Q.    What do you refer to those records as?

8       A.    I call them simply -- I don't have any

9    problem with the people that have been working with me,

10   I keep them because of some day something like you say

11   Pablo, I have a contract for you, and then I'm not

12   going to remember, so I go to the records and I say,

13   okay, I'm going to charge you so much an acre.

14      Q.    What do you call those records?

15      A.    What do you call them?

16      Q.    Let me ask it to you this way.  If I wanted

17   to ask you to give me those records, what would I ask

18   you to give me so that you would understand that I'm

19   talking about the 2002 records that you just described?

20      A.    My records, the records of 2002.

21      Q.    Okay.  Are those records at your home here in

22   Florida or your home in Texas?

23      A.    I don't know if they're in Florida or in

24   Texas, because you know that I go around and I have to

25   get them all together.  I think I have them in Texas.

Page 35

1          Q.    Do you have records like --

2          A.    I have been robbed at my home in Texas, I

3    have been robbed here.

4          Q.    As best you know, has anybody stolen your

5    records, your records from 2002?

6          A.    I haven't really checked, truthfully.

7          Q.    So you know you created records like this and

8    you stored them somewhere?

9          A.    Yes.  I know there are records, because there

10   is records for everything, you cannot work without

11   records.

12         Q.    What other records did you keep for the 2002

13   detasseling?

14         A.    The records of the people, I have it, and

15   then the company that makes the checks for me also has

16   it.  Because I have a company that does the checks for

17   me.  So if someone says Pablo, give me information

18   about 2002, I say go to the company, the check company.

19               MR. HILL:  Can we take a break?

20               (Thereupon, a short recess was taken.)

21   BY MR. SANCHEZ:

22         Q.    Can you tell me who a gentleman by the name

23   of Roberto Renderos is?

24         A.    Who he is, what he is, or what is -- what do

25   you mean?

1    me -- advanced me like fifteen years later.

2         Q.   When you were a young man working in the

3    fields, how many hours a day did you work?

4         A.   From six o'clock -- well, from six o'clock in

5    the morning until five or six.  Plus at night I used to

6    go work stocking the trailers.  If you look at one of

7    my checks when I started, I earned $800, which nobody

8    earned that, whoever worked in the field at that time,

9    no.

10        Q.   How many hours total a week would you work?

11        A.   A week, seventy hours, average.

12        Q.   And you're harvesting lettuce today, are you

13   not?

14        A.   The company gave me the opportunity now to

15   take care of all the lettuce department, which it's

16   millions what they're dealing with, and they give me

17   some.

18        Q.   So yesterday when you were working in the

19   fields, what time in the morning did you get up and

20   what time in the morning did you quit?

21        A.   I start, I get up at 4:30 in the morning, at

22   5:00 I go to work, check the fields.  I check the

23   trucks, everything is running.  At 7:00 people arrive.

24   There are six buses with people, and each have their

25   own foremen.  Then I send them to the different areas

1    where the job, the work is needed.

2         Q.    Are you working as a farm labor contractor

3    now?

4         A.    No.  I'm just an employee, employee of the

5    company.

6         Q.    What time do you usually quit?

7         A.    Regularly, right now the way it is, I don't

8    know, six o'clock in the afternoon.

9         Q.    And have you worked in the fields all your

10   life?

11        A.    With the company, I have thirty-one years

12   with the company.

13             MR. HILL:  I mean, from the age of sixteen to

14             the age Mr. Martinez is today, has he worked in

15             the fields?

16             THE WITNESS:  At fourteen years old I came

17             from Mexico, I worked in Texas for two years in

18             the fields.  At fourteen years old I came to

19             Texas, I started to work in the fields, and at

20             sixteen I came to Florida.  That's when I started

21             to work at the company where I'm at.

22   BY MR. HILL:

23        Q.    So you have worked how many years in the

24   fields?

25        A.    Thirty-five years.