```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF TEXAS
 4                 BROWNSVILLE DIVISION
 5
                Civil Action No. B-04-005
 6
 7    Armando Alonso, et al.,
 8              Plaintiffs,
 9    -vs-
10    Agrigenetics, Inc., et al.
11              Defendants.

12
13     VIDEOTAPED DEPOSITION OF EUGENE MARTELL
14                    VOLUME I
15
              Monday, December 20, 2004
16                 9:20 - 5:56 p.m.
17
          515 N. Flagler Drive, Suite 200-P
18           West Palm Beach, Florida 33401
19
20
21
      Reported By:
22    TERESA WHALEN, RPR
      Notary Public, State of Florida
23    Esquire Deposition Services
      West Palm Beach Office Job # 692164-A
24    Phone:    800.330.6952
                561.659.4155
25
```

COPY

EXHIBIT C

1    remember specifically this one.
2        Q.    Do you recall -- you don't specifically
3    recall signing this document?
4        A.    Like I said, I've signed several, so I don't
5    know which is this one, we signed so many of them.  I
6    don't know which is which.
7        Q.    Does that signature look like your signature?
8        A.    Oh, no.  That is my signature, yes.
9        Q.    Can you look at the second page of
10    Exhibit Number 2?
11        A.    Page two?
12        Q.    Right.
13        A.    Okay.
14        Q.    Towards the top it has interrogatory number
15    two?
16        A.    Yes.
17        Q.    The question states:  "Please state your 2002
18    job title with Agrigenetics and Pablo Martinez and
19    describe the duties, rate of pay, and source of pay
20    that accompanied the job(s)."
21        A.    Okay.
22        Q.    Your response is:  "I worked for
23    Pablo Martinez and had no job title.  I did paperwork
24    and helped him with registration.  I was paid
25    approximately 2,000 for the 2002 season."

```
 1             Do you see that?
 2      A.     Yes, sir.
 3      Q.     Do you recall making that statement?
 4      A.     Yeah.  That is what I got paid.  I don't have
 5 a title, I just work for Mr. Martinez.
 6      Q.     What paperwork did you do in 2002?
 7      A.     Well, when we arrived over there in Iowa, we
 8 have to register the people there, so that's what I was
 9 doing.  They come, you ask them the questions on the
10 forms, and then they sign the forms.
11      Q.     Now, when you say they sign -- you ask them
12 the questions and they sign the forms?
13      A.     Yes.
14      Q.     What questions are you asking them?
15      A.     Okay.  If I'm filling out an application and
16 some of the people don't know how to read and write
17 English, you have to ask them the questions.
18      Q.     So Mr. Martinez had applications for workers
19 in 2002?
20      A.     Up there, yes.  We have to turn that in to
21 the company, all the people working, we have to take
22 the Social Security number down, all the information,
23 like an application for work.
24      Q.     By "the company," you're referring to
25 Mycogen?
```

Page 56

1    A.    Yes, sir.
2    Q.    So in 2002, it's your testimony that these
3    workers are filling out Mycogen applications?
4    A.    Well, the applications were for the company,
5    for Mycogen Seeds.
6    Q.    What other paperwork did you help out with in
7    2002?
8    A.    Well, we have to do the forms for the
9    deductions for the payroll, they have to sign how many
10   dependents they have and what the withholding will be,
11   because all of that I have to submit to the payroll
12   company.
13   Q.    Did Mr. Martinez keep copies of any of these
14   documents that the workers were filling out in 2002?
15   A.    Well, I know we submitted them to
16   Mr. Sheriff, and I don't remember, honestly I don't
17   remember if we have copies.  That was the first year I
18   did this, so I don't remember if we have copies of that
19   or we got copies back, the first year.
20   Q.    Okay.  Now, when you used the phrase "helped
21   him with registration," what do you mean by that?
22   A.    Well, there's lots of people, and to expedite
23   matters, it takes two people to do it.
24   Q.    And this registration, this was when the
25   workers arrived at the Heidelburg Motel?

1        A.    Yes.

2        Q.    Did all the workers arrive at about the same
3    time?

4        A.    No. No. Because that's why I said we needed
5    more rooms, because some arrived later. I don't know
6    the exact amount of people that arrived the first day
7    and the second. Some were right behind the others as
8    far as a couple of hours.

9        Q.    When you helped with this registration
10   process, did you also explain to the folks you were
11   registering?

12       A.    Oh, yes. They understand. We tell them this
13   is the form that the company needs, because to work
14   it's like anywhere, they have to have your information,
15   Social Security, all the information, your dependents,
16   whatever, we need their address. And I explained to
17   them I need the address to where your W-2 will be
18   mailed, because at the end of the season, everybody
19   goes different directions, so we need to know where
20   they will be sent, their W-2 forms.

21       Q.    If you look back at interrogatory number two,
22   the next sentence says: "However, with respect to
23   Mr. Martell, he was an independent contractor and farm
24   labor contractor for Agrigenetics (Mycogen) as
25   reflected in MYC 0023-36, and DEF 0003-0016."

```
1      Q.   Do you recognize whose handwriting that is
2  that says that they wrote the word "advance" and the
3  date July 22nd, '02?
4      A.   Yes.  That's my handwriting.
5      Q.   Is this a document that you kept?
6      A.   We made it there, yeah, for everybody to
7  sign.
8      Q.   Did you have a notebook?
9      A.   Yeah.  You can see its lines.
10     Q.   Do you still have that notebook?
11     A.   We do.
12     Q.   What do you call that document, that
13 notebook?
14     A.   Just, like I said, a tablet to keep track of
15 what's going on.
16     Q.   So if I were to ask you for that document,
17 would I ask you to give me your advance tablet, or what
18 would I call that?
19     A.   Well, no.  Just a notebook, because in there
20 is other information, telephone numbers, whatever.
21     Q.   So I could ask you for your notebook from
22 2002, and you would know what document I was referring
23 to?
24     A.   Yes.
25     Q.   Towards the -- about three quarters of the
```

1    Q.    Did you both get on the phone at the same
2    time, or did he dial and speak to somebody and hand the
3    phone off to you?
4    A.    No.  I called and I made the connection, and
5    they asked where he was, and he's right here, and he
6    talked to him, and then they understand what he wanted,
7    because he had to okay the release of all these papers.
8    Q.    Did he speak to them in Spanish?
9    A.    In English and Spanish, because the lady I
10    think spoke Spanish.
11    Q.    Do you remember the name of the lady you
12    spoke with?
13    A.    No, sir.  But I know it's a lady that speaks
14    Spanish there at their office.
15    Q.    And it's an ADP office in Florida?
16    A.    Yes.
17    Q.    Do you know the address for that ADP office
18    here in Florida?
19    A.    I do not know, but it would be -- I'm trying
20    to think the name of the town where they're at.
21    Mr. Martinez, they're the ones that got the firm to do
22    the paperwork for them, the checks.
23    Q.    Do you know their phone number?
24    A.    Not offhand really, no, sir, I don't.
25    Q.    Do you have this information written down

1   somewhere?
2       A.   It would be in the folder, but in Texas, in
3   that book, in the notebook.  Because I was
4   communicating with them when I was in Iowa.
5       Q.   This is the notebook that you mentioned
6   earlier?
7       A.   Yes.  That number would be there.
8       Q.   Who has that notebook?
9       A.   I have it, but not here, it's in Texas.
10      Q.   You have it at your house?
11      A.   Uh-huh.
12      Q.   Can you describe any of the information
13  that's contained in that notebook?
14      A.   Well, it's like field work that the people
15  do, that's how we arrive at the figures, how much they
16  made.  You know, it's done by the name, by the block
17  number, and by the work they perform and how it's paid.
18      Q.   And this is a notebook that pertains to the
19  2002 season, or do you have -- does it run...
20      A.   No.  It's 2002.  And I think we took those
21  forms to the Legal Aid already.  Those were the ones
22  that shows all the figures, it was in a leaflet type,
23  and we made copies and handed them all to you guys.
24      Q.   I believe we mentioned several things here,
25  for example, you mentioned a phone number for this ADP

1    payroll person, correct?
2         A.    Correct.
3         Q.    We haven't seen any documents that have her
4    name or her phone number, correct, or her address?
5         A.    Well, ADP on those papers we sent you, there
6    should have been a phone number.
7              Do you know, Frank, if they got the copy of
8    all those, the last ones we requested?  Because that
9    one would have the phone known of ADP?
10        Q.    Just to be clear, this is your deposition.
11   Mr. Hill represents Mycogen Seeds, and he's not here
12   testifying, he's here to ask you some questions also.
13        A.    Okay.  If I can converse with Mr. Martinez
14   tonight, then he probably would know how to get hold of
15   them.
16        Q.    I don't mean to be disrespectful, we're
17   trying to find out what you know and what documents you
18   know.
19        A.    Off the top of my head, if my life depended
20   on it, I couldn't give you that number, because I don't
21   know it.
22              MR. HILL:  The phone number of ADP, is that
23        what you're asking?
24              MR. SANCHEZ:  I'm asking for what information
25        is contained in that notebook that he said he has.

Page 115

1   THE WITNESS: But you were asking for the
2   phone number of ADP.
3   BY MR. SANCHEZ:
4       Q.  And you suggested --
5       A.  And I'm saying it is there to my knowledge in
6   that notebook, but it's not with me, I don't have that
7   notebook.
8   MR. HILL: I don't mean to butt in, but let
9   me tell you what I think I know. I think I saw
10  Mr. Martinez copy everything in that notebook
11  relevant to this case, and it's some of this
12  stuff. It should be Bates labeled and you should
13  have it. Again, I'm not trying to butt in, but
14  it's my belief that you have that notebook.
15  THE WITNESS: Yes. Everything should be
16  there, because I know we handed over to you where
17  the work was and everything.
18  BY MR. SANCHEZ:
19      Q.  Well, for example, if you look at
20  Exhibit Number 6, you have given us what information
21  you think we need about this case, correct?
22      A.  Oh, no, no, no, no.
23      Q.  There is pages missing from Number 6.
24      A.  No. This information was supplied from what
25  I understood you wanted. Because I was asked to

1  provide information regarding these people, and this is
2  the information I took you guys. This is what I was
3  asked to bring, what we paid those guys, and that's
4  what I took. Yeah.
5        I think Mr. Norton had send me a letter or
6  communication that they needed information showing what
7  those people had been paid, so that's what I took over.
8      Q.  And I'm only using this as an example. If
9  you look at the bottom on Exhibit Number 6, it says
10 page three, correct?
11     A.  Yes, sir.
12     Q.  Which would suggest to me that there is a
13 page one and a page two that goes with this document;
14 is that true?
15     A.  Okay. But you've got to understand, see
16 there is names several times, see. So what I did, I
17 don't know how I copied it, but I just took the names
18 of the people that were the ones that were in this
19 particular situation with us, because the other people,
20 I mean, that's private whatever they made, unless you
21 want the whole thing. If I had been told bring me the
22 whole thing, I would have brought you the whole thing.
23 I went to the extra trouble of trying to sort these
24 people out from the other ones, because that's what I
25 understood you guys wanted, so that's what I brought.

Page 187

```
1    Pacheco it has you listed, correct?
2        A.   Yes, sir.
3        Q.   And the date is August the 2nd?
4        A.   That's correct.
5        Q.   And it has your name?
6        A.   Yes, sir.
7        Q.   And your signature?
8        A.   Yes, sir.
9        Q.   And it has a thousand dollars?
10       A.   Right, sir.  That's a personal loan from
11   Mr. Martinez to me.
12       Q.   Personal loan.  Was this deducted from the
13   $2,000 that he paid you that season?
14       A.   No, sir.  That's a personal loan from him to
15   me.
16       Q.   Did you pay that money back?
17       A.   Yes, sir.
18       Q.   Do you have any records which show that you
19   paid that money back to him?
20       A.   No.  Because when he borrows me money, I can
21   either do things for him in Texas he needs done and we
22   deduct it as we go, so it's no actual payment of the
23   cash.  Like if he needs -- when he's away he needs
24   something at his house done, I go out by his house and
25   do repairs, that's what he needs me to do, you know, to
```

1  cover that money.

2  Q.  So he advances you money and then you perform
3  odd sorts of jobs for him?

4  A.  To help him out, yes.

5  Q.  And the work you do primarily, is that in
6  Texas when he's not there?

7  A.  Yes.  When he's not home, because his house
8  is alone over there, there's no one to watch his
9  property.

10  Q.  This money that's -- this $1,000 that's
11  reflected that was given to you or tendered to you on
12  August the 2nd of 2002, was that given to you in cash?

13  A.  Yes.  From his money.  Like if he were to
14  take his pocket and I said I need a thousand dollars
15  for this or that, he said okay.

16  Q.  Is there any record, that you're aware of,
17  which would show how much money Mr. Martinez tendered
18  to you in 2002?

19  A.  Well, if I wrote this thousand dollars down,
20  that means that's what he borrowed me or loaned me or
21  gave me.  Because as we are close friends, it wouldn't
22  be like one of those things where you have to bleed the
23  person dry.  In other words, he's the kind of man that
24  if you need a helping hand, he will help you.

25       So if I said borrow me a thousand dollars, he