United States District Court
Southern District of Texas
ENTERED

FEB 17 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO ALONSO, ET AL. | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action B-04-005 |
| AGRIGENETICS, INC. D/B/A MYCOGEN SEEDS, ET AL. | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 16, 2005, the Court **DENIED** defendant Agrigenetics, Inc. d/b/a/ Mycogen Seeds' motion to dismiss for lack of personal jurisdiction, or in the alternative, to transfer venue [Dkt. No. 12]. A memorandum opinion will follow.

DONE at Brownsville, Texas, this 16 day of February, 2005.

_____
Hilda G. Tagle
United States District Judge

1