**ORIGINAL**

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2005

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Case Number | B-04-005 |
|---|---|---|---|

| ARMANDO ALONSO, ET AL. |
|---|
| *versus* |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez, and Eugene Martell |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Fernando Saenz<br>Law Office of Fernando Saenz<br>521 East Pike Blvd.<br>Weslaco, Texas 78596<br>956-968-3100<br>Texas State Bar No. 24009329 |
|---|---|

Seeks to appear as the attorney for this party:

| Eugene Martell and Pablo Martinez |
|---|

| Dated: 3-22-05 | Signed: _____ |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _March 22 2005_  _____
                          United States District Judge

SDTX (d_prohac.ord)
02/03/98