# ORIGINAL

United States District Court
Southern District of Texas
ENTERED

MAR 23 2005

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Case Number | B-04-005 |
|---|---|---|---|

| ARMANDO ALONSO, ET AL. |
|---|
| *versus* |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez, and Eugene Martell |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Fernando Saenz |
| Firm | Law Office of Fernando Saenz |
| Street | 521 East Pike Blvd. |
| City & Zip Code | Weslaco, Texas 78596 |
| Telephone | 956-968-3100 |
| Licensed: State & Number | Texas State Bar No. 24009329 |
| Admitted U.S. District Court for: | |

Seeks to appear as the attorney for this party:

Eugene Martell and Pablo Martinez

Dated: 3-22-05    Signed: [signature]

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on March 22 2005  _____
                                       United States District Judge

SDTX (\_prohac.ord)
02/03/98