# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ■ Kovacevic   ☐ Levesque |
| **DATE** | 3 / 24 / 05 |
| **TIME** | 2:10 p.m. — 3:11 p.m. |
| **CIVIL ACTION** | B - 04 - 005 |
| **STYLE** | **Armando Alonso, et al.** *versus* **Agrigenetics Inc., et al.** |



United States District Court
Southern District of Texas
RECEIVED
MAR 2 4 2005
Michael N. Milby, Clerk

**DOCKET ENTRY**

(HGT) ■ Hearing for Plaintiffs' pending motion (Dkt. Nos. 36 & 37).;

(Court Reporter: Barbara Barnard)

Attorney(s) for Plaintiff(s): Nathaniel Norton & Rodolfo Sanchez

Attorney(s) for Defendant Agrigenetics Inc: Frank Hill

Attorney(s) for Defendants Pablo Martinez and Eugene Martell: Fernando Saenz and Julia Hernandez

**Comments:**

1. Parties argued plaintiffs' motions for sanctions and to set attorney's fees. Dkt. Nos. 36 & 37.

2. Plaintiffs motioned for sanctions due to defendants Pablo Martinez and Eugene Martell's purported violations of this Court' November 15 order to compel discovery. Dkt. No. 36. The Court is considering monetary penalties (i.e., attorney's fees incurred from Court's November 15 Compel Discovery Order until the day of this hearing).

3. In the November 15 compel discovery order this Court granted plaintiffs' motion for attorney's fees. The Court finds reasonable the plaintiffs' requested fees. Dkt. No. 37.

4. The Court is inclined to grant the motions. However, Court stays its decision until a subsequent status conference is held in 30 days. An order will follow.