IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO ALONSO, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action B-04-005 |
| | § | |
| AGRIGENETICS, INC. | § | |
| D/B/A MYCOGEN SEEDS, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 24, 2005, the Court **ORDERED** the parties to appear for a status conference on April 25, 2005, at 11:15 a.m.

DONE at Brownsville, Texas, this 24th day of March, 2005.

Hilda G. Tagle
United States District Judge