UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action No. B-04-005 |
| Agrigenetics, Inc., et al. | § § § | |
| Defendants. | § § | |

## PLAINTIFFS' UNOPPOSED MOTION
## TO EXTEND DISPOSITIVE MOTIONS DEADLINE

TO THE HONORABLE JUDGE OF THE COURT:

Now come Armando Alonso, *et al.*, Plaintiffs in the above-styled action, to file this Unopposed Motion to Extend Dispositive Motions Deadline and in support of it show the following:

### I. BACKGROUND

1. The Court's July 14, 2004 Scheduling Order set the dispositive motions deadline for April 15, 2005.

2. Plaintiffs are still waiting for discovery responses and documents that were the subject of Plaintiffs' motions to compel that are the subject of Plaintiffs' pending motion for sanctions against Defendants Martinez and Martell.

3. On March 24, 2005, the Court held a hearing on the motion for sanctions. The Court was inclined to grant the motion, but stayed the decision until a status conference scheduled for April 25, 2005.

## II. ARGUMENT

4. Rule 16(b) of the Federal Rules of Civil Procedure allows the Court to modify a scheduling order upon a showing of good cause.

5. Plaintiffs have good cause for this extension. Plaintiffs have been prejudiced by Defendants Martinez and Martell's failures to provide adequate discovery responses and Plaintiffs believe that the Defendants intend to tender supplemental or amended discovery responses and that new information might be relevant to any dispositive motions that the Plaintiffs might file.

6. This motion is not filed to delay this case, but so that the interests of justice will be served.

## III. PRAYER FOR RELIEF

7. Plaintiffs respectfully request that the Court grant this motion and extend the dispositive motions deadline to May 25, 2005. Plaintiffs further pray for all general relief to which they may be entitled.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.

300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

CERTIFICATE OF CONFERENCE

I hereby certify that I spoke to Julia Hernandez, counsel for defendants Martinez and Martell, on April 4, 2005 and she stated she was unopposed to this motion. I hereby certify that Frank Hill, counsel for defendant Agrigenetics, Inc., stated in an April 4, 2005 email that he was unopposed to this motion.

Nathaniel Norton

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2005, a true and correct copy of the foregoing document was served on Defendants as listed below by first class U.S. mail.

Frank L. Hill
Thompson & Knight
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

Julia Hernandez
Fernando Saenz
Law Office of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

Nathaniel Norton