UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action No. B-04-005 |
| Agrigenetics, Inc., et al. | § § § | |
| Defendants. | § § | |

## ORDER

On this day came on to be considered Plaintiffs' Unopposed Motion to Extend Dispositive Motions Deadline. After due consideration the Court FINDS that Plaintiffs' motion is well taken.

The Court ORDERS that the deadline for filing dispositive motions be extended be extended to May 25, 2005.

Done at Brownsville, Texas on this ____ day of _____, 2005.

_____
U.S. District Judge Hilda G. Tagle