IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARMANDO ALONSO, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action B-04-005 |
| § | |
| AGRIGENETICS, INC. § | |
| D/B/A MYCOGEN SEEDS, ET AL. § | |
| § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED that on April 5, 2005, the Court considered "Plaintiffs' Unopposed Motion to Extend Dispositive Motions Deadline." Dkt. No. 50. Therein, plaintiffs request that the dispositive motions deadline set for April 15, 2005, be postponed until May 25, 2005. See Dkt. No. 19 (scheduling order). The defendants do not oppose the plaintiffs' motion.

The plaintiffs' motion is hereby **GRANTED**. Dkt. No. 50. A modified scheduling order will follow.

DONE at Brownsville, Texas, this 5 day of April, 2005.

_____
Hilda G. Tagle
United States District Judge

1