United States District Court
Southern District of Texas
ENTERED
APR 13 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

ARMANDO ALONSO, ET AL §

vs. § Civil Action No. B-04-005

AGRIGENETICS, INC., d/b/a §
MYCOGEN SEEDS, ET AL

# AMENDED*
## SCHEDULING ORDER

1. Trial: Estimated time to try: _7 - 8_ days. ☐ Bench ■ Jury

2. New parties must be joined by: 7/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: 9/3/2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: 3/18/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by: 5/25/2005*

7. Joint pretrial order is due: 7/13/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: 7/27/2005

9. Jury Selection is set for 9:00 a.m. on: 8/8/2005
   *(The case will remain on standby until tried)*

Signed __April 13__, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*In accordance with Order dated April 5, 2005.