UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc., et al.** | § § § | |
| **Defendants.** | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, Armando Alonso, et al., move the Court to dismiss their claims against Defendant Agrigenetics, Inc. in the above referenced action with prejudice for the reason that the claims and controversies have been fully and finally compromised and settled between the Plaintiffs and this Defendant.

Plaintiffs have not settled their claims against Defendants Martinez and Martell, and Plaintiffs do not want their claims against Defendants Martinez and Martell to be affected by this motion.

Wherefore, premises considered, Plaintiffs respectfully move the Court to dismiss with prejudice all claims asserted against Defendant Agrigenetics, Inc. in the above-entitled causes of action, with costs of suit taxed against each party incurring same. Plaintiffs also pray that this motion not affect their claims against Defendants Martinez and Martell.

Respectfully submitted,

_(signature)_
Nathaniel Norton
Texas Bar No. 24037196

S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke to Julia Hernandez, counsel for defendants Martinez and Martell, on April 18, 2005 and she stated she was unopposed to this motion. I hereby certify that Frank Hill, counsel for defendant Agrigenetics, Inc., stated in an April 18, 2005 email that he was unopposed to this motion.

_____
Nathaniel Norton

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005 a true and correct copy of the foregoing document was served on Defendants as listed below by first class U.S. mail.

Frank L. Hill
Thompson & Knight
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

Julia Hernandez
Fernando Saenz
Law Office of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

_____
Nathaniel Norton