UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Agrigenetics, Inc., et al.** | § § | |
| **Defendants.** | § § | |

## ORDER OF DISMISSAL

On this date the Court considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice. The Court, having considered the motion, finds that it should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that all claims asserted against Defendant Agrigenetics, Inc. in the above-entitled and numbered causes are dismissed with prejudice. All court costs are taxed against the party incurring same.

Plaintiffs' claims against Defendants Martinez and Martell are not affected by this Order.

Done this _____ day of _____, 2005, at Brownsville, Texas.

_____
U.S. District Judge Hilda G. Tagle