IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 9 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **ARMANDO ALONSO, ET AL.** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action B-04-005 |
| § | |
| **AGRIGENETICS, INC.** § | |
| **D/B/A MYCOGEN SEEDS, ET AL.** § | |
| § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED that on April 19, 2005, the Court considered "Plaintiffs' Unopposed Motion to Dismiss With Prejudice." Dkt. No. 53. Therein, plaintiffs advise the Court of their settlement with defendant Agrigenetics, Inc. d/b/a Mycogen Seeds ("Mycogen"). The plaintiffs further move for dismissal with prejudice of all claims pending as to Mycogen only.

The Court **GRANTS** the plaintiffs' motion. Dkt. No. 53. Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims pending against Mycogen in the above styled litigation. This Order does not affect the plaintiffs claims against the remaining defendants, Pablo Martinez and Eugene Martell.

DONE at Brownsville, Texas, this 19 day of April, 2005.

Hilda G. Tagle
United States District Judge