# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Kovacevic    ☐ Levesque |

United States District Court
Southern District of Texas
FILED

APR 25 2005

Michael N. Milby, Clerk of Court

| DATE | 4 — 25 — 05 |
|---|---|
| TIME | 11:30 a.m. — 11:55 a.m. |
| CIVIL ACTION | B — 04 — 05 |

**STYLE**

**ARMANDO ALONSO, ET AL.**

*versus*

**PABLO MARTINEZ and EUGENE MARTELL**

DOCKET ENTRY

(HGT) ■ Discovery Status Conference Hearing:

Attorney for Plaintiffs:      Nathaniel Norton & Rodolfo Sanchez
Attorney for Defendants:    Julia Hernandez

■ Comments:

1.   At previous hearing held on March 24, 2005, the Court allowed the defendants 30 days to remedy their discovery answers. See Dkt. Nos. 36 & 37.

2.   At today's hearing, the Court allowed the parties to argue the propriety of the attorney's fees and sanctions.

3.   The Court granted and set plaintiffs' request for attorney's fees. Dkt. No. 37. The Court ordered Pablo Martinez and Eugene Martell to each to pay the plaintiffs $1732.50 within 30 days (by May 25, 2005).

4.   The Court granted plaintiffs' motion for sanctions against Pablo Martinez, but not Eugene Martell. Dkt. No. 36. Accordingly, the Court ordered Pablo Martinez to pay the plaintiffs an additional $1365.75 in sanctions within 30 days (by May 25, 2005) for costs incurred in procuring certain discovery.

5.   In sum, defendant Pablo Martinez must pay the plaintiffs $3098.25 by May 25, 2005, and defendant Eugene Martell must pay the plaintiffs $1732.50 by May 25, 2005.