UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT

On this day came on to be considered Plaintiffs' Motion for Partial Summary Judgment in the above-styled action. After due consideration of the briefs and evidence submitted, the Court GRANTS the Motion and FINDS, as a matter of law that:

a. Pablo Martinez and Eugene Martell violated 29 U.S.C. § 1823(a) by providing housing that did not comply with federal and state health and safety standards in that there was not a bed provided for each Plaintiff.

b. Pablo Martinez and Eugene Martell violated 29 U.S.C. § 1811(a) by housing workers without being registered and authorized to engage in that activity.

c. Pablo Martinez violated 29 U.S.C. § 1842 by utilizing Eugene Martell to house workers when he was not licensed to do so.

d. Pablo Martinez and Eugene Martell violated 29 U.S.C. § 1823(b)(1) by housing Plaintiffs without first securing certification that the housing met minimum safety and health standards.

e. Pablo Martinez and Eugene Martell violated 29 U.S.C. § 1823(b)(1) by failing to post a certificate of compliance with Federal and State health and safety standards.

f. Pablo Martinez and Eugene Martell violated 29 U.S.C. § 1821(c) by failing to post a statement in the housing that stated the terms and conditions of Plaintiffs' occupancy.

g. Pablo Martinez violated 29 U.S.C. § 1821(d)(1) by failing to provide each Plaintiff with adequate pay statements in that they did not show the number of hours worked and the basis on which wages were paid.

h. Pablo Martinez and Eugene Martell violated 29 U.S.C. § 1821(a) by providing inadequate recruitment disclosures.

i. Pablo Martinez violated 29 U.S.C. § 1822(c) by failing to provide as much work as promised and by failing to comply with housing requirements.

j. Pablo Martinez violated 225 ILCS 505/8(c) by failing to comply with the agreements and arrangements they entered into with Plaintiffs in that they failed to provide the amount of work promised.

k. Pablo Martinez violated 225 ILCS 505/9(a) by failing to file a statement with the Illinois Department of Labor containing details of the employment.

l. Pablo Martinez violated 820 ILCS 115/10 by failing to notify Plaintiffs, in writing at the time they were hired, of time when their wages would be paid and of the place where payment would be made.

Done at Brownsville, Texas on this _____ day of _____, 2005.

_____
U.S. District Judge Hilda G. Tagle