UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF NATHANIEL C. NORTON

1. My name is Nathaniel C. Norton. I am an attorney employed by Texas RioGrande Legal Aid, Inc., which represents the Plaintiffs in the above-styled action. I am over 21 years of age, of sound mind, have never been convicted of a felony, and am otherwise fully competent to make this Affidavit.

2. Attached hereto as Exhibits 1 through 21 are true and correct excerpts of discovery taken in this action, as follows:

1. Pablo Martinez's farm labor contractor certificate
2. Representative pay statement
3. Employment disclosure from Pablo Martinez
4. Employment statement to Illinois Deptartmet of Labor
5. Defendants' Answer to 1st Amended Complaint
6. Pablo Martinez's Answers to 1st Request for Admission
7. Pablo Martinez's Supplemental Answers to 1st Set of Interrogatories
8. Eugene Martell's 2nd Supplemental Answers to 1st Set of Interrogatories
9. Defendants' Responses to 1st Request for Production

10. Excerpts from the deposition of Pablo Martinez

11. Excerpts from vol. 1 of the deposition of Eugene Martell

12. Excerpts from vol. 2 of the deposition of Eugene Martell

13. Excerpts from the deposition of Jose Aguillon

14. Excerpts from the deposition of Armando Alonso

15. Excerpts from the deposition of Armando Cisneros

16. Excerpts from the deposition of Agustin Martinez

17. Excerpts from the deposition of Gabino Martinez

18. Excerpts from the deposition of Enrique Rodriguez

19. Excerpts from the deposition of Melguiades Rodriguez

20. Excerpts from the deposition of Rodolfo Rodriguez

21. Excerpts from the deposition of Higinio Sanchez-Ramos

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2005.

Nathaniel Norton