Department of Labor and Employment Security
Bureau of Operations

**Farm Labor Contractor Certificate of Registration No.** 75454

**Expires** 8/31/2002

**Name** MARTINEZ, PABLO
(Last) (First) (Middle)

I certify that the person named above is registered pursuant to the Florida Farm Labor Registration Law and is authorized to perform activities covered by the Law.

Transportation ☐ Authorized ☒ TU Not Authorized

Approved [signature] Pat B. Jobe Date 3/12/2002
State CCR Program Manager

Social Security Number 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
Permanent Home Address 1800 E CANAL ST
(No. & Street) (RFD or P.O. Box)
BELLE GLADE, FL 33430
(City/Town) (State) (Zip Code)
Date of Birth 8/26/55 Height (Ft.In.) 5'09
Mo. Day Year
Weight 195 Color Hair BLACK Color Eyes BROWN

This certificate is based on the Fla. Farm Labor Registration Law of 1971 and regulations issued thereunder, and on my application for registration. It may be revoked or suspended, or its renewal denied, for noncompliance with the Law or regulations, including applicable requirements for transporting farm workers. Such noncompliance may constitute a criminal offense.

[signature] Pablo Martinez
(Signature of Farm Labor Contractor/Person Signing for Co.)

LES FORM ESR-3006A (REV. 5/97)

---

U.S. DEPARTMENT OF LABOR
Employment Standards Administration — Wage and Hour Division

**Farm Labor Contractor Certificate of Registration**
C- 04-08-3415-H02R
Expires 8/31/2002

Name MARTINEZ, PABLO
(Last) (First) (Middle)

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities covered by the Act: Recruit, solicit, furnish, hire and employ.

| | Authorized | | Not Authorized |
|---|---|---|---|
| Transportation | ☐ | TU | Not Authorized |
| Housing | ☐ | HU | Not Authorized |
| Driving | DA | ☐ | Not Authorized |

Transportation and/or Housing Authorization is specified on this Certificate.

[signature] Date 6/25/2001
WHA Program Manager

Social Security Account No. 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
Social Security Employer ID No. _____
Permanent Home Address: 1800 E CANAL ST
(No. and St., RFD or P.O. Box)
BELLE GLADE, FL 33430
(City or Town) (State) (Zip Code)
Date of Birth 8/26/55 Height 5'09 Weight 195
(Month)(Day)(Year)

This certificate is based on the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on my application for registration. It may be revoked or suspended, or its renewal denied, for noncompliance with the Act or regulations, including applicable requirements for transporting and housing migrant workers. Such noncompliance may constitute a criminal offense.

[signature] Pablo Martinez Date 3/16/02
(Signature of Holder)

WH-511 (5/90)

---

ILLINOIS DEPARTMENT OF LABOR
Labor Law Enforcement

**FARM LABOR CONTRACTOR CERTIFICATE OF REGISTRATION NO.** 068
**EXPIRES** 6-19-03

Name Martinez, Pablo
(Last) (First) (Middle)

I certify that the person named above is registered pursuant to the Farm Labor Contractor Certification Act of 1975, as amended and is authorized to perform activities covered by the Act, subject to the restrictions indicated below.

**RESTRICTIONS**
1. This card is valid only in Illinois.
2. It is good only for one year from the date of issuance.
3. The Terms and Conditions Statement must be filed with the Illinois Department of Labor for each job.

APPROVED [signature] Connie Knutti DATE 6-19-02

**EXHIBIT 1**

DEF 0051