**BLG**

THE COUNTRY STORE
1800 E. CANAL STREET
BELLE GLADE, FL 33430

Employee Number: 0025
Department Number:
Social Security Number: 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
Marital Status: MARRIED
Number Of Allowances: 04
Rate: 6.5000

## Earnings Statement

Pay Period: 7/14/2002 to 7/20/2002
Pay Date: 7/26/2002
Check #: 10037

JAIME PACHECO
PO BOX 78567
LOS INDIOS, TX 78567

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 300.00 | 300.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 22.95 | 22.95 |
| IL ST | 4.38 | 4.38 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $300.00 | $300.00 | $27.33 | $272.67 |

**ADP EASYPAY**

000051

©2001 Automatic Data Processing, Inc.

TEAR HERE

EXHIBIT
2