Agrícolas Migrantes y Estacionales
Ley de Protección de los Trabajadores

Departmento de Trabajo de EE.UU.
Administración de Normas de Empleo
División de Horarios y Salarios

No es necesario responder a esta información a menos que tenga un número OMB váildo.

OMB No.: 1215-0187
Vence: 04-30-99

## Información Sobre el Trabajador — Términos y Condiciones de Empleo

1. Lugar de empleo: Condado de Henderson,Mercer,Mclean Y Tazewell en el estado de Illinois
2. Período de empleo: De Julio 5, 2002 a Agosto 10, 2002
3. Escala salarial a pagar: $ 6.50 por hora Pago a destajo $ mire la siguiente oja por
4. Cultivos y tipos de actividades: Quitar los cabellos del elote semillas de la compania
5. Transporte u otros beneficios, si corresponda: Si. Mire al reverso de esta forma.

   Gastos con cargo a los trabajadores, si corresponde: Ninguno
6. Indemnización por accidente de trabajo: Si XXXX No

   Nombre de la compañía de seguros: Acuity Insurance

   Nombre y dirección del (de los) asegurado(s): Jim Sheriff (309) 627-2442/ (319) 931-4907 Mycogen Seeds 9330 Zionsville Rd. Indianapolis, Ind. 46268

   Persona(s) y número de teléfono de la(s) persona(s) a notificar para presentar reclamación: Pablo Martinez 210 S. Palm St. Mercedes, TX 78570 (956) 514-1277

   Plazo para presentar reclamación: Inmediatamente
7. Seguro de compensación por desempleo: Si XXX No
8. Otros beneficios: Ninguno Gasto(s)
9. En el case de los trabajadores migrantes que necesiten alojamiento, el tipo de alojamiento disponible y el costo, si corresponde: Ninguno

   Cargo(s): no aplicable
10. Enumere toda huelga, paro o interrupción de las operaciones por parte de los empleados en el lugar donde se empleará a los trabajadores. *(Si no ha habido huelgas, etc., indique "Ninguna"):*

    Ninguna
11. Indique todo acuerdo o convenio firmado conlos propietarios del establecimiento o los agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. *(Si no hay ningún acuerdo o convenio, indique "Ninguno"):*

    Ninguno

EXHIBIT
MARTINEZ 5
12.21.04 TGW

Nombre de la(s) persona(s) que proporciona(s) esta información: Pablo Martinez 210 S. Palm St. Mercedes, TX 78570

*Nota:* La División de Horarios y Salarios del Departamento de Trabajo ofrece este formulario en otros idiomas para permitir a los empleadores cumplir con el requisito de notificación de los términos y las condiciones en un idioma que sea común a los trabajadores. Comuníquese con la oficina más cercana de la División de Horarios y Salarios a los efectos de obtener dichos formularios.

La Ley de Protección de los Trabajadores Agrícolas Migrantes y Estacionales exige la divulgación por escrito de la información precedente a los trabajadores migrantes y jornaleros al contratarlos, y a los trabajadores estacionales que no sean jornaleros, previa solicitud, al ofrecerles empleo. Se puede usar este formulario opcional para divulgar la información necesaria. En lo sucesivo, todo trabajor migrante o estacional tiene el derecho a solicitar a su empleador una declaración escrita de la información que se describe antes. También se puede usar esta formulario opcional con este propósito.

Se calcula que toma un promedio de 32 minutos llenar toda esta información, incluido el tiempo para repasar las i[...] de datos existentes, recolectar y mantener los datos necesarios y llenar y repasar toda la información. Si tiene al[...] cálculo o cualquier otro aspecto de esta información, inclusive recomendaciones para reducir esta carga, envíel[...] Division, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210. *NO Envíe a Esta Officina el F[...]*

EXHIBIT
tabbies
3

DEF 0001

For example, if you fully complete 15 eligible acres during the detasseling season, your total wages for 150 hours of work on the eligible acres are $ 975.00. Provided that you complete the entire detasseling season, your bonus would be computed as follows:

| | | |
|---|---|---|
| 15 eligible acres at $70.00 | = | $1050.00 |
| Total wages paid to you on the eligible acres (150 hours x $6.50 per hour) | = | $ 975.00 |
| Your bonus | = | $75.00 |

Bonus is payable one week from the end of the season, provided all necessary supporting calculations are available.

Bonus will be paid at: End of season based on the above criteria.

TRANSPORTATION AND OTHER BENEFITS, IF ANY:

Transportation to and from the field
_X_ will be provided
___ will not be provided on an optional basis.

Transit to fields paid time:
Yes _X_ No ___
Return from fields paid time:
Yes ___ No _X_
No other transportation will be provided by Mycogen Seeds.

UNEMPLOYMENT COMPENSATION:

Unemployment compensation insurance is provided.

WORKERS' COMPENSATION:

Worker's compensation insurance is provided.

Name of compensation carrier:

Ace American Insurance Co.

Por ejemplo, Ud. completa en su totalidad 15 Acres Elegibles durante la estacion de quitar los cabellos a los elotes. El total de sus jornales por 150 horas de trabajo en los Acres Elegibles es $ 975.00. Siempre y cuando Ud. trabaje la estacion entera de quitar los cabellos a los elotes, su bonificacion sera calculada como sigue:

| | |
|---|---|
| 15 Acres Elegibles a $70.00 | = $1050.00 |
| Total de jornales pagadores a Ud. por los Acres Elegibles 150 horas x $ 6.50 por hora) | = $ 975.00 |
| Su bonificacion: | = $ 75.00 |

La bonificacion se pagara una semana despues del fin de la temporada, en la medida que la informacion necesaria para hacer los calculos se encuentre disponible.

La bonificacion se pagara: Al final de la temporada basada en los criterios citados arriba.

TRANSPORTE Y OTROS BENEFICIOS, SI HUBIERA ALGUNO:

El transporte de ida y vuelta al sembradío _X_ será proporcionado/___ no será proporcionado de modo optativo.

Se pagará el tiempo que toma ir al sembradío.
Si _X_ No ___
Se pagará el tiempo que toma regresar del sembradío. Si ___ No _X_
Ningún otro tipo de transporte será proporcionado por Mycogen Seeds.

SEGURO DE TRABAJO BAJO LA LEY DE IMPUESTOS DE DESEMPLEO:

Se provee seguro de trabajo bajo la ley de impuestos de desempleo.

SEGURO DE COMPENSACION PARA EL TRABAJADOR:
Se provee seguro de compensacion para el trabajador.

Nombre de compania de seguro de compensacion:

Ace American Insurance Co.

DEF 0002

Agrícolas Migrantes y Estacionales
Ley de Protección de los Trabajadores

Departmento de Trabajo de EE.UU.
Administración de Normas de Empleo
División de Horarios y Salarios

No es necesario responder a esta información a menos que tenga un número OMB válido.

OMB No.: 1215-0187
Vence: 04-30-99

## Información Sobre el Trabajador — Términos y Condiciones de Empleo - Illinois

1. Lugar de empleo: Condado de Henderson, Mercer, Mclean Y Tazewell en el estado de
2. Periodo de empleo: De Julio 5, 2002 a Agosto 10, 2002
3. Escala salarial a pagar: $ 6.50 por hora Pago a destajo $ mire la siguiente oja por
4. Cultivos y tipos de actividades: Quitar los cabellos del elote semillas de la compania
5. Transporte u otros beneficios, si corresponda: Si.
   Mire al reverso de esta forma.
   Gastos con cargo a los trabajadores, si corresponde: Ninguno
6. Indemnización por accidente de trabajo: Sí XXXX No
   Nombre de la compañía de seguros: Acuity Insurance
   Nombre y dirección del (de los) asegurado(s): Jim Sheriff (309) 627-2442/ (319) 931-4907
   Mycogen Seeds 9330 Zionsville Rd. Indianapolis, Ind. 46268
   Persona(s) y número de teléfono de la(s) persona(s) a notificar para presentar reclamación:
   Pablo Martinez 210 S. Palm St. Mercedes, TX 78570 (956) 514-1277
   Plazo para presentar reclamación: Inmediatamente
7. Seguro de compensación por desempleo: Sí XXX No
8. Otros beneficios: Ninguno Gasto(s)
9. En el case de los trabajadores migrantes que necesitan alojamiento, el tipo de alojamiento disponible y el costo, si corresponde:
   Ninguno
   Cargo(s): no aplicable
10. Enumere toda huelga, paro o interrupción de las operaciones por parte de los empleados en el lugar donde se empleará a los trabajadores. *(Si no ha habido huelgas, etc., indique "Ninguna"):*
    Ninguna
11. Indique todo acuerdo o convenio firmado con los propietarios del establecimiento o los agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. *(Si no hay ningún acuerdo o convenio, indique "Ninguno"):*
    Ninguno

EXHIBIT
MACTGU 7
12 26 04 TGW

Nombre de la(s) persona(s) que proporciona(s) esta información: Pablo Martinez 210 S. Palm St. Mercedes, TX 78570

*Nota:* La División de Horarios y Salarios del Departamento de Trabajo ofrece este formulario en otros idiomas para permitir a los empleadores cumplir con el requisito de notificación de los términos y las condiciones en un idioma que sea común a los trabajadores. Comuníquese con la oficina más cercana de la División de Horarios y Salarios a los efectos de obtener dichos formularios.

La Ley de Protección de los Trabajadores Agrícolas Migrantes y Estacionales exige la divulgación por escrito de la información precedente a los trabajadores migrantes y jornaleros al contratarlos, y a los trabajadores estacionales que no sean jornaleros, previa solicitud, al ofrecerles empleo. Se puede usar este formulario opcional para divulgar la información necesaria. En lo sucesivo, todo trabajor migrante o estacional tiene el derecho a solicitar a su empleador una declaración escrita de la información que se describe antes. También se puede usar este formulario opcional con este propósito.

Se calcula que toma un promedio de 32 minutos llenar toda esta información, incluido el tiempo para repasar las instrucciones, investigar las fuentes de datos existentes, recolectar y mantener los datos necesarios y llenar y repasar toda la información. Si tiene algún comentario con respecto a este cálculo o cualquier otro aspecto de esta información, inclusive recomendaciones para reducir esta carga, envíelos a Administrator, Wage and Hour Division, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210. *NO Envíe a Esta Officina el Formulario Con la Información.*

For example, if you fully complete 15 eligible acres during the detasseling season, your total wages for 150 hours of work on the eligible acres are $ 975.00. Provided that you complete the entire detasseling season, your bonus would be computed as follows:

| | | |
|---|---|---|
| 15 eligible acres at $70.00 | = | $1050.00 |
| Total wages paid to you on the eligible acres (150 hours x $6.50 per hour) | = | $ 975.00 |
| Your bonus | = | $75.00 |

Bonus is payable one week from the end of the season, provided all necessary supporting calculations are available.

Bonus will be paid at: End of season based on the above criteria.

TRANSPORTATION AND OTHER BENEFITS, IF ANY:

Transportation to and from the field
_X_ will be provided
___ will not be provided on an optional basis.

Transit to fields paid time:
Yes _X_ No ___
Return from fields paid time:
Yes ___ No _X_
No other transportation will be provided by Mycogen Seeds.

UNEMPLOYMENT COMPENSATION:

Unemployment compensation insurance is provided.

WORKERS' COMPENSATION:

Worker's compensation insurance is provided.

Name of compensation carrier:

Ace American Insurance Co.

Por ejemplo, Ud. completa en su totalidad 15 Acres Elegibles durante la estacion de quitar los cabellos a los elotes. El total de sus jornales por 150 horas de trabajo en los Acres Elegibles es $ 975.00. Siempre y cuando Ud. trabaje la estacion entera de quitar los cabellos a los elotes, su bonificacion sera calculada como sigue:

| | |
|---|---|
| 15 Acres Elegibles a $70.00 | = $1050.00 |
| Total de jornales pagadores a Ud. por los Acres Eligibles 150 horas x $ 6.50 por hora) | = $ 975.00 |
| Su bonificacion: | = $ 75.00 |

La bonificacion se pagara una semana despues del fin de la temporada, en la medida que la informacion necesaria para hacer los calculos se encuentre disponible.

La bonificacion se pagara: Al final de la temporada basada en los criterios citados arriba.

TRANSPORTE Y OTROS BENEFICIOS, SI HUBIERA ALGUNO:

El transporte de ida y vuelta al sembradío _X_ será proporcionado/___ no será proporcionado de modo optativo.

Se pagará el tiempo que toma ir al sembradío.
Si _X_ No ___
Se pagará el tiempo que toma regresar del sembradío. Si ___ No _X_
Ningún otro tipo de transporte será proporcionado por Mycogen Seeds.

SEGURO DE TRABAJO BAJO LA LEY DE IMPUESTOS DE DESEMPLEO:

Se provee seguro de trabajo bajo la ley de impuestos de desempleo.

SEGURO DE COMPENSACION PARA EL TRABAJADOR:
Se provee seguro de compensacion para el trabajador.

Nombre de compania de seguro de compensacion:

Ace American Insurance Co.

DEF 0002