DEPARTMENT OF LABOR
DIVISION OF FAIR LABOR STANDARDS
160 N. LaSalle Street, Suite C-1300
Chicago, Illinois 60601

TERMS AND CONDITIONS STATEMENT FOR FARM LABOR CONTRACTORS
DECLARACIÓ DE TERMINOS Y CONDICIONES PARA LOS CONTRATISTAS DE TRABAJO AGRÍCOLA

TO BE FILLED OUT BY THE FARM LABOR CONTRACTOR:
PARA SER LLENADO POR LOS CONTRATISTAS DE TRABAJO AGRÍCOLA:

NAME/NOMBRE: Pablo Martinez
SOCIAL SECURITY NUMBER/SEGURO SOCIAL: 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

PERMANENT ADDRESS/DIRECCIÓN PERMANENTE: 1800 East Canal St Belle Glade Fl 33430

county/condado: Palm Beach
state/estado: Fl
zip/zona postal: 33430

TELEPHONE NUMBER/NÚMERO DE TELÉFONO: 561-997-7801

NAME OF EMPLOYER/NOMBRE DEL PATRÓN: Jim Sheriff
CROPS INVOLVED/COSECHA: Seed Corn

LOCATION OF EMPLOYMENT/LUGAR DE EMPLEO: Gladstone Illinois
DATES (to-from)/FECHAS (de-hasta): June 15 - to July 31st

TYPE OF WORK/TIPO DE TRABAJO: Detasseling
HOURLY RATE OF PAY/CUANTO TAZA LA HORA: 6.50

HOURS PER DAY/HORAS POR DIA: 8-10
DAYS PER WEEK/DIAS POR SEMANAS: 6 days

DEDUCTIONS/DEDUCCIONES:
HOUSING/VIVIENDA: Ninguna
MEALS/COMIDAS: Ninguna
TRANSPORTATION/TRANSPORTATACIÓN: Ninguna
OTHER/OTRO:

EXHIBIT
MARTINEZ 6
12-21-04 TEW

INSURANCE - Does each vehicle used for transporting the farmworkers have insurance?
SEGURO - ¿Tiene seguro adecuado cada vehiculo usado para la transportación de los campesinos?   [ ] Yes  [ ] No     [ ] Si  [ ] No

STRIKES - Is there any strike or other concerted work stoppage at the worksite?
HUELGA - ¿Hay alguna huelga u otro paro concertado en el lugar de trabajo?
[ ] Yes  [✓] No     [ ] Si  [ ] No

PRIOR ARRANGEMENTS - Are there any prior financial arrangements between the farmworkers and community businesses?
ARREGLOS PREVIOS - ¿Existe algun arreglo previo financiero entre algunos negocios de la comunidad y los campesinos?
[ ] Yes  [✓] No     [ ] Si  [ ] No

CERTIFICATION/CERTIFICACIÓN

DATE/FECHA: 6-5-02
SIGNATURE OF THE FARM LABOR CONTRACTOR/
FIRMA DEL CONTRATISTA DE TRABAJO AGRICOLA

DEF 0036

6-19-02
Connie Knutti

EXHIBIT 4