UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § § | |
| Plaintiffs, | § § | Civil Action No. B-04-005 |
| versus | § § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § § § | Jury Trial Requested |
| Defendants. | § § | |

### DEFENDANT PABLO MARTINEZ'S ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST REQUEST FOR ADMISSION

TO: Plaintiffs, by and through their attorney of record, Nathaniel Norton and Rodolfo D. Sanchez, Texas Rio Grande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

Respectfully submitted,

By: _____
Pablo Martinez, Defendant
c/o Country Store
1800 E. Canal Street
Belle Glade, FL 33430

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2004, a true and correct copy of the foregoing document was served on Plaintiffs by delivery to their attorneys of record, Nathaniel Norton and Rodolfo D. Sanchez, at Texas Rio Grande Legal Aid, Inc., 300 South Texas, Weslaco, Texas 78596.

_____
Pablo Martinez

DEFENDANT PABLO MARTINEZ'S ANSWERS AND OBJECTIONS
TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION – Page 1
500149 000004 AUSTIN 211607.1

EXHIBIT 6

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1

Please admit that in 2002 you recruited Plaintiffs for corn detasseling employment with Agrigenetics in Illinois.

### RESPONSE:

Denied.

### REQUEST FOR ADMISSION NO. 2

Please admit that the forgoing recruitment took place in Texas.

### RESPONSE:

Denied. Plaintiffs were not employees of Agrigenetics.

### REQUEST FOR ADMISSION NO. 3

Please admit that in 2002 you were " employed, " as defined in 29 U. S. C. 1802, by Agrigenetics.

### RESPONSE:

Denied.

### REQUEST FOR ADMISSION NO. 4

Please admit that in 2002 you "employed" Plaintiffs as defined in 29 U. S.C. 1802.

### RESPONSE:

Admit.

### REQUEST FOR ADMISSION NO. 5

Please admit that the foregoing employment was seasonal in nature.