UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Santos Martinez as next Friend of G. M., Hugo Martinez, Jose Aguilon, and Higinio Sanchez-Ramos | § § § § § § § § § § § § § § | Civil Action No. B-04-005 |
| Plaintiffs, | | |
| versus | | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | | Jury Trial Requested |
| Defendants. | | |

**DEFENDANTS EUGENE MARTELL AND PABLO MARTINEZ'S
RESPONSES AND OBJECTIONS TO
PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:   Plaintiffs, by and through their attorney of record, Nathaniel Norton and Rodolfo D. Sanchez, Texas RioGrande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

Respectfully submitted,

By: _____
Julia M. Hernandez, Attorney for
Eugene Martell and Pablo Martinez,
Defendants

**DEFENDANT EUGENE MARTELL'S RESPONSES AND OBJECTIONS
TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS – Page 1**

EXHIBIT 9

**RESPONSE:**

To the extent such documents exist and are in Defendant's possession, they are attached.

**SUPPLEMENTAL RESPONSE:**

Defendants have no such documents in their possession.

**REQUEST FOR PRODUCTION NO. 23**

Please produce all written documents you used in 2002 to inform Plaintiffs about the terms and/or conditions of occupancy of the housing where Plaintiffs resided during their employment with Agrigenetics in 2002.

**RESPONSE:**

To the extent such documents exist and are in Defendant's possession, they are attached.

**SUPPLEMENTAL RESPONSE:**

Defendants have no such documents in their possession.

**REQUEST FOR PRODUCTION NO. 24**

Please produce all correspondence, written statements, affidavits, notes of conversations, memoranda, or other documents that in any way relate to communications between you and any Plaintiff concerning the terms and/or conditions of the housing where Plaintiffs resided during their employment with Agrigenetics in 2002.

**RESPONSE:**

To the extent such documents exist and are in Defendant's possession, they are attached.

**SUPPLEMENTAL RESPONSE:**

Defendants have no such documents in their possession.