1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF TEXAS

4                 BROWNSVILLE DIVISION

5

            Civil Action No. B-04-005

6

7    Armando Alonso, et al.,

8              Plaintiffs,

9    -vs-

10   Agrigenetics, Inc., et al.

11             Defendants.

     _____

12

13     VIDEOTAPED DEPOSITION OF PABLO MARTINEZ

14

15         Tuesday, December 21, 2004

                9:06 - 6:11 p.m.

16

17       515 N. Flagler Drive, Suite 200-P

          West Palm Beach, Florida 33401

18

19

20

21   Reported By:                    **COPY**

     TERESA WHALEN, RPR

22   Notary Public, State of Florida

     Esquire Deposition Services

23   West Palm Beach Office  Job # 692170

     Phone:    800.330.6952

24             561.659.4155

25

EXHIBIT

10

1      Q.    What are you doing before you go to Iowa?

2      A.    I'm in Texas.  I take care of my yard, I mow

3    the lawn, I visit my friends.

4      Q.    Are you trying to find workers to go with you

5    to Iowa to help you detasseling?

6      A.    I almost never have to, because I have people

7    have been years working with me.

8      Q.    During that time before going to do the

9    detasseling, are you trying to make arrangements for

10   people to have housing?

11     A.    Yes.

12     Q.    Could you describe what you do with respect

13   to arrangements for housing while you're still in

14   Texas?

15     A.    The job that I have, this guy Martell, I send

16   him to get hotels, I stay in Texas.

17     Q.    So you stay in Texas and you send

18   Eugene Martell, the other defendant in this lawsuit --

19     A.    Yes.

20     Q.    -- to go find housing?

21     A.    Yes.  Because it's very hard.  Nobody wants

22   to rent motels to one person, they don't want to rent.

23   So you have to be looking and looking, and it has to be

24   appropriate motel.

25     Q.    They don't want to rent to you?  I don't

1    understand what you mean by that.

2        A.    Since I have several people, I go and say I

3    need thirty, forty people, I say I need ten rooms for

4    the contractors, and they say no, I don't have any.

5            MR. SANCHEZ:  He said I'm a contractor.

6    BY MR. SANCHEZ:

7        Q.    They don't want to rent to you because you

8    are trying to reserve a block of workers to do the

9    detasseling, right?

10       A.    Yes.

11       Q.    So when Mr. Martell is out trying to locate

12   housing, is Ms. Flores doing anything related to trying

13   to get ready to go to do the detasseling work?

14       A.    Okay.  She starts working on the books,

15   because when you're going to do the labor, it's let's

16   say block 108, then she starts preparing herself,

17   because I taught her.  People come in and each person

18   has a number, plus every bed needs a label with the

19   job.  And the same story, Maria, she goes when the

20   people go.  Martell is the one who goes to get the

21   motels.

22       Q.    So Martell goes before Maria?

23       A.    Yes.  Martell is the first one, because he's

24   the one looking for motels; sometimes he goes a week

25   before.

1    leaving too much tassels, too many tassels.  The whole

2    time I have two field workers, they're all checking the

3    same such, plus me, plus myself.  And Maria is the one

4    that she does everything at the head of the beds, take

5    note of everything.

6         Q.   I believe the position that you described

7    Mr. Lopez in, you used the phrase "field walker"?

8         A.   Yes.  A person that keeps walking the fields.

9         Q.   Is he walking the fields to see how people,

10   if they're going fast enough or if they're doing the

11   job right, that sort of thing?

12        A.   Yes.  Because there are different people, we

13   are all different.

14        Q.   And then you have Ms. Flores who also is out

15   in the fields, she's marking the rows?

16        A.   The name of the people, the name of the

17   people, give me another row.

18        Q.   Would it be fair to say that Ms. Flores is

19   responsible for keeping track of how many acres are

20   being produced by each worker?

21        A.   Every row.  Let's say this block has 80 --

22   let's say this block has 80 acres, it's divided in 100

23   rows.  You're going to pay -- okay, it's paid 70 by the

24   acre to the people.  Okay?  It's 80 rows, so seven

25   times eight is 56, so it's 5600 that has to be paid.

Page 33

1    And if it's a hundred rows, then you divide that money

2    in a hundred rows, and that's how you know what you pay

3    the people.

4        Q.   So in 2002 was it Ms. Flores' job to keep

5    track of the rows done by each person?

6            THE INTERPRETER:  Could you repeat for me,

7        the interpreter?

8    BY MR. SANCHEZ:

9        Q.   Was it her responsibility to keep track of

10   the rows detasseled by each person for the year 2002?

11       A.   I don't remember that's the year that I

12   started training the person for that.

13       Q.   So your answer is you don't know if

14   Ms. Flores performed that job in 2002; is that your

15   answer?

16       A.   The answer is that she could have been there,

17   but I have to be there to train her, so she couldn't be

18   earning the same that she's earning this year.

19       Q.   So in 2002 were you partly responsible for

20   keeping track of the rows that each person detasseled?

21       A.   Yes.

22       Q.   Did either you or Ms. Flores keep records of

23   the amount of work done by each person?

24       A.   Correct.  Because those records have been

25   kept.

Page 42

1    A.    Yes.   I would say put the name of the person,

2   this person's going to be number six, put the tag

3   number here.   The first day you give each one a number,

4   people go to work, you teach them, you do the first

5   job, which is the first time.   The third day you have

6   to come back to the same block, and Maria has to go

7   again this is your block, this is yours, this is yours.

8   Like if somebody comes and says where is my block,

9   where is my block, and let's suppose it's 461, it's

10   over there.

11    Q.    So in 2002, was it Ms. Flores', one of her

12   duties, was it to keep records like this, or was it to

13   help people get to the right rows, or both?

14    A.    Martell takes care of the payroll.   She comes

15   to him and says here are the rows of each person.

16    Q.    And in 2002, was that the first year that

17   Mr. Martell did that sort of work for you?

18    A.    Yes.

19    Q.    In 2001 what work did Ms. Flores do for you?

20    A.    In 2001?

21    Q.    Yes.

22    A.    Sometimes to make sure that there is -- you

23   have enough water, that there is no water missing.

24    Q.    How was Ms. Flores paid in 2001?

25    A.    I'm not sure, but I think that she started

Page 75

1   before they start.

2        Q.    I'd like you to look at Exhibit Number 4, the

3   page marked Exhibit B, and it says worker disclosure

4   statement, correct?

5        A.    Yes.

6        Q.    So the paragraph we just read instructs you

7   to read this page to workers, correct?

8        A.    Correct.

9        Q.    But Exhibit 4, the page marked Exhibit B is

10  blank.

11       A.    Correct.

12       Q.    Is there some other document that was sent to

13  you to review with workers you were recruiting?

14       A.    The one he has there.  It's in Spanish and in

15  English.

16       (Exhibit No. 5 was marked for identification.)

17  BY MR. SANCHEZ:

18       Q.    Mr. Martinez, I'm going to hand you a

19  document market as Exhibit Number 5.  Now, a minute ago

20  you kind of pointed over in my general direction and

21  said that you read a document I had somewhere in my

22  stack of papers, and I've pulled out this record that

23  is marked as Exhibit Number 5, and it's in Spanish, and

24  it says in Spanish.

25       A.    Yes, correct.

1     Q.    Is this the document that you claim you read

2   to each worker that you recruited?

3     A.    There it is, look.  Here it is.  The kind of

4   work, what they earn by hour, and it's printed in

5   Spanish.

6     Q.    My question for you, so we can go as fast as

7   we can, Exhibit Number 5 is two pages, correct?

8     A.    Yes.

9     Q.    Is it your testimony that you read both pages

10  of Exhibit Number 5 to each worker that you recruited?

11    A.    Correct.

12    Q.    Do you recall if you read that document

13  marked as Exhibit Number 5 to each worker when they

14  were in Texas, or when they were in Illinois, or

15  someplace else?

16    A.    Okay.  This is a little long.  Here comes

17  Pablo and say okay, here is application, look at it.

18    Q.    In Texas?

19    A.    Well, I gave him the application in Texas, in

20  Texas, in Texas.  Okay.  After one day -- after he

21  finishes the day or two, I ask him did you understand

22  it, because not everybody who works with me understands

23  English -- Spanish.

24    Q.    So it's your testimony that you provided to

25  each worker that you recruited the information

1    contained in Exhibit 5 in Texas?

2         A.   Yes.

3         Q.   In your answers to interrogatories, I believe

4    you stated that you recruited every person on page

5    DEF 0104 and DEF 0105; is that correct?

6              MR. HILL:  Object to the form.

7              THE WITNESS:  That I had recruited?

8    BY MR. SANCHEZ:

9         Q.   Yes.

10             THE INTERPRETER:  The interpreter is asking

11        for clarification.  The interpreter is asking to

12        change the word "recruiting."  He said recruiting.

13        Let me think about that word.  So I said employed.

14             MR. SANCHEZ:  No.

15             THE INTERPRETER:  It's not really?

16             MR. SANCHEZ:  No.

17             THE INTERPRETER:  That is the word.

18             THE WITNESS:  Tell me again.

19    BY MR. SANCHEZ:

20        Q.   I'm going to find the reference in your

21    interrogatory answer, then we can try it that way.

22             Why don't you we just do it this way.  If you

23    look at Exhibit Number 2, the page marked DEF 0104 and

24    DEF 0105, this is a list of people who worked with you

25    in Illinois in 2002, correct?

Page 78

1    A.   Yes.  Correct.

2    Q.   Did you read the information contained in

3    Exhibit Number 5, the two pages in Exhibit 5, to each

4    person on that list?

5    A.   Correct.  The person knows everything that

6    he's going to do.  They don't go with closed eyes, they

7    know what they're going for.

8    Q.   But you understand my question.  My question

9    was, did you read the document marked as

10   Exhibit Number 5 to each person on page DEF 104 and

11   DEF 105 of Exhibit 2?

12   A.   Correct.

13   Q.   Do you recall whether you read that document

14   to those workers as a group, or was it individually?

15   A.   Room by room.  When they go to the jobs, do

16   that again, because that's when they go through

17   orientation and everything is explained.

18   Q.   So this was as a group?

19   A.   In the motel, it's room by room.

20   Q.   So it's my understanding you do this on

21   several occasions; is that your testimony?

22   A.   Yes.

23   Q.   One time you did it room by room at the hotel

24   in Iowa?

25   A.   Yes.

1    Q.    And another time was at the Mycogen plant in

2    Illinois?

3    A.    Correct.

4    Q.    At the orientation session?

5    A.    Correct.

6    Q.    Did you do this -- did you also review

7    Exhibit Number 5 with this group of workers in Texas?

8    A.    Yes.

9    Q.    Do you know who filled in the information on

10    Exhibit Number 5?

11    A.    This was the company.

12    Q.    By "the company" you mean Mycogen?

13    A.    Or this.    They send me this form.    They send

14    them to me for each worker.

15    Q.    Who sends this to you for each worker?

16    A.    The company.

17    Q.    What company?

18    A.    Mycogen.

19    Q.    By Mycogen you're referring to the defendant,

20    Agrigenetics, d/b/a Mycogen, correct?

21    A.    Yes.

22    Q.    When you reviewed Exhibit Number 5 with the

23    workers in Texas, did you do that as a group, or did

24    you do that individually?

25    A.    Okay.    Martell knows you have a job, these

Page 80

1    are the conditions that you have for work, that --

2    let's suppose it is, okay.  Sometimes they come back,

3    because a hundred go to talk with you, and twenty are

4    really going.

5        Q.   I'm going to repeat my question, because I

6    don't think you answered it.

7             When you reviewed Exhibit Number 5 with the

8    workers in Texas, did you do it in a group, or

9    individually?

10       A.   Individually, because they come to see me

11   individually.  They don't come in a group.

12       Q.   When you reviewed Exhibit Number 5 with

13   workers in Texas, was Mr. Martell present on some

14   occasions?

15       A.   He accompanies me sometimes when I was going

16   to see some workers, I would be going with him.

17       Q.   When you reviewed Exhibit Number 5 with

18   workers in Texas on those occasions when Mr. Martell

19   was present, did he also explain Exhibit Number 5 to

20   the workers?

21       A.   No.  That is me.  Martell was watching,

22   looking, listening, but I'm the contractor.

23       Q.   Did you ever introduce Mr. Martell to any of

24   the workers that you were reviewing Exhibit Number 5

25   with?

1    the Heidelburg Motel?

2              (Mr. Hill left the deposition room.)

3              THE WITNESS:  An average of twelve.

4    BY MR. SANCHEZ:

5        Q.    And how many rooms did you reserve at the

6    Iris Motel in 2002?

7        A.    An average of three.

8        Q.    So you had about fifteen rooms total for your

9    crew?

10       A.    Yes.

11       Q.    How many people were living in each room?

12       A.    Four.  Four.

13       Q.    How many beds did each room have?

14       A.    Two.

15       Q.    Were there unrelated male workers sharing

16   beds?

17       A.    Yes.

18       Q.    Exhibit Number 4 has several blank pages.

19   For example, page number 9 of 14, and number 10 of 14,

20   and the last page.  Do you know why those pages are

21   blank?

22       A.    No.

23       Q.    But you still signed this document anyways,

24   right?

25       A.    Yes.

1          (Mr. Hill returned to the deposition room.)

2    BY MR. SANCHEZ:

3        Q.   Mr. Martinez, you've never been in the hotel

4    business, right?

5        A.   Correct.

6        (Exhibit No. 6 was marked for identification.)

7    BY MR. SANCHEZ:

8        Q.   Mr. Martinez, I'm going to hand you a

9    document marked as Exhibit Number 6, and I understand

10   Exhibit Number 6 to be an application or a document

11   that you submitted to the Illinois Department of Labor;

12   is that correct?

13       A.   Yes.  This is signed by the work contractors,

14   Pablo Martinez.

15       Q.   Did you fill out the document marked as

16   Exhibit Number 6?

17       A.   This here?

18       Q.   Yes.  The handwritten information on here.

19       A.   Yes.

20       Q.   In here on Exhibit Number 6, you list

21   Jim Sheriff as your employer; is that correct?

22       A.   Correct.

23       Q.   You list that you're going to be doing some

24   work with seed corn?

25       A.   Yes.

Page 123

1    people destroyed a room, that was all, so we had to

2    pay.

3        Q.   So in 2002, you had a problem because some

4    crew members destroyed a room; is that correct?

5        A.   Correct.

6        Q.   And you're responsible for the rooms because

7    you were paying for the rooms?

8        A.   Yes.  I had to pay all the damages, correct.

9        Q.   So my question is, since you were responsible

10   for the rooms, were the workers instructed to talk to

11   you if they had any problems about their room?

12       A.   Like when I stay at night, I explain to

13   people about their rooms, if you have problems in the

14   room, talk to Mr. Martell.  Because I get at in eight,

15   at ten, eleven, from work, from the field.

16       Q.   And if Mr. Pang had problems with your crew,

17   did he also go to Mr. Martell to try to straighten out

18   the situation?

19       A.   Yes.  It's difficult to find me, because I'm

20   all day gone all over.

21       Q.   Did you have a similar person assigned with

22   that responsibility at the Iris Motel?

23       A.   Mr. Martell.

24       Q.   Did Mr. Martell have use of a vehicle in

25   2002?

1      A.    Yes.

2      Q.    Whose vehicle?

3      A.    It seemed to be the bus driver's vehicle, and

4  he would lend it to him.  But he doesn't use it very

5  much, only when he goes to McDonalds or for coffee.

6      Q.    How many days did the 2002 detasseling season

7  last?

8      A.    Well, I'm not sure.  I'm not very sure if it

9  lasted, like, sixteen days.

10     Q.    Do you recall whether it lasted longer or

11  shorter than you had expected?

12     A.    It lasted less, because the sun came out hot,

13  hot, and so it pushes the plants, so they put them a

14  week earlier.

15     Q.    When the workers arrived in Iowa at the

16  Heidelburg, did they fill out paperwork there, and then

17  go to the orientation session in Gladstone?

18     A.    They get to their motel, because sometimes

19  they said they're coming to the motel from Texas, but

20  they don't show up, and then when they get to the hotel

21  you give them their room, how many are going to live

22  there, if it's three, because from one day to the next,

23  the people have to arrive.

24            And the next day you have to take them to

25  orientation, and then they fill out their applications.

Page 133

1    Q.   That's me.

2    A.   But there is a Sanchez who was the one with a

3  fight problem, and there is others.

4    Q.   If you look at Exhibit Number 3, there under

5  interrogatory number 22, it has all the names listed of

6  plaintiffs.  So it's your understanding that

7  Higinio Sanchez-Ramoz didn't finish the season?

8    A.   Not for sure. (In English).

9         But I know that one, Hugo Martinez, and

10  Sanchez, they did not finish the season.  There are

11  four of them, but I don't remember them all.

12    Q.   So you remember two of them, you think, and

13  you think there are two others, correct?

14    A.   Right.

15    Q.   Do you know what happened?  Was it one

16  incident involving all four of them, or was it separate

17  incidents for each of them?

18    A.   They were all in the same room, and they were

19  drunk or drugs something, they did something.  So at

20  three o'clock in the morning, the manager of the hotel

21  calls me and he said Pablo, they are destroying the

22  room.

23    Q.   And what happened?

24    A.   I controlled them.  Please, this and that,

25  and that.  So after three or four hours when the dawn

1    came, I said, here, this is what I owe you, the drop

2    has kind of gone away some.

3        Q.   Then you --

4        A.   The motel, I told them the -- I didn't fire

5    them from work, but they left the motel.

6        Q.   But they were thrown out of the hotel?

7        A.   Yes.

8        Q.   And they returned to Texas right after that?

9        A.   They left in the bus, it seems like.

10       Q.   Did you take them to the bus station?

11       A.   No.  When I came back, they were not there

12   any more.

13       Q.   Who roomed with you in 2002?

14       A.   I was with -- I don't know if I was with my

15   buddy.

16       Q.   Meaning Mr. Martell?

17       A.   Martell.  Or I was with Xavier, let's see,

18   Gonzalez.  I don't know if it was that year.

19       Q.   So you were with one other person but you

20   don't recall who that person was?

21       A.   No.  Because I was with my buddy or the

22   chauffers.  I get home at ten o'clock at night, get a

23   shower, and boom.  Get home at ten o'clock, I take

24   shower, my partner is asleep, and then I sleep only

25   three or four hours a night.  By the time you get a

Page 158

1      A.   No.  No.  Because I never have fields of my

2   own.  I mean houses -- not fields.  When he says

3   housing, I don't have authorization.

4      Q.   So you've never been licensed by any state or

5   federal agency to house migrant workers?

6      A.   No.  Because the same question again, I don't

7   have houses.

8      Q.   If you just answer the question yes or no, I

9   won't ask it again.

10     A.   No.

11     Q.   Have you ever been authorized by any state or

12   federal agency to transport workers?

13     A.   Just my federal card I have.

14     Q.   That authorizes you to transport workers?

15     A.   I don't transport workers.

16     Q.   So you have never been authorized by any

17   state or federal agency to transport workers?

18     A.   Because I never -- the whole time I worked

19   with the company, no.

20     Q.   So your answer is no?

21     A.   Right.

22     Q.   During the 2002 detasseling season, did you

23   ride the bus to the fields?

24     A.   No.  I have my own truck.

25     Q.   During the 2002 detasseling season, did you

Page 159

1    inspect each room that workers were living in at the

2    Heidelburg Hotel?

3        A.    Yes.

4        Q.    Every day?

5        A.    Not every day, because I didn't have time to

6    do it.  People didn't have complaints, there was

7    nothing.  But I had to watch it, because if there was

8    any damage, I had to pay, and the person of the motel

9    said you have to pay.

10        Q.    So the answer to my question is you didn't

11    see every room every day, correct?

12        A.    No.

13        Q.    That's not correct?

14        A.    No.  I mean, I didn't check them every day.

15        Q.    Did you provide the field toilets, or did

16    Mycogen provide the field toilets in 2002?

17        A.    Mycogen.

18        Q.    What is an independent contractor?

19        A.    If you do payroll, that you are going to pay

20    them, you have to have -- that is independent

21    contractor, and they give you a federal card to do

22    that.  It's not just with this (indicating).  I have my

23    federal ID, that's what that authorizes me to be, a

24    contractor.

25        Q.    So that's how you -- when you use the word,

Page 164

1    Q.    Did anyone ever tell you that it was not good

2    enough for you to transport plaintiffs on a bus that

3    was licensed by Illinois, that was safety inspected by

4    Illinois, driven by a man with a commercial driver's

5    license?

6    A.    Everything went according to the law, what

7    the law asked you for.  He had his physical exam about

8    drugs.

9    Q.    Are you aware of any plaintiff that was hurt

10   during transportation to or from the field or in the

11   field, or transported within the field?

12   A.    Correct.  I'm aware of everything, because if

13   there is an accident, they talk to me.

14          MR. HILL:  No further questions.

15          MR. SANCHEZ:  A few more, Mr. Martinez.

16          FURTHER REDIRECT (PABLO MARTINEZ)

17   BY MR. SANCHEZ:

18   Q.    Mr. Martinez, did each worker housed by you

19   at the Heidelburg Hotel have a bed?

20   A.    No.  There are two big beds.

21   Q.    Did the workers housed by you at the

22   Heidelburg Hotel have a place to cook their food?

23   A.    In the hotel you can't cook, so I made an

24   agreement with the people if they want a kitchen, if

25   they wanted to they could rent a kitchen, and I would

1    pay to rent for the kitchen, but they never wanted to

2    accept it.

3        Q.    Where was this kitchen?

4        A.    Around the Mississippi River.  You know where

5    the Mississippi River is, across in Illinois, there are

6    some little houses that they rent for the fishermen.

7    It costs $350 a week for one to make meals, to fix

8    meals.  But they didn't want -- they just stop at the

9    store, they buy bread, buy sandwiches.

10       Q.    So the workers had no place to cook food at

11   the Heidelburg Hotel?

12       A.    Not at the hotel.  The hotel put out for

13   them -- what do you call it?

14            THE INTERPRETER:  The interpreter told him

15            "parillas," which is grills.

16   BY MR. SANCHEZ:

17       Q.    The grills were for your workers to cook on?

18       A.    Yes.

19       Q.    Did the rest of the folks who were staying at

20   the Heidelburg Hotel cook on those grills, too?

21       A.    Yes.

22       Q.    So those grills weren't just for your

23   workers, they were for everybody at the motel?

24       A.    Well, it was -- they were used almost only by

25   us.