```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF TEXAS
 4                 BROWNSVILLE DIVISION
 5                                              COPY
            Civil Action No. B-04-005
 6
 7   Armando Alonso, et al.,
 8            Plaintiffs,
 9   -vs-
10   Agrigenetics, Inc., et al.
11            Defendants.

12   _____

13      VIDEOTAPED DEPOSITION OF EUGENE MARTELL
14                    VOLUME I
15
            Monday, December 20, 2004
16               9:20 - 5:56 p.m.
17
          515 N. Flagler Drive, Suite 200-P
18          West Palm Beach, Florida 33401
19
20
21
     Reported By:
22   TERESA WHALEN, RPR
     Notary Public, State of Florida
23   Esquire Deposition Services
     West Palm Beach Office  Job # 692164-A
24   Phone:    800.330.6952
               561.659.4155
25
```

EXHIBIT 11

```
 1        A.    Yes.
 2        Q.    And in 2002 you stayed at the Heidelburg
 3   Motel?
 4        A.    Right.
 5        Q.    And in 2002, the workers that were located by
 6   Mr. Martinez stayed at the Heidelburg Motel?
 7        A.    That is correct.
 8        Q.    Who made the arrangements with Mr. Pang to
 9   stay at the Heidelburg?
10        A.    Well, I got up there, because they were, I
11   think -- I don't know how many years prior they had
12   stayed there, so I wouldn't know.  I think it was like
13   an understanding that next year they would be coming
14   again.  So most of these people that had been there the
15   previous year went again, so everybody knew where the
16   hotel was.  I think Mr. Martinez called Lewis and then
17   Lewis called us back to let us know whether or not he
18   could accommodate the rooms.
19        Q.    When you say Lewis called us back, did Lewis
20   call Mr. Martinez back, or did he call you back?
21        A.    Well, he called both of us, you know.
22   Because he speaks English and he's limited, you know,
23   so we have to try to understand each other, you know.
24   Mr. Lewis, we got together on the availability, because
25   again, like I say, the dates are hard to pinpoint, and
```

1   it's hard for a business to reserve rooms ahead and
2   then you not get there.  So sometimes you get there and
3   the work is not there, but you have to pay for the
4   rooms anyway because you're already there.  Or you
5   reserve for a certain day, and even though we don't get
6   there, we cost him so many rooms that he didn't rent
7   that day we weren't there.  So we try to coordinate
8   when we work with him two years the best way, you know,
9   to not put him out, you know.
10       Q.   So in 2002, do you recall how many
11  conversations you had with Mr. Pang about housing
12  Mr. Martinez's crew at the Heidelburg Motel?
13       A.   No, sir, I couldn't remember exactly how
14  many.
15       Q.   Was it more than one?
16       A.   It was once or twice, but that's about it.
17       Q.   Do you recall anything about your
18  conversation with Mr. Pang in terms of how many rooms
19  you wanted or how many people were going to be
20  traveling up to Iowa in 2002?
21       A.   Yes, yes.  We discussed rooms, because we
22  knew -- I'm trying to figure how many rooms we had
23  figured we were going to be using, and then when we got
24  there, we had to rent more rooms because we didn't have
25  enough rooms.

```
1    2002?
2        A.    I'm sorry?
3        Q.    In 2002.
4        A.    2002?  No.  I don't know exactly.  Because I
5    don't assign room by room.  We'll say four people are
6    with Rudy, and Rudy says okay.  We have to hold
7    somebody responsible for that room, because that
8    particular year, they did some pretty bad stuff on the
9    hotel, and we were afraid Mr. Pang had to pay out of
10   his own pocket, so Mr. Martinez paid him.  Because
11   somebody had burned a mattress and put fire to a phone.
12   I don't know why they would do that, but those are
13   things we have to take care of personally.  So we try
14   to assign one person in charge of a room, that way this
15   person is responsible for whatever.
16       Q.    Do you keep a list of who is responsible for
17   each room?
18       A.    Well, it's just designated, we don't actually
19   make a list.  In other words, when they start coming
20   in, we'll say who is responsible, and one of the guys
21   will say I'm responsible.  Okay.  We don't actually,
22   like, hold them to it, you know.  We believe on their
23   word of honor or take it for granted they're almost
24   going to do destruction, you know.  That particular
25   time they did.  But of course, you know, Mr. Martinez
```

1   Q.   With the exception of Mr. Cantu.  I'm talking
2   about the first page.
3   A.   Right.
4   Q.   What is the basis for those payments to those
5   workers?
6   A.   Okay.  Since it is contract labor, see, we
7   don't know actually how many they have done or
8   accumulated at that point.  The actual amount of work
9   performed or production is not till the end, when we
10  tab all the acreage they did.
11          Then from there -- it's just like an advance
12  of $300 to keep you going.  Because see we cannot -- at
13  the point when you cut a check, you really can't say
14  how much everybody has yet until it's over.  So when we
15  know all the totals, then is when we have the final
16  figure, and from there we do the deductions.  That's
17  the way I was told to do it, see.  So you see how the
18  deductions are later done, see.
19  Q.   If you look at the amount of $300, do you
20  take into account how much hours someone has worked
21  that week to come up with that money or how many acres
22  they've worked?
23  A.   It would be an equivalent of whatever hours
24  were worked close to that.  Let's say the total on the
25  hours would have been 280, 290, he'll say make it 300,

1  what I have known him by, Goyo. And the lady, I just
2  call her Ms. Martinez whenever I call the house, you
3  know.
4      Q.  Then right under that it has under number
5  eight, it has other benefits, and it says none, right?
6      A.  Yes.
7      Q.  Then under number nine, it has for migrant
8  workers who need housing, the type of housing that will
9  be provided and its cost, correct?
10     A.  Is that what "alojamiento" means, housing?
11     Q.  It's your form, not mine.
12     A.  I don't know what that means. If the
13 question is -- how do I answer this.
14     Q.  If you don't know what the word "alojamiento"
15 means, you can say you don't know what that means.
16     A.  I don't know.
17     Q.  Under that it says "ninguno," which means
18 none?
19     A.  None.
20     Q.  For charges, it says not applicable, correct?
21     A.  Uh-huh. I figure "cargos" is charges, so
22 maybe they're saying he's in charge because that
23 doesn't apply, I guess.
24     Q.  If you look at Exhibit Number 7, pages one
25 and two, do you see anywhere in this document where it

1  talks about housing that will be provided to any of
2  these workers?
3       A.   Not from the wording on there, no, sir.
4       Q.   And I believe you said Exhibit Number 7, the
5  two pages that comprise Exhibit Number 7, this is the
6  information that Pablo Martinez provided to the workers
7  that he was lining up to do this corn detasseling in
8  2002?
9       A.   Right, sir.
10      Q.   Are there any other papers that he reviewed
11 with any of the workers in 2002 other than what's
12 marked as Exhibit Number 7?
13      A.   Not here, no, just these two pages.  I do
14 know that he tells them he pays for their lodging, they
15 don't pay for it.  I don't know if it's on there.
16 Maybe that's the word, but I do know he pays for the
17 lodging.
18      Q.   Do you know if there are any pages missing
19 from this document marked Exhibit Number 7?
20      A.   That I know of, I think there is two, that's
21 it.
22      Q.   Now, these are all documents, just so we
23 understand, all these documents that we've been looking
24 at, the ones that are marked with DEF and a number are
25 documents that were given by you to us in the course of

```
 1   dealt with or Mr. Martinez dealt with at the Iris
 2   Motel?
 3        A.   Yes.  I think the last name of the man is
 4   Patel, P-A-T-E-L, the first name I don't remember; he's
 5   the one that owns it.
 6        Q.   You recall that in 2002 that there wasn't
 7   enough room at the Heidelburg?
 8        A.   Yes.  Because I know that people came.  Like
 9   I said, there was extra, so they had to get rooms at
10   the other hotel.  I know the Durans were over there and
11   the Cantus were over there; several people were over
12   there I know.
13        Q.   But there is no written records of who was at
14   what hotel and who was in which room?
15        A.   Not to my knowledge, because Pablo handled
16   the paying of that hotel, so I don't know.  I know
17   there was at least we had at least four rooms over
18   there.  Because one time the bus driver went over
19   there, and he said they are scattered, we need to ask
20   the guy Patel what rooms they're in, because he knows.
21        Q.   If you look at Exhibit Number 14, the names
22   are listed, and the first name is Pablo, correct?
23        A.   Yes, sir.
24        Q.   Is there any particular order to these names?
25        A.   No, no.  This is the way they were coming in
```