Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF TEXAS
 3                 BROWNSVILLE DIVISION
 4
                Civil Action No. B-04-005
 5
                                               COPY
 6   Armando Alonso, et al.,
 7           Plaintiffs,
 8   -vs-
 9   Agrigenetics, Inc., et al.
10           Defendants.

11
12       VIDEOTAPED DEPOSITION OF EUGENE MARTELL
13                    VOLUME II
14
15           Monday, December 20, 2004
                 9:20 - 5:56 p.m.
16
17       515 N. Flagler Drive, Suite 200-P
           West Palm Beach, Florida 33401
18
19
20
21   Reported By:
     TERESA WHALEN, RPR
22   Notary Public, State of Florida
     Esquire Deposition Services
23   West Palm Beach Office Job # 692164-B
     Phone:    800.330.6952
24             561.659.4155
25
```

EXHIBIT 12

1  rooms and there are big rooms. If it's just a
2  couple -- see, he makes the arrangements with
3  Lewis Pang, or we call him and we say we need so many
4  rooms, Lewis, and some with one bed or some with two
5  beds, and some big rooms. And if he doesn't have them,
6  then he's got to get rooms somewhere else. Normally
7  everybody's comfortable, it's not a crowded thing.
8      Q.  None of the rooms had more than two beds; is
9  that true?
10     A.  Two beds, and sometimes, and I think in some
11 cases, if somebody -- if it's like two brothers, they
12 don't mind sleeping together, but if it's an extra
13 person, he provides like a small cot for them, you
14 know, an extra bed to put in there.
15     Q.  So there were some occasions in 2002 when two
16 guys were put in one bed?
17     A.  Well, I don't know how they sleep, but I'm
18 saying like brother and brother, you know, that's
19 nothing, it's family, it's not like a different person.
20 But how they make the arrangements in there, I cannot
21 say I went there and I checked in the rooms, no. I
22 know the rooms are -- when they are giving out the
23 rooms, they start saying, so Mr. Martinez assigns the
24 rooms, okay, because he knows the people better than
25 me, he knows who is coming with who, see.

1  get paid, people started to get mad. And I tried to
2  explain to them, look, we are working with a different
3  company, and we're all in the same boat together. I
4  don't know either. When the money gets here, we'll all
5  get it together.
6          And somebody somewhere started the rumor that
7  they weren't going to get paid, so people started
8  feeling uneasy about it, who wouldn't, not getting
9  paid. But I assured them, look, I'm in the same boat
10 you all are. As soon as the checks are here, we'll all
11 get together. And that's what happened. When we paid
12 everybody, everybody came to the bank and you get the
13 checks there and go cash them, and it was done.
14     Q.  Did Mr. Martinez send you the checks?
15     A.  He sent them to us, yeah.
16     Q.  And you contacted everybody?
17     A.  Yes. I told them just hold on, I'll try to
18 get hold of everybody as best as I can, you know.
19         (Exhibit No. 26 was marked for identification.)
20 BY MR. SANCHEZ:
21     Q.  Mr. Martell, you've been handed a document
22 marked Exhibit 26. Can you tell me what Exhibit 26 is?
23     A.  It's a check from somebody.
24     Q.  Is it your understanding that Exhibit 26 is
25 an ADP check stub?

```
1      A.   Yes, sir.
2      Q.   For a particular worker?
3      A.   Uh-huh.
4      Q.   Is it also your understanding that this is
5   the type of check stub that was given to all the other
6   workers when they received their pay?
7      A.   Yes, sir, that's what it looked like.
8      Q.   If you look on Exhibit Number 26 where it has
9   the description, it says salary.
10     A.   Yes, sir.
11     Q.   Then it has hours and it's blank?
12     A.   Yes.
13     Q.   Then it has this period and it has 300?
14     A.   Right.
15     Q.   This document doesn't have how many hours or
16  acres that a worker produced, correct?
17     A.   Right.
18     Q.   Was there some other document that was given
19  to workers that showed how many hours or acres they had
20  been credited with?
21     A.   No.  The way -- and this is the way I'm going
22  to try to work it the best way I know, how I was told
23  to do it.  Everybody understands that they're working
24  on contract labor, and they know that the total of what
25  they make will equal whatever acreage they did, which
```

1    Q.    As far as you know, Mr. Martinez has never
2  been in the hotel business, right?
3    A.    Oh, no.  No.
4    Q.    And you're not in the hotel business?
5    A.    No, sir.
6    Q.    And never have been?
7    A.    Never have been.
8    Q.    And you don't know, or do you known the terms
9  of rental for those rooms that were occupied by the
10 workers in 2002, do you?
11   A.    No.  Because it was paid as a whole, so Pablo
12 was the one that made the actual arrangements with
13 Mr. Pang to how what price was going to be quoted and
14 what was going to be paid for the whole thing.
15   Q.    So he negotiated like a block rate for the
16 rooms?
17   A.    Yes.  Because any time you stay at a hotel,
18 wherever you stay, you get a better rate by the week as
19 opposed to by the day.
20   Q.    Do you know if he got a better rate for
21 renting a block of rooms as opposed to renting a single
22 room?
23   A.    I don't know, Rudy, if it's because of the
24 number of rooms or the number of days.  See, that they
25 negotiate, I don't know how they came to an agreement

1   can't force them to get separated.  Some of these
2   people, you have to understand the way they work, they
3   work in groups, so what we can do is try to best
4   accommodate them, probably with a cot for another
5   person.  But as far as us forcing them, no, we don't do
6   that.
7       Q.   But there were occasions when there were five
8   workers in a room?
9       A.   I think there was one particular case.
10      Q.   Can you recall whose room that was?
11      A.   No, I can't.  Because I know that I remember
12  Pablo telling me go see Lewis and get a cot for that
13  room.
14      Q.   And did you take care of that, you got a cot?
15      A.   Yes.  He provided us one.
16      Q.   If there were other housing problems like
17  that, were you sort of the go-between between Lewis and
18  the workers?
19      A.   If there was a problem, yes.  But we didn't
20  have any as far as complaints of any sort, you know.
21  The only complaint we had was at the end where it was
22  sad that somebody, you know, burned the man's mattress,
23  you know, and Mr. Martinez paid Mr. Lewis for that
24  damage.
25      Q.   But my question to you was, was it sort of

1  understood that you were the person who was --
2      A.  If there was a complaint, they would come to
3  me, yes, Rudy.
4      Q.  Then you would go and try to resolve the
5  problem?
6      A.  Yes, you know.  For example, a disturbance
7  among themselves, or sometimes too loud music, and the
8  other guests in the hotel might complain.  Lewis would
9  call me, and I would go and talk to our people, look,
10 take it easy, because there are other people in the
11 hotel, you know, we have to kind of keep down the
12 noise.
13     Q.  Was it also understood that if a worker had a
14 problem, needed a cot or something, they could also go
15 to you?
16     A.  Yeah.  That's what I'm there for, to try to
17 help any way I can.
18     Q.  I believe you also said earlier that there
19 was no problem with payments to workers?
20     A.  Not that we knew of.
21     Q.  I thought earlier you had testified about
22 having to go meet people at the bank in Mercedes and
23 people were grumbling?
24     A.  That's what we talked about at the end, yes.
25 The last check, Mr. Martinez made arrangements at the