JOSE AGUILLON

Page 1
February 11, 2005

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION
 3   ARMANDO ALONSO, MELQUIADES    )
     RODRIGUEZ, ROGELIO SANCHEZ,   )
 4   SANTOS MARTINEZ, as next      )
     friend of G.M.; HUGO MARTINEZ,)
 5   JOSE AGUILLON; and HIGINIO    )
     SANCHEZ-RAMOS,                )
 6        PLAINTIFFS,              )
                                   )
 7   vs.                           ) CASE NO. B-04-005
                                   )
 8   AGRIGENETICS, INC., d/b/a     )
     MYCOGEN SEEDS; PABLO MARTINEZ;)
 9   and EUGENE MARTELL,           )
          DEFENDANTS.              )
10
11                      ORAL DEPOSITION
12                      JOSE AGUILLON
13                      FEBRUARY 11, 2005
14
15        ORAL DEPOSITION OF JOSE AGUILLON, produced as a
16   witness at the instance of the Defendant and duly sworn,
17   was taken in the above-styled and numbered cause on the
18   11th day of February, 2005, from 1:50 p.m. to 3:07 p.m.,
19   before BRECK C. RECORD, Certified Shorthand Reporter in
20   and for the State of Texas, reported by computerized
21   stenotype machine at the offices of Texas RioGrande
22   Legal Aid, 300 S. Texas Blvd., Weslaco, Texas  78596,
23   pursuant to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
25
```

COPY

EXHIBIT 13

(210) 331-2280                ESQUIRE DEPOSITION SERVICES                FAX(2
9901 IH 10 West, Suite 630      SAN ANTONIO, TEXAS 78230                    (8

JOSE AGUILLON

Page 5
February 11, 2005

```
 1              (Interpreter previously sworn.)
 2                    JOSE AGUILLON,
 3   having been first duly sworn, testified as follows:
 4                       EXAMINATION
 5   BY MR. HILL:
 6        Q    Mr. Aguillon, my name is Frank Hill and I have
 7   a few questions to ask you this afternoon.
 8             How many times did you go with Pablo
 9   Martinez to Illinois?
10        A    Three times.
11        Q    Would that be 1999 -- excuse me.  Tell me what
12   years that would be.
13        A    I don't remember.  I don't remember, no.
14        Q    Were there three years in a row ending in
15   2002?
16        A    No, it was separate.
17        Q    When you heard about the work in Illinois, did
18   you go to Pablo Martinez's house and tell him you were
19   interested in the work?
20        A    Uh-huh.  Yes, they looked for us.  Chevo came
21   looking for us.  His name is Usebio Martinez and he came
22   looking for us.  He looked for us.
23        Q    Chevo is a short name for Usebio Martinez?
24        A    Yes.
25        Q    What was your understanding as to what you
```

JOSE AGUILLON

Page 6
February 11, 2005

```
 1  would be paid in Illinois during the 2002 season?
 2       A    We were told that we were going to make some
 3  money by acre.
 4       Q    $70 an acre?
 5       A    More or less, that's what we were told.
 6       Q    Did you also understand that you would be
 7  guaranteed at least $6.50 an hour?
 8       A    No, that -- no, I don't remember being told
 9  that.
10       Q    Can you look at Exhibit 1, please, that's in
11  front of you.
12       A    Uh-huh.
13       Q    Do you see there where it says in Spanish that
14  you will make 6.50 an hour?
15       A    Yes.
16       Q    Can you flip it over to the back side.  Do you
17  see where it says that you will also receive $70 an acre
18  if that is more than 6.50 an hour?
19       A    Yes.
20       Q    Have you ever seen this document or one like
21  it before?
22       A    I don't remember it.
23       Q    Do you remember reading any documents in
24  Spanish about your employment in Illinois in 2002?
25       A    No, no, I don't remember.
```

```
 1   $6.50 an hour?
 2       A    Yes, that was the advance.
 3       Q    And then was it your understanding that you
 4   could get the bonus money from the $70 an acre on your
 5   last check?
 6       A    Bonus?
 7       Q    Well, let me rephrase that.  Was it your
 8   understanding that you would receive pay on -- based
 9   upon $70 an acre on your last check?
10       A    Yes.
11       Q    Who told you this?
12       A    Usebio Martinez.
13       Q    Did you ever have discussions with Pablo
14   Martinez about this arrangement?
15       A    No, never.
16       Q    And you rode up to Illinois in a van?
17       A    Yes.
18       Q    And who arranged for that trip?
19       A    Usebio Martinez.
20       Q    Did you pay $50 for the ride to Illinois?
21       A    Yes, I paid Pablo over there for it.
22       Q    Did he advance you money prior to the trip?
23       A    $20.
24       Q    Did the money you paid Martinez for the trip
25   pay for going to Illinois and coming back?
```

(210) 331-2280
9901 IH 10 West, Suite 630

ESQUIRE DEPOSITION SERVICES
SAN ANTONIO, TEXAS 78230

FAX(210) 558-3670
(800) 969-3027

```
 1   van?
 2       A    No.
 3       Q    Do you have any complaints about your trip to
 4   Illinois from Texas or back to Texas or the amount of
 5   money you paid for the trip?
 6       A    No.
 7       Q    What time of day did you arrive at your hotel
 8   in Iowa?
 9       A    More or less, 12 o'clock midnight.
10       Q    And within an hour or so did you get a room?
11       A    No.
12       Q    How many hours?
13       A    More or less, about 10 hours.
14       Q    Well, did you check in your room -- what time
15   in the evening?
16       A    As we got there we told Martell and he said
17   the rooms hadn't been rented yet until Pablo talked to
18   somebody there in the morning.
19       Q    Well, if you arrived at noon or -- I'm sorry.
20   You arrived at midnight; is that correct?
21       A    Yes.
22       Q    And you got a room at sometime in the morning?
23       A    Yes.
24       Q    So did you spend the night out in the van?
25       A    We slept on board the van.
```

JOSE AGUILLON
February 11, 2005

```
 1       Q    What time of day did you talk to Eugene
 2  Martell?
 3       A    At about 10:00 in the morning.
 4       Q    And do you know if anyone knew you were
 5  outside in a van?
 6       A    Yes, they knew.
 7       Q    Well, how do you know they knew?
 8       A    Because Martell came out to look.
 9       Q    So you saw him before 10 o'clock in the
10  morning?
11       A    When we got there.
12       Q    Well, was he out walking around at midnight?
13       A    He was in his room.  We went and knocked on
14  his door to ask him if the rooms had already been
15  rented.
16       Q    Tell me exactly what he said.
17       A    They were not rented yet, not until the
18  morning when Pablo would call them on the phone.
19       Q    When you got in your room the next morning,
20  how many stayed in the room?
21       A    Five.
22       Q    Do you remember the names?
23       A    Augustin Martinez, Everardo Garcia, Celestino
24  Lopez, Melquiades Rodriguez and Jose Aguillon, myself.
25       Q    Was there a couch in the room?
```

JOSE AGUILLON

```
 1    A    No.
 2    Q    Did someone sleep on the floor?
 3    A    Two people did.
 4    Q    Who slept on the floor?
 5    A    Melquiades Rodriguez and Everardo Garcia.
 6    Q    Did someone have a bed to themselves?
 7    A    Celestino Lopez.
 8    Q    If there were five people in the room, why did
 9  Celestino Lopez have a bed to himself?
10    A    Nobody wanted to sleep with him so they
11  remained on the floor.
12    Q    Was he a big guy?
13    A    He's tall.
14    Q    Before leaving from Texas, how much money did
15  you expect to make on this trip?
16    A    An average of $2,000.
17    Q    And why did you expect to make that amount?
18    A    Because I worked at other places before and I
19  have already made that -- around that much money or even
20  more.
21    Q    But you didn't make that much money on your
22  previous trips to Illinois, did you?
23    A    No, not with him.
24    Q    So why did you expect to make $2,000 on this
25  trip?
```

JOSE AGUILLON

Page 36
February 11, 2005

```
 1        A    Milk, meat.
 2        Q    So everything would not fit?
 3        A    No, not everything.  Not all the food fit in
 4   there.
 5        Q    Well, what did fit in there wouldn't spoil,
 6   would it?
 7        A    Yes, not that.
 8        Q    So the problem was there wasn't enough
 9   refrigerator, but the refrigerator did work?
10        A    Yes, it did work.
11        Q    Okay.  Now, have we covered all of the
12   complaints that you make?
13        A    Also, in order for us to cook we had problems.
14        Q    Did you have a microwave?
15        A    Yes, but in order to actually cook some meat
16   we had to do that in a very small frying pan and there
17   was no table.
18        Q    Just what did you expect to cook in your room?
19        A    Well, we would cook meat and all of that.  We
20   would cook meat and all of that and sometimes being that
21   we had no tables we would cook on a little frying pan on
22   the floor.
23        Q    Did you have an electric skillet?
24        A    Yes.
25        Q    Do you know if there were grills outside the
```

(210) 331-2280                ESQUIRE DEPOSITION SERVICES              FAX(210) 558-3670
9901 IH 10 West, Suite 630    SAN ANTONIO, TEXAS 78230                (800) 969-3027