1          IN THE UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF TEXAS

2                BROWNSVILLE DIVISION

3   ARMANDO ALONSO, MELQUIADES      )

    RODRIGUEZ, ROGELIO SANCHEZ,     )

4   SANTOS MARTINEZ, as next        )

    friend of G.M.; HUGO MARTINEZ,)

5   JOSE AGUILON; and HIGINIO       )

    SANCHEZ-RAMOS,                  )

6        PLAINTIFFS,                )

                                    )

7   vs.                             ) CASE NO. B-04-005

                                    )

8   AGRIGENETICS, INC., d/b/a       )

    MYCOGEN SEEDS; PABLO MARTINEZ;)

9   and EUGENE MARTELL,             )

         DEFENDANTS.                )

10

11                ORAL DEPOSITION

12                ARMANDO ALONSO

13               FEBRUARY 9, 2005           COPY

14

15     ORAL DEPOSITION OF ARMANDO ALONSO, produced as a

16   witness at the instance of the Defendant and duly sworn,

17   was taken in the above-styled and numbered cause on the

18   9th day of February, 2005, from 8:51 a.m. to 12:02 p.m.,

19   before BRECK C. RECORD, Certified Shorthand Reporter in

20   and for the State of Texas, reported by computerized

21   stenotype machine at the offices of Texas RioGrande

22   Legal Aid, 300 S. Texas Blvd., Weslaco, Texas  78596,

23   pursuant to the Federal Rules of Civil Procedure and the

24   provisions stated on the record or attached hereto.

25

EXHIBIT

14

ARMANDO ALONSO

1    Q    And the amount of the check?

2    A    Exactly.

3    Q    Did anyone ever --

4            MR. HILL:  Strike that.

5    Q    (BY MR. HILL)  I understand that in prior

6    seasons on your last day of work you received your last

7    check.

8    A    That's right.

9    Q    And you expected that in the 2002 season?

10   A    Yes, sir.

11   Q    Did anyone ever tell you in writing that you

12   would receive your last check on the last day of work?

13   A    Yes, Martell did.

14   Q    In writing?

15   A    No, he just explained it to us.

16   Q    When did he say that?

17   A    On the last day we worked there.  Once the

18   work was over with.

19   Q    So on the last day of work he told you that he

20   expected that you would have the -- have your check?

21   A    Yes.  But like I said, as soon as we finished

22   work, we would be called in and they would give us a

23   check over there and this time he said that he was going

24   to leave it here in Mercedes for us.

25   Q    When did he tell you that?