1       IN THE UNITED STATES DISTRICT COURT

        FOR THE SOUTHERN DISTRICT OF TEXAS

2            BROWNSVILLE DIVISION

3   ARMANDO ALONSO, MELQUIADES     )

    RODRIGUEZ, ROGELIO SANCHEZ,    )

4   SANTOS MARTINEZ, as next       )

    friend of G.M.; HUGO MARTINEZ,)

5   JOSE AGUILLON; and HIGINIO     )

    SANCHEZ-RAMOS,                 )

6        PLAINTIFFS,               )

                                   )

7   vs.                            )  CASE NO. B-04-005

                                   )

8   AGRIGENETICS, INC., d/b/a      )

    MYCOGEN SEEDS; PABLO MARTINEZ;)

9   and EUGENE MARTELL,            )

         DEFENDANTS.               )

COPY

10

11              ORAL DEPOSITION

12              ARMANDO CISNEROS

13              FEBRUARY 11, 2005

14

15      ORAL DEPOSITION OF ARMANDO CISNEROS, produced as a

16  witness at the instance of the Defendant and duly sworn,

17  was taken in the above-styled and numbered cause on the

18  11th day of February, 2005, from 12:52 p.m. to

19  1:41 p.m., before BRECK C. RECORD, Certified Shorthand

20  Reporter in and for the State of Texas, reported by

21  computerized stenotype machine at the offices of Texas

22  RioGrande Legal Aid, 300 S. Texas Blvd., Weslaco, Texas

23  78596, pursuant to the Federal Rules of Civil Procedure

24  and the provisions stated on the record or attached

25  hereto.

EXHIBIT

15

1          (Interpreter previously sworn.)

2                ARMANDO CISNEROS,

3    having been first duly sworn, testified as follows:

4                    EXAMINATION

5    BY MR. HILL:

6        Q    Good morning, Mr. Cisneros.  My name is Frank

7    Hill and I have a few questions to ask you today.

8                Where do you live, sir?

9        A    Right now I'm living in San Benito.

10       Q    Do you have a resident card?

11       A    Yes.

12       Q    If I could see it, please.

13       A    Yes.

14       Q    Thank you.

15               MR. HILL:  Resident alien card A07458777.

16   Card expires June 25th, 2007.  Thank you, sir.

17       Q    (BY MR. HILL)  How many times have you worked

18   with Mr. Pablo Martinez?

19       A    Well, about three times.

20       Q    Did you work with him in the 2002 detasseling

21   season in Illinois?

22       A    Well, the last time that I went, I had already

23   helped him twice before that.

24       Q    When is the last year that you went with Pablo

25   Martinez?

ARMANDO CISNEROS

1      A    That last year, that was the last year and I

2   didn't work anymore.

3      Q    2002?

4      A    Yes, when the lawsuit came about and then

5   that's it.

6      Q    Did you hear about the work and go to Pablo's

7   house and agree to travel to Illinois for your third

8   time?

9      A    Yes, yes.

10     Q    How did you travel to Illinois?

11     A    In a van.

12     Q    Who provided the van?

13     A    Pablo.

14     Q    Do you believe he owned the van?

15     A    Well, I don't know, sir.

16     Q    Do you know if you had to pay for the ride to

17  Illinois?

18     A    Yes.

19     Q    How much did you pay each way?

20     A    I don't remember very well, but it seems like

21  it was $60.

22     Q    Okay.  Did that seem fair to you?

23     A    Well, yes.

24     Q    How many people in the van?

25     A    Well, quite a few of us, but I wouldn't be

ARMANDO CISNEROS

1    us.  And this is why we came here right away.

2        Q    Well, if the gross amount was 1,030 and you

3    took out taxes and what Pablo had loaned you, the amount

4    you actually received for the two checks might have been

5    eight or $900.  Does that sound to you like what you

6    received?

7        A    Well, that's not correct because I made more.

8        Q    You made more the previous year anyway,

9    correct?

10       A    Yes, yes.

11       Q    And you had hoped to make at least that much

12   in 2002?

13       A    Well, yes, yes.

14       Q    How many days did you work in 2002?

15       A    Well, I don't remember right now.

16       Q    Well, is it possible that you worked more days

17   in 2001 than you did in 2002?

18       A    Well, no, I don't remember.

19       Q    When you arrived at the hotel, how many hours

20   did it take for you to get a room?

21       A    Perhaps half an hour.

22       Q    So for the people who arrived in the van there

23   was no problem in getting a room right away?

24       A    Yes, we got a room.  Yes.

25       Q    And how many people stayed in your room?

ARMANDO CISNEROS

1       A       Six.

2       Q       And you and one man shared a bed; is that

3   correct?

4       A       Yes.

5       Q       And then two people shared another bed?

6       A       Yes.

7       Q       And do you believe that two people slept on

8   the floor?

9       A       Yes.

10      Q       Okay.  Alonso was the name of one man.  Do you

11  remember the name of the other man?

12      A       The other one was a man from Guanajuato.

13      Q       Can you think of his name?

14      A       No, I don't . . .

15      Q       Did you or anyone else in the room complain

16  that there were too many people in the room?

17      A       No, we never complained.

18      Q       Other than there being six people in the room

19  and not enough beds, was it a good hotel room?

20      A       Well, the room was too small.  Too small.

21      Q       Well, I understand that you may feel that the

22  room was too crowded, but besides that, was it a good

23  room?

24      A       Well, it was fine.

25      Q       You have no complaints about the room other

ARMANDO  CISNEROS

```
 1    was but then later on no more.
 2         Q    You don't have any complaint about the toilet
 3    because you never attempted to use it?
 4         A    Well, I didn't use them so . . .
 5         Q    Well, do you have any complaint about the
 6    toilet?
 7         A    No.
 8         Q    Did you ever look to see if there were signs
 9    up such as in Exhibit 3?
10         A    No, no.
11         Q    So there may have been signs up and you just
12    never noticed?
13         A    Perhaps.  Yes, perhaps.
14         Q    Do you believe that Martinez was your
15    employer?
16         A    Well, he's the one who took us to work up
17    there.
18         Q    Did you expect him to pay you?
19         A    I wasn't expecting that because I told you the
20    other years that we had worked there we would get paid
21    right there.
22         Q    Well, were you paid right there by the company
23    or by Pablo Martinez?
24         A    No, the company.  The company.
25         Q    Did you understand this year was different in
```