```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION

ARMANDO ALONSO, MELQUIADES      )
RODRIGUEZ, ROGELIO SANCHEZ,     )
SANTOS MARTINEZ, as next        )
friend of G.M.; HUGO MARTINEZ,  )
JOSE AGUILLON; and HIGINIO      )
SANCHEZ-RAMOS,                  )
      PLAINTIFFS,               )
                                )
vs.                             )  CASE NO. B-04-005
                                )
AGRIGENETICS, INC., d/b/a       )
MYCOGEN SEEDS; PABLO MARTINEZ;  )
and EUGENE MARTELL,             )
      DEFENDANTS.               )
```

ORAL DEPOSITION

AUGUSTIN MARTINEZ

FEBRUARY 10, 2005

ORAL DEPOSITION OF AUGUSTIN MARTINEZ, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 10th day of February, 2005, from 9:00 a.m. to 11:05 a.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Texas RioGrande Legal Aid, 300 S. Texas Blvd., Weslaco, Texas 78596, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

```
 1   hadn't seen before.
 2        Q    Did your father charge money to people who
 3   rode up with him to pay for gas?
 4        A    For gas, no, I don't remember.
 5        Q    Well, do you remember who paid for the gas?
 6        A    My dad.
 7        Q    You don't remember if he asked other
 8   passengers to contribute?
 9        A    No.
10        Q    Why is it that you ended up taking so many
11   people that you did not know?
12        A    Because he always took people that wanted to
13   go up there or people who Pablo told him that needed a
14   ride up there.
15        Q    Did you hear Pablo tell anyone that they could
16   ride with your father?
17        A    Yes, because he would even tell him to look
18   for people to take in the van.
19        Q    Okay.  What words exactly did he say?
20        A    Well, that there was some people that he
21   wanted him to take up there in the van.
22        Q    Do you know if Pablo paid your father anything
23   to take these people?
24        A    No, no.
25        Q    Okay.  Does that mean you don't know or that
```

AUGUSTIN MARTINEZ

Page 13
February 10, 2005

```
 1   tight as we went up there.
 2        Q    When you arrived in Iowa, did you go straight
 3   to the hotel?
 4        A    We got there to a hotel.
 5        Q    About what time did you arrive?
 6        A    Like the afternoon, about 3:00 or so, more or
 7   less.
 8        Q    How did your father know how to find the
 9   hotel?
10        A    You see, he had agreed with Pablo down here on
11   that already.
12        Q    When you arrived at the hotel, did you check
13   in?
14        A    No, the rooms were already registered already.
15        Q    Well, when did you check in?
16        A    At that same time, about an hour later or so.
17        Q    So you waited only about an hour for your
18   room?
19        A    Yes.
20        Q    Okay.  Who did you stay with in the hotel?
21        A    With Francisco Aguillon, Everardo Garcia and
22   Melquiades Rodriguez, Celestino Lopez.
23        Q    Anyone else?
24        A    Myself and one more other person.  I don't
25   remember the name.
```

AUGUSTIN MARTINEZ

Page 14
February 10, 2005

```
1    Q    How many people stayed in one room?
2    A    Usually it was four, but most of -- all of
3    them had six or seven people in it.
4    Q    Did you say usually it was four?
5    A    Yes, because there was only two beds.
6    Q    So in the room you stayed in, was there ever
7    more than four people?
8    A    All the time.  All the rooms had more than
9    four people in it.
10   Q    Well, then why did you say usually there were
11   four?
12   A    You see, usually four fit because there's only
13   two beds, but it was six or seven of us for each room.
14   Q    Was there ever a time in which there were only
15   four of you in the room?
16   A    No, not that I remember.
17   Q    Other than being overcrowded, were the rooms
18   nice?
19   A    Well, yes.  But, you see, we were just too
20   tight in there.  Some people had to be on the floor, you
21   know.
22   Q    How many people slept on the floor?
23   A    Usually two or three.
24   Q    Did you usually sleep on a bed?
25   A    Myself, no.  You see, we would take turns
```

```
 1   because it would be hard for just every night, you know.
 2        Q    So some nights you slept on the floor and some
 3   nights you slept on a bed?
 4        A    Yes.  Each one would take a turn.
 5        Q    Did your father usually have a bed to sleep
 6   on?
 7        A    You see, he was in another room.  He wasn't
 8   with me.
 9        Q    Do you know how many people were in his room?
10        A    The same.  Six, seven.
11        Q    How do you know that?
12        A    Because we would go and visit his room because
13   we were right next to each other.
14        Q    Do you remember the names of the people who
15   stayed in your father's room?
16        A    No.  It was new people from Matamoros.  I
17   didn't know them.
18        Q    Did your room have a microwave and a small
19   refrigerator?
20        A    Yes.
21        Q    Did it have a couch?
22        A    I don't remember.
23        Q    Well, the reason I'm asking is I wonder if
24   someone slept on a couch.
25        A    No, I don't remember.
```