GABINO MARTINEZ
February 10, 2005

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION
 3   ARMANDO ALONSO, MELQUIADES    )
     RODRIGUEZ, ROGELIO SANCHEZ,   )
 4   SANTOS MARTINEZ, as next      )
     friend of G.M.; HUGO MARTINEZ,)
 5   JOSE AGUILLON; and HIGINIO    )
     SANCHEZ-RAMOS,                )
 6        PLAINTIFFS,              )
                                   )
 7   vs.                           ) CASE NO. B-04-005
                                   )
 8   AGRIGENETICS, INC., d/b/a     )
     MYCOGEN SEEDS; PABLO MARTINEZ;)
 9   and EUGENE MARTELL,           )
          DEFENDANTS.              )
10
11                      ORAL DEPOSITION
12                      GABINO MARTINEZ
13                     FEBRUARY 10, 2005
14
15       ORAL DEPOSITION OF GABINO MARTINEZ, produced as a
16   witness at the instance of the Defendant and duly sworn,
17   was taken in the above-styled and numbered cause on the
18   10th day of February, 2005, from 1:20 p.m. to 3:15 p.m.,
19   before BRECK C. RECORD, Certified Shorthand Reporter in
20   and for the State of Texas, reported by computerized
21   stenotype machine at the offices of Texas RioGrande
22   Legal Aid, 300 S. Texas Blvd., Weslaco, Texas  78596,
23   pursuant to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
25
```

(210) 331-2280                ESQUIRE DEPOSITION SERVICES              FAX(21
9901 IH 10 West, Suite 630     SAN ANTONIO, TEXAS 78230                  (80

EXHIBIT 17

GABINO MARTINEZ

Page 6
February 10, 2005

```
 1  trip?
 2       A    Yes, yes.
 3       Q    Okay.  Where did you see him?
 4       A    At his house.
 5       Q    Had your uncle, Mr. Pacheco, gone before?
 6       A    Yes.
 7       Q    Is he suing Mr. Martinez like you are?
 8       A    Yes.
 9       Q    What was said at Mr. Pablo Martinez's house?
10       A    I don't remember very well.
11       Q    Were you told that workers going to Illinois
12  would receive at least $6.50 an hour?
13       A    That, yes.
14       Q    Were you told that you would be paid $70 per
15  acre if that was more than $6.50 an hour?
16       A    No.
17       Q    Did you realize that you could make more than
18  $6.50 an hour?
19       A    No.
20       Q    Was there discussion that if you worked hard
21  that you might make several dollars an hour more than
22  6.50 an hour?
23       A    Yes.
24       Q    What was your understanding of how you could
25  make more than 6.50 an hour?
```

GABINO MARTINEZ

Page 7
February 10, 2005

```
 1      A    Pablo would tell us that according to the rows
 2   they had a certain price.  And he would give us
 3   different prices for different rows depending how long
 4   they were.
 5      Q    And did he tell you that in Illinois or did he
 6   tell you that in Texas?
 7      A    In Illinois.
 8      Q    But in Texas did you know that you can make
 9   more money than 6.50 an hour by working hard?
10      A    In truth, I don't know.
11      Q    Okay.  You just don't remember what was said?
12      A    No.
13      Q    Do you remember how much you made from the
14   detasseling work in 2002?
15      A    I'm not quite sure.
16      Q    I have a document here, Mr. Martinez, that
17   indicates that you made $639.36.  Does that sound about
18   right?
19      A    No.
20      Q    Okay.  Tell me.  Did you make more or less?
21      A    It was less.
22      Q    How many checks did you receive?
23      A    One.
24      Q    Did you receive one check when you were up in
25   Illinois?
```

(210) 331-2280
9901 IH 10 West, Suite 630
ESQUIRE DEPOSITION SERVICES
SAN ANTONIO, TEXAS 78230
FAX(210) 558-3670
(800) 969-3027

| | | |
|---|---|---|
| 1 | Q | Did you ever ride in the van? |
| 2 | A | No. |
| 3 | Q | How many passengers would fit into the van? |
| 4 | A | More than 10. |
| 5 | Q | Do you remember the color of the van? |
| 6 | A | No. |
| 7 | Q | Did you understand that you would be paid for the ride from the hotel to the field but that you would not be paid for the ride from the field back to the hotel? |
| 11 | A | I didn't get that. |
| 12 | Q | Do you think that you were underpaid? |
| 13 | A | Yes. |
| 14 | Q | Okay. Tell me why you think that. |
| 15 | A | Because of the prices that they would give us while we were at the fields. |
| 17 | Q | And what do you mean by that? |
| 18 | A | That they would offer us more than what we made. |
| 20 | Q | But tell me what was said. |
| 21 | A | For certain rows I was going to make $16. |
| 22 | Q | Who told you that? |
| 23 | A | Pablo. |
| 24 | Q | And how long would a row be? |
| 25 | A | A mile. |

GABINO MARTINEZ

Page 17
February 10, 2005

```
 1       Q    So you think that you were to be paid $16 for
 2  a one-mile row?
 3       A    Yes.
 4       Q    Were some rows shorter than one mile?
 5       A    Yes.
 6       Q    How much would you be paid for a shorter row?
 7       A    They offered us different prices.
 8       Q    Is there a reason you think you were paid less
 9  than $16 for the one long row?
10       A    I don't remember.
11       Q    Well, why do you think you were not paid
12  enough?
13       A    Well, because they offered us more.
14       Q    What did they offer you?
15       A    Some rows were offered to us for $10, others
16  eight, others six, and this is why we thought that we
17  were gonna make more.
18       Q    Well, how do you know that you weren't paid
19  $16 a row for the long rows?
20       A    Well, because they didn't pay us for it.
21       Q    Well, how do you know that?
22       A    Because we wrote down and figured out and it
23  didn't come up to what they paid us.
24       Q    Do you have something that you wrote down?
25       A    No.
```