```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION
 3   ARMANDO ALONSO, MELQUIADES     )
     RODRIGUEZ, ROGELIO SANCHEZ,    )
 4   SANTOS MARTINEZ, as next       )
     friend of G.M.; HUGO MARTINEZ, )
 5   JOSE AGUILLON; and HIGINIO     )
     SANCHEZ-RAMOS,                 )
 6        PLAINTIFFS,               )
                                    )
 7   vs.                            ) CASE NO. B-04-005
                                    )
 8   AGRIGENETICS, INC., d/b/a      )
     MYCOGEN SEEDS; PABLO MARTINEZ; )
 9   and EUGENE MARTELL,            )
          DEFENDANTS.               )
10
11                     ORAL DEPOSITION
12                     ENRIQUE RODRIGUEZ
13                     FEBRUARY 15, 2005
14
15        ORAL DEPOSITION OF ENRIQUE RODRIGUEZ, produced as a
16   witness at the instance of the Defendant and duly sworn,
17   was taken in the above-styled and numbered cause on the
18   15th day of February, 2005, from 2:15 p.m. to 3:04 p.m.,
19   before BRECK C. RECORD, Certified Shorthand Reporter in
20   and for the State of Texas, reported by computerized
21   stenotype machine at the offices of Texas RioGrande
22   Legal Aid, 300 S. Texas Blvd., Weslaco, Texas  78596,
23   pursuant to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
25
```

COPY

ENRIQUE RODRIGUEZ

Page 8
February 15, 2005

```
1    Q    How much an hour do you make there?
2    A    I make 5.35.
3    Q    Have you ever made more than $6.50 an hour
4  working in the field?
5    A    No.
6    Q    Do you work full-time at the Red Pepper
7  Restaurant?
8    A    No.  Part-time.
9    Q    Do you have any other jobs?
10   A    No, sir, I don't.
11   Q    How many hours a week do you work?
12   A    I don't know.
13   Q    Maybe 20?
14   A    Yeah, maybe 20 or 30.
15   Q    How did you get to Illinois?
16   A    Ride.  You know, they took us all in a van.
17   Q    What color was the van?
18   A    Blue.
19   Q    Who owned the van?
20   A    I don't know.
21   Q    Do you know who drove the van?
22   A    A short guy.  I don't know.  I didn't know
23  him.
24   Q    Did you know anyone in the van?
25   A    Only my brothers and the guys from Mexico.
```

ENRIQUE RODRIGUEZ

Page 9
February 15, 2005

```
 1   Only Cisneros.
 2        Q    Did you have any problems getting there from
 3   Texas to Illinois?
 4        A    No.  That I remember, no.
 5        Q    Were you charged $50 to go from Texas to
 6   Illinois?
 7        A    Yeah.  He charged everybody, I guess.
 8        Q    Was that --
 9        A    I guess so.
10        Q    Was that round trip or just one-way?
11        A    Yeah, he said he was gonna charge us from here
12   over there and from coming back, too.  But when we came
13   back, I didn't come with them.  I came with another guy.
14        Q    How did you get back?
15        A    With a friend.
16        Q    Did you get sick or leave early for some
17   reason?
18        A    No.
19        Q    Did you work the same number of days as
20   everyone worked?
21        A    I worked there all day every day except one
22   day, and that -- I got sick and I just stayed -- I
23   stayed at the apartment and that was it.  Next day I
24   went back to work.
25        Q    How many days did you work in Illinois?
```