MELQUIADES RODRIGUEZ

Page 1
February 9, 2005

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  BROWNSVILLE DIVISION
 3  ARMANDO ALONSO, MELQUIADES   )
    RODRIGUEZ, ROGELIO SANCHEZ,  )
 4  SANTOS MARTINEZ, as next     )
    friend of G.M.; HUGO MARTINEZ,)
 5  JOSE AGUILON; and HIGINIO    )
    SANCHEZ-RAMOS,               )
 6       PLAINTIFFS,             )
                                 )
 7  vs.                          )  CASE NO. B-04-005
                                 )
 8  AGRIGENETICS, INC., d/b/a    )
    MYCOGEN SEEDS; PABLO MARTINEZ;)
 9  and EUGENE MARTELL,          )
         DEFENDANTS.             )
10
11                  ORAL DEPOSITION
12                MELQUIADES RODRIGUEZ
13                  FEBRUARY 9, 2005
14
15       ORAL DEPOSITION OF MELQUIADES RODRIGUEZ, produced
16  as a witness at the instance of the Defendant and duly
17  sworn, was taken in the above-styled and numbered cause
18  on the 9th day of February, 2005, from 1:36 p.m. to
19  2:52 p.m., before BRECK C. RECORD, Certified Shorthand
20  Reporter in and for the State of Texas, reported by
21  computerized stenotype machine at the offices of Texas
22  RioGrande Legal Aid, 300 S. Texas Blvd., Weslaco, Texas
23  78596, pursuant to the Federal Rules of Civil Procedure
24  and the provisions stated on the record or attached
25  hereto.
```

(210) 331-2280                ESQUIRE DEPOSITION SERVICES              FAX(210)
9901 IH 10 West, Suite 630       SAN ANTONIO, TEXAS 78230                 (800)

EXHIBIT 19

```
 1      A    No, no, none.
 2      Q    Did you understand that you would stay in a
 3 motel or a hotel?
 4      A    Yes, that's all he would say.  That's all.
 5      Q    Were you here when Mr. Alonso testified that
 6 he signed some sort of contract here in Texas?
 7      A    No.
 8      Q    When you arrived in Iowa, what happened?
 9      A    Like what?
10      Q    Did you immediately check in to your hotel?
11      A    No.  We got there at night and there were no
12 rooms; so, we spent the night in the van.
13      Q    What kind of van?
14      A    It was a Ford.
15      Q    How many people spent the night in a van?
16      A    Well, those of us who were there.
17      Q    How many?
18      A    Six or eight.
19      Q    What time at night did you arrive in Iowa?
20      A    Perhaps early morning hours.  2:00 or 3:00 in
21 the morning.  I don't remember.
22      Q    Well, did you just pull into the parking lot
23 and go to sleep?
24      A    Yes.  Until the following day when they gave
25 us the rooms.
```

MELQUIADES RODRIGUEZ
February 9, 2005

```
 1      Q    What time in the morning did you get your
 2  room?
 3      A    It was already 9:00 in the morning or 8:00.
 4           MR. HILL:  Say that again, please.
 5           INTERPRETER:  9:00 or 8:00 in the
 6  morning.
 7      Q    (BY MR. HILL)  Well, did you try and talk to
 8  someone at the hotel to get a room when you arrived?
 9      A    No, no, no.
10      Q    So they didn't know you were there?
11      A    Yes, they knew.  Yes, they knew.  But we were
12  all told to wait till there was a vacancy.
13      Q    Who told you that?
14      A    Well, Pablo.
15      Q    So Pablo Martinez was there when you arrived
16  at 2:00 or 3:00 in the morning?
17      A    Yes, it seems he was.  Yes, yes, he was there.
18      Q    Was he asleep and did you wake him up?
19      A    Not until the following day in the morning.
20      Q    Well, when is the first time you talked to
21  Pablo after arriving at 2:00 or 3:00 in the morning?
22      A    Well, the following day.
23      Q    Did he get you into a room immediately?
24      A    Yes -- well, for those of us who were there.
25      Q    Did -- did Pablo or Eugene Martell know that
```

MELQUIADES RODRIGUEZ

Page 15
February 9, 2005

```
1    you had arrived at --
2                    MR. HILL:  Well, strike that.
3        Q    (BY MR. HILL)  Did Pablo or Eugene Martell
4    know that you were there prior to 8:00 or 9:00 in the
5    morning?
6        A    Yes, they knew.  They knew.
7        Q    How did they know?
8        A    I think Chevo called them from here that we
9    were on our way up there already.
10       Q    Someone called them from Texas?
11       A    Yes.  Usebio did.
12       Q    But they didn't know exactly when you would
13   arrive, did they?
14       A    Yes, exactly, they didn't know.
15       Q    This is what I want to know, Mr. Rodriguez --
16       A    Yes.
17       Q    Did Mr. Martinez make you stay out in the car
18   all night -- well, at least from 3:00 in the morning to
19   8:00 or was that your decision to wait until you saw him
20   and spoke to him?
21       A    Well, there was no room available and we had
22   to wait.  They were all occupied.
23       Q    But how do you know that?  Who did you talk
24   to?
25       A    About what?
```

MELQUIADES RODRIGUEZ

Page 16
February 9, 2005

```
 1      Q     When did you find out there was no room
 2   available?
 3      A     When we got there, I told you that there
 4   weren't any.  There weren't any.
 5      Q     Who did you talk to?
 6      A     Well, Chevo spoke with him and there weren't
 7   any.  There weren't any until the following day we were
 8   given the rooms.
 9      Q     Did you talk to some manager at the hotel?
10      A     No, no.
11      Q     And the name of the person you talked to?
12      A     When?
13      Q     Last name?  His last name?
14      A     Just Usebio.  Usebio, that's all.  No one
15   else.
16      Q     Well, did Usebio go and talk to someone in the
17   hotel?
18      A     Yes, perhaps he spoke with someone.  Yes.  I
19   don't know with whom, but he talked to somebody.  But
20   there were no rooms so we had to wait.
21      Q     When you checked into the hotel the next day
22   at 8:00 or 9:00 in the morning, describe the room.
23      A     It had two beds, a stove and everything that
24   those things have.
25      Q     Did it have a microwave?
```

1   A   When did you say?
2   Q   2002.
3   A   Just the check over here in Mercedes, that
4   they delayed it, and the bonuses.
5   Q   Did you hope you would be paid on your last
6   day of work in Illinois?
7   A   Yes, but they paid us all the way here.
8   Q   Okay.  Instead you were paid here in Texas?
9   A   Yes.
10  Q   How many days did you have to wait after your
11  last day of work for the check?
12  A   It seems it was 15 days.
13  Q   Did someone explain to you why you were not
14  paid on your last day of work in Illinois?
15  A   No.  No, they didn't.
16  Q   Was the entire group disappointed that you did
17  not receive a check on the last day of work?
18  A   Yes, because of this that happened, you know,
19  that they didn't pay us on time, yes.
20  Q   Prior to travelling to Illinois, did someone
21  tell you that you would be paid on your last day of
22  work?
23  A   No, no one did.
24  Q   But that was your expectation because you had
25  been paid the last day of your work the previous year?