```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
ARMANDO ALONSO, MELQUIADES      )
RODRIGUEZ, ROGELIO SANCHEZ,     )
SANTOS MARTINEZ, as next        )
friend of G.M.; HUGO MARTINEZ,  )
JOSE AGUILLON; and HIGINIO      )
SANCHEZ-RAMOS,                  )
     PLAINTIFFS,                )
                                )
vs.                             )  CASE NO. B-04-005
                                )
AGRIGENETICS, INC., d/b/a       )
MYCOGEN SEEDS; PABLO MARTINEZ;  )
and EUGENE MARTELL,             )
     DEFENDANTS.                )
```

COPY

ORAL DEPOSITION

RODOLFO RODRIGUEZ

FEBRUARY 14, 2005

    ORAL DEPOSITION OF RODOLFO RODRIGUEZ, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 14th day of February, 2005, from 3:18 p.m. to 4:26 p.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Texas RioGrande Legal Aid, 300 S. Texas Blvd., Weslaco, Texas 78596, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

EXHIBIT 20

(210) 331-2280                ESQUIRE DEPOSITION SERVICES              FAX(21
9901 IH 10 West, Suite 630     SAN ANTONIO, TEXAS 78230                  (80

RODOLFO RODRIGUEZ

Page 6
February 14, 2005

1  down and they gave us those glasses.

2  Q   And in Texas what did Pablo Martinez tell you
3  about the job?

4  A   About the work, what can I tell you?  The same
5  lies that the company was spreading out, that as soon as
6  we were gonna go there we were gonna have housing.  And
7  the hotel was okay.  But the food, what about the food
8  then?  We had no money.  He gave us $20, but that was
9  for the road.  And once we got to the housing, what are
10 we gonna eat?

11 Q   I asked you what did Pablo Martinez tell you
12 about the job in Texas.

13 A   In Texas, he said to us -- I was going to
14 drive the van and I did.  And he was going to pay for
15 our food, but he never did.  He said the company was
16 gonna give us money for food as soon as we got there and
17 they never gave us anything.  The company was doing
18 wrong as well as seeing.  Because the company said that
19 some money was gonna come down the line as a loan, but
20 we never got a penny.  Nothing.  And that's the truth.

21 Q   What is the color of the van that you drove to
22 Illinois?

23 A   Blue.  It was a Ford.  An '82.

24 Q   Are you from Guatemala?

25 A   No.  From Matamoros.

```
 1   It was Paco and that's as far as I remember.
 2        Q    Did you have any problems with the room?
 3        A    Problems, no.  Problems was food.  We didn't
 4   have food.
 5        Q    Did you understand that you were required to
 6   provide your own transportation to Illinois?
 7        A    That was a lie, too, because I drove the van.
 8   That was a lie.  The company is trying to pull a fast
 9   one with a lie.  I was driving the van.
10        Q    Was it your van?
11        A    They told me to drive the van.
12        Q    So you were to drive your own vehicle to
13   Illinois?
14        A    No.  Pablo Martinez told us to drive because
15   he was going to arrive late over there so he said for us
16   to drive, that the company was going to pay for the
17   expenses and everything.  This is why I drove.
18        Q    How much did he pay you to drive to Illinois?
19        A    He wasn't going to pay that.  I was not going
20   to pay anything for the gas.
21        Q    Did he give you some money?
22        A    What for?
23        Q    To drive to Illinois.
24        A    No.
25                (Mr. Sanchez entered the room.)
```