HIGINIO SANCHEZ-RAMOS
Page 1
February 11, 2005

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION
 3   ARMANDO ALONSO, MELQUIADES      )
     RODRIGUEZ, ROGELIO SANCHEZ,     )
 4   SANTOS MARTINEZ, as next        )
     friend of G.M.; HUGO MARTINEZ,  )
 5   JOSE AGUILLON; and HIGINIO      )
     SANCHEZ-RAMOS,                  )
 6        PLAINTIFFS,                )
                                     )
 7   vs.                             ) CASE NO. B-04-005
                                     )
 8   AGRIGENETICS, INC., d/b/a       )
     MYCOGEN SEEDS; PABLO MARTINEZ;  )
 9   and EUGENE MARTELL,             )
          DEFENDANTS.                )
10
11                   ORAL DEPOSITION
12                HIGINIO SANCHEZ-RAMOS
13                 FEBRUARY 11, 2005
14
15      ORAL DEPOSITION OF HIGINIO SANCHEZ-RAMOS, produced
16   as a witness at the instance of the Defendant and duly
17   sworn, was taken in the above-styled and numbered cause
18   on the 11th day of February, 2005, from 10:30 a.m. to
19   11:30 a.m., before BRECK C. RECORD, Certified Shorthand
20   Reporter in and for the State of Texas, reported by
21   computerized stenotype machine at the offices of Texas
22   RioGrande Legal Aid, 300 S. Texas Blvd., Weslaco, Texas
23   78596, pursuant to the Federal Rules of Civil Procedure
24   and the provisions stated on the record or attached
25   hereto.
```

(210) 331-2280                ESQUIRE DEPOSITION SERVICES              FAX(210)
9901 IH 10 West, Suite 630    SAN ANTONIO, TEXAS 78230                 (800)

EXHIBIT 21

HIGINIO SANCHEZ-RAMOS

Page 5
February 11, 2005

```
 1      A    Just the first year.  Just the first season
 2   that I went with him.
 3      Q    How did you hear that there was work in
 4   Illinois?
 5      A    Well, some friends of mine told me that there
 6   was work.  Friends of mine told me that there was work
 7   over there, so I went.
 8      Q    Did you go and discuss the work with Pablo
 9   Martinez?
10      A    Yes, there at his house.  There at his house.
11      Q    What did he tell you about the work?
12      A    That there he was going to give us work by the
13   row.
14      Q    Did he tell you how much you would be paid?
15      A    He just said that it was going to be good for
16   us and that there were rows that were $20 worth and $15,
17   $12 and so forth.
18      Q    Is this what he told you in Texas at his
19   house?
20      A    Yes.  At his house, yes.
21      Q    So you understand that you would be paid more
22   for the longer rows than the shorter rows?
23      A    Well, yes, yes, because he said that it was
24   going to be worthwhile for us, that he was going to pay
25   us good.
```

HIGINIO SANCHEZ-RAMOS

Page 6
February 11, 2005

```
 1    Q    Did you understand that you would be
 2  guaranteed $6.50 an hour?
 3    A    Well, by the hour, I didn't realize that.  He
 4  didn't tell me 6.50 an hour.  He didn't tell me that.
 5    Q    Had you ever detasseled corn before?
 6    A    Yes, before, but with another company.
 7    Q    So you knew what to expect when you went to
 8  Illinois?
 9    A    I'm sorry?  No.
10    Q    Okay.  How did you -- well, can you look at
11  Exhibit 1, please.
12    A    Well, I don't know how to read.
13    Q    Okay.  Did you see any paperwork at Pablo
14  Martinez's house in Texas?
15    A    No, not me.  I don't even know how to read.
16  Not at all.  No.
17    Q    Where do you live, Mr. Sanchez?
18    A    Here in Lyford.  I'm there with a sister of
19  mine.
20    Q    Do you have a residence card?
21    A    Yes.
22    Q    Could I see it, please?
23    A    Yes, of course.  Of course.
24    Q    Thank you.
25         MR. HILL:  Permanent resident card
```

(210) 331-2280
9901 IH 10 West, Suite 630

ESQUIRE DEPOSITION SERVICES
SAN ANTONIO, TEXAS 78230

FAX(210) 558-3670
(800) 969-3027

HIGINIO SANCHEZ-RAMOS

Page 9
February 11, 2005

```
 1        A    No, no, I don't remember.
 2        Q    How long did it take you to check into the
 3   hotel?
 4        A    Well, a while.  A while.
 5        Q    What?  Maybe two hours?
 6        A    Perhaps.
 7        Q    How many stayed in your room?
 8        A    Six.
 9        Q    Did the room have two beds?
10        A    Yes, two beds.
11        Q    Did it have a couch?
12        A    A couch?  No.  I don't remember.  I don't
13   remember about the couch.  All I know is that I slept on
14   the bed and two people would sleep on the floor.
15        Q    So did you share a bed with one other person?
16        A    Yes.  Him (Indicating) and I were on the bed.
17   Two were in bed, him (Indicating) and I.
18        Q    Do you remember the names of the two people
19   who slept on the floor?
20        A    Well, the fella from Guanajuato -- I don't
21   know his name -- and this other gentleman, Armando
22   Alonso, they slept on the floor.
23        Q    Did the hotel rooms have towels and soap and
24   hot and cold water and a microwave and a refrigerator?
25        A    Well, yes, it did have a shower but no
```

```
1      A     Well, yes, yes.
2      Q     That's your signature?
3      A     Yes, it is.
4      Q     You understood that taxes would be withheld
5   from whatever money you earned detasseling?
6      A     Yes.
7      Q     Let me hand you Exhibit 25 which indicates
8   that you made a total of $861.18 on the job.
9      A     Well, yes, but he said -- but I'm missing
10  money here, and he didn't give us the money over there.
11  Here I was missing some money in these numbers right
12  here (Indicating).  He said he was going to give us a
13  certain amount per row and at the end he just paid us
14  whatever he felt like it.
15     Q     Well, are you saying that the -- your paycheck
16  was missing two sections?
17     A     Well, yes, because I told him and I'm still
18  missing money anyways because he said he was going to
19  pay it at 25, 20 and 12, and I don't know what else for
20  the rows, but then he didn't comply with that.
21     Q     How do you know he didn't comply?
22     A     At the end he paid us each row or at $2 or $3
23  each.
24     Q     Instead of $20?
25     A     Well, yes.  Three, five, six.  That's what he
```