UNITED STATES DISTRICT COURT     ★     SOUTHERN DISTRICT OF TEXAS

ARMANDO ALONSO, ET AL                    §
                                         §
versus                                   §     CIVIL ACTION NO. B-04-005
                                         §
AGRIGENETICS, INC., d/b/a                §
MYCOGEN SEEDS, ET AL                     §

## Order Re-Setting Docket Call

1.    The docket call and final pretrial conference
      has been reset for 1:30 p.m. on:                    **July 26, 2005**
      *The case will remain on standby until tried.*

2.    Each party shall appear by an attorney with full knowledge
      of the facts and authority to bind the client.

3.    All other deadlines and settings in the Amended Scheduling Order
      of April 13, 2005 remain in full force and effect.

Signed _____, 2005 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge