UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
|---|---|---|
| Plaintiffs, | § | |
| versus | § | Jury Trial Requested |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, Pablo Martinez and Eugene Martell | § | |
| Defendants. | § | |

## PLAINTIFFS' EXHIBIT LIST

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1 | Pablo Martinez's federal and state farm labor contractor certificates | | |
| 2 | business card of E.D. Martell | | |
| 3 | terms and conditions of employment federal disclosure form | | |
| 4 | Illinois Department of Labor Terms and Conditions Statement | | |
| 5 | copy of Eugene Martell's blue notebook containing the work and payroll records for Pablo Martinez's crew | | |
| 6 | paystub for Hugo Martinez dated 7/31/02 | | |
| 7 | paystub for Gabino Martinez dated 7/31/02 | | |
| 8 | paystub for Edilberto Martinez dated 7/31/02 | | |
| 9 | paystub for Everardo Garcia dated 7/26/02 | | |
| 10 | paystub for Armando Alonso dated 7/31/02 | | |
| 11 | paystub for Higinio Sanchez dated 7/31/02 | | |
| 12 | paystub for Rogelio Sanchez dated 7/31/02 | | |
| 13 | paystub for Jaime Pacheco dated 7/26/02 | | |
| 14 | paystub for Jaime Pacheco dated 7/31/02 | | |

| | | | |
|---|---|---|---|
| 15 | paystub for Rodolfo Rodriguez dated 7/31/02 | | |
| 16 | paystub for Enrique Rodriguez dated 7/31/02 | | |
| 17 | paystub for Francisco Rodriguez dated 7/31/02 | | |
| 18 | paystub for Armando Cisneros dated 7/31/02 | | |
| 19 | other paystubs for members of Pablo Martinez's crew in 2002 | | |
| 20 | partial payroll register for Check Date 7/26/02 | | |
| 21 | partial payroll register for Check Date 7/26/02 | | |
| 22 | ADP wage and hour records for Pablo Martinez's crew | | |
| 23 | Heidelberg Motel's records of Pablo Martinez's crew's stay for 2002 | | |
| 24 | Pablo Martinez's statement of expenses (DEF 0038) | | |
| 25 | Pablo Martinez's ADP Easy Pay account documents | | |
| 26 | Bank of America records showing overdraft charges on Pablo Martinez's account in 2002 | | |
| 27 | Bank of America documents showing insufficient funds in Pablo Martine's account | | |
| 28 | Bank of America monthly statements for Pablo Martinez's account | | |
| 29 | blank Field Disclosure Document | | |
| 30 | blank Independent Contractor Agreement | | |
| 31 | completed Independent Contractor Agreements | | |
| 32 | copies of federal and Illinois statutes sent to Pablo Martinez by Agrigenetics | | |
| 33 | Contractor Check List | | |
| 34 | notes kept by Jose Aguilon | | |
| 35 | notes kept by Agustin Martinez | | |
| 36 | notes kept by Everardo Garcia | | |
| 37 | Contractor Personnel Agreements | | |
| 38 | checks issued by Pablo Martinez to Hugo Martinez in 2002 | | |
| 39 | checks issued by Pablo Martinez to Gabino Martinez in 2002 | | |

| | | | |
|---|---|---|---|
| 40 | checks issued by Pablo Martinez to Edilberto Martinez in 2002 | | |
| 41 | checks issued by Pablo Martinez to Everardo Garcia in 2002 | | |
| 42 | checks issued by Pablo Martinez to Armando Alonso in 2002 | | |
| 43 | checks issued by Pablo Martinez to Higinio Sanchez-Ramos in 2002 | | |
| 44 | checks issued by Pablo Martinez to Rogelio Sanchez in 2002 | | |
| 45 | checks issued by Pablo Martinez to Jaime Pacheco in 2002 | | |
| 46 | checks issued by Pablo Martinez to Melquidades Rodriguez in 2002 | | |
| 47 | checks issued by Pablo Martinez to Rodolfo Rodriguez in 2002 | | |
| 48 | checks issued by Pablo Martinez to Enrique Rodriguez in 2002 | | |
| 49 | checks issued by Pablo Martinez to Francisco Rodriguez in 2002 | | |
| 50 | checks issued by Pablo Martinez to Armando Cisneros in 2002 | | |
| 51 | checks issued by Pablo Martinez to Jose Aguilon in 2002 | | |
| 52 | checks issued by Pablo Martinez to Augustin Martinez in 2002 | | |
| 53 | checks issued by Pablo Martinez to other members of his crew in 2002 | | |
| 54 | checks issued by Pablo Martinez to the Heidelberg Motel in 2002 | | |
| 55 | checks issued by Pablo Martinez to the Iris Motel in 2002 | | |
| 56 | checks issued by Pablo Martinez for miscellaneous expenses related to the 2002 detasseling season | | |
| 57 | records of deposits made into Pablo Martinez's account related to the 2002 detasseling season | | |
| 58 | Mycogen Voucher Requests | | |
| 59 | Mycogen Contract Labor Agreements | | |
| 60 | field number, frames and rows document | | |
| 61 | field maps | | |
| 62 | Pablo Martinez's end of season settlement statements | | |
| 63 | W-4s for Pablo Martinez's crew | | |
| 64 | Pablo Martinez's insurance documents | | |

| | | | |
|---|---|---|---|
| 65 | 2001 handwritten field records | | |
| 66 | letter from Jim Sheriff dated May 7, 2003 | | |
| 67 | truckstop receipts | | |
| 68 | Mycogen toilet records | | |
| 69 | ESI Bid Proposal | | |
| 70 | field photographs | | |
| 71 | Field Worker Safety Guidelines | | |
| 72 | Car Rental Agreements | | |
| 73 | car rental receipts | | |
| 74 | vehicle insurance documents | | |
| 75 | First Student vehicle documents | | |
| 76 | Bus Lease Agreement | | |
| 77 | E-mail from Gerald Dwyer dated June 14, 2002 | | |
| 78 | Mycogen's "Ag Labor documents for 2002" | | |
| 79 | documents from the Iris Motel | | |
| 80 | Roberto Renderos's licenses | | |
| 81 | Florida Department of Labor investigation reports | | |
| 82 | U.S. Department of Labor investigation reports | | |

Respectfully submitted,

*[signature]*

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104

Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2005, a true and correct copy of this document was mailed via US Mail to Defendants Martinez and Martell's attorney of record as listed below:

Julia Hernandez
Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

*[signature]*

Nathaniel Norton