UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' WITNESS LIST

The Plaintiffs may call one or more of the following witnesses to testify in their case in chief, either in person or by introduction of their deposition and/or other admissible testimony.

1. Plaintiffs may call the following people to testify about their employment with Defendants. Their testimony will address topics including, but not limited to: recruitment; disclosures; communications between the Defendants and Plaintiffs; the Defendants' employment or use of migrant agricultural workers; the working arrangement between Plaintiffs and Defendants; violations of the working arrangement; the employment contract between Plaintiffs and Defendant; breach of the working arrangement; housing; working conditions; recordkeeping; payroll deductions; wage payments; monetary advances; transportation; and any other relevant matter of which these witnesses have personal knowledge:

    Armando Alonso
    Melquidades Rodriguez
    Rogelio Sanchez

       Gabino Martinez
       Hugo Martinez
       Jose Aguilon
       Higinio Sanchez-Ramos
       Edilberto Martinez
       Jaime Pacheco
       Enrique Rodriguez
       Rodolfo Rodriquez
       Francisco Rodriguez
       Armando Cisneros
       Everado Garcia
       Augustin Martinez

       Care Of:
       Texas RioGrande Legal Aid, Inc.,
       300 S. Texas Blvd.,
       Weslaco Texas 78596

2. Plaintiffs may call the following persons to testify regarding: Plaintiffs employment with Defendants, including, but not limited to all topics stated above in No. 1; Defendants compliance with federal and State migrant labor protections; the interrelationship between Defendants; Defendants' business structure and business practices; and the Defendants use of migrant agricultural laborers:

   a. Defendant Pablo Martinez: Care of The Law Offices of Fernando Saenz, 521 E. Pike, Weslaco, Texas 78596

   b. Defendant Eugene Martell: Care of The Law Offices of Fernando Saenz, 521 E. Pike, Weslaco, Texas 78596

   c. Maria Flores: 902 Northeast 20th Street, Belle Glade, Florida 33430

   d. Celestino Lopez: 701 S. 4th St., L-4, Edinburg, Texas 78539

   e. Jim Sheriff: 944 Sunset Road, Monmouth, Illinois

   f. Gerald Dwyer: 1106 Broadmoor Drive, Bloomington, Illinois

g. Each person recruited, solicited, or hired by Pablo Martinez or Eugene Martell to detassel seed corn in Illinois in 2002. The names and addresses of these individuals may be obtained from documents, including payroll records that are in the possession of the Defendants.

3. Checks issued upon and deposits made to Pablo Martinez's business's checking account:

a. Vicky Muratalla: Custodian of Records, Bank of America, N.A., 411 N. Akard, 1st Fl., Dallas, TX 785201

4. If other witnesses to be called become known, their names, addresses and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel.  512-447-7707
Fax.  512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596

Tel. 956-968-9574<br>
Fax. 956-968-8823<br>
Co-Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2005, a true and correct copy of this document was mailed via US Mail to Defendants Martinez and Martell's attorney of record as listed below:

Julia Hernandez
Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

_____
Nathaniel Norton