UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' REQUESTED VOIR DIRE QUESTIONS

Jury selection in this cause will be held on August 8, 2005, at 9:00 a.m. Plaintiffs respectfully request the Court to propound the following voir dire questions in addition to or to supplement the Court's examination of the prospective jurors.

## QUESTIONS

1. Does any member of the jury panel know Pablo Martinez or his family? Mr. Martinez is a farm labor contractor who is from Mercedes Texas.

2. Does any member of the jury panel know Eugene Martell? Mr. Martell resides in Weslaco Texas but he is formerly from Mercedes Texas.

3. Does any member of the jury panel know of, or have you ever had any business dealings with Agrigenetics Inc., d/b/a Mycogen Seeds, or Dow Chemical Co., which is Mycogen' parent companies?

4. Is there anyone on the jury panel who knows, is related to, or who has been represented by Mr. Fernando Saenz or Julia Hernandez or anyone at the law firm of Saenz and Associates?

5. Is there anyone on the jury panel who has been sued or received a demand letter from Texas RioGrande Legal? Texas RioGrande Legal Aid was formerly known as Texas Rural Legal Aid?

6. Is there anyone on the jury panel who knows any of the plaintiffs in this case?

7. Has anyone on the jury panel or any of your close relatives or friends ever been involved in farming or ranching? If so, what type of farming or ranching are you or your relatives involved in? Do you or your relatives use crewleaders or migrant or seasonal farm workers in the farming or ranching operations?

8. Has any member of the jury panel or any of your close relatives or friends ever been involved in the seed corn business? If so, what was the nature of the business? Did the business use crewleaders or migrant or seasonal farm workers?

9. Is there anyone on the jury panel who is familiar with seed corn detasseling?

10. Has anyone on the jury panel or have any of your close relatives or friends ever been a crewleader or farm labor recruiter or contractor?

11. Has anyone on the jury panel or any of your close relatives ever worked for a farmer, rancher, crewleader, or packing shed? If so, who did you or your relative work for and what type of work was done?

12. Has anyone on the panel ever done farm work? If so, what type of work, when, and where?

13. Has anyone on the panel ever migrated for purposes of employment? If so, where did you go, when, and for what type of work?

14. Does any member of the jury panel know any of the witnesses who will be called to testify by the defendant?

15. Does anyone on the jury panel believe that you would have trouble being fair with someone who uses alcohol? Does anyone have a prejudice against people who drink alcohol?

16. Do any of you or your spouses run your own business?

17. Does any member of the jury panel have a job in which he/she is responsible for hiring, firing, or evaluating employees?

18. Has any member of the jury panel, or any of your close friends or relatives ever been sued by an employee or been accused of treating an employee unfairly?

19. Are any of you opposed to the general idea that an employee should be able to sue his/her employer if the employee feels he or she was treated wrongly by the employer or that his employment agreement was breached?

20. Do any of the members of the jury panel believe that a person should not go to court to try to recover damages if he feels his rights have been violated?

21. Does anyone on the jury panel believe that persons seeking employment in this country should have to be able to speak and read English?

22. Is there anyone on the jury panel who believes that an employee who does not understand English should not have the right to complain about the terms of employment which were given to him only in English?

23. Do any of you believe that you would not be able to be fair to the plaintiffs because they don't speak or read English?

24. Do any of you feel that you cannot give the same credibility to a person testifying through an interpreter as to someone who can speak English?

25. Have any members of the jury panel given any time or money to the Citizens Against Lawsuit Abuse campaign?

26. Have any members of the jury panel, or any of your close friends or relatives, actively supported the Citizens Against Lawsuit Abuse campaign in any way?

27. Is there anyone on the jury panel who feels that someone who has grown up in poor conditions because his family was poor or who, because of his or her economic circumstances has been subjected to indignities for most of his life, should not have the same right to complain about being treated unfairly by his employer as anyone else would?

28. Is there any member of the jury panel who believes that for any reason he or she would begin this case predisposed in favor of any of the defendant for any reason?

29. Is there any member of the jury panel who believes that he or she could not be a fair and impartial juror for whatever reason?

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

        Rodolfo D. Sanchez
        Texas Bar No. 17572100
        S.D. No. 12600
        TEXAS RIOGRANDE LEGAL AID, INC.
        300 South Texas
        Weslaco, TX 78596
        Tel. 956-968-9574
        Fax. 956-968-8823
        Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, a true and correct copy of this document was mailed via US Mail to Defendants Martinez and Martell's attorney of record as listed below:

Julia Hernandez
Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

_____
Nathaniel Norton