UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

## JOINT PROPOSED INTERROGATORIES TO THE JURY

Answer the questions that follow as instructed.  All questions involve relations between Plaintiffs and Defendants in 2002. Your answers to all questions must be unanimous.

### Question No. 1

Did Pablo Martinez own the housing where plaintiffs stayed?

Yes_____              No_____

### Question No. 2

Did Pablo Martinez control the housing where plaintiffs stayed?

Yes_____              No_____

### Question No. 3

Did Eugene Martell act as an agent of Pablo Martinez?

Yes_____              No_____

<u>Question No. 4</u>

When Pablo Martinez recruited plaintiffs, did he provide each of them in writing all the information required by federal law?

Yes_____          No_____

If you answer "yes," skip the damages question and go on to Question 9.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| <u>Armando Alonso</u> | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

<u>Question No. 5</u>

When Pablo Martinez recruited plaintiffs, did he provide each of them in writing all the information required by Illinois state law?

Yes_____          No_____

<u>Question No. 6</u>

Did Pablo Martinez, or Eugene Martell as his agent, knowingly provide plaintiffs with false or misleading information about the housing they would be provided in Iowa?

Yes_____          No_____

**Question No. 7**

Did Pablo Martinez, or Eugene Martell as his agent, knowingly provide plaintiffs with false or misleading information about the money they would be paid for the rows they detasselled?

Yes_____          No_____

If you answer "no," to both Question 6 and 7, skip the damages question and go on to Question 8.

If you answer "yes," to either or both of Questions 6 or 7, write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

**Question No. 8**

Did Pablo Martinez without justification violate the working arrangement he made with plaintiffs?

Yes_____          No_____

If you answer "no," skip the damages question and go on to Question 9.

If you answer "yes," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso                    $_____
Melaquiades Rodriguez             $_____
Rogelio Sanchez                   $_____
Gabino Martinez                   $_____
Hugo Martinez                     $_____
Jose Aguilon                      $_____
Higinio Sanchez-Ramos             $_____
Edilberto Martinez                $_____
Jaime Pacheco                     $_____
Enrique Rodriguez                 $_____
Rodolfo Rodriguez                 $_____
Francisco Rodriguez               $_____
Armando Cisneros                  $_____
Everardo Garcia                   $_____
Agustin Martinez                  $_____

## Question No. 9

Did Pablo Martinez always pay plaintiffs their wages when due?

Yes_____                       No_____

If you answer "yes," skip the damages question and go on to Question 10.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso                    $_____
Melaquiades Rodriguez             $_____
Rogelio Sanchez                   $_____
Gabino Martinez                   $_____
Hugo Martinez                     $_____
Jose Aguilon                      $_____
Higinio Sanchez-Ramos             $_____
Edilberto Martinez                $_____
Jaime Pacheco                     $_____
Enrique Rodriguez                 $_____
Rodolfo Rodriguez                 $_____
Francisco Rodriguez               $_____
Armando Cisneros                  $_____
Everardo Garcia                   $_____
Agustin Martinez                  $_____

<u>Question No. 10</u>

When Pablo Martinez paid plaintiffs, did he always provide them with pay statements that included hours worked, their rates of pay, and the other information required by law?

Yes_____                    No_____

If you answer "yes," skip the damages question and go on to Question 11.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso              $_____
Melaquiades Rodriguez       $_____
Rogelio Sanchez             $_____
Gabino Martinez             $_____
Hugo Martinez               $_____
Jose Aguilon                $_____
Higinio Sanchez-Ramos       $_____
Edilberto Martinez          $_____
Jaime Pacheco               $_____
Enrique Rodriguez           $_____
Rodolfo Rodriguez           $_____
Francisco Rodriguez         $_____
Armando Cisneros            $_____
Everardo Garcia             $_____
Agustin Martinez            $_____

<u>Question No. 11</u>

Did Pablo Martinez present to each plaintiff, a statement of the terms and conditions of occupancy of this housing? (answer only if you answered "yes" to Question 1 or 2)

Yes_____                    No_____

If you answer "yes," skip the damages question and go on to Question 12.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso              $_____
Melaquiades Rodriguez       $_____
Rogelio Sanchez             $_____

## Question No. 14

Pablo Martinez admits that he did not obtain a certificate of occupancy from Illinois authorities and post this at plaintiffs' housing. If you answered "yes" to Question 1 or 2, write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 15

Did Pablo Martinez transport plaintiffs without being properly authorized to do so by the U.S. Department of Labor?

Yes_____                    No_____

If you answer "no," and you answered to "no" to both Questions 1 and 2, skip the damages and go on to Question 16.

Pablo Martinez admits he did not have authorization from the United States Department of Labor to house or transport plaintiffs. If you answered "yes" to Question 1 or 2 or you answered "yes" to Question 15 write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |

**Jose Aguilon**                $_____

**Higinio Sanchez-Ramos**       $_____

**Edilberto Martinez**          $_____

**Jaime Pacheco**               $_____

**Enrique Rodriguez**           $_____

**Rodolfo Rodriguez**           $_____

**Francisco Rodriguez**         $_____

**Armando Cisneros**            $_____

**Everardo Garcia**             $_____

**Agustin Martinez**            $_____

## Question No. 16

Did Pablo Martinez transport plaintiffs without ensuring that each plaintiff had a seat meeting safety requirements and that each driver was properly licensed?

Yes_____            No_____

If you answer "no," skip the damages question and go on to Question 17.

If you answer "yes," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

**Armando Alonso**              $_____

**Melaquiades Rodriguez**       $_____

**Rogelio Sanchez**             $_____

**Gabino Martinez**             $_____

**Hugo Martinez**               $_____

**Jose Aguilon**                $_____

**Higinio Sanchez-Ramos**       $_____

**Edilberto Martinez**          $_____

**Jaime Pacheco**               $_____

**Enrique Rodriguez**           $_____

**Rodolfo Rodriguez**           $_____

**Francisco Rodriguez**         $_____

**Armando Cisneros**            $_____

**Everardo Garcia**             $_____

**Agustin Martinez**            $_____

## Question No. 17

Did Pablo Martinez employ or use Eugene Martell to recruit, house, transport, or drive plaintiffs without his being registered with the United States Department of Labor as a farm labor contractor employee?

Yes_____                              No_____

If you answer "no," skip the damages question and go on to Question 18.

If you answer "yes," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso                  $_____
Melaquiades Rodriguez           $_____
Rogelio Sanchez                 $_____
Gabino Martinez                 $_____
Hugo Martinez                   $_____
Jose Aguilon                    $_____
Higinio Sanchez-Ramos           $_____
Edilberto Martinez              $_____
Jaime Pacheco                   $_____
Enrique Rodriguez               $_____
Rodolfo Rodriguez               $_____
Francisco Rodriguez             $_____
Armando Cisneros                $_____
Everardo Garcia                 $_____
Agustin Martinez                $_____

<u>Question No. 18</u>

Did Pablo Martinez provide plaintiffs in Spanish the written terms of their employment and post in Spanish their rights and conditions of occupancy of their housing?

Yes_____                              No_____

If you answer "yes," skip the damages question and go on to Question 19.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso                  $_____
Melaquiades Rodriguez           $_____
Rogelio Sanchez                 $_____
Gabino Martinez                 $_____

**Hugo Martinez** $_____
**Jose Aguilon** $_____
**Higinio Sanchez-Ramos** $_____
**Edilberto Martinez** $_____
**Jaime Pacheco** $_____
**Enrique Rodriguez** $_____
**Rodolfo Rodriguez** $_____
**Francisco Rodriguez** $_____
**Armando Cisneros** $_____
**Everardo Garcia** $_____
**Agustin Martinez** $_____

## Question No. 19

Did Pablo Martinez always pay plaintiffs on their regular pay day at least the minimum wage for each hour they worked?

Yes_____                          No_____

If you answer "yes," skip the damages question and go on to Question 20.

If you answer "no," write in the total amount that of minimum wages not paid each plaintiff on the regular pay day(s).

**Armando Alonso** $_____
**Melaquiades Rodriguez** $_____
**Rogelio Sanchez** $_____
**Gabino Martinez** $_____
**Hugo Martinez** $_____
**Jose Aguilon** $_____
**Higinio Sanchez-Ramos** $_____
**Edilberto Martinez** $_____
**Jaime Pacheco** $_____
**Enrique Rodriguez** $_____
**Rodolfo Rodriguez** $_____
**Francisco Rodriguez** $_____
**Armando Cisneros** $_____
**Everardo Garcia** $_____
**Agustin Martinez** $_____

## Question No. 20

Did Pablo Martinez violate the Illinois Wage Payment and Collection Act by not paying Plaintiffs all the wages they earned in a timely manner or by not providing them notification of their rates of pay and the time and place for payment of wages?

Yes_____                              No_____

If you answer "no," skip the damages question and go on to Question 21.

If you answer "yes," write in the total amount that of wages not paid each plaintiff.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 21

Did Pablo Martinez violate the Illinois Farm Labor Contractor Certification Act (IFLCCA) by at any time not paying plaintiffs money entrusted to him by Agrigenetics, Inc.?

Yes_____                              No_____

If you answer "no," go to Question 22.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Pablo Martinez's violation of this provision of the IFLCCA.

| | |
|---|---|
| Armando Alonso | _____ |
| Melaquiades Rodriguez | _____ |
| Rogelio Sanchez | _____ |

**Gabino Martinez**                    _____
**Hugo Martinez**                      _____
**Jose Aguilon**                       _____
**Higinio Sanchez-Ramos**              _____
**Edilberto Martinez**                 _____
**Jaime Pacheco**                      _____
**Enrique Rodriguez**                  _____
**Rodolfo Rodriguez**                  _____
**Francisco Rodriguez**                _____
**Armando Cisneros**                   _____
**Everardo Garcia**                    _____
**Agustin Martinez**                   _____

## Question No. 22

Did Pablo Martinez violate the Illinois Farm Labor Contractor Certification Act by at any time not complying with any working arrangement he made with Plaintiffs?

Yes_____                          No_____

If you answer "no," go to Question 23.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Pablo Martinez's violation of this provision of the IFLCCA.

**Armando Alonso**                     _____
**Melaquiades Rodriguez**              _____
**Rogelio Sanchez**                    _____
**Gabino Martinez**                    _____
**Hugo Martinez**                      _____
**Jose Aguilon**                       _____
**Higinio Sanchez-Ramos**              _____
**Edilberto Martinez**                 _____
**Jaime Pacheco**                      _____
**Enrique Rodriguez**                  _____
**Rodolfo Rodriguez**                  _____
**Francisco Rodriguez**                _____
**Armando Cisneros**                   _____
**Everardo Garcia**                    _____
**Agustin Martinez**                   _____

<u>**Question No. 23**</u>

Did Pablo Martinez violate the Illinois Farm Labor Contractor Certification Act by at any time failing to displaying at a work site or in a vehicle used by him to transport plaintiffs, a written statement in Spanish showing the rate of compensation he was receiving and the plaintiffs' rate of pay;?

Yes_____                    No_____

If you answer "no," go to Question 24.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Pablo Martinez's violation of this provision of the IFLCCA.

| | |
|---|---|
| **Armando Alonso** | _____ |
| **Melaquiades Rodriguez** | _____ |
| **Rogelio Sanchez** | _____ |
| **Gabino Martinez** | _____ |
| **Hugo Martinez** | _____ |
| **Jose Aguilon** | _____ |
| **Higinio Sanchez-Ramos** | _____ |
| **Edilberto Martinez** | _____ |
| **Jaime Pacheco** | _____ |
| **Enrique Rodriguez** | _____ |
| **Rodolfo Rodriguez** | _____ |
| **Francisco Rodriguez** | _____ |
| **Armando Cisneros** | _____ |
| **Everardo Garcia** | _____ |
| **Agustin Martinez** | _____ |

<u>**Question No. 24**</u>

Did Pablo Martinez violate the Illinois Farm Labor Contractor Certification Act by failing to keep any of the payroll records required by the act?

Yes_____                    No_____

If you answer "no," go to Question 25.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Pablo Martinez's violation of this provision of the IFLCCA.

**Armando Alonso**                    _____
**Melaquiades Rodriguez**             _____
**Rogelio Sanchez**                   _____
**Gabino Martinez**                   _____
**Hugo Martinez**                     _____
**Jose Aguilon**                      _____
**Higinio Sanchez-Ramos**            _____
**Edilberto Martinez**                _____
**Jaime Pacheco**                     _____
**Enrique Rodriguez**                 _____
**Rodolfo Rodriguez**                 _____
**Francisco Rodriguez**               _____
**Armando Cisneros**                  _____
**Everardo Garcia**                   _____
**Agustin Martinez**                  _____

## Question No. 25

Did Pablo Martinez violate the Illinois Farm Labor Contractor Certification Act by failing to file with the Illinois Department of Labor a statement containing all of the information required by the act?

Yes_____                    No_____

If you answer "no," go to Question 26.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Pablo Martinez's violation of this provision of the IFLCCA.

**Armando Alonso**                    _____
**Melaquiades Rodriguez**             _____
**Rogelio Sanchez**                   _____
**Gabino Martinez**                   _____
**Hugo Martinez**                     _____
**Jose Aguilon**                      _____
**Higinio Sanchez-Ramos**            _____
**Edilberto Martinez**                _____
**Jaime Pacheco**                     _____
**Enrique Rodriguez**                 _____
**Rodolfo Rodriguez**                 _____
**Francisco Rodriguez**               _____
**Armando Cisneros**                  _____

Everardo Garcia                    _____
Agustin Martinez                  _____

**Question No. 26**

       Did Pablo Martinez violate the Illinois Farm Labor Contractor Certification Act by failing to give to each plaintiff, at the time of his recruitment, a statement containing all of the information required by the act?

Yes_____                              No_____

If you answer "no," go to Question 27.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Pablo Martinez's violation of this provision of the IFLCCA.

Armando Alonso                    _____
Melaquiades Rodriguez             _____
Rogelio Sanchez                   _____
Gabino Martinez                   _____
Hugo Martinez                     _____
Jose Aguilon                      _____
Higinio Sanchez-Ramos             _____
Edilberto Martinez                _____
Jaime Pacheco                     _____
Enrique Rodriguez                 _____
Rodolfo Rodriguez                 _____
Francisco Rodriguez               _____
Armando Cisneros                  _____
Everardo Garcia                   _____
Agustin Martinez                  _____

**Question No. 27**

       Was Pablo Martinez a "farm operator" within the definition of the Illinois Field Sanitation Act?

Yes_____                              No_____

If you answer "no" skip Question 28.

**<u>Question No. 28</u>**

**Did Pablo Martinez violate any provision of the Illinois Field Sanitation Act?**

**Yes**_____                    **No**_____

**<u>Question No. 29</u>**

**Did Pablo Martinez enter contracts with plaintiffs?**

**Yes**_____                    **No**_____

**If you answer "no" skip Question 30.**

**<u>Question No. 30</u>**

**Did Pablo Martinez breach his contracts with plaintiffs by providing housing, work, or pay on terms other than what was agreed upon?**

**Yes**_____                    **No**_____

**If you answer "no" go to Question 31.**

**If you answer "yes," next to each name below list the amount that would make each plaintiff whole.**

| | |
|---|---|
| **Armando Alonso** | $_____ |
| **Melaquiades Rodriguez** | $_____ |
| **Rogelio Sanchez** | $_____ |
| **Gabino Martinez** | $_____ |
| **Hugo Martinez** | $_____ |
| **Jose Aguilon** | $_____ |
| **Higinio Sanchez-Ramos** | $_____ |
| **Edilberto Martinez** | $_____ |
| **Jaime Pacheco** | $_____ |
| **Enrique Rodriguez** | $_____ |
| **Rodolfo Rodriguez** | $_____ |
| **Francisco Rodriguez** | $_____ |
| **Armando Cisneros** | $_____ |
| **Everardo Garcia** | $_____ |
| **Agustin Martinez** | $_____ |

<u>**Question No. 31**</u>

      **Did Pablo Martinez make false representations to plaintiffs either at the time of their recruitment in Texas or in the fields in Illinois?**

      **Yes**_____                  **No**_____

**If you answer "no" skip to Question 37.**

<u>**Question No. 32**</u>

      **Did plaintiffs justifiably rely on these representations?**

      **Yes**_____                  **No**_____

**If you answer "no" skip to Question 37.**

<u>**Question No. 33**</u>

      **Were these representations made by Pablo Martinez for plaintiffs' guidance in their business?**

      **Yes**_____                  **No**_____

**If you answer "no" skip to Question 37.**

<u>**Question No. 34**</u>

      **Did Pablo Martinez fail to use reasonable care in obtaining or communicating the false information he gave to plaintiffs?**

      **Yes**_____                  **No**_____

**If you answer "no" skip to Question 37.**

<u>**Question No. 35**</u>

      **Did plaintiffs' reliance on Pablo Martinez's false statements cause plaintiffs harm?**

      **Yes**_____                  **No**_____

**If you answer "no" skip to Question 37.**

If you answer "yes," next to each name below list the amount that would make each plaintiff whole.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 36

When Pablo Martinez made any of these false representations to plaintiffs, was it his specific intent to cause substantial harm to plaintiffs?

Yes_____          No_____

If you answer "no" skip to Question 37.

If you answer "yes," list the amount of money that would be sufficient to penalize Pablo Martinez for this conduct and to deter future conduct of this sort.

Amount          $_____

## Question No. 37

Was Eugene Martell a farm labor contractor under federal law?

Yes_____          No_____

## Question No. 38

Was Eugene Martell a farm labor contractor under Illinois state law?

Yes_____                              No_____

## Question No. 39

Did Eugene Martell employ plaintiffs under both federal and Illinois state law?

Yes_____                              No_____

## Question No. 40

Did Eugene Martell recruit plaintiffs under both federal and Illinois state law?

Yes_____                              No_____

## Question No. 41

Did Eugene Martell provide housing to plaintiffs?

Yes_____                              No_____

## Question No. 42

Did Eugene Martell control the housing where plaintiffs stayed?

Yes_____                              No_____

## Question No. 43

When Eugene Martell recruited plaintiffs, did he provide each of them in writing all the information required by federal law? (answer only if you answered "yes" to Question 40)

Yes_____                              No_____

If you answer "yes," skip the damages question and go on to Question 44.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 44

When Eugene Martell recruited plaintiffs, did he provide each of them in writing all the information required by Illinois state law? (answer only if you answered "yes" to Question 40)

Yes_____          No_____

## Question No. 45

Did Eugene Martell knowingly provide plaintiffs with false or misleading information about the money they would be paid for the rows they detasseled? (answer only if you answered "yes" to Question 37)

Yes_____          No_____

If you answer "no," skip the damages question and go on to Question 46.

If you answer "yes," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso                    $_____
Melaquiades Rodriguez             $_____
Rogelio Sanchez                   $_____
Gabino Martinez                   $_____
Hugo Martinez                     $_____
Jose Aguilon                      $_____
Higinio Sanchez-Ramos             $_____
Edilberto Martinez                $_____
Jaime Pacheco                     $_____
Enrique Rodriguez                 $_____
Rodolfo Rodriguez                 $_____
Francisco Rodriguez               $_____

Armando Cisneros                  $_____
Everardo Garcia                   $_____
Agustin Martinez                  $_____

<u>Question No. 46</u>

Did Eugene Martell without justification violate the working arrangement he made with plaintiffs? (answer only if you answered "yes" to Question 37)

Yes_____                          No_____

If you answer "no," skip the damages question and go on to Question 47.

If you answer "yes," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

Armando Alonso                    $_____
Melaquiades Rodriguez             $_____
Rogelio Sanchez                   $_____
Gabino Martinez                   $_____
Hugo Martinez                     $_____
Jose Aguilon                      $_____
Higinio Sanchez-Ramos             $_____
Edilberto Martinez                $_____
Jaime Pacheco                     $_____
Enrique Rodriguez                 $_____
Rodolfo Rodriguez                 $_____
Francisco Rodriguez               $_____
Armando Cisneros                  $_____
Everardo Garcia                   $_____

Agustin Martinez                     $_____

## Question No. 47

Did Eugene Martell always pay plaintiffs their wages when due? (answer only if you answered "yes" to Question 37)

Yes_____                              No_____

If you answer "yes," skip the damages question and go on to Question 48.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 48

When Eugene Martell paid plaintiffs, did he always provide them with pay statements that included hours worked, their rates of pay, and the other information required by law? (answer only if you answered "yes" to Question 37)

Yes_____                              No_____

If you answer "yes," skip the damages question and go on to Question 49.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

**Armando Alonso**                    $_____
**Melaquiades Rodriguez**             $_____
**Rogelio Sanchez**                   $_____
**Gabino Martinez**                   $_____
**Hugo Martinez**                     $_____
**Jose Aguilon**                      $_____
**Higinio Sanchez-Ramos**            $_____
**Edilberto Martinez**                $_____
**Jaime Pacheco**                     $_____
**Enrique Rodriguez**                 $_____
**Rodolfo Rodriguez**                 $_____
**Francisco Rodriguez**               $_____
**Armando Cisneros**                  $_____
**Everardo Garcia**                   $_____
**Agustin Martinez**                  $_____

## Question No. 49

Did Eugene Martell present to each plaintiff, a statement of the terms and conditions of occupancy of the housing? (answer only if you answered "yes" to Question 42)

Yes_____                    No_____

If you answer "yes," skip the damages question and go on to Question 50.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

**Armando Alonso**                    $_____
**Melaquiades Rodriguez**             $_____
**Rogelio Sanchez**                   $_____
**Gabino Martinez**                   $_____
**Hugo Martinez**                     $_____
**Jose Aguilon**                      $_____
**Higinio Sanchez-Ramos**            $_____
**Edilberto Martinez**                $_____
**Jaime Pacheco**                     $_____
**Enrique Rodriguez**                 $_____
**Rodolfo Rodriguez**                 $_____
**Francisco Rodriguez**               $_____
**Armando Cisneros**                  $_____
**Everardo Garcia**                   $_____

Agustin Martinez                    $_____

**Question No. 50**

      Did the housing Eugene Martell provided plaintiffs meet minimum housing standards? (answer only if you answered "yes" to Question 42)

      Yes_____                    No_____

If you answer "yes," skip the damages question and go on to Question 51.

      If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

**Question No. 51**

      Eugene Martell admits that he did not obtain a certificate of occupancy from Illinois authorities and post this at plaintiffs' housing. If you answered "yes" to Question 1 or 2, write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |

| | |
|---|---|
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 52

Did Eugene Martell drive any plaintiffs? (answer only if you answered "yes" to Question 37)

Yes_____          No_____

If you answer "no," and you answered to "no" to Question 42, skip the damages and go on to Question 53.

Eugene Martell admits he did not have authorization from the United States Department of Labor to house or drive plaintiffs. If you answered "yes" to Question 42 or you answered "yes" to Question 52 write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 53

Did Eugene Martell provide plaintiffs in Spanish the written terms of their employment and post in Spanish their rights and conditions of occupancy of their housing?  (answer only if you answered "yes" to Question 37)

Yes_____                    No_____

If you answer "yes," skip the damages question and go on to Question 19.

If you answer "no," write in the amount of AWPA damages you award for each plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

## Question No. 54

Did Eugene Martell violate the Illinois Farm Labor Contractor Certification Act (IFLCCA) by at any time not paying plaintiffs money entrusted to him by Agrigenetics, Inc.? (answer only if you answered "yes" to Question 38)

Yes_____                    No_____

If you answer "no," go to Question 55.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Eugene Martell's violation of this provision of the IFLCCA.

Armando Alonso                    _____

**Melaquiades Rodriguez**      _____
**Rogelio Sanchez**      _____
**Gabino Martinez**      _____
**Hugo Martinez**      _____
**Jose Aguilon**      _____
**Higinio Sanchez-Ramos**      _____
**Edilberto Martinez**      _____
**Jaime Pacheco**      _____
**Enrique Rodriguez**      _____
**Rodolfo Rodriguez**      _____
**Francisco Rodriguez**      _____
**Armando Cisneros**      _____
**Everardo Garcia**      _____
**Agustin Martinez**      _____

**Question No. 55**

Did Eugene Martell violate the Illinois Farm Labor Contractor Certification Act by at any time not complying with any working arrangement he made with Plaintiffs? (answer only if you answered "yes" to Question 38)

Yes_____          No_____

If you answer "no," go to Question 56.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Eugene Martell's violation of this provision of the IFLCCA.

**Armando Alonso**      _____
**Melaquiades Rodriguez**      _____
**Rogelio Sanchez**      _____
**Gabino Martinez**      _____
**Hugo Martinez**      _____
**Jose Aguilon**      _____
**Higinio Sanchez-Ramos**      _____
**Edilberto Martinez**      _____
**Jaime Pacheco**      _____
**Enrique Rodriguez**      _____
**Rodolfo Rodriguez**      _____
**Francisco Rodriguez**      _____
**Armando Cisneros**      _____
**Everardo Garcia**      _____
**Agustin Martinez**      _____

**Question No. 56**

      Did Eugene Martell violate the Illinois Farm Labor Contractor Certification Act by at any time failing to displaying at a work site, a written statement in Spanish showing the rate of compensation he was receiving and the plaintiffs' rate of pay;? (answer only if you answered "yes" to Question 38)

      Yes_____                  No_____

If you answer "no," go to Question 57.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Eugene Martell's violation of this provision of the IFLCCA.

| | |
|---|---|
| **Armando Alonso** | _____ |
| **Melaquiades Rodriguez** | _____ |
| **Rogelio Sanchez** | _____ |
| **Gabino Martinez** | _____ |
| **Hugo Martinez** | _____ |
| **Jose Aguilon** | _____ |
| **Higinio Sanchez-Ramos** | _____ |
| **Edilberto Martinez** | _____ |
| **Jaime Pacheco** | _____ |
| **Enrique Rodriguez** | _____ |
| **Rodolfo Rodriguez** | _____ |
| **Francisco Rodriguez** | _____ |
| **Armando Cisneros** | _____ |
| **Everardo Garcia** | _____ |
| **Agustin Martinez** | _____ |

**Question No. 57**

      Did Eugene Martell violate the Illinois Farm Labor Contractor Certification Act by failing to keep any of the payroll records required by the act?  (answer only if you answered "yes" to Question 38)

      Yes_____                  No_____

If you answer "no," go to Question 58.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Eugene Martell's violation of this provision of the IFLCCA.

**Armando Alonso**          _____
**Melaquiades Rodriguez**   _____
**Rogelio Sanchez**         _____
**Gabino Martinez**         _____
**Hugo Martinez**           _____
**Jose Aguilon**            _____
**Higinio Sanchez-Ramos**   _____
**Edilberto Martinez**      _____
**Jaime Pacheco**           _____
**Enrique Rodriguez**       _____
**Rodolfo Rodriguez**       _____
**Francisco Rodriguez**     _____
**Armando Cisneros**        _____
**Everardo Garcia**         _____
**Agustin Martinez**        _____

## Question No. 58

Did Eugene Martell violate the Illinois Farm Labor Contractor Certification Act by failing to file with the Illinois Department of Labor a statement containing all of the information required by the act?

Yes_____          No_____

If you answer "no," go to Question 59.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Eugene Martell's violation of this provision of the IFLCCA.

**Armando Alonso**          _____
**Melaquiades Rodriguez**   _____
**Rogelio Sanchez**         _____
**Gabino Martinez**         _____
**Hugo Martinez**           _____
**Jose Aguilon**            _____
**Higinio Sanchez-Ramos**   _____
**Edilberto Martinez**      _____
**Jaime Pacheco**           _____
**Enrique Rodriguez**       _____
**Rodolfo Rodriguez**       _____
**Francisco Rodriguez**     _____
**Armando Cisneros**        _____

Everardo Garcia                    _____
Agustin Martinez                   _____

### Question No. 59

Did Eugene Martell violate the Illinois Farm Labor Contractor Certification Act by failing to give to each plaintiff, at the time of his recruitment, a statement containing all of the information required by the act? (answer only if you answered "yes" to Question 38)

Yes_____                           No_____

If you answer "no," go to Question 60.

If you answer "yes," place a check mark by each plaintiff whose rights were violated by Eugene Martell's violation of this provision of the IFLCCA.

Armando Alonso                     _____
Melaquiades Rodriguez              _____
Rogelio Sanchez                    _____
Gabino Martinez                    _____
Hugo Martinez                      _____
Jose Aguilon                       _____
Higinio Sanchez-Ramos              _____
Edilberto Martinez                 _____
Jaime Pacheco                      _____
Enrique Rodriguez                  _____
Rodolfo Rodriguez                  _____
Francisco Rodriguez                _____
Armando Cisneros                   _____
Everardo Garcia                    _____
Agustin Martinez                   _____

### Question No. 60

Was Eugene Martell a "farm operator" within the definition of the Illinois Field Sanitation Act?

Yes_____                           No_____

If you answer "no" skip Question 63.

<u>**Question No. 61**</u>

**Did Eugene Martell violate any provision of the Illinois Field Sanitation Act?**

Yes_____                    No_____


<u>**Question No. 62**</u>

**Did Eugene Martell enter contracts with plaintiffs?**

Yes_____                    No_____

**If you answer "no" skip Question 63.**

<u>**Question No. 63**</u>

**Did Pablo Martinez breach his contracts with plaintiffs by providing housing, work, or pay on terms other than what was agreed upon?**

Yes_____                    No_____

**If you answer "no" go to Question 64.**

**If you answer "yes," next to each name below list the amount that would make each plaintiff whole.**

| | |
|---|---|
| **Armando Alonso** | $_____ |
| **Melaquiades Rodriguez** | $_____ |
| **Rogelio Sanchez** | $_____ |
| **Gabino Martinez** | $_____ |
| **Hugo Martinez** | $_____ |
| **Jose Aguilon** | $_____ |
| **Higinio Sanchez-Ramos** | $_____ |
| **Edilberto Martinez** | $_____ |
| **Jaime Pacheco** | $_____ |
| **Enrique Rodriguez** | $_____ |
| **Rodolfo Rodriguez** | $_____ |
| **Francisco Rodriguez** | $_____ |
| **Armando Cisneros** | $_____ |
| **Everardo Garcia** | $_____ |
| **Agustin Martinez** | $_____ |

**<u>Question No. 64</u>**

Did Eugene Martell make false representations to plaintiffs either at the time of their recruitment in Texas or in the fields in Illinois?

Yes_____                         No_____

If you answer "no" STOP HERE.

**<u>Question No. 65</u>**

Did plaintiffs justifiably rely on these representations?

Yes_____                         No_____

If you answer "no" STOP HERE.

**<u>Question No. 66</u>**

Were these representations made by Eugene Martell for plaintiffs' guidance in their business?

Yes_____                         No_____

If you answer "no" STOP HERE.

**<u>Question No. 67</u>**

Did Eugene Martell fail to use reasonable care in obtaining or communicating the false information he gave to plaintiffs?

Yes_____                         No_____

If you answer "no" STOP HERE.

**<u>Question No. 68</u>**

Did Eugene Martell make these representations in the course of his business?

Yes_____                         No_____

If you answer "no" STOP HERE.

**Question No. 69**

Did plaintiffs' reliance on Eugene Martell's false statements cause plaintiffs harm?

Yes_____                    No_____

If you answer "no" STOP HERE.

If you answer "yes," next to each name below list the amount that would make each plaintiff whole.

| | |
|---|---|
| Armando Alonso | $_____ |
| Melaquiades Rodriguez | $_____ |
| Rogelio Sanchez | $_____ |
| Gabino Martinez | $_____ |
| Hugo Martinez | $_____ |
| Jose Aguilon | $_____ |
| Higinio Sanchez-Ramos | $_____ |
| Edilberto Martinez | $_____ |
| Jaime Pacheco | $_____ |
| Enrique Rodriguez | $_____ |
| Rodolfo Rodriguez | $_____ |
| Francisco Rodriguez | $_____ |
| Armando Cisneros | $_____ |
| Everardo Garcia | $_____ |
| Agustin Martinez | $_____ |

**Question No. 70**

When Eugene Martell made any of these false representations to plaintiffs, was it his specific intent to cause substantial harm to plaintiffs?

Yes_____                    No_____

If you answer "no" STOP HERE.

If you answer "yes," list the amount of money that would be sufficient to penalize Pablo Martinez for this conduct and to deter future conduct of this sort.

Amount                    $_____

Respectfully submitted,

_____

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104

Austin, TX 78704
Tel.  512-447-7707
Fax.  512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel.  956-968-9574
Fax.  956-968-8823
Co-Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke with Julia Hernandez on July 13, 2005 and she stated that Defendants would not file separate jury instructions or interrogatories and that jury instructions and interrogatories should be designated as jointly submitted.

_____

Nathaniel Norton

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, a true and correct copy of this document was mailed via US Mail to Defendants Martinez and Martell's attorney of record as listed below:

Julia Hernandez
Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

Nathaniel Norton