| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Armando Alonso, et al., Plaintiffs | CIVIL ACTION NO. B-04-005 |
|---|---|
| versus<br><br>Pablo Martinez and Eugene Martell | **MEMORANDUM OF LAW** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:  Breck Record |
| List of Defendants<br>Pablo Martinez and Eugene Martell | Proceeding                    Date<br>Trial                              August 8, 2005 |

Plaintiffs bring this suit alleging several claims under different aspects of federal, state, and common law including the Agricultural Worker Protection Act (AWPA), 29 U.S.C. § § 1801 et seq., the Fair Labor Standards Act (FLSA), 29 U.S.C. § § 201 et seq., Illinois Wage payment and Collection Act (IWPCA), 820 ILCS 115/1 et seq., the Illinois Farm Labor Contractor Certification Act (IFLCCA), 225 ILCS 505/1 et seq., Illinois Field Sanitation Act (IFSA), 210 ILCS 105/1 et seq., and the common law of breach of contract and negligent misrepresentation. In the interest of brevity, Defendants incorporate into this Memorandum the statement of Agreed Propositions of Law as stated in the Joint Pretrial Order. The following will only discuss contested issues of law with each law addressed separately.

### I.  Agricultural Worker Protection Act (AWPA)

Defendants agree with the statements of law summarizing the AWPA as written in the Agreed Propositions of Law in the Joint Pretrial Order. Defendants do not dispute what AWPA requires. All disputes are factual in nature.

### II.  Fair Labor Standards Act (FLSA)

Defendants agree with the statements of law summarizing the FLSA as written in the Agreed Propositions of Law in the Joint Pretrial Order. Defendants do not dispute what FLSA requires. All disputes are factual in nature.

### III. Illinois Wage payment and Collection Act (IWPCA)

Defendants agree with the statements of law summarizing the IWPCA as written in the Agreed Propositions of Law in the Joint Pretrial Order. Defendants do not dispute what IWPCA requires. All disputes are factual in nature.

### IV. Illinois Farm Labor Contractor Certification Act (IFLCCA)

Defendants agree with the statements of law summarizing the IFLCCA as written in the Agreed Propositions of Law in the Joint Pretrial Order. Defendants do not dispute what IFLCCA requires. All disputes are factual in nature.

### V. Illinois Field Sanitation Act (IFSA)

With respect to Plaintiffs claims under the IFSA, Defendants would emphasize that the statute provides that "any worker aggrieved by a violation of this Act or regulations promulgated thereunder may file suit in the circuit court having jurisdiction over the location of the farming operation." 210 ILCS 105/12(c). As such, Plaintiffs did not pursue their claim in the appropriate circuit court; opting instead to bring their claim to federal court. Moreover, the statute only provides for injunctive relief upon terms and conditions as will do justice and enforce the purpose of the law. 210 ILCS 105/12(c). As far as Plaintiffs seek declaratory and relief other than injunctive relief, it is inappropriate in this case.

### VI. Breach of Contract

requires. All disputes are factual in nature..

### VII. Negligent Misrepresentation

Defendants agree with the statements summarizing the law of Negligent Misrepresentation as written in the Agreed Propositions of Law in the Joint Pretrial Order. Defendants do not dispute what the common law requires. All disputes are factual in nature.

Respectfully submitted,

LAW OFFICE OF FERNANDO SAENZ


JULIA M. HERNANDEZ
521 E. Pike Blvd.
Weslaco, Texas 78596
Tel: 956/968-3100
Fax: 956/968-3400
fernandosaenzattorney@hotmail.com


### CERTIFICATE OF SERVICE

I, Julia M. Hernandez, hereby certify that I have served a copy of the foregoing on Plaintiffs counsel, Nathaniel Norton and Rodolfo Sanchez via email and hand delivery respectively on this the 13th day of July 2005.

_____
Julia M. Hernandez