| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

| Armando Alonso, et al., Plaintiffs | CIVIL ACTION NO. B-04-005 |
|---|---|
| *versus* <br><br> Pablo Martinez and Eugene Martell | **EXHIBIT LIST** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos <br> Court Reporter:   Breck Record |
| List of Defendants <br> Pablo Martinez and Eugene Martell | Proceeding    Date <br> Trial          August 8, 2005 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | All relevant 2002 documents produced in discovery relating to housing. | | |
| 2 | All relevant 2002 documents produced in discovery related to transportation. | | |
| 3 | All relevant 2002 documents produced in discovery related to recruiting. | | |
| 4 | All relevant 2002 documents produced in discovery related to sanitation. | | |
| 5 | Explanatory and/or illustrative posters | | |
| 6 | All relevant 2002 documents produced in discovery related to wages and pay. | | |
| 7 | All relevant 2002 documents produced in discovery related to disclosures to workers. | | |
| 8 | All relevant 2002 documents produced in discovery related to contracts between Defendants and Plaintiffs and Mycogen. | | |
| 9 | All relevant 2002 documents produced in discovery related to certification and registration of Defendants. | | |
| 10 | All relevant 2002 documents produced in discovery related to the work performed by Plaintiffs and Defendants. | | |