| UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS | |
|---|---|
| Armando Alonso, et al., Plaintiffs<br><br>*versus*<br><br>Pablo Martinez and Eugene Martell | CIVIL ACTION NO. B-04-005 |
| | **WITNESS LIST** |
| Judge Hilda G. Tagle | Case Manager:  Stella Cavazos<br>Court Reporter:  Breck Record |
| List of Defendants<br>Pablo Martinez and Eugene Martell | Proceeding   Date<br>Trial    August 8, 2005 |

1. EUGENE MARTELL, 620 N. Nevada St. Weslaco, TX 78596 - Mr. Martell will testify as to his recollection of the events the subject of this suit.

2. PABLO MARTINEZ, 1800 E. Canal St. Belle Glade, FL 33430 - Mr. Martinez will testify as to his recollection of the events the subject of this suit.

3. JIM SHERIFF, Mycogen Seeds, 411 N. Cherry St. Mt. Pleasant, IA 52641 - Mr. Sheriff will testify as to his recollection of the events the subject of this suit.