| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

JUL 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

ARMANDO ALONSO, et al          §
                               §
*versus*                       §   CIVIL ACTION  B-04-05
                               §
AGRIGENETICS, INC., et al      §
                               §

## Order Re-Setting Docket Call

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:           **August 1, 2005**

2. Jury selection remains set for 9:00 a.m. on:   **August 8, 2005**
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and
   authority to bind the client.

Signed _____July 14_____, 2005 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge