

**LAW OFFICE OF**
**TEXAS RIOGRANDE LEGAL AID, INC.**
AUSTIN
2201 POST RD., STE. 104
AUSTIN, TX 78704
TELEPHONE (512) 447-7707 TOLL FREE (800) 369-9270
FAX (512) 447-3940

MAIL

United States District Court
Southern District of Texas
RECEIVED

JUL 28 2005

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED

JUL 28 2005

Michael N. Milby
Clerk of Court

Via overnight courier

July 27, 2005

U.S. District Clerk
600 E. Harrison, #101
Brownsville, TX 78520

Re: Alonso, et al. v. Agrigenetics, Inc., et al., B-04-005

Dear U.S. District Clerk:

Enclosed please find the following for filing in the above-referenced case:

- Plaintiffs' Exhibit 89 [a vhs videotape, bates numbered MYC 90].

This supplements Plaintiffs' Exhibits filed yesterday.

Please do not hesitate to contact me at the number listed above with any questions or concerns.

Sincerely yours,

Nathaniel Norton
Staff Attorney

cc:   Julia Hernandez     (via overnight courier)
      Fernando Saenz
      Law Offices of Fernando Saenz
      521 E. Pike Blvd.
      Weslaco, TX 78596