UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 28 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Armando Alonso, et al. | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell | § | |
| | § | |
| Defendants. | § | |

NOTICE OF FILING
PLAINTIFFS' AMENDED EXHIBIT LIST AND EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiffs, Armando Alonso, et al. and file Plaintiffs' Amended Exhibit List and attached exhibits numbered 1 through 88. Exhibit 89, a video, is being delivered separately by overnight courier to the Court and Defendants.

Plaintiffs have modified the exhibit list that was filed with the Joint Pretrial Order to break down certain exhibits into sub-exhibits in order to make these exhibits more manageable, to correct the descriptions on several exhibits, and to add several exhibits that were inadvertently omitted from Plaintiffs' original exhibit list.

Specifically, exhibit 28 is divided into exhibits 28(a) through 28(l) to divide account statements by month. Exhibit 53 is divided into exhibits 53(a) through 53(f) to divide checks by payee. Exhibit 56 is divided into exhibits 56(a) through 56(e) to divide checks by payee.

A bates number notation is removed from the description for exhibit 24. The date in the description for Exhibit 21 is changed from 7/26/02 to 7/31/02. The descriptions for

exhibits 81 and 82 are changed to correct the shorthand "investigation reports" to "applications and other documents."

Exhibits 83 through 89 have been added because they were either inadvertently omitted from the original list or they were part of broader exhibits and Plaintiffs felt it would be clearer and easier to have them as separate exhibits.

Respectfully submitted,

*Nathaniel Norton s/w/p* *[signature]*

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, a true and correct copy of this document with attached exhibit list and exhibits 1 through 88 was hand-delivered to Defendants Martinez and Martell's attorney of record as listed below. Exhibit 89, a video, is being delivered separately by overnight courier to the address below.

Julia Hernandez
Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

_____
Nathaniel Norton