UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action No. B-04-005 |
| Pablo Martinez and Eugene Martell | § § § | |
| Defendants. | § § | |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL PLAINTIFFS' EXHIBITS**

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiffs, Armando Alonso, et al., and file this Motion to Seal Plaintiffs' Exhibits. Plaintiffs ask the Court to seal Plaintiffs' trial exhibits, filed today, so that Plaintiffs' filing may be in compliance with General Order 2004-11. Plaintiffs' exhibits include many unredacted documents such as paystubs and bank account documents that include Social Security Numbers and financial account numbers.

Wherefore, premises considered, Plaintiffs request that the Court seal Plaintiffs' exhibits.

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

Rodolfo D. Sanchez
Texas Bar No. 17572100
S.D. No. 12600
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Co-Counsel for Plaintiffs

### CERTIFICATE OF CONFERENCE

I hereby certify that on July 28, 2005 I spoke to Julia Hernandez, attorney for Defendants, and she told me that she was unopposed to this motion.

_____
Nathaniel Norton

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005 a true and correct copy of this document was mailed via US Mail Defendants Martinez and Martell's attorney of record as listed below:

Julia Hernandez
Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

_____
Nathaniel Norton