UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action No. B-04-005 |
| Pablo Martinez and Eugene Martell | § § § | |
| Defendants. | § § | |

**ORDER SEALING PLAINTIFFS' EXHIBITS**

On this day the Court considered Plaintiffs' Unopposed Motion to Seal Plaintiffs' Exhibits. After due consideration the Court finds that Plaintiffs' motion is well taken.

The Court ORDERS that Plaintiffs' Exhibits be sealed.

Done at Brownsville, Texas on this ____ day of _____, 2005.

_____
U.S. District Judge Hilda G. Tagle