UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action No. B-04-005 |
| Pablo Martinez and Eugene Martell | § § | |
| Defendants. | § § | |

## JOINT MOTION TO CONTINUE JURY SELECTION AND TRIAL DATE

Now come Plaintiffs and Defendants and request that the jury selection and trial date in this case be continued to the September trial docket. In support of this motion the parties would show as follows:

1. Jury selection is set for Monday, August 8, 2005.

2. Trial is set to commence on Tuesday, August 9, 2005.

3. The parties have reached an agreement in principle to settle this case. Defendants offered $1000 per Plaintiff to settle Plaintiffs' claims against both Defendants. Plaintiffs' counsel will sign a settlement agreement accepting this offer; however, the parties will not be able to finalize the settlement before August 8th because the Defendants need time to fund the settlement. Once the settlement is funded, Plaintiffs will execute individual releases acknowledging the settlement.

4. In addition, the parties need to agree on the precise language of the settlement agreement, including a date for payment of the settlement checks. The parties do not anticipate any problems arising in reaching an agreement on these details.

5.	The parties, mindful of section 9.D. of the Court's Civil Procedures, believe that continuing the jury selection and trial setting until September would give the parties sufficient time to finalize a settlement. The parties also believe that a continuance would save the Court the time by avoiding a trial and would save the parties the time and resources necessary to file amended pretrial documents, to prepare for trial, and to try the case.

Wherefore, premises considered, the parties request that the jury selection and trial setting be continued for one month.

Respectfully submitted,

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574
Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

Fernando Saenz
Texas Bar No. 24009329
S.D. No.: Admitted Pro Hac Vice
LAW OFFICE OF FERNANDO SAENZ
521 East Pike
Weslaco, Texas 78596
Tel (956) 968-3100
Fax (956) 968-3400
Attorney for Defendants