UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Armando Alonso, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| *versus* | § § | Civil Action No. B-04-005 |
| **Pablo Martinez and Eugene Martell** | § § § | |
| **Defendants.** | § | |

ORDER

On this day the Court considered the parties' Joint Motion to Continue Jury Selection and Trial Date because of a pending settlement. After due consideration the Court finds that Plaintiffs' motion is well taken.

The Court ORDERS that jury selection be continued to _____ and that the trial be continued to _____.

Done at Brownsville, Texas on this ____ day of _____, 2005.

_____
U.S. District Judge Hilda G. Tagle