# Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos |  |
| LAW CLERK | ■ Kovacevic    ☐ Levesque | |
| DATE | 8 — 1 — 05 | |
| TIME | 1:44 p.m. — 1:45 p.m. | |
| | 2:00 p.m. — 2:15 p.m. | |
| CIVIL ACTION | B — 04 — 005 | |
| STYLE | **Armando Alonso, et al.** *versus* **Pablo Martinez and Eugene Martell** | |

United States District Court
Southern District of Texas
FILED
AUG 0 1 2005
Michael N. Milby, Clerk of Cou

DOCKET ENTRY

(HGT) ■ Final Pre-Trial Conference;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Nathaniel Norton & Rodolfo Sanchez

Attorney(s) for Defendant(s):    Fernando Saenz

**Comments:**

1.   Parties announced ready for trial.

2.   Parties advised that jury selection was set for August 8, 2005, at 9:00 a.m.

3.   Trial for this case will commence on August 9, 2005, at 9:00 a.m.

4.   Court held meeting in chambers to discuss possible settlement of the case.

5.   Parties are to advise the Court of whether settlement was reached by Friday, August 5, 2005, at 12:00 p.m.