United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al. | § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action No. B-04-005 |
| Pablo Martinez and Eugene Martell | § § | |
| Defendants. | § § | |

## ORDER

On this day the Court considered the parties' Joint Motion to Continue Jury Selection and Trial Date because of a pending settlement. After due consideration the Court finds that Plaintiffs' motion is well taken.

The Court ORDERS that jury selection be continued to <u>September 7, 2005</u> at 9:00 a.m. ~~and that the trial be continued to~~ //////////////////////////

Done at Brownsville, Texas on this 4th day of August, 2005.

U.S. District Judge Hilda G. Tagle