UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al., | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v | § | Jury Trial Requested |
| | § | |
| Pablo Martinez and Eugene Martell, | § | |
| | § | |
| Defendants. | § | |

JOINT MOTION FOR ENTRY OF FINAL JUDGMENT
AGAINST DEFENDANTS PABLO MARTINEZ AND EUGENE MARTELL

Now come Plaintiffs and Defendants Pablo Martinez and Eugene Martell to file this motion for entry of final judgment in favor of Plaintiffs and against Defendants Pablo Martinez and Eugene Martell. In support of this motion the parties would show the Court as follows:

1. Plaintiffs have settled this dispute with Defendant Agrigenetics, Inc. and they have been dismissed from this lawsuit.

2. Plaintiffs have reached a settlement with Defendants Pablo Martinez and Eugene Martell. The parties have agreed to an entry of judgment in favor of Plaintiffs and against Defendants Pablo Martinez and Eugene Martell, jointly and severally, in the amount of $1,000.00 per plaintiff, for a total of $15,000.00. Defendants have agreed to pay the settlement amount in the manner set forth in the Settlement Agreement attached hereto as Exhibit A.

3. If granted, this joint motion for entry of final judgment will dispose of all claims in this lawsuit.

Wherefore, premises considered, Plaintiffs and Defendants Pablo Martinez and Eugene Martell respectfully request that a final judgment be entered in favor of Plaintiffs and against Pablo Martinez and Eugene Martell in the amount of $1,000.00 per plaintiff, for a total of $15,000.00.

Date: 8/18/05

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

Date: 8/18/05

_____
Fernando Saenz
Julia M. Hernandez
LAW OFFICE OF FERNANDO SAENZ
521 East Pike
Weslaco, Texas 78596
Tel (956) 968-3100
Fax (956) 968-3400
Attorney for Defendants