UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al., | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v | § | Jury Trial Requested |
| | § | |
| Agrigenetics, Inc. d/b/a Mycogen Seeds, | § | |
| Pablo Martinez and Eugene Martell, | § | |
| | § | |
| Defendants. | § | |

## SETTLEMENT AGREEMENT

1.  This Settlement Agreement is made between PABLO MARTINEZ and EUGENE MARTELL (hereinafter referred to as the "Defendants") and ARMANDO ALONSO, MELAQUIADES RODRIGUEZ, ROGELIO SANCHEZ, GABINO MARTINEZ, HUGO MARTINEZ, JOSE AGUILON, HIGINIO SANCHEZ-RAMOS, EDILBERTO MARTINEZ, JAIME PACHECO, ENRIQUE RODRIGUEZ, RODOLFO RODRIGUEZ, FRANCISCO RODRIGUEZ, ARMANDO CISNEROS, EVERARDO GARCIA, and AGUSTIN MARTINEZ (hereinafter referred to as "Plaintiffs") and all persons, natural or corporate, in privity with them, for the purpose of settling the various claims, controversies, and disputes among these parties arising out of the facts and circumstances relating to the above-styled action. Claims against the other named Defendant in this case, Agrigenetics, Inc., d/b/a Mycogen Seeds, were previously settled.

2.  Plaintiffs filed this Lawsuit against the Defendants alleging violation of the Plaintiffs' rights under the Agricultural Workers Protection Act ("AWPA"), the Fair Labor Standards Act ("FLSA"), Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS 115/1 et seq., the


EXHIBIT A

Illinois Farm Labor Contractor Certification Act ("IFLCCA"), 225 ILCS 505/1 et seq., the Illinois Field Sanitation Act ("IFSA"), 210 ILCS 105/1 et seq., and common law, in connection recruitment by Defendants in Texas, housing provided by Defendants in Iowa, and farm labor performed for the Defendants in Illinois during the 2002 crop season.

3.  The Plaintiffs and Defendants wish to resolve all claims and controversies arising out of and reflected in this action and hereby enter into this Settlement Agreement for that express purpose.

4.  The Defendants agree to pay Plaintiffs the total sum of **$15,000.00**, in the following manner: An initial certified check in the amount of $2,500.00 delivered on August 16, 2005, five payments of $1,500.00 to be paid on the 20th of every month from September 2005 to January 2006, and a final payment in the amount of $5,000.00 to be paid on February 20, 2006. All payments shall be delivered personally to Rodolfo D. Sanchez at Texas RioGrande Legal Aid's office at 300 South Texas Boulevard, Weslaco, Texas. Defendants agree to an entry of judgment in the total amount of the settlement, $15,000.00. Plaintiffs agree that they will not record or execute on the judgment as long as Defendants pay as agreed. There shall be no penalty for any prepayments or accelerated payments by Defendants.

5.  Texas RioGrande Legal Aid, Inc. will disburse to each individual Plaintiff his share of the settlement monies, as follows: Immediately prior to receiving his share, each Plaintiff will execute the Individual Release, attached hereto and incorporated by reference as Attachment A. Texas RioGrande Legal Aid, Inc. will forward to Defendants' Counsel each signed Individual Release upon its execution by the individual Plaintiff.

6.  Upon receipt of the settlement monies as described above in paragraph 4, Plaintiffs agree to file a Motion to Dismiss with Prejudice.

7. It is understood and agreed by the parties that the payments made by the Defendants pursuant to this Agreement do not constitute wages, compensation for services performed, or compensation for lost wages. If Defendants report any of the amounts specified in paragraph 4 to the IRS on Form 1099-MISC, all such reported amounts shall be shall be reported on such form as "other income" on line 3 and not as "non-employee compensation" on line 7. Defendant shall send copies of the 1099 forms to each Plaintiff.

8. It is expressly understood that, outside any prior ruling of the Court as to liability, this Settlement and Release shall not be construed as an admission of liability or of any wrongful act or omission by any party, such liability and wrongdoing being expressly denied by the parties. Rather the parties to this Settlement and Release mutually acknowledge and represent that this is a compromise in resolution of disputed claims to avoid the uncertainty, time and expense of litigation.

9. It is understood and agreed by the parties that this agreement shall be binding and inure to the benefit of the parties and their respective heirs, representatives, successors and assigns.

10. Each of the undersigned affirm that they have full authority to bind the respective parties whom the represent in this action and to enter into the Agreement on behalf of those parties.

AGREED AND EXECUTED by the Parties, acting by and through their respective undersigned counsel.

Date: 8/18/05

Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas
Weslaco, TX 78596
Tel. 956-968-9574

Date: 8-16-05

Fax. 956-968-8823
Attorney-in-Charge for Plaintiffs

_____
Fernando Saenz
Julia M. Hernandez
LAW OFFICE OF FERNANDO SAENZ
521 East Pike
Weslaco, Texas 78596
Tel (956) 968-3100
Fax (956) 968-3400
ATTORNEY FOR THE DEFENDANTS