IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO ALONSO, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action B-04-005 |
| | § | |
| PABLO MARTINEZ and | § | |
| EUGENE MARTELL | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

BE IT REMEMBERED that on August 22, 2005, the Court considered the parties' "Joint Motion for entry of Final Judgment Against Defendants Pablo Martinez and Eugene Martell." Dkt. No. 67.

Migrant agricultural workers from Cameron and Hidalgo Counties, Texas, filed suit with this Court on January 9, 2004, naming Agrigenetics, Inc. d/b/a/ Mycogen Seeds ("Mycogen"), Pablo Martinez ("Martinez"), a farm labor contractor, and his employee Eugene Martell ("Martell"), as defendants. Dkt. No. 1. The pleading alleges that in 2002, the defendants' conduct in recruiting, employing, and housing the plaintiffs while working at agricultural fields in Illinois, violated the Agricultural Worker Protection Act, the Fair Labor Standards Act, a number of Illinois laws, and the common law.

On April 19, 2005, the Court granted plaintiffs' unopposed motion to dismiss with prejudice all claims against Mycogen after the two sides reached a settlement. Dkt. No. 54. On August 3, 2005, the parties notified the Court that the remaining parties (the plaintiffs, Martinez, and Martell) had reached an tentative agreement. Dkt. No. 64. On

1

August 18, 2005, the plaintiffs, Martinez, and Martell filed the motion before the Court requesting entry of Final Judgment.

Accordingly, pursuant to the Federal Rules of Civil Procedure, Rule 58, having dismissed all claims with prejudice against Mycogen, and the remaining parties having reached a settlement, the Court enters **FINAL JUDGMENT** in the above-styled litigation.

The Clerk is instructed to **CLOSE** this case and remove it from the Court's pending docket.

DONE at Brownsville, Texas, this 22nd day of August, 2005.

*[signature: Hilda Tagle]*

Hilda G. Tagle
United States District Court