UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al., | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v | § | Jury Trial Requested |
| | § | |
| Pablo Martinez and Eugene Martell, | § | |
| | § | |
| Defendants. | § | |

OPPOSED MOTION TO RECONSIDER

Now come Plaintiffs, Armando Alonso, et al., and file this Motion to Reconsider. In support of this motion, Plaintiffs would show as follows:

1. Plaintiffs and Defendants Martinez and Martell reached a settlement that included a provision by which these parties agreed to file a motion for entry of judgment for $15,000.00, the total amount of the settlement.

2. On August 18, 2005, Plaintiffs and Defendants Martinez and Martell filed their Joint Motion for Entry of Final Judgment Against Defendants Pablo Martinez and Eugene Martell. This motion asked the Court to enter final judgment in favor of Plaintiffs and against Pablo Martinez and Eugene Martell, jointly and severally, in the amount of $15,000.00.

3. Plaintiffs and Defendants Martinez and Martell agreed to an entry of judgment so that Plaintiffs could try to collect unpaid monies without having to file another lawsuit to enforce the settlement agreement.

4. Plaintiffs ask the Court to reconsider its final judgment and to amend it to include the following language:

"It is therefore ORDERED that Defendants Pablo Martinez and Eugene Martell shall pay $1,000.00 to each of the Plaintiffs (Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Gabino Martinez, Hugo Martinez, Jose Aguilon, Higinio Sanchez-Ramos, Edilberto Martinez, Jaime Pacheco, Enrique Rodriguez, Rodolfo Rodriguez, Francisco Rodriguez, Armando Cisneros, Everardo Garcia, and Agustin Martinez).

The total amount of the judgment entered in Plaintiffs' favor is $15,000.00. Defendants are jointly and severally liable for this amount."

Respectfully submitted,

_____
Nathaniel Norton
Texas Bar No. 24037196
S.D. No. 33422
TEXAS RIOGRANDE LEGAL AID, INC.
2201 Post Rd., Ste. 104
Austin, TX 78704
Tel. 512-447-7707
Fax. 512-447-3940
Attorney-in-Charge for Plaintiffs

CERTIFICATE OF CONFERENCE

I hereby certify that on August 19th and 25th, 2005, I attempted to speak to Fernando Saenz about this motion, but I was unable to reach him and he has not returned my calls. Given that the Defendants have agreed in the settlement agreement to the relief sought by this motion, I do not think Mr. Saenz is opposed. Nevertheless, as I have been unable to reach him, I am designating this motion as opposed.

_____
Nathaniel Norton

CERTIFICATE OF SERVICE

I hereby certify that on August 25th, 2005, a true and correct copy of this document was sent via US Mail to Defendants Martinez and Martell's attorney of record as listed below:

Fernando Saenz
Law Offices of Fernando Saenz
521 E. Pike Blvd.
Weslaco, TX 78596

_____
Nathaniel Norton