UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Armando Alonso, et al., | § | Civil Action No. B-04-005 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v | § | Jury Trial Requested |
| | § | |
| Pablo Martinez and Eugene Martell, | § | |
| | § | |
| Defendants. | § | |

AMENDED FINAL JUDGMENT

Having considered Plaintiffs' Opposed Motion to Reconsider, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED that Defendants Pablo Martinez and Eugene Martell shall pay $1,000.00 to each of the Plaintiffs (Armando Alonso, Melaquiades Rodriguez, Rogelio Sanchez, Gabino Martinez, Hugo Martinez, Jose Aguilon, Higinio Sanchez-Ramos, Edilberto Martinez, Jaime Pacheco, Enrique Rodriguez, Rodolfo Rodriguez, Francisco Rodriguez, Armando Cisneros, Everardo Garcia, and Agustin Martinez).

The total amount of the judgment entered in Plaintiffs' favor is $15,000.00. Defendants are jointly and severally liable for this amount.

The parties are all taxed their own costs.

Signed and ENTERED in Brownsville, Texas on this _____ day of _____, 200___.

_____
U.S. District Judge
Hilda G. Tagle