IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ARMANDO ALONSO, ET AL. | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-04-005 |
| PABLO MARTINEZ AND EUGENE MARTELL | § § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED that on October 11, 2005, the Court considered Plaintiffs' Opposed Motion to Reconsider. Dkt. No. 69. Finding no merit in Plaintiffs' arguments, the Court **DENIED** Plaintiff's motion. The Court therefore reaffirmed its earlier judgment. Dkt. No. 68.

DONE at Brownsville, Texas, this 11th day of October, 2005.

_____
Hilda G. Tagle
United States District Judge